# EXHIBIT A

Deposit Copy of Snowy Plover Baby's First Step

U.S. Copyright Registration Number VA 2-291-805

