AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    1:23-CV-03191-JPC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Shutterstock, Inc.**
was recieved by me on **4/20/2023:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Corporation Service Company**, who is designated by law to accept service of process on behalf of **Shutterstock, Inc.** at **80 State Street, Albany, NY 12207** on **04/25/2023 at 8:41 AM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   04/25/2023

_____
*Server's signature*

**Francisco Cruz**
*Printed name and title*

**526 Warren St.
Albany, NY 12208**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Corporation Service Company, Registered Agent with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white female contact over 65 years of age, 5'-5'4" tall and weighing 120-140 lbs with glasses.**




Tracking #: **0105302202**