

August 15, 2023

<u>Via ECF</u>

Hon. John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

    Re:    *Cynthia Herrick, et al. v. Shutterstock, Inc.*, Case No. 23-cv-03191-JPC

Dear Judge Cronan:

    Pursuant to Your Honor's Individual Rules and Practices in Civil Cases Rule 6(C), we write on behalf of Plaintiff Cynthia Herrick, individually and on behalf of all others similarly situated, to request oral argument in connection with Defendant Shutterstock, Inc.'s Motion to Dismiss the Complaint and to Strike the Class Allegations and Memorandum (ECF 27, 28). Plaintiff's opposition brief (ECF 30) is being concurrently with herewith.

    Thank you for your consideration.

| Sincerely, | Sincerely, | Sincerely, |
|---|---|---|
| /s/ Pamela A. Markert | /s/ James H. Bartolomei, III | /s/ Bryan D. Hoben |
| Pamela A. Markert<br>pmarkert@cerallp.com<br>(*pro hac vice pending*) | James H. Bartolomei, III<br>james@duncanfirm.com | Bryan D. Hoben<br>bryan@hobenlaw.com |

*Attorneys for Plaintiff and the Proposed Class*

cc:    Counsel of record via ECF
        CronanNYSDChambers@nysd.uscourts.gov (filed copy)