

May 11 2024

**Via ECF**

Hon. John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

   Re: *Cynthia Herrick, et al. v. Shutterstock, Inc.*, Case No. 23-cv-03191-JPC

Dear Judge Cronan:

  In response to Your Honor's Order granting Plaintiff Cynthia Herrick, individually and on behalf of all others similarly situated, an extension until May 13, 2024 to either file an Amended Complaint or notify Defendant Shutterstock, Inc. of its intent not to do so (ECF No. 35), we write to inform the Court and Shutterstock that Plaintiff will not be filing an Amended Complaint.

  Thank you for the Court's attention to this matter.

| Sincerely, | Sincerely, | Sincerely, |
|---|---|---|
| /s/ Pamela A. Markert | /s/ James H. Bartolomei, III | /s/ Bryan D. Hoben |
| Pamela A. Markert<br>pmarkert@cerallp.com<br>(admitted *pro hac vice*) | James H. Bartolomei, III<br>james@duncanfirm.com | Bryan D. Hoben<br>bryan@hobenlaw.com |

*Attorneys for Plaintiff and the Proposed Class*

cc: Counsel of record via ECF
   CronanNYSDChambers@nysd.uscourts.gov (filed copy)