**Davis Wright Tremaine LLP**

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

James Rosenfeld
(212) 603-6455 tel
(212) 489-8340 fax

jamesrosenfeld@dwt.com

> The parties' request at ECF No. 50 is GRANTED, and the telephone conference scheduled for Friday, August 9, 2024 is ADJOURNED to **Wednesday, August 28, 2024 at 2:00 p.m.**  The parties are directed to call:  (866) 390-1828; access code:  380-9799, at the scheduled time.
>
> The Clerk of Court is respectfully directed to close ECF No. 50.
>
> SO ORDERED.    8/7/2024
>
> _/s/ Sarah L. Cave_
> SARAH L. CAVE
> United States Magistrate Judge

**ECF**

Hon. Sarah L. Cave
United States Courthouse
Southern District of New York
500 Pearl St.
New York, NY 10007-131

Re:  *Cynthia Herrick et al. v. Shutterstock, Inc.*, 1:23-cv-03191-JPC

Dear Judge Cave:

Plaintiff Cynthia Herrick and Defendant Shutterstock, Inc. ("Shutterstock") respectfully submit this joint letter regarding the Telephone Conference that is presently scheduled for August 9, 2024 at 3:00 p.m. to discuss Shutterstock's request that discovery be bifurcated in this case (the "Conference").

The Parties respectfully request, pursuant to Rule 1.D. of the Court's Individual Practices in Civil Cases, that the Conference be adjourned to another date to accommodate Shutterstock's lead counsel in this matter, James Rosenfeld, who will be out on vacation on August 9, 2024.  The Parties have conferred, and propose the following dates as agreeable to all counsel:

- Any time on August 12, 2024, August 14, 2024, or August 16, 2024, except between 10:30 a.m. and 11:00 a.m.

- Any time on August 27, 2024 or August 28, 2024 except between 10:30 a.m. and 12:30 p.m.

Because Plaintiff's counsel is located in California, to the extent the Court is available during West Coast business hours, that is the Parties' preference.  The Parties have not previously sought an adjournment of the Conference.

Thank you for the Court's attention to this matter.

Respectfully submitted,

*James Rosenfeld*

James Rosenfeld

Cc:    Counsel of record via ECF

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.
4854-3005-3845v.3 0108871-000012