UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CYNTHIA HERRICK, individually and on behalf of all others similarly situated,<br><br>                          Plaintiff,<br><br>-v-<br><br>SHUTTERSTOCK, INC.,<br><br>                          Defendant. | CIVIL ACTION NO.: 23 Civ. 3191 (JPC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic discovery conference held today, August 28, 2024 (the "Conference"), the Court orders as follows:

1. Shutterstock's Motion to Bifurcate Discovery is DENIED for the reasons stated during the Conference.

2. A follow-up telephonic status conference is scheduled for **Wednesday, September 11, 2024, at 12:00 p.m.**  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

3. By **12:00 p.m. on Monday, September 9, 2024**, the parties shall file a joint letter with a status update and/or highlighting any of Plaintiff's document requests about which the parties have met and conferred and are ripe for the Court's consideration.

4. The parties shall order a transcript of the Conference and file it on the docket.  The parties shall submit a single request to etranscripts@nysd.uscourts.gov by **Friday, August 30, 2024**, and shall select the "7 Day" option for service.

Dated: New York, New York
August 28, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2