UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CYNTHIA HERRICK, individually and on behalf of all
others similarly situated,

                              Plaintiff,

          -v-

SHUTTERSTOCK, INC.,

                              Defendant.

CIVIL ACTION NO. 23 Civ. 3191 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

          On August 28, 2024, the Court held a conference (the "Conference") and directed the parties to order a transcript (the "Transcript") of the Conference by Friday, August 30, 2024. (ECF No. 52). To date, the parties have not ordered the Transcript. Accordingly, the Court directs the parties to order the Transcript by September 5, 2024.

Dated:        New York, New York
              September 4, 2024

                              SO ORDERED.

                              _____
                              SARAH L. CAVE
                              **United States Magistrate Judge**