AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York  ▾

| | |
|---|---|
| CYNTHIA HERRICK, Individually and On Behalf of All O )  <br> *Plaintiff* ) <br> v. ) <br> SHUTTERSTOCK, INC. ) <br> *Defendant* ) | Case No.   1:23-cv-03191-JPC |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CYNTHIA HERRICK, Individually and On Behalf of All Others Similarly Situated                    .

Date:      09/23/2024

/s/ Thomas C. Bright
*Attorney's signature*

Thomas C. Bright, admitted pro hac vice
*Printed name and bar number*

CERA LLP
201 California Street, Suite 1240
San Francisco, CA 94111
*Address*

tbright@cerallp.com
*E-mail address*

(415) 977-2229
*Telephone number*

(415) 777-5189
*FAX number*