UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CYNTHIA HERRICK, individually and on behalf of all others similarly situated,

           Plaintiff,

-v-

SHUTTERSTOCK, INC.,

           Defendant.

CIVIL ACTION NO.: 23 Civ. 3191 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic status conference held today, September 27, 2024, the Court orders as follows:

1. A follow-up telephonic status conference is scheduled for **Tuesday, October 29, 2024, at 11:00 a.m.** The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

2. By **12:00 p.m. on Friday, October 25, 2024**, the parties shall file a joint letter with a status update and/or highlighting any discovery related issues about which the parties have met and conferred and are ripe for the Court's consideration.

Dated:    New York, New York
            September 27, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge