UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CYNTHIA HERRICK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-v-<br><br>SHUTTERSTOCK, INC.,<br><br>Defendant. | CIVIL ACTION NO.: 23 Civ. 3191 (JPC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the parties' Letter-Motions for a Rule 37.2 Conference.  (ECF Nos. 73, 74 (the "Letter-Motions")).  The Letter-Motions are GRANTED, and a telephonic discovery conference is scheduled for **Thursday, April 10, 2025 at 4:00 p.m.** on the Court's Microsoft Teams platform.  The parties are directed to call: (646) 453-4442; access code: 946-496-764#, at the scheduled time and shall be prepared to discuss the issues identified in the Letter-Motions.

The Clerk of Court is respectfully directed to close ECF Nos. 73 and 74.

Dated:      New York, New York
            March 27, 2025

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**