UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CYNTHIA HERRICK, individually and on behalf of all others similarly situated,

           Plaintiff,

-v-

SHUTTERSTOCK, INC.,

           Defendant.

CIVIL ACTION NO.: 23 Civ. 3191 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court has inadvertently scheduled two conferences in the above-captioned action—one on April 8, 2025 (the "Apr. 8 Conference"), and a second on April 10, 2025 (the "Apr. 10 Conference"). (See ECF Nos. 72, 75). Although the Court scheduled each conference for a distinct purpose—one for a routine status update (ECF No. 72), the other in response to the parties' recent Letter-Motions for a Rule 37.2 Conference (the "Letter-Motions") (ECF No. 75)—one conference will suffice to address both concerns. Accordingly, the Apr. 10 Conference is CANCELED, and the parties shall be prepared to discuss both the status of discovery and the issues raised in the Letter-Motions at the Apr. 8 Conference.

Dated:    New York, New York
           March 31, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge