UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CYNTHIA HERRICK, individually and on behalf of all others similarly situated,

                Plaintiff,

-v-

SHUTTERSTOCK, INC.,

                Defendant.

CIVIL ACTION NO.: 23 Civ. 3191 (JPC) (SLC)

**POST-CONFERENCE ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    A follow-up status conference is scheduled for **Monday, June 9, 2025 at 4:00 p.m.** on the Court's Webex platform. The parties are directed to call: 1-855-244-8681; Meeting Number: 2308-226-4654, at the scheduled time. By **Wednesday, June 4, 2025**, the parties shall file a joint letter identifying any issues about which they have met and conferred and are ripe for the Court's consideration at the Conference.

Dated:    New York, New York
            May 21, 2025

                                      SO ORDERED.

                                      _____
                                      SARAH L. CAVE
                                      United States Magistrate Judge