

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**James Rosenfeld**
(212) 603-6455 tel
(212) 489-8340 fax

jamesrosenfeld@dwt.com

July 18, 2025

**ECF**

Hon. Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-131

> The Court is in receipt of the parties' joint letter at ECF No. 88.  The parties are ORDERED to submit a joint status letter by **Friday, August 22, 2025** updating the Court as to the status of the outstanding discovery items.
>
> SO ORDERED   7/21/25
>
> SARAH L. CAVE
> United States Magistrate Judge

**Re:** ***Cynthia Herrick et al. v. Shutterstock, Inc.*, 1:23-cv-03191-JPC**

Dear Magistrate Judge Cave:

Pursuant to the Court's May 29, 2025 Order (Dkt. 83), Plaintiff Cynthia Herrick ("Plaintiff"), on behalf of herself and all others similarly situated, and Defendant Shutterstock, Inc. ("Shutterstock, and together with Plaintiff, the "Parties") submit this joint letter to certify that, subject to the exceptions below, fact discovery has been completed.

The outstanding discovery items are:

- Defendant's Responses and Objections to Plaintiff's Second Set of Interrogatories, which are due on August 8, 2025;

- Responses to two third-party subpoenas served by Defendant; and

- Plaintiff's Responses and Objections to Defendant's Supplemental Third Set of Interrogatories, which are due on August 17, 2025.

Respectfully submitted.

/s/ *James Rosenfeld*
James Rosenfeld
jamesrosenfeld@dwt.com
Attorneys for Shutterstock, Inc.

/s/ *Thomas C. Bright*
Thomas C. Bright
tbright@cerallp.com
Attorneys for Plaintiff and the Proposed Class

Cc:   Counsel of record via ECF

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.