**Davis Wright Tremaine LLP**

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**James Rosenfeld**
(212) 603-6455 tel
(212) 489-8340 fax

jamesrosenfeld@dwt.com

October 3, 2025

**ECF**

Hon. John P. Cronan
United States Courthouse
Southern District of New York
500 Pearl St.
New York, NY 10007-131

**Re:** *Cynthia Herrick et al. v. Shutterstock, Inc.*, **1:23-cv-03191-JPC**

Dear Judge Cronan:

     Pursuant to the Court's order at Dkt. 91, the Parties respectfully submit this joint letter to the Court to provide an update on *McGucken v. Shutterstock*, 23-7652.

     As of October 3, 2025, there has been no decision issued in the case. The Parties will update the Court again in 60 days.

                                      Respectfully submitted,

                                      James Rosenfeld

Cc:    Counsel of record via ECF

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.
4937-8794-6094v.1 0108871-000012