UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CYNTHIA HERRICK, individually and on behalf of all
others similarly situated,

                              Plaintiff,

    -v-

SHUTTERSTOCK, INC.,

                              Defendant.

CIVIL ACTION NO.: 23 Civ. 3191 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is aware that the Second Circuit issued a decision in McGucken v. Shutterstock, Inc., No. 23-7652.  Accordingly, the stay in this action is LIFTED (see Dkt. No. 91), and the parties are ORDERED to meet and confer and file a joint letter by **Tuesday, February 24, 2026**, proposing next steps in this litigation.

Dated:      New York, New York
            February 10, 2026

                              SO ORDERED.

                              _____
                              SARAH L. CAVE
                              **United States Magistrate Judge**