UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CYNTHIA HERRICK, individually and on behalf of all
others similarly situated,

Plaintiff,

-v-

SHUTTERSTOCK, INC.,

Defendant.

CIVIL ACTION NO.: 23 Civ. 3191 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On February 25, 2026, the Court ordered the parties to file a joint letter certifying the close of all discovery.  (Dkt. No. 100).  On April 2, 2026, the Court reminded the parties of that deadline.  (Dkt. No. 102).  To date, the parties have not filed a letter certifying the close of all discovery.  As a one-time courtesy, the Court <u>sua</u> <u>sponte</u> EXTENDS the deadline to file a joint letter certifying the close of all discovery to **Tuesday, April 14, 2026**.

Dated:      New York, New York
            April 7, 2026

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**