# EXHIBIT C

**Confidential**                                                    Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Docket No. 1:23-CV-03191-JPC-SLC

-------------------------------------x

CYNTHIA HERRICK, Individually and

On Behalf of All Others Similarly

Situated,

                    Plaintiff,

     - against -

SHUTTERSTOCK, INC.,

                    Defendant.

-------------------------------------x

               DATE:  July 14, 2025

               TIME:  11:06 a.m.


          ** CONFIDENTIAL **


     DEPOSITION of ANDREW RAFF, taken by

counsel for Defendants, pursuant to Notice,

held remotely via Zoom videoconference,

before Roberta Caiola, a Shorthand Reporter

and Notary Public of the State of New York.

888-893-3767          Lexitas operates in all 50 states and is licensed where required.          LEXITAS
www.lexitaslegal.com       Nevada Registration #116F  -  California Firm Registration #179

A  P  P  E  A  R  A  N  C  E  S:


THE DUNCAN LAW FIRM

Attorneys for Plaintiff

    809 West Third Street

    Little Rock, Arkansas 72201

    501.228.7600

BY:   JAMES H. BARTOLOMEI, III, ESQ.

      james@duncanfirm.com

      - and -

HOBEN LAW

      1112 Main Street

      Peekskill, New York 10566

      347.855.4008

BY:   BRYAN HOBEN, ESQ.

      bryan@hobenlaw.com

      - and -

CERA LLP

      50 California Street, Suite 1500

      San Francisco, California 94111

      415.777.2230

BY:   THOMAS C. BRIGHT, ESQ.

      tbright@cerallp.com

A P P E A R A N C E S:


DAVIS WRIGHT TREMAINE LLP

Attorneys for Defendant

    1251 Avenue of the Americas

    21st Floor

    New York, New York 10020

    212.489.8230

BY:   JAMES ROSENFELD, ESQ.

    jamesrosenfeld@dwt.com


ALSO PRESENT:

    Keith Montgomery, Exhibit Technician

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179
LEXITAS

**Confidential**                                                                                    Page 4

S T I P U L A T I O N S

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein, that filing, sealing and certification be and the same are hereby waived.

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question shall be reserved to the time of the trial.

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be signed and sworn to before any officer authorized to administer an oath, with the same force and effect as if signed and sworn to before the Court and that a copy of this examination shall be furnished without charge to the attorney representing the witness testifying herein.

 

Confidential

(The witness presented government-issued identification and identity is verified.)

THE REPORTER:  The parties and counsel participating in this deposition acknowledge that I am not physically present and will be reporting this deposition remotely.

They further acknowledge that, in lieu of an oath administered in person, the witness will be sworn in remotely.

The parties and their counsel consent to this arrangement and waive any objections to this manner of reporting.

Mr. Raff, would you please raise your right hand.

(Witness complies.)

THE REPORTER:  Do you swear that the testimony that you are about to give will be the truth, the whole truth, and nothing but the truth?

THE WITNESS:  Yes.

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179


ANDREW RAFF, the witness herein, having been first duly sworn, was examined and testified as follows:

EXAMINATION BY

MR. BRIGHT:

Q.    Good morning, Mr. Raff.  Again, my name is Thomas Bright, I represent Cynthia Herrick, the plaintiff in this matter.

Could you please spell your name for the record?

A.    Sure.  My name is Andrew Raff, A-N-D-R-E-W, R-A-F-F.

Q.    The court reporter has put you under oath.  Do you understand that this requires you to give -- to testify truthfully, to the best of your knowledge?

A.    Yes, I understand.

Q.    Okay.  And what is your current title at Shutterstock, Mr. Raff?

A.    Assistant General Counsel, Privacy and Security.

Q.    Okay.  Have you ever been --

MR. ROSENFELD:  We lost your audio too, not just your video.

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

**LEXITAS**

handling of various disputes, issues, research on legal requirements.

Q.   Okay.  Thank you.

Was there a name for the small legal team, attorney team?

A.   The legal team?

Q.   Yes.

A.   There was a general counsel, two associate counsel, and I don't know if there was a formal -- formal name for the department in New York at the time.

Q.   Okay.  What type of contract negotiations were you involved in while you served as associate counsel?

A.   So Shutterstock operates a two-sided marketplace.  We license content from contributors and also entered sales agreements for customers to license content that's uploaded by those contributors.  So it involved contracts on both sides of that arrangement, most with the customers, the contributors, as well as vendors, contractors and other suppliers to -- to the company.

Q.   Okay.  Now, my understanding

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

Confidential

A.   No.

Q.   So you kind of took her place; is that correct?

A.   I took over some of her responsibilities.

Q.   Okay.

A.   We didn't replace the position exactly, but we -- I took on some of the responsibilities that she had.

Q.   As assistant general counsel, who did you report to?

A.   So until 2020, when she left the company, I reported to Ms. Garfield. In 2021, when our current general counsel joined the company, John Lapham, that's J-O-H-N, L-A-P-H-A-M, I reported to him.

And in -- I don't remember if it was at the end of 2021 or in 2022, when -- at some point after Colleen Kearney joined the company as deputy general counsel, that's C-O-L-L-E-E-N, K-E-A-R-N-E-Y, I reported to Ms. Kearney, or I currently report to Ms. Kearney.

Q.   You talked about one of your job responsibilities was kind of helping

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179
LEXITAS

**Confidential**                                                                    Page 30

the company implement the DDDR, correct?

A.    Correct.

Q.    Who reported to you as assistant general counsel?

A.    When I was promoted to assistant general counsel in 2019, I had no direct reports.  I took on direct reports when I started managing the team of IP agents, that's Heather Shimmin and Artur Zambrowski, in 2021.

Q.    The team of IP agents, is there a name for that team?

A.    We typically call it the IP team.

Q.    Okay.  So the IP team, when was that formed, in 2021?

A.    So the IP team dates back to 2012.  When Ms. Patel joined the company she was a -- started as the sole I think it was called content compliance at the time, she was the sole member of that team.

Q.    Okay.  I'm sorry if I forgot this.  She left in 2021 and then you took over some of her duties, one of which was being the head of the IP team; is that

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179

**LEXITAS**

gathering these figures?

A.      Yes, I did.

Q.      Okay.  If you look at the second sentence, it says:  "The total revenues Shutterstock accrued from images that were taken down as part of the potential class (and excluding ones that have been reinstated) ██████████████

████████████████████████

        Do you see that?

A.      I do.

Q.      Is that correct?

A.      This appears to be an accurate communication of the calculation that we made.  The calculation was based on the identification of works as part of the potential class that were identified as having been taken down for a DMCA claim, without regard to an evaluation of whether the underlying claim was in fact a copyright claim, whether there was a question of substantial similarity, copyrightability of the work or other issues.

        So summing all of the revenues

LEXITAS

gathering these figures?

A.    Yes, I did.

Q.    Okay.  If you look at the second sentence, it says:  "The total revenues Shutterstock accrued from images that were taken down as part of the potential class (and excluding ones that have been reinstated) is $███████ with accrued royalties of ████████

Do you see that?

A.    I do.

Q.    Is that correct?

A.    This appears to be an accurate communication of the calculation that we made.  The calculation was based on the identification of works as part of the potential class that were identified as having been taken down for a DMCA claim, without regard to an evaluation of whether the underlying claim was in fact a copyright claim, whether there was a question of substantial similarity, copyrightability of the work or other issues.

So summing all of the revenues

over the class period, which I think was going back three years from the date of the suit, that appears to be the correct -- when we added up all of the license sales and royalties from those images, this was the number that resulted.

Q.    This is for April 2020 through -- what was the end date, Mr. Raff?

A.    This was through when we conducted the sample in late 2024.

Q.    Have you had an opportunity to update this number through the present?

A.    I have not.

Q.    So my understanding is this revenue number encompasses all works where the rights holder submitted the takedown notice and Shutterstock had already sold -- or had sold a license for that work?

A.    This represents all cases where someone has submitted a takedown notice and Shutterstock had previously sold the license to that work.

Q.    Understood.  Okay.

Now it says accrued royalties ▇▇▇▇▇▇▇.  Can you tell me what accrued

royalty means there?

A.    Every time a license is issued on the platform, the system automatically calculates the royalty payable to the contributor at that point, depending on where the contributor is in their lifecycle, that may be between 15 percent and 40 percent.

Contributors are paid out monthly and every -- as long as they have at least $25, or if they set a higher balance in their accounts, they will get paid out that every month, each month that their balance exceeds that $25 or other floor.

And then -- and so where we have terminated a contributor account, they will receive no further payouts from the date of termination.  So there may be some amount of the royalties that have been paid out to contributors and some amount that have not been.

Q.    Let's take the case that you mentioned, where a contributor has been terminated and his balance at the time --

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

there at least five people on there?

A.   I -- within -- within the last year, the only time I've looked at this was not with the weekly report, but in terms of seeing what the full amount of data that we have in this was going back for the I think it was 12-month period that we have.

Q.   Do you remember the number of people that were on the report for that 12-month period?

A.   I do not.

Q.   Can you give me a range?

A.   I do not remember what that was.

Q.   Was it less than ten?

A.   I do not remember.

Q.   I'm talking about the one for the 12-month period.  There could have been less than ten?

A.   I don't remember.

Q.   Now, if a rights holder sends Shutterstock a DMCA takedown notice and the work that are referenced in the notice Shutterstock has sold the license for, does Shutterstock tell the rights holder the

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179


amount of royalties earned for a particular work that is subject to their claim?

A.    No.  Generally, no.

Q.    And what are the exceptions?

A.    We will -- each of these situations is different, and we have some rights holders who write in who seem unconcerned about this and are just happy to have the images taken down.  Others who write in are more interested to find out about that information.

Within the last I think it was about a year or so ago, we developed a standard process -- maybe it was earlier than that, but with a form NDA, so that we could share the royalty information without having to review the details more thoroughly to understand if there was any reason we couldn't provide that information.  Any confidential information would be included in the royalty amounts.

Q.    And the same question with respect to the number of licenses issued for a particular work that's subject to the claim?

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179



Confidential

there.  If you can make it bigger.

Q.    Are you able to see that case number there?

A.    I can see that now.

Q.    That's the parent case number. That's the case number you're talking about that follows this takedown notice, correct?

A.    I believe with this specific one, I created a case for sending the kill notices for these two images as its own case.

Q.    Okay.  Now you said this was a template, correct?

A.    Correct.

Q.    Why are you generating this in the first instance?  Why isn't this generated by someone on the IP team in the first instance?

A.    I was doing this because we were -- I was in the process of gathering information for discovery in this case and recognized that we had not sent any kill notices to the customers who downloaded these two images.

Q.    Would it be fair to say that if

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179


Confidential

we hadn't propounded any discovery in the case, the user here would not have received a kill notice?

MR. ROSENFELD:  Objection to form.  You can answer if you can.

A.    I can't speculate.

Q.    The reason you sent this out, that you're the one doing this, is because you were involved in discovery responses in our litigation, and you realized at that point that no kill notice had been sent, and so you sent this one out; is that correct?

A.    That is correct.  I also believe, looking at the message date and time, that this was late on a Friday afternoon in the summer.  Whereas, normally I might ask the team to do it, to send something.  I didn't want to bother them at that point and did it myself.

Q.    Fair enough.

Do you know who a Mariah Trisch is?

A.    I believe she is an attorney at Informa Group, the parent company of Taylor

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

message you reply to -- her name is Sarah. Do you know Sarah's last name, Mr. Raff?

A.    I can't read it currently, but it looks like ███████████

Q.    ████████████████████, correct?

A.    Yes.

Q.    And here you write:  "Hi Sarah, thanks for looking into this and your fast response.  Can you please let me know:

How many copies of the book have been printed.  If there are any plans for additional print runs and subsequent editions, is it possible to remove or replace this image from those future editions?"

Then we eventually get up to --

MR. BRIGHT:  Mr. Montgomery, let's go to Shutterstock 287.  There is a message there, Mr. Montgomery, it says "Hi Andrew, sorry for the delay in getting back to you about this," I think this is about halfway up, "here is what I found."

See if you can find that message, Mr. Montgomery, and when you

LEXITAS

Confidential

do, if you can please zoom in on that.

MR. MONTGOMERY:  Can you repeat that, I'm trying to look and I got lost here.

MR. BRIGHT:  No problem.  I'm looking at SHUTTERSTOCK_000287 and I'm counting from the bottom, the fourth message from the bottom please.

MR. MONTGOMERY:  Is that correct?

MR. BRIGHT:  That's it.

BY MR. BRIGHT:

Q.    Mr. Raff, do you see in the second paragraph he writes:  "There are currently 8430 copies in print.  It sounds like we will reprint in about 6 to 8 months.  I can select a new photo to replace Shutterstock image ID number for when the book reprints.  Does that work for you?"

Do you see that?

A.    I do.

Q.    And then above that, just at

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

Confidential

is a tool that we use.

Q.    Can you spell that?

A.    L-O-O-K-E-R.

Q.    What is that?

A.    Looker is a system that we use to gather reports out of Shutterstock's systems.

Q.    Earlier we were looking at a kill notice that you sent out to the licensees of Ms. Herrick's work.  What's the purpose of a kill notice?

A.    The purpose of a kill notice is, as it says on its face, to inform the customers to cease use of an image.

Q.    Isn't it true that a kill notice is meant to stop or limit continuing infringement of that specific work?

MR. ROSENFELD:  Objection to form.  Leading.

A.    If infringement is the basis for ceasing of use, then that can be the situation.

Q.    Now, in Shutterstock, after a work is taken down pursuant to a takedown notice, is a kill notice sent to all

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

Confidential                                              Page 175

licensees?

A.      Not automatically.

Q.      Okay.  What is the percentage of work taken down, pursuant to a takedown notice, for which a kill notice is sent?

A.      I don't know.

Q.      Do you have a range or an estimate?

A.      I do not have an -- I do not have an estimate nor am I even sure how I could formulate an estimate because we don't -- the processes for those live in unconnected systems.  Sometimes the kill notices are sent within the same Salesforce case as the takedown notice, sometimes, as the ones we were just looking at, they are sent in a separate Salesforce case, and so we don't have a single way to map those together.

Q.      Okay.  Through your vast knowledge inside the IP team, do you have a general idea if the percentage of kill notices sent out want to take down those who received for copyright infringement?

A.      I -- I don't.

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179



whether to send a kill notice or not in a particular case.

Q. Does Shutterstock have a policy to notify their customers related to an infringement claim about the specific content their customer licensed?

A. We do not have a written policy about that.

Q. Okay. So when are kill notices sent out?

A. We look at each case. It's each -- each case is very fact-specific, and it's hard to say that there is a whole lot of commonality among them; so we look at it in each instance.

I can't think of any situation where I've been asked sending kill notices where I have said that we should not send kill notices, but that's -- you know, there's no -- there's no specific policy towards that.

Q. You just testified, I believe, that you don't recall ever telling someone on the IP team to not send a kill notice, correct?

A.    I can't remember.  I don't remember any time.  I certainly wouldn't say it's impossible to have done that in the last three years.

Q.    Sure.  Now, understanding that, have there been times where you told them to send a kill notice out?

A.    Yes.

Q.    And how many times?

A.    I don't know, off the top of my head.

Q.    Can you give me an estimate or a range?

A.    I really don't know.  I talk with the team, as I mentioned, multiple times a week.  They each handle -- the team handles about 1,000 cases a month, and I don't remember all the details of what we -- you know, about the specific ones too clearly.

Q.    Does Shutterstock conduct a business risk assessment to determine whether to send a kill notice or not?

A.    We don't have --

MR. ROSENFELD:  Objection to

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

form.

A.    We don't have a formal template or tool for judging business risk as a parameter.  I look at this as something where we want to think about whether it's a -- to understand what the situation is and look at each individual set of facts and the situation about each individual case, you know, in its own -- in its own world.

Q.    That's done on a case-by-case basis, is that what you're saying?

A.    That's what I'm saying, yes.

Q.    Is the identity of the licensee, or how the licensee used the work, a factor in determining whether or not Shutterstock will send a kill notice?

A.    Yes.

Q.    Tell me how that factor is weighted, please?

A.    So we have some customers who have stronger conditions in their license agreements about their ability to remove content from finished products.  So we would take that into -- into consideration,



Confidential                                             Page 193

remove or otherwise stop licensing customers from using the work?

        MR. ROSENFELD:  Objection to form.  You can answer.

    A.    I think that Shutterstock stands behind the licenses that we issue to our customers with indemnity.  So it's to Shutterstock's benefit to do that, to inform customers of that directly rather than them receiving demand letters from rights holders directly and/or dealing with litigation or areas where it's much more costly for Shutterstock to have to indemnify; so yeah, that's where I'm trailing off.

    Q.    In your answer you say "so it's to Shutterstock's benefit to do that."  I'm sorry, strike that.  Let me start over again.

        In your answer you say "I think that Shutterstock stands behind the licenses that we issue to our customers with indemnity, so it's to Shutterstock's benefit to do that, to inform customers of that directly rather than them receiving

888-893-3767
www.lexitaslegal.com        Lexitas operates in all 50 states and is licensed where required.
                            Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

Confidential

remove or otherwise stop licensing customers from using the work?

MR. ROSENFELD:  Objection to form.  You can answer.

A.    I think that Shutterstock stands behind the licenses that we issue to our customers with indemnity.  So it's to Shutterstock's benefit to do that, to inform customers of that directly rather than them receiving demand letters from rights holders directly and/or dealing with litigation or areas where it's much more costly for Shutterstock to have to indemnify; so yeah, that's where I'm trailing off.

Q.    In your answer you say "so it's to Shutterstock's benefit to do that."  I'm sorry, strike that.  Let me start over again.

In your answer you say "I think that Shutterstock stands behind the licenses that we issue to our customers with indemnity, so it's to Shutterstock's benefit to do that, to inform customers of that directly rather than them receiving

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179
LEXITAS

Confidential

demand letters from rights holders."

So when you say "it's to Shutterstock's benefit to do that," you mean to send the kill notice?

A.    Correct.

Q.    Okay.  If that's true, then why don't they do it every time?

A.    I don't know.

Q.    Okay.  How many claims did Shutterstock settle from April 2020 to the present, in which a copyright holder or its agents, in the DMCA takedown notice, had subsequently demanded payment?

A.    I don't know, off the top of my head.

Q.    Can you break that down per year?

A.    No.

Q.    Do you know how many settlement agreements Shutterstock entered into with rights holders in 2025, or so far in 2025?

A.    I don't have that in front of me, so I'm not entirely sure.

Q.    Does five sound in the ballpark?

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179
LEXITAS

**Confidential**

CERTIFICATE

STATE OF NEW YORK   )

         : ss

COUNTY OF BRONX     )


        I, ROBERTA CAIOLA, a Certified

Shorthand Reporter, do hereby certify:

        That ANDREW RAFF, the witness whose

deposition is hereinbefore set forth, was

duly sworn by me and that such deposition

is a true record of the testimony given by

the witness.

        I further certify that I am not

related to any of the parties to this

action by blood or marriage, and that I am

in no way interested in the outcome of this

matter.

        IN WITNESS WHEREOF, I have hereunto

set my hand on July 17, 2025.

*Roberta Caiola*
_____

        ROBERTA CAIOLA

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179


LEXITAS