# EXHIBIT I

**Registration Number**

# VA 2-022-930

**Effective Date of Registration:**
November 07, 2016

# Title

**Title of Work:** Group Registration of Published Photos, Photo Ark, published Jan. 01, 2015 to Dec. 31, 2015; 2953 photos.

**Content Title:** ANI002-00019 , January 1, 2015 ; ANI002-00020 , January 1, 2015 ; ANI002-00021 , January 1, 2015 ; ANI004-00113 , January 1, 2015 ; ANI004-00114 , January 1, 2015 ; ANI004-00115 , January 1, 2015 ; ANI004-00112 , January 1, 2015 ; ANI004-00111 , January 1, 2015 ; ANI004-00105 , January 1, 2015 ; ANI004-00106 , January 1, 2015 ; ANI004-00107 , January 1, 2015 ; ANI004-00108 , January 1, 2015 ; ANI004-00110 , January 1, 2015 ; ANI004-00100 , January 1, 2015 ; ANI004-00101 , January 1, 2015 ; ANI004-00102 , January 1, 2015 ; ANI004-00103 , January 1, 2015 ; ANI004-00104 , January 1, 2015 ; ANI004-00098 , January 1, 2015 ; ANI004-00099 , January 1, 2015 ; ANI009-00094 , January 1, 2015 ; ANI009-00095 , January 1, 2015 ; ANI009-00096 , January 1, 2015 ; ANI009-00097 , January 1, 2015 ; ANI009-00092 , January 2, 2015 ; ANI009-00093 , January 3, 2015 ; ANI010-00048 , January 4, 2015 ; ANI010-00046 , January 5, 2015 ; ANI010-00047 , January 6, 2015 ; ANI012-00374 , January 7, 2015 ; ANI012-00368 , January 8, 2015 ; ANI012-00367 , January 9, 2015 ;

ANI012-00362 , January 11, 2015 ; ANI012-00363 , January 12, 2015 ; ANI012-00364 , January 13, 2015 ; ANI012-00365 , January 14, 2015 ; ANI012-00359 , January 15, 2015 ; ANI012-00360 , January 16, 2015 ; ANI012-00361 , January 17, 2015 ; ANI012-00358 , January 18, 2015 ; ANI012-00352 , January 19, 2015 ; ANI012-00353 , January 20, 2015 ; ANI012-00354 , January 21, 2015 ; ANI012-00355 , January 22, 2015 ; ANI012-00356 , January 23, 2015 ; ANI012-00357 , January 24, 2015 ; ANI012-00350 , January 25, 2015 ; ANI012-00351 , January 26, 2015 ; ANI012-00347 , January 27, 2015 ; ANI012-00348 , January 28, 2015 ; ANI012-00349 , January 29, 2015 ; ANI013-00169 , January 30, 2015 ; ANI013-00170 , January 31, 2015 ; ANI013-00171 , February 1, 2015 ; ANI013-00172 , February 2, 2015 ; ANI014-00179 , February 3, 2015 ; ANI014-00176 , February 4, 2015 ;

ANI014-00177 , February 5, 2015 ; ANI014-00178 , February 6, 2015 ; ANI014-00175 , February 7, 2015 ; ANI014-00170 , February 8, 2015 ; ANI014-00171 , February 9, 2015 ; ANI014-00172 , February 10, 2015 ; ANI014-00173 , February 11, 2015 ; ANI014-00174 , February 12, 2015 ; ANI017-00417 , February 13, 2015 ; ANI017-00418 , February 14, 2015 ; ANI017-00419 , February 15, 2015 ; ANI017-00420 , February 16, 2015 ; ANI017-00421 , February 17, 2015 ; ANI017-00422 , February 18, 2015 ; ANI017-00423 , February 19, 2015 ; ANI017-00424 , February 20, 2015 ; ANI017-00425 , February 21, 2015 ; ANI017-00426 , February 21, 2015 ; ANI017-00427 , February 21, 2015 ; ANI017-00428 , February 21, 2015 ;

Page 1 of 25

ANI017-00429 , February 21, 2015 ; ANI017-00430 , February 21, 2015 ;
ANI018-00077 , February 21, 2015 ; ANI018-00078 , February 21, 2015 ;
ANI018-00079 , February 21, 2015 ; ANI018-00080 , February 21, 2015 ;
ANI019-00539 , February 21, 2015 ; ANI019-00538 , February 21, 2015 ;
ANI019-00537 , February 21, 2015 ; ANI019-00534 , February 21, 2015 ;
ANI019-00535 , February 21, 2015 ; ANI019-00536 , February 21, 2015 ;
ANI019-00531 , February 21, 2015 ;

ANI019-00532 , February 21, 2015 ; ANI019-00533 , February 21, 2015 ;
ANI019-00523 , February 21, 2015 ; ANI019-00524 , February 21, 2015 ;
ANI019-00525 , February 21, 2015 ; ANI019-00526 , February 21, 2015 ;
ANI019-00527 , February 21, 2015 ; ANI019-00528 , February 21, 2015 ;
ANI019-00529 , February 21, 2015 ; ANI019-00530 , February 21, 2015 ;
ANI019-00509 , February 21, 2015 ; ANI019-00510 , February 21, 2015 ;
ANI019-00511 , February 21, 2015 ; ANI019-00512 , February 21, 2015 ;
ANI019-00513 , February 21, 2015 ; ANI019-00514 , February 21, 2015 ;
ANI019-00515 , February 21, 2015 ; ANI019-00516 , February 21, 2015 ;
ANI019-00517 , February 21, 2015 ; ANI019-00518 , February 21, 2015 ;
ANI019-00519 , February 21, 2015 ; ANI019-00520 , February 21, 2015 ;
ANI019-00521 , February 21, 2015 ; ANI019-00522 , February 21, 2015 ;
ANI019-00503 , February 21, 2015 ;

ANI019-00504 , February 21, 2015 ; ANI019-00505 , February 21, 2015 ;
ANI019-00506 , February 21, 2015 ; ANI019-00507 , February 21, 2015 ;
ANI019-00508 , February 21, 2015 ; ANI019-00502 , February 21, 2015 ;
ANI020-00129 , February 21, 2015 ; ANI020-00123 , February 21, 2015 ;
ANI020-00124 , February 21, 2015 ; ANI020-00125 , February 21, 2015 ;
ANI020-00126 , February 21, 2015 ; ANI020-00127 , February 21, 2015 ;
ANI020-00128 , February 21, 2015 ; ANI022-00037 , February 21, 2015 ;
ANI023-00137 , February 21, 2015 ; ANI023-00136 , February 21, 2015 ;
ANI023-00132 , February 21, 2015 ; ANI023-00133 , February 21, 2015 ;
ANI023-00134 , February 21, 2015 ; ANI023-00135 , February 21, 2015 ;
ANI023-00131 , February 21, 2015 ; ANI023-00129 , February 21, 2015 ;
ANI023-00130 , February 21, 2015 ; ANI026-00052 , February 21, 2015 ;
ANI026-00053 , February 21, 2015 ; ANI026-00050 , February 21, 2015 ;
ANI026-00051 , February 21, 2015 ; ANI026-00048 , February 21, 2015 ;
ANI026-00049 , February 21, 2015 ; ANI026-00045 , February 21, 2015 ;

ANI026-00046 , February 21, 2015 ; ANI026-00047 , February 21, 2015 ;
ANI026-00040 , February 21, 2015 ; ANI026-00041 , February 21, 2015 ;
ANI026-00042 , February 21, 2015 ; ANI026-00043 , February 21, 2015 ;
ANI026-00044 , February 21, 2015 ; ANI030-00135 , February 21, 2015 ;
ANI030-00131 , February 21, 2015 ; ANI030-00132 , February 21, 2015 ;
ANI030-00133 , February 21, 2015 ; ANI030-00134 , February 21, 2015 ;
ANI031-00148 , February 21, 2015 ; ANI033-00138 , February 21, 2015 ;
ANI033-00134 , February 21, 2015 ; ANI033-00135 , February 21, 2015 ;
ANI033-00136 , February 21, 2015 ; ANI033-00137 , February 21, 2015 ;
ANI033-00133 , February 21, 2015 ; ANI033-00131 , February 21, 2015 ;
ANI033-00132 , February 21, 2015 ; ANI033-00130 , February 21, 2015 ;
ANI033-00129 , February 21, 2015 ; ANI033-00128 , February 21, 2015 ;
ANI033-00122 , February 21, 2015 ; ANI033-00123 , February 21, 2015 ;
ANI033-00124 , February 21, 2015 ; ANI033-00125 , February 21, 2015 ;

ANI033-00126 , February 21, 2015 ; ANI033-00127 , February 21, 2015 ;
ANI035-00014 , February 21, 2015 ; ANI035-00012 , February 21, 2015 ;
ANI035-00013 , February 21, 2015 ; ANI036-00009 , February 21, 2015 ;
ANI036-00010 , February 21, 2015 ; ANI039-00221 , February 21, 2015 ;
ANI039-00222 , February 21, 2015 ; ANI039-00223 , February 21, 2015 ;

ANI039-00224 , February 21, 2015 ; ANI040-00535 , February 21, 2015 ; ANI040-00534 , February 21, 2015 ; ANI040-00529 , February 21, 2015 ; ANI040-00530 , February 21, 2015 ; ANI040-00531 , February 21, 2015 ; ANI040-00532 , February 21, 2015 ; ANI040-00533 , February 21, 2015 ; ANI040-00525 , February 21, 2015 ; ANI040-00526 , February 21, 2015 ; ANI040-00527 , February 21, 2015 ; ANI040-00528 , February 21, 2015 ; ANI040-00508 , February 21, 2015 ; ANI040-00509 , February 21, 2015 ; ANI040-00510 , February 21, 2015 ; ANI040-00511 , February 21, 2015 ; ANI040-00512 , February 21, 2015 ; ANI040-00513 , February 21, 2015 ; ANI040-00514 , February 21, 2015 ; ANI040-00515 , February 21, 2015 ; ANI040-00516 , February 21, 2015 ;

ANI040-00517 , February 21, 2015 ; ANI040-00518 , February 21, 2015 ; ANI040-00519 , February 21, 2015 ; ANI040-00520 , February 21, 2015 ; ANI040-00521 , February 21, 2015 ; ANI040-00522 , February 21, 2015 ; ANI040-00523 , February 21, 2015 ; ANI040-00524 , February 21, 2015 ; ANI040-00504 , February 21, 2015 ; ANI040-00505 , February 21, 2015 ; ANI040-00506 , February 21, 2015 ; ANI040-00507 , February 21, 2015 ; ANI040-00501 , February 21, 2015 ; ANI040-00502 , February 21, 2015 ; ANI040-00503 , February 21, 2015 ; ANI040-00483 , February 21, 2015 ; ANI040-00484 , February 21, 2015 ; ANI040-00485 , February 21, 2015 ; ANI040-00486 , February 21, 2015 ; ANI040-00487 , February 21, 2015 ; ANI040-00488 , February 21, 2015 ; ANI040-00489 , February 21, 2015 ; ANI040-00490 , February 21, 2015 ; ANI040-00491 , February 21, 2015 ; ANI040-00492 , February 21, 2015 ; ANI040-00493 , February 21, 2015 ; ANI040-00494 , February 21, 2015 ;

ANI040-00495 , February 21, 2015 ; ANI040-00496 , February 21, 2015 ; ANI040-00497 , February 21, 2015 ; ANI040-00498 , February 21, 2015 ; ANI040-00499 , February 21, 2015 ; ANI040-00500 , February 21, 2015 ; ANI040-00469 , February 21, 2015 ; ANI040-00470 , February 21, 2015 ; ANI040-00471 , February 21, 2015 ; ANI040-00472 , February 21, 2015 ; ANI040-00473 , February 21, 2015 ; ANI040-00474 , February 21, 2015 ; ANI040-00475 , February 22, 2015 ; ANI040-00476 , February 23, 2015 ; ANI040-00481 , February 24, 2015 ; ANI040-00482 , February 25, 2015 ; ANI040-00462 , February 26, 2015 ; ANI040-00463 , February 27, 2015 ; ANI040-00464 , February 28, 2015 ; ANI040-00465 , March 1, 2015 ; ANI040-00466 , March 2, 2015 ; ANI040-00467 , March 3, 2015 ; ANI040-00468 , March 4, 2015 ; ANI040-00456 , March 5, 2015 ; ANI040-00457 , March 6, 2015 ; ANI040-00458 , March 6, 2015 ; ANI040-00459 , March 6, 2015 ; ANI040-00460 , March 6, 2015 ; ANI040-00461 , March 6, 2015 ; ANI040-00448 , March 6, 2015 ; ANI040-00449 , March 6, 2015 ; ANI040-00450 , March 6, 2015 ; ANI040-00451 , March 6, 2015 ; ANI040-00452 , March 6, 2015 ; ANI040-00453 , March 6, 2015 ; ANI040-00454 , March 6, 2015 ; ANI040-00455 , March 6, 2015 ; ANI040-00426 , March 6, 2015 ;

ANI040-00427 , March 6, 2015 ; ANI040-00428 , March 6, 2015 ; ANI040-00429 , March 6, 2015 ; ANI040-00430 , March 6, 2015 ; ANI040-00431 , March 6, 2015 ; ANI040-00432 , March 6, 2015 ; ANI040-00433 , March 6, 2015 ; ANI040-00434 , March 6, 2015 ; ANI040-00435 , March 6, 2015 ; ANI040-00436 , March 6, 2015 ; ANI040-00437 , March 6, 2015 ; ANI040-00438 , March 6, 2015 ; ANI040-00439 , March 6, 2015 ; ANI040-00440 , March 6, 2015 ; ANI040-00441 , March 6, 2015 ; ANI040-00442 , March 6, 2015 ; ANI040-00443 , March 6, 2015 ; ANI040-00444 , March 6, 2015 ; ANI040-00445 , March 6, 2015 ; ANI040-00446 , March 6, 2015 ;

ANI040-00447 , March 6, 2015 ; ANI040-00423 , March 6, 2015 ; ANI040-00424 , March 6, 2015 ; ANI040-00425 , March 6, 2015 ; ANI040-00419 ,

March 6, 2015 ; ANI040-00420 , March 6, 2015 ; ANI040-00421 , March 6, 2015 ; ANI040-00422 , March 6, 2015 ; ANI041-00173 , March 6, 2015 ; ANI041-00174 , March 6, 2015 ; ANI041-00175 , March 6, 2015 ; ANI041-00170 , March 6, 2015 ; ANI041-00171 , March 6, 2015 ; ANI041-00172 , March 6, 2015 ; ANI041-00168 , March 6, 2015 ; ANI041-00169 , March 6, 2015 ; ANI041-00165 , March 6, 2015 ; ANI041-00166 , March 6, 2015 ; ANI041-00151 , March 6, 2015 ; ANI041-00152 , March 6, 2015 ; ANI041-00153 , March 6, 2015 ; ANI041-00154 , March 6, 2015 ; ANI041-00155 , March 6, 2015 ; ANI041-00156 , March 6, 2015 ; ANI041-00157 , March 6, 2015 ; ANI041-00158 , March 6, 2015 ; ANI041-00159 , March 6, 2015 ; ANI041-00160 , March 6, 2015 ; ANI041-00161 , March 6, 2015 ; ANI041-00162 , March 6, 2015 ; ANI041-00163 , March 6, 2015 ; ANI041-00164 , March 6, 2015 ; ANI041-00140 , March 6, 2015 ; ANI041-00145 , March 6, 2015 ; ANI041-00144 , March 6, 2015 ; ANI041-00143 , March 6, 2015 ; ANI041-00142 , March 6, 2015 ; ANI041-00141 , March 6, 2015 ; ANI041-00146 , March 6, 2015 ; ANI041-00147 , March 6, 2015 ; ANI041-00148 , March 6, 2015 ; ANI041-00149 , March 6, 2015 ; ANI041-00150 , March 6, 2015 ; ANI041-00138 , March 6, 2015 ; ANI041-00139 , March 6, 2015 ; ANI041-00132 , March 6, 2015 ; ANI041-00133 , March 6, 2015 ; ANI041-00134 , March 6, 2015 ; ANI041-00135 , March 6, 2015 ; ANI041-00136 , March 6, 2015 ; ANI041-00137 , March 6, 2015 ; ANI041-00126 , March 6, 2015 ; ANI041-00125 , March 6, 2015 ; ANI041-00127 , March 6, 2015 ; ANI041-00128 , March 6, 2015 ; ANI041-00129 , March 6, 2015 ; ANI041-00130 , March 6, 2015 ; ANI041-00131 , March 6, 2015 ;

ANI042-00073 , March 6, 2015 ; ANI042-00072 , March 6, 2015 ; ANI044-00005 , March 6, 2015 ; ANI045-00036 , March 6, 2015 ; ANI045-00037 , March 6, 2015 ; ANI045-00038 , March 6, 2015 ; ANI045-00039 , March 6, 2015 ; ANI046-00009 , March 6, 2015 ; ANI046-00010 , March 6, 2015 ; ANI047-00028 , March 6, 2015 ; ANI047-00029 , March 6, 2015 ; ANI047-00030 , March 6, 2015 ; ANI047-00031 , March 6, 2015 ; ANI047-00032 , March 6, 2015 ; ANI047-00026 , March 6, 2015 ; ANI047-00027 , March 6, 2015 ; ANI049-00009 , March 6, 2015 ; ANI050-00104 , March 6, 2015 ; ANI050-00103 , March 6, 2015 ; ANI051-00200 , March 6, 2015 ; ANI051-00198 , March 6, 2015 ; ANI051-00199 , March 6, 2015 ; ANI051-00196 , March 6, 2015 ; ANI051-00197 , March 6, 2015 ; ANI051-00195 , March 6, 2015 ; ANI051-00185 , March 6, 2015 ; ANI051-00186 , March 6, 2015 ; ANI051-00187 , March 6, 2015 ; ANI051-00188 , March 6, 2015 ; ANI051-00189 , March 6, 2015 ; ANI051-00190 , March 6, 2015 ; ANI051-00191 , March 6, 2015 ; ANI051-00192 , March 6, 2015 ; ANI051-00193 , March 6, 2015 ; ANI051-00194 , March 6, 2015 ; ANI051-00178 , March 6, 2015 ; ANI051-00179 , March 6, 2015 ; ANI051-00180 , March 6, 2015 ; ANI051-00181 , March 6, 2015 ; ANI051-00182 , March 6, 2015 ; ANI051-00183 , March 6, 2015 ; ANI051-00184 , March 6, 2015 ; ANI051-00169 , March 6, 2015 ; ANI051-00170 , March 6, 2015 ; ANI051-00171 , March 6, 2015 ; ANI051-00172 , March 6, 2015 ; ANI051-00173 , March 6, 2015 ; ANI051-00174 , March 6, 2015 ; ANI051-00175 , March 6, 2015 ; ANI051-00176 , March 6, 2015 ; ANI051-00177 , March 6, 2015 ; ANI051-00161 , March 6, 2015 ; ANI051-00162 , March 6, 2015 ; ANI051-00163 , March 6, 2015 ; ANI051-00164 , March 6, 2015 ; ANI051-00165 , March 6, 2015 ; ANI051-00166 , March 6, 2015 ; ANI051-00167 , March 6, 2015 ;

ANI051-00168 , March 6, 2015 ; ANI051-00150 , March 6, 2015 ; ANI051-00151 , March 6, 2015 ; ANI051-00152 , March 6, 2015 ; ANI051-00153 , March 6, 2015 ; ANI051-00154 , March 6, 2015 ; ANI051-00155 , March 6, 2015 ; ANI051-00156 , March 6, 2015 ; ANI051-00157 , March 6, 2015 ; ANI051-00158 , March 6, 2015 ; ANI051-00159 , March 6, 2015 ; ANI051-00160 , March 6, 2015 ; ANI051-00148 , March 6, 2015 ; ANI051-00142 ,

March 6, 2015 ; ANI051-00143 , March 6, 2015 ; ANI051-00144 , March 6, 2015 ; ANI051-00145 , March 6, 2015 ; ANI051-00146 , March 6, 2015 ; ANI051-00147 , March 6, 2015 ; ANI052-00020 , March 6, 2015 ; ANI052-00021 , March 6, 2015 ; ANI057-00035 , March 6, 2015 ; ANI057-00036 , March 6, 2015 ; ANI057-00037 , March 6, 2015 ; ANI057-00032 , March 6, 2015 ; ANI057-00033 , March 6, 2015 ; ANI057-00034 , March 6, 2015 ; ANI058-00070 , March 6, 2015 ; ANI058-00071 , March 6, 2015 ; ANI058-00072 , March 6, 2015 ; ANI058-00073 , March 6, 2015 ; ANI058-00074 , March 6, 2015 ; ANI058-00068 , March 6, 2015 ; ANI058-00069 , March 6, 2015 ; ANI058-00065 , March 6, 2015 ; ANI058-00066 , March 6, 2015 ; ANI058-00067 , March 6, 2015 ; ANI058-00064 , March 6, 2015 ; ANI060-00014 , March 6, 2015 ; ANI062-00342 , March 6, 2015 ; ANI062-00343 , March 6, 2015 ; ANI062-00344 , March 6, 2015 ; ANI062-00345 , March 6, 2015 ; ANI062-00346 , March 6, 2015 ; ANI062-00341 , March 6, 2015 ; ANI062-00339 , March 6, 2015 ; ANI062-00340 , March 6, 2015 ; ANI062-00338 , March 6, 2015 ; ANI062-00337 , March 6, 2015 ; ANI062-00333 , March 6, 2015 ; ANI062-00334 , March 6, 2015 ; ANI062-00335 , March 6, 2015 ; ANI062-00336 , March 6, 2015 ; ANI062-00332 , March 6, 2015 ; ANI062-00330 , March 6, 2015 ; ANI062-00331 , March 6, 2015 ; ANI062-00325 , March 6, 2015 ; ANI062-00326 , March 6, 2015 ;

ANI062-00327 , March 6, 2015 ; ANI062-00328 , March 6, 2015 ; ANI062-00329 , March 6, 2015 ; ANI062-00315 , March 6, 2015 ; ANI062-00316 , March 6, 2015 ; ANI062-00317 , March 6, 2015 ; ANI062-00318 , March 6, 2015 ; ANI062-00319 , March 6, 2015 ; ANI062-00320 , March 6, 2015 ; ANI062-00321 , March 6, 2015 ; ANI062-00322 , March 6, 2015 ; ANI062-00323 , March 6, 2015 ; ANI062-00324 , March 6, 2015 ; ANI062-00312 , March 6, 2015 ; ANI062-00313 , March 6, 2015 ; ANI062-00314 , March 6, 2015 ; ANI062-00305 , March 6, 2015 ; ANI062-00304 , March 6, 2015 ; ANI062-00303 , March 6, 2015 ; ANI062-00302 , March 6, 2015 ; ANI062-00306 , March 6, 2015 ; ANI062-00307 , March 6, 2015 ; ANI062-00308 , March 6, 2015 ; ANI062-00309 , March 6, 2015 ; ANI062-00310 , March 6, 2015 ; ANI062-00300 , March 7, 2015 ; ANI062-00301 , March 8, 2015 ; BEA018-00023 , March 9, 2015 ; BEA018-00022 , March 10, 2015 ; BIR002-00147 , March 11, 2015 ; BIR002-00148 , March 11, 2015 ; BIR002-00149 , March 11, 2015 ; BIR002-00150 , March 11, 2015 ; BIR002-00151 , March 11, 2015 ; BIR002-00152 , March 11, 2015 ; BIR002-00153 , March 11, 2015 ; BIR002-00154 , March 11, 2015 ; BIR002-00155 , March 11, 2015 ; BIR002-00156 , March 11, 2015 ; BIR002-00136 , March 11, 2015 ; BIR002-00137 , March 11, 2015 ; BIR002-00138 , March 11, 2015 ; BIR002-00139 , March 11, 2015 ; BIR002-00140 , March 11, 2015 ; BIR002-00141 , March 11, 2015 ; BIR002-00142 , March 11, 2015 ; BIR002-00143 , March 11, 2015 ; BIR002-00144 , March 11, 2015 ; BIR002-00145 , March 11, 2015 ; BIR002-00146 , March 11, 2015 ; BIR002-00131 , March 11, 2015 ; BIR002-00132 , March 11, 2015 ; BIR002-00133 , March 11, 2015 ; BIR002-00134 , March 11, 2015 ; BIR002-00135 , March 11, 2015 ; BIR002-00127 , March 11, 2015 ; BIR002-00128 , March 11, 2015 ; BIR002-00129 , March 11, 2015 ;

BIR002-00130 , March 11, 2015 ; BIR005-00130 , March 11, 2015 ; BIR005-00077 , March 11, 2015 ; BIR005-00078 , March 11, 2015 ; BIR005-00079 , March 11, 2015 ; BIR005-00080 , March 11, 2015 ; BIR005-00081 , March 11, 2015 ; BIR005-00082 , March 11, 2015 ; BIR005-00083 , March 11, 2015 ; BIR005-00084 , March 11, 2015 ; BIR005-00085 , March 11, 2015 ; BIR005-00086 , March 11, 2015 ; BIR005-00087 , March 11, 2015 ; BIR005-00088 , March 11, 2015 ; BIR005-00089 , March 11, 2015 ; BIR005-00090 , March 11, 2015 ; BIR005-00091 , March 11, 2015 ; BIR005-00092 , March 11, 2015 ; BIR005-00093 , March 11, 2015 ; BIR005-00094 , March 11, 2015 ; BIR005-00095 , March 11, 2015 ; BIR005-00096 , March 11, 2015 ; BIR005-00097 ,

March 11, 2015 ; BIR005-00098 , March 11, 2015 ; BIR005-00099 , March 11, 2015 ; BIR005-00100 , March 11, 2015 ; BIR005-00101 , March 11, 2015 ; BIR005-00102 , March 11, 2015 ; BIR005-00103 , March 11, 2015 ; BIR005-00104 , March 11, 2015 ; BIR005-00105 , March 11, 2015 ; BIR005-00106 , March 11, 2015 ; BIR005-00107 , March 11, 2015 ; BIR005-00108 , March 11, 2015 ; BIR005-00109 , March 11, 2015 ; BIR005-00110 , March 11, 2015 ; BIR005-00111 , March 11, 2015 ; BIR005-00112 , March 11, 2015 ; BIR005-00113 , March 11, 2015 ; BIR005-00114 , March 11, 2015 ; BIR005-00115 , March 11, 2015 ; BIR005-00116 , March 11, 2015 ; BIR005-00117 , March 11, 2015 ; BIR005-00118 , March 11, 2015 ; BIR005-00119 , March 11, 2015 ; BIR005-00120 , March 11, 2015 ; BIR005-00121 , March 11, 2015 ; BIR005-00122 , March 11, 2015 ; BIR005-00123 , March 11, 2015 ; BIR005-00124 , March 11, 2015 ; BIR005-00125 , March 11, 2015 ; BIR005-00126 , March 11, 2015 ; BIR005-00127 , March 11, 2015 ; BIR005-00128 , March 11, 2015 ; BIR005-00129 , March 11, 2015 ; BIR005-00073 , March 11, 2015 ; BIR005-00074 , March 11, 2015 ; BIR005-00075 , March 11, 2015 ;

BIR005-00076 , March 11, 2015 ; BIR006-00136 , March 11, 2015 ; BIR006-00137 , March 11, 2015 ; BIR006-00138 , March 11, 2015 ; BIR006-00139 , March 11, 2015 ; BIR006-00140 , March 11, 2015 ; BIR006-00141 , March 11, 2015 ; BIR007-00045 , March 11, 2015 ; BIR007-00046 , March 11, 2015 ; BIR007-00047 , March 11, 2015 ; BIR007-00048 , March 11, 2015 ; BIR009-00055 , March 11, 2015 ; BIR009-00056 , March 11, 2015 ; BIR010-00074 , March 11, 2015 ; BIR010-00075 , March 11, 2015 ; BIR010-00069 , March 11, 2015 ; BIR010-00070 , March 11, 2015 ; BIR010-00071 , March 11, 2015 ; BIR010-00072 , March 11, 2015 ; BIR010-00073 , March 11, 2015 ; BIR011-00037 , March 11, 2015 ; BIR011-00038 , March 11, 2015 ; BIR011-00039 , March 11, 2015 ; BIR011-00040 , March 11, 2015 ; BIR011-00041 , March 11, 2015 ; BIR011-00042 , March 11, 2015 ; BIR011-00043 , March 11, 2015 ; BIR011-00044 , March 11, 2015 ; BIR011-00045 , March 11, 2015 ; BIR011-00033 , March 11, 2015 ; BIR011-00034 , March 11, 2015 ; BIR011-00035 , March 11, 2015 ; BIR011-00036 , March 11, 2015 ; BIR011-00030 , March 11, 2015 ; BIR011-00031 , March 11, 2015 ; BIR011-00032 , March 11, 2015 ; BIR011-00027 , March 11, 2015 ; BIR011-00028 , March 11, 2015 ; BIR011-00029 , March 11, 2015 ; BIR013-00032 , March 11, 2015 ; BIR013-00027 , March 11, 2015 ; BIR013-00028 , March 11, 2015 ; BIR013-00029 , March 11, 2015 ; BIR013-00030 , March 11, 2015 ; BIR013-00031 , March 11, 2015 ; BIR013-00025 , March 11, 2015 ; BIR013-00026 , March 11, 2015 ; BIR013-00021 , March 11, 2015 ; BIR013-00022 , March 11, 2015 ; BIR013-00023 , March 11, 2015 ; BIR013-00024 , March 11, 2015 ; BIR014-00056 , March 11, 2015 ; BIR014-00057 , March 11, 2015 ; BIR014-00058 , March 11, 2015 ; BIR014-00059 , March 11, 2015 ; BIR014-00060 , March 11, 2015 ; BIR014-00061 , March 11, 2015 ; BIR014-00062 , March 11, 2015 ;

BIR014-00063 , March 11, 2015 ; BIR014-00064 , March 11, 2015 ; BIR014-00065 , March 11, 2015 ; BIR014-00066 , March 11, 2015 ; BIR014-00067 , March 11, 2015 ; BIR014-00068 , March 11, 2015 ; BIR014-00069 , March 11, 2015 ; BIR014-00054 , March 11, 2015 ; BIR014-00055 , March 11, 2015 ; BIR014-00048 , March 11, 2015 ; BIR014-00049 , March 11, 2015 ; BIR014-00050 , March 11, 2015 ; BIR014-00051 , March 11, 2015 ; BIR014-00052 , March 11, 2015 ; BIR014-00053 , March 11, 2015 ; BIR015-00175 , March 11, 2015 ; BIR015-00173 , March 11, 2015 ; BIR015-00174 , March 11, 2015 ; BIR015-00169 , March 11, 2015 ; BIR015-00170 , March 11, 2015 ; BIR015-00171 , March 11, 2015 ; BIR015-00172 , March 11, 2015 ; BIR015-00161 , March 11, 2015 ; BIR015-00162 , March 11, 2015 ; BIR015-00163 , March 11, 2015 ; BIR015-00164 , March 11, 2015 ; BIR015-00165 , March 11, 2015 ; BIR015-00166 , March 11, 2015 ; BIR015-00167 , March 11, 2015 ; BIR015-00168 , March 11, 2015 ; BIR015-00157 , March 11, 2015 ; BIR015-00158 ,

March 11, 2015 ; BIR015-00159 , March 11, 2015 ; BIR015-00160 , March 11, 2015 ; BIR015-00122 , March 11, 2015 ; BIR015-00123 , March 11, 2015 ; BIR015-00124 , March 11, 2015 ; BIR015-00125 , March 11, 2015 ; BIR015-00126 , March 11, 2015 ; BIR015-00127 , March 11, 2015 ; BIR015-00128 , March 11, 2015 ; BIR015-00129 , March 11, 2015 ; BIR015-00130 , March 11, 2015 ; BIR015-00131 , March 11, 2015 ; BIR015-00132 , March 11, 2015 ; BIR015-00133 , March 11, 2015 ; BIR015-00134 , March 11, 2015 ; BIR015-00135 , March 11, 2015 ; BIR015-00136 , March 11, 2015 ; BIR015-00137 , March 11, 2015 ; BIR015-00139 , March 11, 2015 ; BIR015-00140 , March 11, 2015 ; BIR015-00141 , March 11, 2015 ; BIR015-00142 , March 11, 2015 ; BIR015-00143 , March 11, 2015 ; BIR015-00144 , March 11, 2015 ; BIR015-00145 , March 11, 2015 ; BIR015-00146 , March 11, 2015 ;

BIR015-00147 , March 11, 2015 ; BIR015-00148 , March 11, 2015 ; BIR015-00149 , March 11, 2015 ; BIR015-00150 , March 11, 2015 ; BIR015-00151 , March 11, 2015 ; BIR015-00152 , March 11, 2015 ; BIR015-00153 , March 11, 2015 ; BIR015-00154 , March 11, 2015 ; BIR015-00155 , March 11, 2015 ; BIR015-00156 , March 11, 2015 ; BIR016-00042 , March 11, 2015 ; BIR017-00053 , March 11, 2015 ; BIR018-00017 , March 11, 2015 ; BIR018-00018 , March 11, 2015 ; BIR018-00019 , March 11, 2015 ; BIR018-00020 , March 11, 2015 ; BIR018-00014 , March 11, 2015 ; BIR018-00015 , March 11, 2015 ; BIR018-00016 , March 11, 2015 ; BIR019-00022 , March 11, 2015 ; BIR019-00023 , March 11, 2015 ; BIR019-00018 , March 11, 2015 ; BIR019-00019 , March 11, 2015 ; BIR019-00020 , March 11, 2015 ; BIR019-00021 , March 11, 2015 ; BIR020-00094 , March 11, 2015 ; BIR020-00093 , March 11, 2015 ; BIR020-00089 , March 12, 2015 ; BIR020-00090 , March 12, 2015 ; BIR020-00091 , March 12, 2015 ; BIR020-00092 , March 12, 2015 ; BIR020-00087 , March 12, 2015 ; BIR020-00088 , March 12, 2015 ; BIR020-00082 , March 12, 2015 ; BIR020-00083 , March 12, 2015 ; BIR020-00084 , March 12, 2015 ; BIR020-00085 , March 12, 2015 ; BIR020-00086 , March 12, 2015 ; BIR021-00090 , March 12, 2015 ; BIR024-00142 , March 12, 2015 ; BIR024-00143 , March 12, 2015 ; BIR024-00144 , March 12, 2015 ; BIR024-00145 , March 12, 2015 ; BIR024-00146 , March 12, 2015 ; BIR024-00147 , March 12, 2015 ; BIR024-00148 , March 12, 2015 ; BIR024-00149 , March 12, 2015 ; BIR024-00150 , March 12, 2015 ; BIR024-00135 , March 12, 2015 ; BIR024-00136 , March 12, 2015 ; BIR024-00137 , March 12, 2015 ; BIR024-00138 , March 12, 2015 ; BIR024-00139 , March 12, 2015 ; BIR024-00140 , March 12, 2015 ; BIR024-00141 , March 12, 2015 ; BIR024-00133 , March 12, 2015 ; BIR024-00132 , March 12, 2015 ; BIR024-00131 , March 12, 2015 ;

BIR024-00130 , March 12, 2015 ; BIR024-00134 , March 12, 2015 ; BIR024-00122 , March 12, 2015 ; BIR024-00123 , March 12, 2015 ; BIR024-00124 , March 12, 2015 ; BIR024-00125 , March 12, 2015 ; BIR024-00126 , March 12, 2015 ; BIR024-00127 , March 12, 2015 ; BIR024-00128 , March 12, 2015 ; BIR024-00129 , March 12, 2015 ; BIR024-00116 , March 12, 2015 ; BIR024-00117 , March 12, 2015 ; BIR024-00118 , March 12, 2015 ; BIR024-00119 , March 12, 2015 ; BIR024-00120 , March 12, 2015 ; BIR025-00312 , March 12, 2015 ; BIR025-00313 , March 12, 2015 ; BIR025-00311 , March 12, 2015 ; BIR025-00310 , March 12, 2015 ; BIR025-00304 , March 12, 2015 ; BIR025-00305 , March 12, 2015 ; BIR025-00306 , March 12, 2015 ; BIR025-00307 , March 12, 2015 ; BIR025-00308 , March 12, 2015 ; BIR025-00309 , March 12, 2015 ; BIR025-00300 , March 12, 2015 ; BIR025-00301 , March 12, 2015 ; BIR025-00302 , March 12, 2015 ; BIR025-00303 , March 12, 2015 ; BIR025-00296 , March 12, 2015 ; BIR025-00297 , March 12, 2015 ; BIR025-00298 , March 12, 2015 ; BIR025-00299 , March 12, 2015 ; BIR025-00291 , March 12, 2015 ; BIR025-00292 , March 12, 2015 ; BIR025-00293 , March 12, 2015 ; BIR025-00294 , March 12, 2015 ; BIR025-00295 , March 12, 2015 ; BIR025-00288 , March 12, 2015 ; BIR025-00289 , March 12, 2015 ; BIR025-00290 ,

March 12, 2015 ; BIR025-00283 , March 12, 2015 ; BIR025-00284 , March 12, 2015 ; BIR025-00285 , March 12, 2015 ; BIR025-00286 , March 12, 2015 ; BIR025-00287 , March 12, 2015 ; BIR025-00278 , March 12, 2015 ; BIR025-00279 , March 12, 2015 ; BIR025-00280 , March 12, 2015 ; BIR025-00281 , March 12, 2015 ; BIR025-00282 , March 12, 2015 ; BIR025-00274 , March 12, 2015 ; BIR025-00275 , March 12, 2015 ; BIR025-00276 , March 12, 2015 ; BIR025-00277 , March 12, 2015 ; BIR025-00273 , March 12, 2015 ; BIR025-00271 , March 12, 2015 ; BIR025-00272 , March 12, 2015 ;

BIR025-00265 , March 12, 2015 ; BIR025-00266 , March 12, 2015 ; BIR025-00267 , March 12, 2015 ; BIR025-00268 , March 12, 2015 ; BIR025-00269 , March 12, 2015 ; BIR025-00270 , March 12, 2015 ; BIR025-00261 , March 12, 2015 ; BIR025-00262 , March 12, 2015 ; BIR025-00263 , March 12, 2015 ; BIR025-00264 , March 12, 2015 ; BIR028-00028 , March 12, 2015 ; BIR028-00029 , March 12, 2015 ; BIR028-00030 , March 12, 2015 ; BIR028-00031 , March 12, 2015 ; BIR028-00032 , March 12, 2015 ; BIR028-00033 , March 12, 2015 ; BIR028-00034 , March 12, 2015 ; BIR029-00035 , March 12, 2015 ; BIR029-00036 , March 12, 2015 ; BIR029-00037 , March 12, 2015 ; BIR029-00038 , March 12, 2015 ; BIR029-00039 , March 12, 2015 ; BIR030-00062 , March 12, 2015 ; BIR031-00096 , March 12, 2015 ; BIR031-00085 , March 12, 2015 ; BIR031-00086 , March 12, 2015 ; BIR031-00087 , March 12, 2015 ; BIR031-00088 , March 12, 2015 ; BIR031-00089 , March 12, 2015 ; BIR031-00090 , March 12, 2015 ; BIR031-00091 , March 12, 2015 ; BIR031-00092 , March 12, 2015 ; BIR031-00095 , March 12, 2015 ; BIR032-00499 , March 12, 2015 ; BIR032-00500 , March 12, 2015 ; BIR032-00501 , March 12, 2015 ; BIR032-00502 , March 12, 2015 ; BIR032-00503 , March 12, 2015 ; BIR032-00495 , March 12, 2015 ; BIR032-00496 , March 12, 2015 ; BIR032-00497 , March 12, 2015 ; BIR032-00498 , March 12, 2015 ; BIR033-00648 , March 12, 2015 ; BIR033-00649 , March 12, 2015 ; BIR033-00650 , March 12, 2015 ; BIR033-00646 , March 12, 2015 ; BIR033-00647 , March 12, 2015 ; BIR035-00073 , March 12, 2015 ; BIR035-00074 , March 12, 2015 ; BIR035-00075 , March 12, 2015 ; BIR035-00072 , March 12, 2015 ; BIR035-00065 , March 12, 2015 ; BIR035-00066 , March 12, 2015 ; BIR035-00067 , March 12, 2015 ; BIR035-00068 , March 12, 2015 ; BIR035-00069 , March 12, 2015 ; BIR035-00070 , March 12, 2015 ; BIR035-00071 , March 12, 2015 ;

BIR035-00060 , March 12, 2015 ; BIR035-00061 , March 12, 2015 ; BIR035-00062 , March 12, 2015 ; BIR035-00063 , March 12, 2015 ; BIR035-00064 , March 12, 2015 ; BIR036-00101 , March 12, 2015 ; BIR036-00102 , March 13, 2015 ; BIR036-00103 , March 14, 2015 ; BIR036-00104 , March 15, 2015 ; BIR036-00105 , March 16, 2015 ; BIR036-00106 , March 17, 2015 ; BIR036-00096 , March 18, 2015 ; BIR036-00097 , March 19, 2015 ; BIR036-00098 , March 20, 2015 ; BIR036-00099 , March 21, 2015 ; BIR036-00100 , March 22, 2015 ; BIR037-00433 , March 23, 2015 ; BIR037-00432 , March 24, 2015 ; BIR037-00429 , March 25, 2015 ; BIR037-00430 , March 26, 2015 ; BIR037-00431 , March 26, 2015 ; BIR037-00427 , March 26, 2015 ; BIR037-00428 , March 26, 2015 ; BIR037-00425 , March 26, 2015 ; BIR037-00426 , March 26, 2015 ; BIR037-00423 , March 26, 2015 ; BIR037-00424 , March 26, 2015 ; BIR037-00419 , March 26, 2015 ; BIR037-00420 , March 26, 2015 ; BIR037-00421 , March 26, 2015 ; BIR037-00422 , March 26, 2015 ; BIR037-00416 , March 26, 2015 ; BIR037-00417 , March 26, 2015 ; BIR037-00418 , March 26, 2015 ; BIR037-00409 , March 26, 2015 ; BIR037-00410 , March 26, 2015 ; BIR037-00411 , March 26, 2015 ; BIR037-00412 , March 26, 2015 ; BIR037-00413 , March 26, 2015 ; BIR037-00414 , March 26, 2015 ; BIR037-00415 , March 26, 2015 ; BIR037-00390 , March 26, 2015 ; BIR037-00391 , March 26, 2015 ; BIR037-00392 , March 26, 2015 ; BIR037-00393 , March 26, 2015 ; BIR037-00394 , March 26, 2015 ; BIR037-00395 , March 26, 2015 ; BIR037-00396 , March 26, 2015 ; BIR037-00397 , March 26, 2015 ; BIR037-00398 ,

March 26, 2015 ; BIR037-00399 , March 26, 2015 ; BIR037-00400 , March 26, 2015 ; BIR037-00401 , March 26, 2015 ; BIR037-00402 , March 26, 2015 ; BIR037-00403 , March 26, 2015 ; BIR037-00404 , March 26, 2015 ; BIR037-00405 , March 26, 2015 ; BIR037-00406 , March 26, 2015 ;

BIR037-00407 , March 26, 2015 ; BIR037-00408 , March 26, 2015 ; BIR037-00389 , March 26, 2015 ; BIR037-00377 , March 26, 2015 ; BIR037-00378 , March 26, 2015 ; BIR037-00379 , March 26, 2015 ; BIR037-00380 , March 26, 2015 ; BIR037-00381 , March 26, 2015 ; BIR037-00382 , March 26, 2015 ; BIR037-00383 , March 26, 2015 ; BIR037-00384 , March 26, 2015 ; BIR037-00385 , March 26, 2015 ; BIR037-00386 , March 26, 2015 ; BIR037-00387 , March 26, 2015 ; BIR037-00388 , March 26, 2015 ; BIR037-00354 , March 26, 2015 ; BIR037-00355 , March 26, 2015 ; BIR037-00356 , March 26, 2015 ; BIR037-00357 , March 26, 2015 ; BIR037-00358 , March 26, 2015 ; BIR037-00359 , March 26, 2015 ; BIR037-00360 , March 26, 2015 ; BIR037-00361 , March 27, 2015 ; BIR037-00362 , March 28, 2015 ; BIR037-00363 , March 29, 2015 ; BIR037-00364 , March 30, 2015 ; BIR037-00365 , March 31, 2015 ; BIR037-00366 , April 1, 2015 ; BIR037-00367 , April 2, 2015 ; BIR037-00368 , April 3, 2015 ; BIR037-00369 , April 4, 2015 ; BIR037-00370 , April 5, 2015 ; BIR037-00371 , April 6, 2015 ; BIR037-00372 , April 7, 2015 ; BIR037-00373 , April 8, 2015 ; BIR037-00374 , April 9, 2015 ; BIR037-00375 , April 10, 2015 ; BIR037-00376 , April 11, 2015 ; BIR037-00353 , April 12, 2015 ; BIR037-00345 , April 13, 2015 ; BIR037-00346 , April 13, 2015 ; BIR037-00347 , April 13, 2015 ; BIR037-00348 , April 13, 2015 ; BIR037-00349 , April 13, 2015 ; BIR037-00350 , April 13, 2015 ; BIR037-00351 , April 13, 2015 ; BIR037-00352 , April 13, 2015 ; BIR037-00343 , April 13, 2015 ; BIR037-00344 , April 13, 2015 ; BIR038-00044 , April 13, 2015 ; BIR038-00045 , April 13, 2015 ; BIR038-00043 , April 13, 2015 ; BIR038-00039 , April 13, 2015 ; BIR038-00040 , April 13, 2015 ; BIR038-00041 , April 13, 2015 ; BIR038-00042 , April 13, 2015 ; BIR038-00038 , April 13, 2015 ; BIR039-00115 , April 13, 2015 ;

BIR039-00113 , April 13, 2015 ; BIR039-00114 , April 13, 2015 ; BIR039-00102 , April 13, 2015 ; BIR039-00103 , April 13, 2015 ; BIR039-00104 , April 13, 2015 ; BIR039-00105 , April 13, 2015 ; BIR039-00106 , April 13, 2015 ; BIR039-00107 , April 13, 2015 ; BIR039-00108 , April 13, 2015 ; BIR039-00109 , April 13, 2015 ; BIR039-00110 , April 13, 2015 ; BIR039-00111 , April 13, 2015 ; BIR039-00112 , April 13, 2015 ; BIR039-00098 , April 13, 2015 ; BIR039-00099 , April 13, 2015 ; BIR039-00100 , April 13, 2015 ; BIR039-00101 , April 13, 2015 ; BIR039-00058 , April 13, 2015 ; BIR039-00059 , April 13, 2015 ; BIR039-00060 , April 13, 2015 ; BIR039-00061 , April 13, 2015 ; BIR039-00062 , April 13, 2015 ; BIR039-00063 , April 13, 2015 ; BIR039-00064 , April 13, 2015 ; BIR039-00065 , April 13, 2015 ; BIR039-00066 , April 13, 2015 ; BIR039-00067 , April 13, 2015 ; BIR039-00068 , April 13, 2015 ; BIR039-00069 , April 13, 2015 ; BIR039-00070 , April 14, 2015 ; BIR039-00071 , April 14, 2015 ; BIR039-00072 , April 14, 2015 ; BIR039-00073 , April 14, 2015 ; BIR039-00074 , April 14, 2015 ; BIR039-00075 , April 14, 2015 ; BIR039-00076 , April 14, 2015 ; BIR039-00077 , April 14, 2015 ; BIR039-00078 , April 14, 2015 ; BIR039-00079 , April 14, 2015 ; BIR039-00080 , April 14, 2015 ; BIR039-00081 , April 14, 2015 ; BIR039-00082 , April 14, 2015 ; BIR039-00083 , April 14, 2015 ; BIR039-00084 , April 14, 2015 ; BIR039-00085 , April 14, 2015 ; BIR039-00086 , April 14, 2015 ; BIR039-00087 , April 14, 2015 ; BIR039-00088 , April 14, 2015 ; BIR039-00089 , April 14, 2015 ; BIR039-00090 , April 14, 2015 ; BIR039-00091 , April 14, 2015 ; BIR039-00092 , April 14, 2015 ; BIR039-00093 , April 14, 2015 ; BIR039-00094 , April 14, 2015 ; BIR039-00095 , April 14, 2015 ; BIR039-00096 , April 14, 2015 ; BIR039-00097 , April 14, 2015 ; BIR039-00056 , April 14, 2015 ;

BIR039-00057 , April 14, 2015 ; BIR039-00052 , April 14, 2015 ; BIR039-

00053 , April 14, 2015 ; BIR039-00054 , April 14, 2015 ; BIR039-00055 , April 14, 2015 ; BIR040-00057 , April 15, 2015 ; BIR040-00058 , April 16, 2015 ; BIR040-00059 , April 17, 2015 ; BIR040-00047 , April 17, 2015 ; BIR040-00048 , April 17, 2015 ; BIR040-00049 , April 17, 2015 ; BIR040-00050 , April 17, 2015 ; BIR040-00051 , April 17, 2015 ; BIR040-00052 , April 17, 2015 ; BIR040-00053 , April 17, 2015 ; BIR040-00054 , April 17, 2015 ; BIR040-00055 , April 17, 2015 ; BIR040-00056 , April 17, 2015 ; BIR040-00043 , April 17, 2015 ; BIR040-00044 , April 17, 2015 ; BIR040-00045 , April 17, 2015 ; BIR040-00046 , April 17, 2015 ; BIR040-00030 , April 17, 2015 ; BIR040-00031 , April 17, 2015 ; BIR040-00032 , April 17, 2015 ; BIR040-00033 , April 17, 2015 ; BIR040-00034 , April 17, 2015 ; BIR040-00035 , April 17, 2015 ; BIR040-00036 , April 17, 2015 ; BIR040-00040 , April 17, 2015 ; BIR040-00041 , April 17, 2015 ; BIR040-00042 , April 17, 2015 ; BIR041-00015 , April 17, 2015 ; BIR041-00016 , April 17, 2015 ; BIR041-00017 , April 17, 2015 ; BIR042-00083 , April 17, 2015 ; BIR042-00084 , April 17, 2015 ; BIR042-00085 , April 17, 2015 ; BIR042-00086 , April 17, 2015 ; BIR042-00079 , April 17, 2015 ; BIR042-00080 , April 17, 2015 ; BIR042-00081 , April 17, 2015 ; BIR042-00082 , April 17, 2015 ; FIS001-00071 , April 17, 2015 ; FIS002-00007 , April 17, 2015 ; FIS002-00008 , April 17, 2015 ; FIS002-00009 , April 17, 2015 ; FIS002-00010 , April 17, 2015 ; FIS002-00005 , April 17, 2015 ; FIS002-00006 , April 17, 2015 ; FIS003-00062 , April 17, 2015 ; FIS005-00054 , April 17, 2015 ; FIS005-00055 , April 17, 2015 ; FIS005-00056 , April 17, 2015 ; FIS006-00089 , April 17, 2015 ; FIS006-00090 , April 17, 2015 ; FIS006-00091 , April 17, 2015 ; FIS006-00092 , April 17, 2015 ;

FIS006-00093 , April 17, 2015 ; FIS006-00094 , April 17, 2015 ; FIS006-00095 , April 17, 2015 ; FIS006-00096 , April 17, 2015 ; FIS006-00085 , April 17, 2015 ; FIS006-00086 , April 17, 2015 ; FIS006-00087 , April 17, 2015 ; FIS006-00088 , April 17, 2015 ; FIS006-00080 , April 17, 2015 ; FIS006-00081 , April 17, 2015 ; FIS006-00082 , April 17, 2015 ; FIS006-00083 , April 17, 2015 ; FIS006-00084 , April 17, 2015 ; FIS009-00039 , April 17, 2015 ; FIS010-00012 , April 17, 2015 ; FIS010-00013 , April 17, 2015 ; FIS010-00014 , April 17, 2015 ; INS002-00193 , April 17, 2015 ; INS002-00194 , April 17, 2015 ; INS002-00195 , April 17, 2015 ; INS002-00196 , April 17, 2015 ; INS002-00197 , April 17, 2015 ; INS002-00198 , April 17, 2015 ; INS002-00199 , April 17, 2015 ; INS002-00200 , April 17, 2015 ; INS002-00201 , April 17, 2015 ; INS002-00202 , April 17, 2015 ; INS002-00203 , April 17, 2015 ; INS002-00204 , April 17, 2015 ; INS002-00188 , April 17, 2015 ; INS002-00189 , April 17, 2015 ; INS002-00190 , April 17, 2015 ; INS002-00191 , April 17, 2015 ; INS002-00192 , April 17, 2015 ; INS002-00186 , April 17, 2015 ; INS002-00187 , April 18, 2015 ; INS002-00184 , April 19, 2015 ; INS002-00185 , April 19, 2015 ; INS002-00182 , April 19, 2015 ; INS002-00183 , April 19, 2015 ; INS002-00178 , April 19, 2015 ; INS002-00179 , April 19, 2015 ; INS002-00180 , April 19, 2015 ; INS002-00181 , April 19, 2015 ; INS004-00056 , April 19, 2015 ; INS004-00055 , April 19, 2015 ; INS004-00047 , April 19, 2015 ; INS004-00048 , April 19, 2015 ; INS004-00049 , April 19, 2015 ; INS004-00050 , April 19, 2015 ; INS004-00051 , April 19, 2015 ; INS004-00052 , April 19, 2015 ; INS004-00053 , April 19, 2015 ; INS004-00054 , April 19, 2015 ; INS005-00074 , April 19, 2015 ; INS005-00073 , April 19, 2015 ; INS005-00068 , April 19, 2015 ; INS005-00069 , April 19, 2015 ;

INS005-00070 , April 19, 2015 ; INS005-00072 , April 19, 2015 ; INS005-00064 , April 19, 2015 ; INS005-00065 , April 19, 2015 ; INS005-00066 , April 19, 2015 ; INS005-00067 , April 19, 2015 ; INS006-00186 , April 19, 2015 ; INS006-00187 , April 19, 2015 ; INS006-00188 , April 19, 2015 ; INS006-00189 , April 19, 2015 ; INS006-00190 , April 19, 2015 ; INS006-00191 , April 19, 2015 ; INS006-00192 , April 19, 2015 ; INS006-00184 , April 19, 2015 ; INS006-00185 , April 19, 2015 ; INS006-00179 , April 19, 2015 ; INS006-

00180 , April 19, 2015 ; INS006-00181 , April 19, 2015 ; INS006-00182 , April 19, 2015 ; INS006-00183 , April 19, 2015 ; INS006-00177 , April 19, 2015 ; INS006-00178 , April 19, 2015 ; INS006-00175 , April 19, 2015 ; INS006-00176 , April 19, 2015 ; INS007-00332 , April 19, 2015 ; INS007-00333 , April 19, 2015 ; INS007-00334 , April 19, 2015 ; INS007-00335 , April 19, 2015 ; INS007-00336 , April 19, 2015 ; INS007-00337 , April 19, 2015 ; INS007-00338 , April 19, 2015 ; INS007-00339 , April 19, 2015 ; INS007-00340 , April 19, 2015 ; INS007-00341 , April 19, 2015 ; INS007-00342 , April 19, 2015 ; INS007-00343 , April 19, 2015 ; INS007-00344 , April 19, 2015 ; INS007-00330 , April 19, 2015 ; INS007-00331 , April 19, 2015 ; INS007-00312 , April 19, 2015 ; INS007-00313 , April 19, 2015 ; INS007-00314 , April 19, 2015 ; INS007-00315 , April 19, 2015 ; INS007-00316 , April 19, 2015 ; INS007-00317 , April 19, 2015 ; INS007-00318 , April 19, 2015 ; INS007-00319 , April 19, 2015 ; INS007-00320 , April 19, 2015 ; INS007-00321 , April 19, 2015 ; INS007-00322 , April 19, 2015 ; INS007-00323 , April 19, 2015 ; INS007-00324 , April 19, 2015 ; INS007-00325 , April 19, 2015 ; INS007-00326 , April 19, 2015 ; INS007-00327 , April 19, 2015 ; INS007-00328 , April 19, 2015 ; INS007-00329 , April 19, 2015 ; INS007-00309 , April 19, 2015 ;

INS007-00310 , April 19, 2015 ; INS007-00311 , April 19, 2015 ; INS009-00101 , April 19, 2015 ; INS009-00097 , April 19, 2015 ; INS009-00098 , April 19, 2015 ; INS009-00099 , April 19, 2015 ; INS009-00100 , April 19, 2015 ; INS009-00095 , April 19, 2015 ; INS009-00096 , April 19, 2015 ; INS012-00030 , April 19, 2015 ; INS012-00031 , April 19, 2015 ; INS013-00020 , April 19, 2015 ; INS014-00190 , April 19, 2015 ; INS014-00191 , April 19, 2015 ; INS014-00192 , April 19, 2015 ; INS014-00193 , April 19, 2015 ; INS014-00187 , April 19, 2015 ; INS014-00188 , April 19, 2015 ; INS014-00189 , April 19, 2015 ; INS014-00185 , April 19, 2015 ; INS014-00186 , April 19, 2015 ; INS014-00181 , April 19, 2015 ; INS014-00182 , April 19, 2015 ; INS014-00183 , April 19, 2015 ; INS014-00184 , April 19, 2015 ; INS014-00169 , April 19, 2015 ; INS014-00170 , April 19, 2015 ; INS014-00171 , April 19, 2015 ; INS014-00172 , April 19, 2015 ; INS014-00173 , April 19, 2015 ; INS014-00174 , April 19, 2015 ; INS014-00175 , April 19, 2015 ; INS014-00176 , April 19, 2015 ; INS014-00177 , April 19, 2015 ; INS014-00178 , April 19, 2015 ; INS014-00179 , April 20, 2015 ; INS014-00180 , April 21, 2015 ; INS015-00019 , April 22, 2015 ; INS015-00020 , April 22, 2015 ; ONA007-00142 , April 22, 2015 ; ONA007-00126 , April 22, 2015 ; ONA007-00121 , April 22, 2015 ; ONA007-00120 , April 22, 2015 ; ONA007-00118 , April 22, 2015 ; ONA007-00119 , April 22, 2015 ; ONA007-00112 , April 22, 2015 ; ONA007-00113 , April 22, 2015 ; INS016-00039 , April 22, 2015 ; INS016-00040 , April 22, 2015 ; FIS011-00594 , April 22, 2015 ; FIS011-00584 , April 22, 2015 ; FIS011-00585 , April 22, 2015 ; FIS011-00586 , April 22, 2015 ; FIS011-00587 , April 22, 2015 ; FIS011-00588 , April 22, 2015 ; FIS011-00589 , April 22, 2015 ; FIS011-00590 , April 22, 2015 ; FIS011-00591 , April 22, 2015 ;

FIS011-00592 , April 22, 2015 ; FIS011-00593 , April 22, 2015 ; FIS011-00578 , April 22, 2015 ; FIS011-00579 , April 22, 2015 ; FIS011-00580 , April 22, 2015 ; FIS011-00581 , April 22, 2015 ; FIS011-00582 , April 22, 2015 ; FIS011-00583 , April 22, 2015 ; FIS011-00576 , April 22, 2015 ; FIS011-00577 , April 22, 2015 ; FIS011-00572 , April 22, 2015 ; FIS011-00573 , April 22, 2015 ; FIS011-00574 , April 22, 2015 ; FIS011-00575 , April 22, 2015 ; FIS011-00559 , April 22, 2015 ; FIS011-00560 , April 22, 2015 ; FIS011-00561 , April 22, 2015 ; FIS011-00562 , April 22, 2015 ; FIS011-00563 , April 22, 2015 ; FIS011-00564 , April 22, 2015 ; FIS011-00565 , April 22, 2015 ; FIS011-00566 , April 22, 2015 ; FIS011-00567 , April 22, 2015 ; FIS011-00568 , April 22, 2015 ; FIS011-00569 , April 22, 2015 ; FIS011-00570 , April 22, 2015 ; FIS011-00571 , April 22, 2015 ; FIS011-00558 , April 22, 2015 ; FIS011-00555 , April 22, 2015 ; FIS011-00556 , April 22, 2015 ; FIS011-00557

, April 22, 2015 ; FIS011-00547 , April 22, 2015 ; FIS011-00548 , April 22, 2015 ; FIS011-00549 , April 22, 2015 ; FIS011-00550 , April 22, 2015 ; FIS011-00551 , April 22, 2015 ; FIS011-00552 , April 22, 2015 ; FIS011-00553 , April 22, 2015 ; FIS011-00554 , April 22, 2015 ; FIS011-00545 , April 22, 2015 ; FIS011-00546 , April 22, 2015 ; FIS011-00526 , April 22, 2015 ; FIS011-00527 , April 22, 2015 ; FIS011-00528 , April 22, 2015 ; FIS011-00529 , April 22, 2015 ; FIS011-00530 , April 22, 2015 ; FIS011-00531 , April 22, 2015 ; FIS011-00532 , April 22, 2015 ; FIS011-00533 , April 22, 2015 ; FIS011-00534 , April 22, 2015 ; FIS011-00535 , April 22, 2015 ; FIS011-00536 , April 22, 2015 ; FIS011-00537 , April 22, 2015 ; FIS011-00538 , April 22, 2015 ; FIS011-00539 , April 22, 2015 ; FIS011-00540 , April 22, 2015 ; FIS011-00541 , April 22, 2015 ; FIS011-00542 , April 22, 2015 ;

FIS011-00543 , April 22, 2015 ; FIS011-00544 , April 22, 2015 ; FIS011-00497 , April 22, 2015 ; FIS011-00498 , April 22, 2015 ; FIS011-00499 , April 22, 2015 ; FIS011-00500 , April 22, 2015 ; FIS011-00501 , April 22, 2015 ; FIS011-00502 , April 22, 2015 ; FIS011-00503 , April 22, 2015 ; FIS011-00504 , April 22, 2015 ; FIS011-00505 , April 22, 2015 ; FIS011-00506 , April 22, 2015 ; FIS011-00507 , April 22, 2015 ; FIS011-00508 , April 22, 2015 ; FIS011-00509 , April 22, 2015 ; FIS011-00510 , April 22, 2015 ; FIS011-00511 , April 22, 2015 ; FIS011-00512 , April 22, 2015 ; FIS011-00513 , April 22, 2015 ; FIS011-00514 , April 22, 2015 ; FIS011-00515 , April 22, 2015 ; FIS011-00516 , April 22, 2015 ; FIS011-00517 , April 22, 2015 ; FIS011-00518 , April 22, 2015 ; FIS011-00519 , April 22, 2015 ; FIS011-00520 , April 22, 2015 ; FIS011-00521 , April 22, 2015 ; FIS011-00522 , April 22, 2015 ; FIS011-00523 , April 22, 2015 ; FIS011-00524 , April 22, 2015 ; FIS011-00525 , April 22, 2015 ; FIS011-00488 , April 22, 2015 ; FIS011-00489 , April 22, 2015 ; FIS011-00490 , April 22, 2015 ; FIS011-00491 , April 22, 2015 ; FIS011-00492 , April 22, 2015 ; FIS011-00493 , April 22, 2015 ; FIS011-00494 , April 22, 2015 ; FIS011-00495 , April 22, 2015 ; FIS011-00496 , April 22, 2015 ; FIS011-00486 , April 22, 2015 ; FIS011-00487 , April 22, 2015 ; FIS011-00465 , April 22, 2015 ; FIS011-00466 , April 22, 2015 ; FIS011-00467 , April 22, 2015 ; FIS011-00468 , April 22, 2015 ; FIS011-00469 , April 22, 2015 ; FIS011-00470 , April 22, 2015 ; FIS011-00471 , April 22, 2015 ; FIS011-00472 , April 22, 2015 ; FIS011-00473 , April 22, 2015 ; FIS011-00474 , April 22, 2015 ; FIS011-00475 , April 22, 2015 ; FIS011-00476 , April 22, 2015 ; FIS011-00477 , April 22, 2015 ; FIS011-00478 , April 22, 2015 ; FIS011-00479 , April 22, 2015 ; FIS011-00480 , April 22, 2015 ;

FIS011-00481 , April 22, 2015 ; FIS011-00482 , April 22, 2015 ; FIS011-00483 , April 22, 2015 ; FIS011-00464 , April 22, 2015 ; ANI064-00103 , April 22, 2015 ; ANI064-00100 , April 22, 2015 ; ANI064-00101 , April 22, 2015 ; ANI064-00102 , April 22, 2015 ; INS017-00034 , April 22, 2015 ; INS017-00035 , April 22, 2015 ; INS017-00032 , April 22, 2015 ; INS017-00033 , April 22, 2015 ; ANI066-00041 , April 22, 2015 ; ANI066-00042 , April 22, 2015 ; FIS013-00041 , April 22, 2015 ; FIS013-00042 , April 22, 2015 ; FIS013-00043 , April 22, 2015 ; FIS013-00035 , April 22, 2015 ; FIS013-00036 , April 22, 2015 ; FIS013-00037 , April 22, 2015 ; FIS013-00038 , April 22, 2015 ; FIS013-00039 , April 22, 2015 ; FIS013-00040 , April 22, 2015 ; FIS017-00017 , April 22, 2015 ; FIS017-00018 , April 22, 2015 ; FIS017-00019 , April 22, 2015 ; BIR045-00068 , April 22, 2015 ; BIR045-00069 , April 22, 2015 ; BIR045-00070 , April 22, 2015 ; BIR045-00071 , April 22, 2015 ; BIR045-00063 , April 22, 2015 ; BIR045-00064 , April 22, 2015 ; BIR045-00065 , April 22, 2015 ; BIR045-00066 , April 22, 2015 ; BIR045-00067 , April 22, 2015 ; BIR045-00059 , April 22, 2015 ; BIR045-00060 , April 22, 2015 ; BIR045-00061 , April 22, 2015 ; BIR045-00062 , April 22, 2015 ; ANI067-00371 , April 22, 2015 ; ANI067-00369 , April 22, 2015 ; ANI067-00370 , April 22, 2015 ; ANI067-00358 , April 22, 2015 ; ANI067-00359 , April 22, 2015 ; ANI067-

00360 , April 22, 2015 ; ANI067-00361 , April 22, 2015 ; ANI067-00362 , April 22, 2015 ; ANI067-00363 , April 22, 2015 ; ANI067-00364 , April 22, 2015 ; ANI067-00365 , April 22, 2015 ; ANI067-00366 , April 22, 2015 ; ANI067-00367 , April 22, 2015 ; ANI067-00368 , April 22, 2015 ; ANI067-00354 , April 22, 2015 ; ANI067-00355 , April 22, 2015 ; ANI067-00356 , April 22, 2015 ; ANI067-00357 , April 22, 2015 ; ANI067-00343 , April 22, 2015 ;

ANI067-00344 , April 22, 2015 ; ANI067-00345 , April 22, 2015 ; ANI067-00346 , April 22, 2015 ; ANI067-00347 , April 22, 2015 ; ANI067-00348 , April 22, 2015 ; ANI067-00349 , April 22, 2015 ; ANI067-00350 , April 22, 2015 ; ANI067-00351 , April 22, 2015 ; ANI067-00352 , April 22, 2015 ; ANI067-00353 , April 22, 2015 ; ANI067-00341 , April 22, 2015 ; ANI067-00342 , April 22, 2015 ; ANI070-00139 , April 22, 2015 ; ANI070-00140 , April 22, 2015 ; ANI070-00141 , April 22, 2015 ; ANI070-00142 , April 22, 2015 ; ANI070-00138 , April 22, 2015 ; ANI071-00418 , April 22, 2015 ; ANI071-00419 , April 22, 2015 ; ANI071-00420 , April 22, 2015 ; ANI071-00421 , April 22, 2015 ; ANI071-00422 , April 22, 2015 ; ANI071-00423 , April 22, 2015 ; ANI071-00424 , April 22, 2015 ; ANI071-00425 , April 22, 2015 ; ANI071-00426 , April 22, 2015 ; ANI071-00427 , April 22, 2015 ; ANI071-00428 , April 22, 2015 ; ANI071-00429 , April 22, 2015 ; ANI071-00430 , April 22, 2015 ; ANI071-00431 , April 22, 2015 ; ANI071-00432 , April 22, 2015 ; ANI071-00433 , April 22, 2015 ; INS018-00105 , April 22, 2015 ; FIS019-00079 , April 22, 2015 ; FIS019-00080 , April 22, 2015 ; FIS019-00081 , April 22, 2015 ; FIS019-00082 , April 22, 2015 ; FIS019-00083 , April 22, 2015 ; FIS019-00084 , April 22, 2015 ; FIS019-00085 , April 22, 2015 ; FIS019-00074 , April 22, 2015 ; FIS019-00075 , April 22, 2015 ; FIS019-00076 , April 22, 2015 ; FIS019-00077 , April 22, 2015 ; FIS019-00078 , April 22, 2015 ; FIS019-00066 , April 22, 2015 ; FIS019-00067 , April 22, 2015 ; FIS019-00068 , April 22, 2015 ; FIS019-00069 , April 22, 2015 ; FIS019-00070 , April 23, 2015 ; FIS019-00071 , April 24, 2015 ; FIS019-00072 , April 24, 2015 ; FIS019-00073 , April 24, 2015 ; FIS019-00063 , April 24, 2015 ; FIS019-00064 , April 24, 2015 ; FIS019-00065 , April 24, 2015 ; FIS019-00061 , April 24, 2015 ;

FIS019-00062 , April 24, 2015 ; FIS019-00054 , April 24, 2015 ; FIS019-00055 , April 24, 2015 ; FIS019-00056 , April 24, 2015 ; FIS019-00057 , April 24, 2015 ; FIS019-00058 , April 24, 2015 ; FIS019-00059 , April 24, 2015 ; FIS019-00060 , April 24, 2015 ; FIS019-00047 , April 24, 2015 ; FIS019-00048 , April 24, 2015 ; FIS019-00049 , April 24, 2015 ; FIS019-00050 , April 24, 2015 ; FIS019-00051 , April 24, 2015 ; FIS019-00052 , April 24, 2015 ; FIS019-00053 , April 24, 2015 ; FIS019-00045 , April 24, 2015 ; FIS019-00046 , April 24, 2015 ; ANI072-00086 , April 24, 2015 ; BIR048-00054 , April 24, 2015 ; BIR048-00047 , April 24, 2015 ; BIR048-00048 , April 24, 2015 ; BIR048-00049 , April 24, 2015 ; BIR048-00050 , April 24, 2015 ; BIR048-00051 , April 24, 2015 ; BIR048-00052 , April 24, 2015 ; BIR048-00053 , April 24, 2015 ; BIR049-00056 , April 24, 2015 ; BIR049-00057 , April 24, 2015 ; BIR049-00058 , April 24, 2015 ; BIR049-00059 , April 24, 2015 ; BIR049-00060 , April 24, 2015 ; BIR049-00061 , April 24, 2015 ; BIR049-00062 , April 24, 2015 ; BIR049-00063 , April 24, 2015 ; BIR049-00064 , April 24, 2015 ; BIR049-00065 , April 24, 2015 ; BIR049-00066 , April 24, 2015 ; BIR049-00067 , April 24, 2015 ; ANI073-00558 , April 24, 2015 ; ANI073-00559 , April 24, 2015 ; ANI073-00556 , April 24, 2015 ; ANI073-00557 , April 24, 2015 ; ANI073-00548 , April 24, 2015 ; ANI073-00549 , April 24, 2015 ; ANI073-00550 , April 24, 2015 ; ANI073-00551 , April 24, 2015 ; ANI073-00552 , April 24, 2015 ; ANI073-00553 , April 24, 2015 ; ANI073-00554 , April 24, 2015 ; ANI073-00555 , April 24, 2015 ; ANI073-00546 , April 24, 2015 ; ANI073-00547 , April 24, 2015 ; ANI073-00543 , April 24, 2015 ;

ANI073-00544 , April 24, 2015 ; ANI073-00545 , April 24, 2015 ; ANI073-00533 , April 24, 2015 ; ANI073-00532 , April 24, 2015 ; ANI073-00534 , April 24, 2015 ;

ANI073-00535 , April 24, 2015 ; ANI073-00536 , April 24, 2015 ; ANI073-00537 , April 24, 2015 ; ANI073-00538 , April 24, 2015 ; ANI073-00539 , April 24, 2015 ; ANI073-00540 , April 24, 2015 ; ANI073-00541 , April 24, 2015 ; ANI073-00542 , April 24, 2015 ; ANI073-00525 , April 24, 2015 ; ANI073-00526 , April 24, 2015 ; ANI073-00527 , April 24, 2015 ; ANI073-00528 , April 24, 2015 ; ANI073-00529 , April 24, 2015 ; ANI073-00530 , April 24, 2015 ; ANI073-00531 , April 24, 2015 ; ANI073-00520 , April 24, 2015 ; ANI073-00521 , April 24, 2015 ; ANI073-00522 , April 24, 2015 ; ANI073-00523 , April 24, 2015 ; ANI073-00524 , April 24, 2015 ; BIR050-00039 , April 24, 2015 ; BIR050-00040 , April 24, 2015 ; BIR050-00041 , April 24, 2015 ; BIR050-00042 , April 24, 2015 ; BIR050-00043 , April 24, 2015 ; BIR050-00044 , April 24, 2015 ; BIR050-00045 , April 24, 2015 ; BIR050-00046 , April 24, 2015 ; BIR050-00047 , April 24, 2015 ; BIR050-00048 , April 24, 2015 ; BIR050-00049 , April 24, 2015 ; BIR050-00050 , April 24, 2015 ; BIR050-00051 , April 24, 2015 ; BIR050-00052 , April 24, 2015 ; BIR050-00053 , April 24, 2015 ; BIR050-00054 , April 24, 2015 ; BIR050-00055 , April 24, 2015 ; BIR050-00056 , April 24, 2015 ; BIR050-00057 , April 24, 2015 ; BIR050-00058 , April 24, 2015 ; BIR050-00059 , April 24, 2015 ; BIR050-00060 , April 24, 2015 ; BIR050-00061 , April 24, 2015 ; BIR050-00062 , April 24, 2015 ; BIR050-00063 , April 24, 2015 ; BIR050-00064 , April 24, 2015 ; BIR050-00065 , April 24, 2015 ; BIR050-00066 , April 24, 2015 ; BIR050-00067 , April 24, 2015 ; BIR050-00068 , April 24, 2015 ; BIR050-00069 , April 24, 2015 ; BIR050-00070 , April 24, 2015 ; BIR050-00071 , April 24, 2015 ; BIR050-00031 , April 24, 2015 ; BIR050-00032 , April 24, 2015 ; BIR050-00033 , April 24, 2015 ; BIR050-00034 , April 24, 2015 ; BIR050-00035 , April 24, 2015 ;

BIR050-00036 , April 24, 2015 ; BIR050-00037 , April 24, 2015 ; BIR050-00038 , April 24, 2015 ; BIR050-00026 , April 24, 2015 ; BIR050-00027 , April 24, 2015 ; BIR050-00028 , April 24, 2015 ; BIR050-00029 , April 24, 2015 ; BIR050-00030 , April 24, 2015 ; BIR051-00143 , April 24, 2015 ; BIR051-00138 , April 24, 2015 ; BIR051-00139 , April 24, 2015 ; BIR051-00140 , April 24, 2015 ; BIR051-00141 , April 24, 2015 ; BIR051-00142 , April 24, 2015 ; ANI077-00541 , April 24, 2015 ; ANI077-00533 , April 24, 2015 ; ANI077-00534 , April 24, 2015 ; ANI077-00535 , April 24, 2015 ; ANI077-00536 , April 24, 2015 ; ANI077-00537 , April 24, 2015 ; ANI077-00538 , April 24, 2015 ; ANI077-00539 , April 24, 2015 ; ANI077-00540 , April 24, 2015 ; ANI077-00532 , April 24, 2015 ; ANI078-00515 , April 24, 2015 ; ANI078-00507 , April 24, 2015 ; ANI078-00508 , April 24, 2015 ; ANI078-00509 , April 24, 2015 ; ANI078-00510 , April 24, 2015 ; ANI078-00511 , April 24, 2015 ; ANI078-00512 , April 24, 2015 ; ANI078-00513 , April 24, 2015 ; ANI078-00514 , April 24, 2015 ; ANI078-00506 , April 24, 2015 ; ANI078-00504 , April 24, 2015 ; ANI078-00505 , April 24, 2015 ; ANI078-00500 , April 24, 2015 ; ANI078-00501 , April 24, 2015 ; ANI078-00502 , April 24, 2015 ; ANI078-00494 , April 24, 2015 ; ANI078-00495 , April 24, 2015 ; ANI078-00496 , April 24, 2015 ; ANI078-00497 , April 24, 2015 ; ANI078-00498 , April 24, 2015 ; ANI078-00488 , April 24, 2015 ; ANI078-00489 , April 24, 2015 ; ANI078-00490 , April 24, 2015 ; ANI078-00491 , April 24, 2015 ; ANI078-00492 , April 24, 2015 ; ANI078-00493 , April 24, 2015 ; ANI078-00486 , April 24, 2015 ; ANI078-00487 , April 24, 2015 ; ANI078-00484 , April 24, 2015 ; ANI078-00485 , April 24, 2015 ; ANI080-00426 , April 24, 2015 ; ANI080-00427 , April 24, 2015 ; ANI080-00428 , April 24, 2015 ; ANI080-00413 , April 24, 2015 ;

ANI080-00414 , April 24, 2015 ; ANI080-00415 , April 24, 2015 ; ANI080-00416 , April 24, 2015 ; ANI080-00417 , April 24, 2015 ; ANI080-00418 , April 24, 2015 ; ANI080-00419 , April 24, 2015 ; ANI080-00420 , April 24, 2015 ; ANI080-00421 , April 24, 2015 ; ANI080-00422 , April 24, 2015 ; ANI080-00394 , April 24, 2015 ; ANI080-00388 , April 24, 2015 ; ANI080-00389 , April 24, 2015 ; ANI080-00390 , April 24, 2015 ; ANI080-00391 , April 24, 2015 ; ANI080-00392 , April 24, 2015 ; ANI080-00393 , April 24, 2015 ; ANI080-00380 , April 24, 2015 ; ANI080-00381 , April 24, 2015 ; ANI080-00382 , April 24, 2015 ; ANI080-00383 , April 24, 2015 ; ANI080-00384 , April 24, 2015 ; ANI080-00385 , April 24, 2015 ; ANI080-00386 , April 24, 2015 ; ANI080-00387 , April 24, 2015 ; ANI080-00377 , April 24, 2015 ; ANI080-00378 , April 24, 2015 ; ANI080-00379 , April 24, 2015 ; ANI080-00372 , April 24, 2015 ; ANI080-00373 , April 24, 2015 ; ANI080-00374 , April 24, 2015 ; ANI080-00375 , April 24, 2015 ; ANI080-00376 , April 24, 2015 ; ANI080-00371 , April 24, 2015 ; ANI080-00367 , April 24, 2015 ; ANI080-00368 , April 24, 2015 ; ANI080-00369 , April 24, 2015 ; ANI080-00370 , April 24, 2015 ; ANI080-00356 , April 24, 2015 ; ANI080-00357 , April 24, 2015 ; ANI080-00358 , April 24, 2015 ; ANI080-00359 , April 24, 2015 ; ANI080-00360 , April 24, 2015 ; ANI080-00361 , April 24, 2015 ; ANI080-00362 , April 24, 2015 ; ANI080-00363 , April 24, 2015 ; ANI080-00364 , April 24, 2015 ; ANI080-00365 , April 24, 2015 ; ANI080-00366 , April 24, 2015 ; ANI080-00354 , April 24, 2015 ; ANI080-00355 , April 24, 2015 ; ANI080-00331 , April 24, 2015 ; ANI080-00332 , April 24, 2015 ; ANI080-00333 , April 24, 2015 ; ANI080-00334 , April 24, 2015 ; ANI080-00335 , April 24, 2015 ; ANI080-00336 , April 24, 2015 ; ANI080-00337 , April 24, 2015 ; ANI080-00338 , April 24, 2015 ;

ANI080-00339 , April 24, 2015 ; ANI080-00340 , April 24, 2015 ; ANI080-00341 , April 24, 2015 ; ANI080-00342 , April 24, 2015 ; ANI080-00343 , April 24, 2015 ; ANI080-00344 , April 24, 2015 ; ANI080-00345 , April 24, 2015 ; ANI080-00346 , April 24, 2015 ; ANI080-00347 , April 24, 2015 ; ANI080-00348 , April 24, 2015 ; ANI080-00349 , April 24, 2015 ; ANI080-00350 , April 24, 2015 ; ANI080-00351 , April 24, 2015 ; ANI080-00352 , April 24, 2015 ; ANI080-00353 , April 24, 2015 ; THI002-00059 , April 24, 2015 ; THI002-00060 , April 24, 2015 ; THI002-00061 , April 24, 2015 ; THI002-00062 , April 24, 2015 ; ANI081-00084 , April 24, 2015 ; ANI081-00085 , April 24, 2015 ; ANI081-00082 , April 24, 2015 ; ANI081-00083 , April 24, 2015 ; ANI081-00077 , April 24, 2015 ; ANI081-00078 , April 24, 2015 ; ANI081-00079 , April 24, 2015 ; ANI081-00080 , April 24, 2015 ; ANI081-00081 , April 24, 2015 ; ANI081-00075 , April 24, 2015 ; ANI081-00076 , April 24, 2015 ; ANI081-00067 , April 24, 2015 ; ANI081-00068 , April 24, 2015 ; ANI081-00069 , April 24, 2015 ; ANI081-00070 , April 24, 2015 ; ANI081-00071 , April 24, 2015 ; ANI081-00072 , April 24, 2015 ; ANI081-00073 , April 24, 2015 ; ANI081-00074 , April 24, 2015 ; ANI081-00059 , April 24, 2015 ; ANI081-00060 , April 24, 2015 ; ANI081-00061 , April 24, 2015 ; ANI081-00062 , April 24, 2015 ; ANI081-00063 , April 24, 2015 ; ANI081-00064 , April 24, 2015 ; ANI081-00065 , April 24, 2015 ; ANI081-00066 , April 24, 2015 ; ANI081-00054 , April 24, 2015 ; ANI081-00055 , April 24, 2015 ; ANI081-00056 , April 24, 2015 ; ANI081-00057 , April 24, 2015 ; ANI081-00058 , April 24, 2015 ; ANI084-00035 , April 24, 2015 ; ANI084-00036 , April 24, 2015 ; ANI084-00037 , April 24, 2015 ; ANI084-00038 , April 24, 2015 ; ANI084-00039 , April 24, 2015 ; ANI084-00040 , April 24, 2015 ; ANI084-00041 , April 24, 2015 ;

ANI084-00034 , April 24, 2015 ; ANI084-00033 , April 24, 2015 ; BEA020-00036 , April 24, 2015 ; BEA020-00035 , April 24, 2015 ; BEA020-00034 , April 24, 2015 ; BIR052-00098 , April 24, 2015 ; BIR052-00099 , April 24, 2015 ; BIR052-00100 , April 24, 2015 ; BIR052-00094 , April 24, 2015 ;

BIR052-00095 , April 24, 2015 ; BIR052-00096 , April 24, 2015 ; BIR052-00097 , April 24, 2015 ; BIR052-00093 , April 25, 2015 ; BIR052-00085 , April 26, 2015 ; BIR052-00086 , April 27, 2015 ; BIR052-00087 , April 28, 2015 ; BIR052-00088 , April 29, 2015 ; BIR052-00089 , April 30, 2015 ; BIR052-00090 , May 1, 2015 ; BIR052-00091 , May 2, 2015 ; BIR052-00092 , May 2, 2015 ; BIR052-00082 , May 2, 2015 ; BIR052-00083 , May 2, 2015 ; BIR052-00084 , May 2, 2015 ; BIR052-00066 , May 2, 2015 ; BIR052-00067 , May 2, 2015 ; BIR052-00068 , May 2, 2015 ; BIR052-00069 , May 2, 2015 ; BIR052-00070 , May 2, 2015 ; BIR052-00071 , May 2, 2015 ; BIR052-00072 , May 2, 2015 ; BIR052-00073 , May 2, 2015 ; BIR052-00074 , May 2, 2015 ; BIR052-00075 , May 2, 2015 ; BIR052-00076 , May 2, 2015 ; BIR052-00077 , May 2, 2015 ; BIR052-00078 , May 2, 2015 ; BIR052-00079 , May 2, 2015 ; BIR052-00080 , May 2, 2015 ; BIR052-00081 , May 2, 2015 ; BIR052-00060 , May 2, 2015 ; BIR052-00061 , May 2, 2015 ; BIR052-00062 , May 2, 2015 ; BIR052-00063 , May 2, 2015 ; BIR052-00064 , May 2, 2015 ; BIR052-00065 , May 2, 2015 ; BIR052-00058 , May 2, 2015 ; BIR052-00059 , May 2, 2015 ; BIR052-00045 , May 2, 2015 ; BIR052-00046 , May 2, 2015 ; BIR052-00047 , May 2, 2015 ; BIR052-00048 , May 2, 2015 ; BIR052-00049 , May 2, 2015 ; BIR052-00050 , May 2, 2015 ; BIR052-00051 , May 2, 2015 ; BIR052-00052 , May 2, 2015 ; BIR052-00053 , May 2, 2015 ; BIR052-00054 , May 2, 2015 ;

BIR052-00055 , May 2, 2015 ; BIR052-00056 , May 2, 2015 ; BIR052-00057 , May 2, 2015 ; BIR052-00041 , May 2, 2015 ; BIR052-00042 , May 2, 2015 ; BIR052-00043 , May 2, 2015 ; BIR052-00044 , May 2, 2015 ; BIR052-00037 , May 2, 2015 ; BIR052-00038 , May 2, 2015 ; BIR052-00039 , May 2, 2015 ; BIR052-00040 , May 2, 2015 ; BIR052-00031 , May 2, 2015 ; BIR052-00032 , May 2, 2015 ; BIR052-00033 , May 2, 2015 ; BIR052-00034 , May 2, 2015 ; BIR052-00035 , May 2, 2015 ; BIR052-00036 , May 2, 2015 ; BIR053-00285 , May 2, 2015 ; BIR053-00286 , May 2, 2015 ; BIR053-00287 , May 2, 2015 ; BIR053-00288 , May 2, 2015 ; BIR053-00283 , May 2, 2015 ; BIR053-00284 , May 2, 2015 ; BIR053-00279 , May 2, 2015 ; BIR053-00280 , May 2, 2015 ; BIR053-00281 , May 2, 2015 ; BIR053-00282 , May 2, 2015 ; BIR053-00272 , May 2, 2015 ; BIR053-00273 , May 2, 2015 ; BIR053-00274 , May 2, 2015 ; BIR053-00275 , May 2, 2015 ; BIR053-00276 , May 2, 2015 ; BIR053-00277 , May 2, 2015 ; BIR053-00278 , May 2, 2015 ; BIR053-00266 , May 2, 2015 ; BIR053-00267 , May 2, 2015 ; BIR053-00268 , May 2, 2015 ; BIR053-00269 , May 2, 2015 ; BIR053-00270 , May 2, 2015 ; BIR053-00271 , May 2, 2015 ; BIR053-00254 , May 2, 2015 ; BIR053-00255 , May 2, 2015 ; BIR053-00256 , May 2, 2015 ; BIR053-00257 , May 2, 2015 ; BIR053-00258 , May 2, 2015 ; BIR053-00259 , May 2, 2015 ; BIR053-00260 , May 2, 2015 ; BIR053-00261 , May 2, 2015 ; BIR053-00262 , May 2, 2015 ; BIR053-00263 , May 2, 2015 ; BIR053-00264 , May 2, 2015 ; BIR053-00265 , May 2, 2015 ; BIR053-00251 , May 2, 2015 ; BIR053-00252 , May 2, 2015 ; BIR053-00253 , May 2, 2015 ; BIR053-00246 , May 2, 2015 ; BIR053-00247 , May 2, 2015 ; BIR053-00248 , May 2, 2015 ;

BIR053-00249 , May 2, 2015 ; BIR053-00250 , May 2, 2015 ; BIR053-00225 , May 2, 2015 ; BIR053-00226 , May 2, 2015 ; BIR053-00227 , May 2, 2015 ; BIR053-00228 , May 2, 2015 ; BIR053-00229 , May 2, 2015 ; BIR053-00230 , May 2, 2015 ; BIR053-00231 , May 2, 2015 ; BIR053-00232 , May 2, 2015 ; BIR053-00233 , May 2, 2015 ; BIR053-00234 , May 2, 2015 ; BIR053-00235 , May 2, 2015 ; BIR053-00236 , May 2, 2015 ; BIR053-00237 , May 2, 2015 ; BIR053-00238 , May 2, 2015 ; BIR053-00239 , May 2, 2015 ; BIR053-00240 , May 2, 2015 ; BIR053-00241 , May 2, 2015 ; BIR053-00242 , May 2, 2015 ; BIR053-00243 , May 2, 2015 ; BIR053-00244 , May 2, 2015 ; BIR053-00245 , May 2, 2015 ; BIR055-00063 , May 2, 2015 ; BIR055-00064 , May 2, 2015 ; BIR055-00060 , May 2, 2015 ; BIR055-00061 , May 2, 2015 ; BIR055-00062 , May 2, 2015 ; BIR055-00058 , May 2, 2015 ; BIR055-00059 , May 2, 2015 ;

BIR055-00057 , May 2, 2015 ; BIR055-00055 , May 2, 2015 ; BIR055-00056 , May 2, 2015 ; BIR055-00050 , May 2, 2015 ; BIR055-00051 , May 2, 2015 ; BIR055-00052 , May 2, 2015 ; BIR055-00053 , May 2, 2015 ; BIR055-00054 , May 2, 2015 ; BIR055-00048 , May 2, 2015 ; BIR055-00049 , May 2, 2015 ; BIR055-00044 , May 2, 2015 ; FIS021-00030 , May 2, 2015 ; FIS021-00031 , May 2, 2015 ; FIS021-00026 , May 2, 2015 ; FIS021-00027 , May 2, 2015 ; FIS021-00028 , May 2, 2015 ; FIS021-00029 , May 2, 2015 ; FIS021-00019 , May 2, 2015 ; FIS021-00020 , May 2, 2015 ; FIS021-00021 , May 2, 2015 ; FIS021-00022 , May 2, 2015 ; FIS021-00023 , May 2, 2015 ; FIS021-00024 , May 2, 2015 ; FIS021-00025 , May 2, 2015 ; FIS021-00015 , May 2, 2015 ; FIS021-00016 , May 2, 2015 ; FIS021-00017 , May 2, 2015 ; FIS021-00018 , May 2, 2015 ;

BIR056-00004 , May 2, 2015 ; BIR056-00005 , May 2, 2015 ; ANI092-00045 , May 2, 2015 ; ANI092-00046 , May 2, 2015 ; ANI092-00047 , May 2, 2015 ; ANI092-00043 , May 2, 2015 ; ANI092-00044 , May 2, 2015 ; ANI092-00040 , May 2, 2015 ; ANI092-00041 , May 2, 2015 ; ANI092-00042 , May 2, 2015 ; BIR057-00272 , May 2, 2015 ; BIR057-00271 , May 2, 2015 ; BIR057-00268 , May 2, 2015 ; BIR057-00269 , May 2, 2015 ; BIR057-00270 , May 2, 2015 ; BIR057-00265 , May 2, 2015 ; BIR057-00266 , May 2, 2015 ; BIR057-00267 , May 2, 2015 ; BIR057-00254 , May 2, 2015 ; BIR057-00255 , May 2, 2015 ; BIR057-00256 , May 2, 2015 ; BIR057-00257 , May 2, 2015 ; BIR057-00258 , May 2, 2015 ; BIR057-00259 , May 2, 2015 ; BIR057-00260 , May 2, 2015 ; BIR057-00261 , May 2, 2015 ; BIR057-00262 , May 2, 2015 ; BIR057-00263 , May 2, 2015 ; BIR057-00264 , May 2, 2015 ; BIR057-00241 , May 2, 2015 ; BIR057-00242 , May 2, 2015 ; BIR057-00243 , May 2, 2015 ; BIR057-00244 , May 2, 2015 ; BIR057-00245 , May 2, 2015 ; BIR057-00246 , May 2, 2015 ; BIR057-00247 , May 2, 2015 ; BIR057-00248 , May 2, 2015 ; BIR057-00249 , May 2, 2015 ; BIR057-00250 , May 2, 2015 ; BIR057-00251 , May 2, 2015 ; BIR057-00252 , May 2, 2015 ; BIR057-00253 , May 2, 2015 ; BIR057-00231 , May 2, 2015 ; BIR057-00232 , May 2, 2015 ; BIR057-00233 , May 2, 2015 ; BIR057-00234 , May 2, 2015 ; BIR057-00235 , May 2, 2015 ; BIR057-00236 , May 2, 2015 ; BIR057-00237 , May 2, 2015 ; BIR057-00238 , May 2, 2015 ; BIR057-00239 , May 2, 2015 ; BIR057-00240 , May 2, 2015 ; BIR057-00224 , May 2, 2015 ; BIR057-00225 , May 2, 2015 ; BIR057-00226 , May 2, 2015 ; BIR057-00227 , May 2, 2015 ; BIR057-00228 , May 2, 2015 ; BIR057-00229 , May 2, 2015 ;

BIR057-00230 , May 2, 2015 ; BIR057-00219 , May 2, 2015 ; BIR057-00220 , May 2, 2015 ; BIR057-00221 , May 2, 2015 ; BIR057-00222 , May 2, 2015 ; BIR057-00223 , May 2, 2015 ; BIR057-00206 , May 2, 2015 ; BIR057-00207 , May 2, 2015 ; BIR057-00208 , May 2, 2015 ; BIR057-00209 , May 2, 2015 ; BIR057-00210 , May 2, 2015 ; BIR057-00211 , May 2, 2015 ; BIR057-00212 , May 2, 2015 ; BIR057-00213 , May 2, 2015 ; BIR057-00214 , May 2, 2015 ; BIR057-00215 , May 2, 2015 ; BIR057-00216 , May 2, 2015 ; BIR057-00217 , May 2, 2015 ; BIR057-00218 , May 2, 2015 ; BIR057-00201 , May 2, 2015 ; BIR057-00202 , May 2, 2015 ; BIR057-00203 , May 2, 2015 ; BIR057-00204 , May 2, 2015 ; BIR057-00205 , May 2, 2015 ; BIR057-00193 , May 2, 2015 ; BIR057-00194 , May 2, 2015 ; BIR057-00195 , May 2, 2015 ; BIR057-00196 , May 2, 2015 ; BIR057-00197 , May 2, 2015 ; BIR057-00198 , May 2, 2015 ; BIR057-00199 , May 2, 2015 ; BIR057-00200 , May 2, 2015 ; BIR057-00172 , May 2, 2015 ; BIR057-00173 , May 2, 2015 ; BIR057-00174 , May 2, 2015 ; BIR057-00175 , May 2, 2015 ; BIR057-00176 , May 2, 2015 ; BIR057-00177 , May 2, 2015 ; BIR057-00178 , May 2, 2015 ; BIR057-00179 , May 2, 2015 ; BIR057-00180 , May 2, 2015 ; BIR057-00181 , May 2, 2015 ; BIR057-00182 , May 2, 2015 ; BIR057-00183 , May 2, 2015 ; BIR057-00184 , May 2, 2015 ; BIR057-00187 , May 2, 2015 ; BIR057-00188 , May 2, 2015 ; BIR057-00163 , May 2, 2015 ; BIR057-00164 , May 2, 2015 ; BIR057-00165 , May 2, 2015 ;

BIR057-00166 , May 2, 2015 ; BIR057-00167 , May 2, 2015 ; BIR057-00168 , May 2, 2015 ; BIR057-00169 , May 2, 2015 ; BIR057-00170 , May 2, 2015 ; BIR057-00171 , May 2, 2015 ; BIR058-00023 , May 2, 2015 ; BIR058-00024 , May 3, 2015 ;

BIR058-00025 , May 4, 2015 ; BIR058-00026 , May 5, 2015 ; BIR058-00027 , May 6, 2015 ; BIR058-00028 , May 6, 2015 ; BIR058-00029 , May 6, 2015 ; BIR058-00030 , May 6, 2015 ; BIR058-00022 , May 6, 2015 ; ANI095-00005 , May 6, 2015 ; ANI095-00006 , May 6, 2015 ; ANI095-00007 , May 6, 2015 ; ANI095-00008 , May 6, 2015 ; ANI095-00009 , May 6, 2015 ; ANI095-00010 , May 6, 2015 ; ANI097-00335 , May 6, 2015 ; ANI097-00336 , May 6, 2015 ; ANI097-00337 , May 6, 2015 ; ANI097-00332 , May 6, 2015 ; ANI097-00331 , May 6, 2015 ; ANI097-00307 , May 6, 2015 ; ANI097-00308 , May 6, 2015 ; ANI097-00309 , May 6, 2015 ; ANI097-00310 , May 6, 2015 ; ANI097-00311 , May 6, 2015 ; ANI097-00312 , May 6, 2015 ; ANI097-00313 , May 6, 2015 ; ANI097-00314 , May 6, 2015 ; ANI097-00315 , May 6, 2015 ; ANI097-00316 , May 6, 2015 ; ANI097-00317 , May 6, 2015 ; ANI097-00318 , May 6, 2015 ; ANI097-00319 , May 6, 2015 ; ANI097-00320 , May 6, 2015 ; ANI097-00321 , May 6, 2015 ; ANI097-00322 , May 6, 2015 ; ANI097-00323 , May 6, 2015 ; ANI097-00324 , May 6, 2015 ; ANI097-00325 , May 6, 2015 ; ANI097-00326 , May 6, 2015 ; ANI097-00327 , May 6, 2015 ; ANI097-00328 , May 6, 2015 ; ANI097-00329 , May 6, 2015 ; ANI097-00330 , May 6, 2015 ; ANI097-00297 , May 6, 2015 ; ANI097-00298 , May 6, 2015 ; ANI097-00299 , May 6, 2015 ; ANI097-00300 , May 6, 2015 ; ANI097-00301 , May 6, 2015 ; ANI097-00302 , May 6, 2015 ; ANI097-00303 , May 6, 2015 ; ANI097-00304 , May 6, 2015 ; ANI097-00305 , May 6, 2015 ; ANI097-00306 , May 6, 2015 ; ANI097-00288 , May 6, 2015 ; ANI097-00289 , May 6, 2015 ; ANI097-00290 , May 6, 2015 ; ANI097-00291 , May 6, 2015 ; ANI097-00292 , May 6, 2015 ; ANI097-00293 , May 6, 2015 ;

ANI097-00294 , May 6, 2015 ; ANI097-00295 , May 6, 2015 ; ANI097-00296 , May 6, 2015 ; ANI097-00281 , May 6, 2015 ; ANI097-00282 , May 6, 2015 ; ANI097-00283 , May 6, 2015 ; ANI097-00284 , May 6, 2015 ; ANI097-00285 , May 6, 2015 ; ANI097-00286 , May 6, 2015 ; ANI097-00287 , May 6, 2015 ; ANI097-00278 , May 6, 2015 ; ANI097-00279 , May 6, 2015 ; ANI097-00280 , May 6, 2015 ; ANI097-00277 , May 6, 2015 ; ANI097-00259 , May 6, 2015 ; ANI097-00260 , May 6, 2015 ; ANI097-00261 , May 6, 2015 ; ANI097-00262 , May 6, 2015 ; ANI097-00263 , May 6, 2015 ; ANI097-00264 , May 6, 2015 ; ANI097-00265 , May 6, 2015 ; ANI097-00266 , May 6, 2015 ; ANI097-00267 , May 6, 2015 ; ANI097-00268 , May 6, 2015 ; ANI097-00269 , May 6, 2015 ; ANI097-00270 , May 6, 2015 ; ANI097-00271 , May 6, 2015 ; ANI097-00272 , May 6, 2015 ; ANI097-00273 , May 6, 2015 ; ANI097-00274 , May 6, 2015 ; ANI097-00275 , May 6, 2015 ; ANI097-00276 , May 6, 2015 ; ANI097-00257 , May 6, 2015 ; ANI097-00258 , May 6, 2015 ; ANI097-00250 , May 6, 2015 ; ANI097-00251 , May 6, 2015 ; ANI097-00252 , May 6, 2015 ; ANI097-00253 , May 6, 2015 ; ANI097-00254 , May 6, 2015 ; ANI097-00255 , May 6, 2015 ; ANI097-00256 , May 6, 2015 ; ANI097-00239 , May 6, 2015 ; ANI097-00240 , May 6, 2015 ; ANI097-00241 , May 6, 2015 ; ANI097-00242 , May 6, 2015 ; ANI097-00243 , May 6, 2015 ; ANI097-00244 , May 6, 2015 ; ANI097-00245 , May 6, 2015 ; ANI097-00246 , May 6, 2015 ; ANI097-00247 , May 6, 2015 ; ANI097-00248 , May 6, 2015 ; ANI097-00249 , May 6, 2015 ; ANI097-00212 , May 6, 2015 ; ANI097-00213 , May 6, 2015 ; ANI097-00214 , May 6, 2015 ; ANI097-00215 , May 6, 2015 ; ANI097-00216 , May 6, 2015 ; ANI097-00217 , May 6, 2015 ;

ANI097-00218 , May 6, 2015 ; ANI097-00219 , May 6, 2015 ; ANI097-00220 , May 6, 2015 ; ANI097-00221 , May 6, 2015 ; ANI097-00222 , May 6, 2015 ; ANI097-00223 , May 6, 2015 ; ANI097-00224 , May 6, 2015 ; ANI097-00225 ,

May 6, 2015 ; ANI097-00226 , May 6, 2015 ; ANI097-00227 , May 6, 2015 ; ANI097-00228 , May 6, 2015 ; ANI097-00229 , May 6, 2015 ; ANI097-00230 , May 6, 2015 ; ANI097-00231 , May 6, 2015 ; ANI097-00232 , May 6, 2015 ; ANI097-00233 , May 6, 2015 ; ANI097-00234 , May 6, 2015 ; ANI097-00235 , May 6, 2015 ; ANI097-00236 , May 6, 2015 ; ANI097-00237 , May 6, 2015 ; ANI097-00238 , May 6, 2015 ; ANI097-00205 , May 6, 2015 ; ANI097-00206 , May 6, 2015 ; ANI097-00207 , May 6, 2015 ; ANI097-00208 , May 6, 2015 ; ANI097-00209 , May 6, 2015 ; ANI097-00210 , May 6, 2015 ; ANI097-00211 , May 6, 2015 ; ANI097-00201 , May 6, 2015 ; ANI097-00202 , May 6, 2015 ; ANI097-00203 , May 6, 2015 ; ANI097-00204 , May 6, 2015 ; ANI097-00187 , May 6, 2015 ; ANI097-00188 , May 6, 2015 ; ANI097-00189 , May 6, 2015 ; ANI097-00190 , May 6, 2015 ; ANI097-00191 , May 6, 2015 ; ANI097-00192 , May 6, 2015 ; ANI097-00193 , May 6, 2015 ; ANI097-00194 , May 6, 2015 ; ANI097-00195 , May 6, 2015 ; ANI097-00196 , May 6, 2015 ; ANI097-00197 , May 6, 2015 ; ANI097-00198 , May 6, 2015 ; ANI097-00199 , May 6, 2015 ; ANI097-00200 , May 6, 2015 ; ANI097-00181 , May 6, 2015 ; ANI097-00182 , May 6, 2015 ; ANI097-00183 , May 6, 2015 ; ANI097-00184 , May 6, 2015 ; ANI097-00185 , May 6, 2015 ; ANI097-00186 , May 6, 2015 ; FIS022-00010 , May 6, 2015 ; FIS022-00011 , May 6, 2015 ; FIS022-00012 , May 6, 2015 ; FIS022-00013 , May 6, 2015 ; FIS022-00014 , May 6, 2015 ; FIS022-00015 , May 6, 2015 ;

ANI097-00218 , May 6, 2015 ; ANI097-00219 , May 6, 2015 ; ANI097-00220 , May 6, 2015 ; ANI097-00221 , May 6, 2015 ; ANI097-00222 , May 6, 2015 ; ANI097-00223 , May 6, 2015 ; ANI097-00224 , May 6, 2015 ; ANI097-00225 , May 6, 2015 ; ANI097-00226 , May 6, 2015 ; ANI097-00227 , May 6, 2015 ; ANI097-00228 , May 6, 2015 ; ANI097-00229 , May 6, 2015 ; ANI097-00230 , May 6, 2015 ; ANI097-00231 , May 6, 2015 ; ANI097-00232 , May 6, 2015 ; ANI097-00233 , May 6, 2015 ; ANI097-00234 , May 6, 2015 ; ANI097-00235 , May 6, 2015 ; ANI097-00236 , May 6, 2015 ; ANI097-00237 , May 6, 2015 ; ANI097-00238 , May 6, 2015 ; ANI097-00205 , May 6, 2015 ; ANI097-00206 , May 6, 2015 ; ANI097-00207 , May 6, 2015 ; ANI097-00208 , May 6, 2015 ; ANI097-00209 , May 6, 2015 ; ANI097-00210 , May 6, 2015 ; ANI097-00211 , May 6, 2015 ; ANI097-00201 , May 6, 2015 ; ANI097-00202 , May 6, 2015 ; ANI097-00203 , May 6, 2015 ; ANI097-00204 , May 6, 2015 ; ANI097-00187 , May 6, 2015 ; ANI097-00188 , May 6, 2015 ; ANI097-00189 , May 6, 2015 ; ANI097-00190 , May 6, 2015 ; ANI097-00191 , May 6, 2015 ; ANI097-00192 , May 6, 2015 ; ANI097-00193 , May 6, 2015 ; ANI097-00194 , May 6, 2015 ; ANI097-00195 , May 6, 2015 ; ANI097-00196 , May 6, 2015 ; ANI097-00197 , May 6, 2015 ; ANI097-00198 , May 6, 2015 ; ANI097-00199 , May 6, 2015 ; ANI097-00200 , May 6, 2015 ; ANI097-00181 , May 6, 2015 ; ANI097-00182 , May 6, 2015 ; ANI097-00183 , May 6, 2015 ; ANI097-00184 , May 6, 2015 ; ANI097-00185 , May 6, 2015 ; ANI097-00186 , May 6, 2015 ; FIS022-00010 , May 6, 2015 ; FIS022-00011 , May 6, 2015 ; FIS022-00012 , May 6, 2015 ; FIS022-00013 , May 6, 2015 ; FIS022-00014 , May 6, 2015 ; FIS022-00015 , May 6, 2015 ; FIS022-00016 , May 6, 2015 ;

FIS022-00017 , May 6, 2015 ; FIS023-00129 , May 6, 2015 ; FIS023-00113 , May 6, 2015 ; FIS023-00114 , May 6, 2015 ; FIS023-00115 , May 6, 2015 ; FIS023-00116 , May 6, 2015 ; FIS023-00117 , May 6, 2015 ; FIS023-00118 , May 6, 2015 ; FIS023-00119 , May 6, 2015 ; FIS023-00120 , May 6, 2015 ; FIS023-00121 , May 6, 2015 ; FIS023-00122 , May 6, 2015 ; FIS023-00123 , May 6, 2015 ; FIS023-00124 , May 6, 2015 ; FIS023-00125 , May 6, 2015 ; FIS023-00126 , May 6, 2015 ; FIS023-00127 , May 6, 2015 ; FIS023-00128 , May 6, 2015 ; FIS023-00102 , May 6, 2015 ; FIS023-00103 , May 6, 2015 ; FIS023-00104 , May 6, 2015 ; FIS023-00105 , May 6, 2015 ; FIS023-00106 , May 6, 2015 ; FIS023-00107 , May 6, 2015 ; FIS023-00108 , May 6, 2015 ; FIS023-00109 , May 6, 2015 ; FIS023-00110 , May 6, 2015 ; FIS023-00111 ,

May 6, 2015 ; FIS023-00112 , May 6, 2015 ; FIS023-00092 , May 6, 2015 ; FIS023-00093 , May 6, 2015 ; FIS023-00094 , May 6, 2015 ; FIS023-00095 , May 6, 2015 ; FIS023-00096 , May 6, 2015 ; FIS023-00097 , May 6, 2015 ; FIS023-00098 , May 6, 2015 ; FIS023-00099 , May 6, 2015 ; FIS023-00100 , May 6, 2015 ; FIS023-00101 , May 6, 2015 ; FIS023-00073 , May 6, 2015 ; FIS023-00074 , May 6, 2015 ; FIS023-00075 , May 6, 2015 ; FIS023-00076 , May 6, 2015 ; FIS023-00077 , May 6, 2015 ; FIS023-00078 , May 6, 2015 ; FIS023-00079 , May 6, 2015 ; FIS023-00080 , May 6, 2015 ; FIS023-00081 , May 6, 2015 ; FIS023-00082 , May 6, 2015 ; FIS023-00083 , May 6, 2015 ; FIS023-00084 , May 6, 2015 ; FIS023-00085 , May 6, 2015 ; FIS023-00086 , May 6, 2015 ; FIS023-00087 , May 6, 2015 ; FIS023-00088 , May 6, 2015 ; FIS023-00089 , May 6, 2015 ; FIS023-00090 , May 6, 2015 ;

FIS023-00091 , May 6, 2015 ; BIR059-00093 , May 6, 2015 ; BIR059-00094 , May 6, 2015 ; BIR059-00095 , May 6, 2015 ; BIR059-00096 , May 6, 2015 ; BIR059-00097 , May 6, 2015 ; BIR059-00098 , May 6, 2015 ; BIR059-00099 , May 6, 2015 ; BIR059-00092 , May 6, 2015 ; BIR059-00090 , May 6, 2015 ; BIR059-00091 , May 6, 2015 ; BIR059-00089 , May 6, 2015 ; BIR059-00085 , May 6, 2015 ; BIR059-00086 , May 6, 2015 ; BIR059-00087 , May 6, 2015 ; BIR059-00088 , May 6, 2015 ; BIR059-00081 , May 6, 2015 ; BIR059-00082 , May 6, 2015 ; BIR059-00083 , May 6, 2015 ; BIR059-00084 , May 6, 2015 ; BIR059-00077 , May 6, 2015 ; BIR059-00078 , May 6, 2015 ; BIR059-00079 , May 6, 2015 ; BIR059-00080 , May 6, 2015 ; BIR059-00057 , May 6, 2015 ; BIR059-00058 , May 6, 2015 ; BIR059-00059 , May 6, 2015 ; BIR059-00060 , May 6, 2015 ; BIR059-00061 , May 6, 2015 ; BIR059-00062 , May 6, 2015 ; BIR059-00063 , May 6, 2015 ; BIR059-00064 , May 6, 2015 ; BIR059-00065 , May 6, 2015 ; BIR059-00066 , May 6, 2015 ; BIR059-00067 , May 6, 2015 ; BIR059-00068 , May 6, 2015 ; BIR059-00069 , May 6, 2015 ; BIR059-00070 , May 6, 2015 ; BIR059-00071 , May 6, 2015 ; BIR059-00072 , May 6, 2015 ; BIR059-00073 , May 6, 2015 ; BIR059-00074 , May 6, 2015 ; BIR059-00075 , May 6, 2015 ; BIR059-00076 , May 6, 2015 ; BIR059-00049 , May 6, 2015 ; BIR059-00050 , May 6, 2015 ; BIR059-00051 , May 6, 2015 ; BIR059-00052 , May 6, 2015 ; BIR059-00053 , May 6, 2015 ; BIR059-00054 , May 6, 2015 ; BIR059-00055 , May 6, 2015 ; BIR059-00056 , May 6, 2015 ; BIR059-00045 , May 6, 2015 ; BIR059-00046 , May 6, 2015 ; BIR059-00047 , May 6, 2015 ; BIR059-00048 , May 6, 2015 ; BIR059-00032 , May 6, 2015 ; BIR059-00033 , May 6, 2015 ;

BIR059-00034 , May 6, 2015 ; BIR059-00035 , May 6, 2015 ; BIR059-00036 , May 6, 2015 ; BIR059-00037 , May 6, 2015 ; BIR059-00038 , May 6, 2015 ; BIR059-00039 , May 6, 2015 ; BIR059-00040 , May 6, 2015 ; BIR059-00041 , May 6, 2015 ; BIR059-00042 , May 6, 2015 ; BIR059-00043 , May 6, 2015 ; BIR059-00044 , May 6, 2015 ; BIR059-00030 , May 6, 2015 ; BIR059-00031 , May 6, 2015 ; BIR059-00026 , May 6, 2015 ; BIR059-00027 , May 6, 2015 ; BIR059-00028 , May 6, 2015 ; BIR059-00029 , May 6, 2015 ; BIR059-00013 , May 6, 2015 ; BIR059-00014 , May 6, 2015 ; BIR059-00015 , May 6, 2015 ; BIR059-00016 , May 6, 2015 ; BIR059-00017 , May 6, 2015 ; BIR059-00018 , May 6, 2015 ; BIR059-00019 , May 6, 2015 ; BIR059-00020 , May 6, 2015 ; BIR059-00021 , May 6, 2015 ; BIR059-00022 , May 6, 2015 ; BIR059-00023 , May 6, 2015 ; BIR059-00024 , May 6, 2015 ; BIR059-00025 , May 6, 2015 ; BIR059-00007 , May 6, 2015 ; BIR059-00008 , May 6, 2015 ; BIR059-00009 , May 6, 2015 ; BIR059-00010 , May 6, 2015 ; BIR059-00011 , May 6, 2015 ; BIR059-00012 , May 6, 2015 ; BIR059-00002 , May 6, 2015 ; BIR059-00004 , May 6, 2015 ; BIR059-00005 , May 6, 2015 ; BIR060-00382 , May 6, 2015 ; BIR060-00383 , May 6, 2015 ; BIR060-00384 , May 6, 2015 ; BIR060-00385 , May 6, 2015 ; BIR060-00381 , May 6, 2015 ; BIR060-00373 , May 6, 2015 ; BIR060-00374 , May 6, 2015 ; BIR060-00375 , May 6, 2015 ; BIR060-00376 , May 6, 2015 ; BIR060-00378 , May 6, 2015 ; BIR060-00379 , May 6, 2015 ;

BIR060-00380 , May 6, 2015 ; BIR060-00342 , May 6, 2015 ; BIR060-00343 , May 6, 2015 ; BIR060-00344 , May 6, 2015 ; BIR060-00345 , May 6, 2015 ; BIR060-00346 , May 6, 2015 ; BIR060-00347 , May 6, 2015 ; BIR060-00348 , May 6, 2015 ;

BIR060-00349 , May 6, 2015 ; BIR060-00350 , May 6, 2015 ; BIR060-00351 , May 6, 2015 ; BIR060-00352 , May 6, 2015 ; BIR060-00353 , May 6, 2015 ; BIR060-00354 , May 6, 2015 ; BIR060-00355 , May 6, 2015 ; BIR060-00356 , May 6, 2015 ; BIR060-00357 , May 6, 2015 ; BIR060-00358 , May 6, 2015 ; BIR060-00359 , May 6, 2015 ; BIR060-00360 , May 6, 2015 ; BIR060-00361 , May 6, 2015 ; BIR060-00362 , May 6, 2015 ; BIR060-00363 , May 6, 2015 ; BIR060-00364 , May 6, 2015 ; BIR060-00365 , May 6, 2015 ; BIR060-00366 , May 6, 2015 ; BIR060-00367 , May 6, 2015 ; BIR060-00368 , May 6, 2015 ; BIR060-00369 , May 6, 2015 ; BIR060-00370 , May 6, 2015 ; BIR060-00371 , May 6, 2015 ; BIR060-00372 , May 6, 2015 ; BIR060-00340 , May 6, 2015 ; BIR060-00341 , May 6, 2015 ; BIR060-00334 , May 6, 2015 ; BIR060-00335 , May 6, 2015 ; BIR060-00336 , May 6, 2015 ; BIR060-00337 , May 6, 2015 ; BIR060-00338 , May 6, 2015 ; BIR060-00339 , May 6, 2015 ; BIR060-00328 , May 6, 2015 ; BIR060-00261 , May 6, 2015 ; BIR060-00262 , May 6, 2015 ; BIR060-00263 , May 6, 2015 ; BIR060-00264 , May 6, 2015 ; BIR060-00265 , May 6, 2015 ; BIR060-00266 , May 6, 2015 ; BIR060-00267 , May 6, 2015 ; BIR060-00268 , May 6, 2015 ; BIR060-00269 , May 6, 2015 ; BIR060-00270 , May 6, 2015 ; BIR060-00271 , May 6, 2015 ; BIR060-00272 , May 6, 2015 ; BIR060-00273 , May 6, 2015 ; BIR060-00274 , May 6, 2015 ; BIR060-00275 , May 6, 2015 ; BIR060-00276 , May 6, 2015 ; BIR060-00277 , May 6, 2015 ; BIR060-00278 , May 6, 2015 ; BIR060-00279 , May 6, 2015 ; BIR060-00280 , May 6, 2015 ; BIR060-00281 , May 6, 2015 ; BIR060-00282 , May 6, 2015 ; BIR060-00283 , May 6, 2015 ; BIR060-00284 , May 6, 2015 ; BIR060-00285 , May 6, 2015 ;

BIR060-00286 , May 6, 2015 ; BIR060-00287 , May 6, 2015 ; BIR060-00288 , May 6, 2015 ; BIR060-00289 , May 6, 2015 ; BIR060-00290 , May 6, 2015 ; BIR060-00291 , May 6, 2015 ; BIR060-00292 , May 6, 2015 ; BIR060-00293 , May 6, 2015 ; BIR060-00294 , May 6, 2015 ; BIR060-00295 , May 6, 2015 ; BIR060-00296 , May 6, 2015 ; BIR060-00297 , May 6, 2015 ; BIR060-00298 , May 6, 2015 ; BIR060-00299 , May 6, 2015 ; BIR060-00300 , May 6, 2015 ; BIR060-00301 , May 6, 2015 ; BIR060-00302 , May 6, 2015 ; BIR060-00303 , May 6, 2015 ; BIR060-00304 , May 6, 2015 ; BIR060-00305 , May 6, 2015 ; BIR060-00306 , May 6, 2015 ; BIR060-00307 , May 6, 2015 ; BIR060-00308 , May 6, 2015 ; BIR060-00309 , May 6, 2015 ; BIR060-00310 , May 7, 2015 ; BIR060-00311 , May 7, 2015 ; BIR060-00312 , May 7, 2015 ; BIR060-00313 , May 7, 2015 ; BIR060-00314 , May 7, 2015 ; BIR060-00315 , May 7, 2015 ; BIR060-00316 , May 7, 2015 ; BIR060-00317 , May 7, 2015 ; BIR060-00318 , May 7, 2015 ; BIR060-00319 , May 7, 2015 ; BIR060-00320 , May 7, 2015 ; BIR060-00321 , May 7, 2015 ; BIR060-00322 , May 7, 2015 ; BIR060-00323 , May 7, 2015 ; BIR060-00324 , May 7, 2015 ; BIR060-00325 , May 7, 2015 ; BIR060-00326 , May 7, 2015 ; BIR060-00327 , May 7, 2015 ; BIR060-00227 , May 7, 2015 ; BIR060-00228 , May 7, 2015 ; BIR060-00229 , May 7, 2015 ; BIR060-00230 , May 7, 2015 ; BIR060-00231 , May 7, 2015 ; BIR060-00232 , May 7, 2015 ; BIR060-00233 , May 7, 2015 ; BIR060-00234 , May 7, 2015 ; BIR060-00235 , May 7, 2015 ; BIR060-00236 , May 7, 2015 ; BIR060-00237 , May 7, 2015 ; BIR060-00238 , May 7, 2015 ; BIR060-00239 , May 7, 2015 ; BIR060-00240 , May 7, 2015 ; BIR060-00241 , May 7, 2015 ; BIR060-00242 , May 7, 2015 ;

BIR060-00243 , May 7, 2015 ; BIR060-00244 , May 7, 2015 ; BIR060-00245 , May 7, 2015 ; BIR060-00246 , May 7, 2015 ; BIR060-00247 , May 7, 2015 ; BIR060-00248 , May 7, 2015 ; BIR060-00249 , May 7, 2015 ; BIR060-00250 ,

May 7, 2015 ; BIR060-00251 , May 7, 2015 ; BIR060-00252 , May 7, 2015 ; BIR060-00253 , May 7, 2015 ; BIR060-00254 , May 7, 2015 ; BIR060-00255 , May 7, 2015 ; BIR060-00256 , May 7, 2015 ; BIR060-00257 , May 7, 2015 ; BIR060-00258 , May 7, 2015 ; BIR060-00259 , May 7, 2015 ; BIR060-00260 , May 7, 2015 ; BIR060-00221 , May 7, 2015 ; BIR060-00222 , May 7, 2015 ; BIR060-00223 , May 7, 2015 ; BIR060-00224 , May 7, 2015 ; BIR060-00225 , May 7, 2015 ; BIR060-00226 , May 7, 2015 ; BIR060-00001 , May 7, 2015 ; BIR060-00002 , May 7, 2015 ; BIR060-00003 , May 7, 2015 ; BIR060-00004 , May 7, 2015 ; BIR060-00005 , May 7, 2015 ; BIR060-00006 , May 7, 2015 ; BIR060-00007 , May 7, 2015 ; BIR060-00008 , May 7, 2015 ; BIR060-00009 , May 7, 2015 ; BIR060-00010 , May 7, 2015 ; BIR060-00011 , May 7, 2015 ; BIR060-00012 , May 7, 2015 ; BIR060-00013 , May 7, 2015 ; BIR060-00014 , May 7, 2015 ; BIR060-00015 , May 7, 2015 ; BIR060-00016 , May 7, 2015 ; BIR060-00017 , May 7, 2015 ; BIR060-00018 , May 7, 2015 ; BIR060-00019 , May 7, 2015 ; BIR060-00020 , May 7, 2015 ; BIR060-00021 , May 7, 2015 ; BIR060-00022 , May 7, 2015 ; BIR060-00023 , May 7, 2015 ; BIR060-00024 , May 7, 2015 ; BIR060-00025 , May 7, 2015 ; BIR060-00026 , May 7, 2015 ; BIR060-00027 , May 7, 2015 ; BIR060-00028 , May 7, 2015 ; BIR060-00029 , May 7, 2015 ; BIR060-00030 , May 7, 2015 ; BIR060-00031 , May 7, 2015 ; BIR060-00032 , May 7, 2015 ; BIR060-00033 , May 7, 2015 ; BIR060-00034 , May 7, 2015 ; BIR060-00035 , May 7, 2015 ;

BIR060-00036 , May 7, 2015 ; BIR060-00037 , May 7, 2015 ; BIR060-00038 , May 7, 2015 ; BIR060-00039 , May 7, 2015 ; BIR060-00040 , May 7, 2015 ; BIR060-00041 , May 7, 2015 ; BIR060-00042 , May 7, 2015 ; BIR060-00043 , May 7, 2015 ; BIR060-00044 , May 7, 2015 ; BIR060-00045 , May 7, 2015 ; BIR060-00046 , May 7, 2015 ; BIR060-00047 , May 7, 2015 ; BIR060-00048 , May 7, 2015 ; BIR060-00049 , May 7, 2015 ; BIR060-00050 , May 7, 2015 ; BIR060-00051 , May 7, 2015 ; BIR060-00052 , May 7, 2015 ; BIR060-00053 , May 7, 2015 ; BIR060-00054 , May 7, 2015 ; BIR060-00055 , May 7, 2015 ; BIR060-00056 , May 7, 2015 ; BIR060-00057 , May 7, 2015 ; BIR060-00058 , May 7, 2015 ; BIR060-00059 , May 7, 2015 ; BIR060-00060 , May 7, 2015 ; BIR060-00061 , May 7, 2015 ; BIR060-00062 , May 7, 2015 ; BIR060-00063 , May 7, 2015 ; ANI098-00075 , May 7, 2015 ; ANI098-00076 , May 7, 2015 ; ANI098-00077 , May 7, 2015 ; ANI098-00078 , May 7, 2015 ; ANI098-00079 , May 7, 2015 ; ANI098-00072 , May 7, 2015 ; ANI098-00073 , May 7, 2015 ; ANI098-00074 , May 7, 2015 ; ANI098-00067 , May 7, 2015 ; ANI098-00068 , May 7, 2015 ; ANI098-00069 , May 7, 2015 ; ANI098-00070 , May 7, 2015 ; ANI098-00071 , May 7, 2015 ; ANI098-00059 , May 7, 2015 ; ANI098-00060 , May 7, 2015 ; ANI098-00061 , May 7, 2015 ; ANI098-00062 , May 7, 2015 ; ANI098-00063 , May 7, 2015 ; ANI098-00064 , May 7, 2015 ; ANI098-00065 , May 7, 2015 ; ANI098-00066 , May 7, 2015 ; ANI098-00048 , May 8, 2015 ; ANI098-00049 , May 9, 2015 ; ANI098-00050 , May 10, 2015 ; ANI098-00051 , May 11, 2015 ; ANI098-00052 , May 12, 2015 ; ANI098-00053 , May 13, 2015 ; ANI098-00054 , May 14, 2015 ; ANI098-00055 , May 15, 2015 ;

ANI098-00056 , May 16, 2015 ; ANI098-00057 , May 17, 2015 ; ANI098-00058 , May 18, 2015 ; ANI098-00044 , May 19, 2015 ; ANI098-00045 , May 20, 2015 ; ANI098-00046 , May 20, 2015 ; ANI098-00047 , May 20, 2015 ; ANI098-00019 , May 20, 2015 ; ANI098-00020 , May 20, 2015 ; ANI098-00021 , May 20, 2015 ; ANI098-00022 , May 20, 2015 ; ANI098-00023 , May 20, 2015 ; ANI098-00024 , May 20, 2015 ; ANI098-00025 , May 20, 2015 ; ANI098-00026 , May 20, 2015 ; ANI098-00027 , May 20, 2015 ; ANI098-00028 , May 20, 2015 ; ANI098-00029 , May 20, 2015 ; ANI098-00030 , May 20, 2015 ; ANI098-00031 , May 20, 2015 ; ANI098-00032 , May 20, 2015 ; ANI098-00033 , May 20, 2015 ; ANI098-00034 , May 20, 2015 ; ANI098-00035 , May 20, 2015 ; ANI098-00036 , May 20, 2015 ; ANI098-00037 , May 20, 2015 ; ANI098-00038 , May 20, 2015 ; ANI098-00039 , May 20, 2015 ;

ANI098-00040 , May 20, 2015 ; ANI098-00041 , May 20, 2015 ; ANI098-00042 , May 20, 2015 ; ANI098-00043 , May 20, 2015 ; ANI098-00015 , May 20, 2015 ; ANI098-00016 , May 20, 2015 ; ANI098-00017 , May 20, 2015 ; ANI098-00018 , May 20, 2015 ; ANI098-00013 , May 20, 2015 ; ANI098-00014 , May 20, 2015 ; ANI098-00001 , May 20, 2015 ; ANI098-00002 , May 20, 2015 ; ANI098-00003 , May 20, 2015 ; ANI098-00004 , May 20, 2015 ; ANI098-00005 , May 20, 2015 ; ANI098-00006 , May 20, 2015 ; ANI098-00007 , May 20, 2015 ; ANI098-00008 , May 20, 2015 ; ANI098-00009 , May 20, 2015 ; ANI098-00010 , May 20, 2015 ; ANI098-00011 , May 20, 2015 ; ANI098-00012 , May 20, 2015 ; BIR054-00002 , May 20, 2015 ; BIR054-00001 , May 20, 2015 ; BIR054-00003 , May 20, 2015 ; BIR054-00004 , May 20, 2015 ; FIS024-00001 , May 20, 2015 ; FIS024-00002 , May 20, 2015 ; FIS024-00003 , May 20, 2015 ; FIS024-00004 , May 20, 2015 ;

FIS024-00005 , May 20, 2015 ; FIS024-00006 , May 20, 2015 ; FIS024-00007 , May 20, 2015 ; FIS024-00008 , May 20, 2015 ; FIS024-00009 , May 20, 2015 ; FIS025-00001 , May 20, 2015 ; FIS025-00002 , May 20, 2015 ; FIS025-00003 , May 20, 2015 ; FIS025-00004 , May 20, 2015 ; FIS026-00001 , May 20, 2015 ; FIS026-00002 , May 20, 2015 ; FIS026-00003 , May 20, 2015 ; FIS026-00004 , May 20, 2015 ; FIS026-00005 , May 20, 2015 ; ANI099-00019 , May 20, 2015 ; ANI099-00017 , May 20, 2015 ; ANI099-00018 , May 20, 2015 ; ANI099-00016 , May 20, 2015 ; ANI099-00014 , May 20, 2015 ; ANI099-00015 , May 20, 2015 ; ANI099-00008 , May 20, 2015 ; ANI099-00009 , May 20, 2015 ; ANI099-00010 , May 20, 2015 ; ANI099-00011 , May 20, 2015 ; ANI099-00012 , May 20, 2015 ; ANI099-00013 , May 20, 2015 ; ANI099-00007 , May 20, 2015 ; ANI099-00001 , May 20, 2015 ; ANI099-00002 , May 20, 2015 ; ANI099-00003 , May 20, 2015 ; ANI099-00004 , May 20, 2015 ; ANI099-00005 , May 20, 2015 ; ANI099-00006 , May 20, 2015 ; ANI100-00001 , May 20, 2015 ; BIR061-00007 , May 20, 2015 ; BIR061-00008 , May 20, 2015 ; BIR061-00009 , May 20, 2015 ; BIR061-00010 , May 20, 2015 ; BIR061-00001 , May 20, 2015 ; BIR061-00002 , May 20, 2015 ; BIR061-00003 , May 20, 2015 ; BIR061-00004 , May 20, 2015 ; BIR061-00005 , May 20, 2015 ; BIR061-00006 , May 20, 2015 ; BIR062-00001 , May 20, 2015 ; BIR062-00002 , May 20, 2015 ; BIR062-00003 , May 20, 2015 ; BIR062-00004 , May 20, 2015 ; BIR062-00005 , May 20, 2015 ; BIR062-00006 , May 20, 2015 ; BIR062-00007 , May 20, 2015 ; BIR062-00008 , May 20, 2015 ; BIR062-00009 , May 20, 2015 ; BIR062-00010 , May 20, 2015 ; BIR062-00011 , May 20, 2015 ; ANI101-00077 , May 20, 2015 ; ANI101-00076 , May 20, 2015 ; ANI101-00078 , May 20, 2015 ;

ANI101-00079 , May 20, 2015 ; ANI101-00070 , May 20, 2015 ; ANI101-00071 , May 20, 2015 ; ANI101-00072 , May 20, 2015 ; ANI101-00073 , May 20, 2015 ; ANI101-00074 , May 20, 2015 ; ANI101-00075 , May 20, 2015 ; ANI101-00064 , May 20, 2015 ; ANI101-00065 , May 20, 2015 ; ANI101-00068 , May 20, 2015 ; ANI101-00069 , May 20, 2015 ; ANI101-00062 , May 20, 2015 ; ANI101-00063 , May 20, 2015 ; ANI101-00053 , May 20, 2015 ; ANI101-00054 , May 20, 2015 ; ANI101-00055 , May 20, 2015 ; ANI101-00056 , May 20, 2015 ; ANI101-00057 , May 20, 2015 ; ANI101-00058 , May 20, 2015 ; ANI101-00059 , May 20, 2015 ; ANI101-00060 , May 20, 2015 ; ANI101-00061 , May 20, 2015 ; ANI101-00006 , May 20, 2015 ; ANI101-00007 , May 20, 2015 ; ANI101-00008 , May 20, 2015 ; ANI101-00009 , May 20, 2015 ; ANI101-00010 , May 20, 2015 ; ANI101-00011 , May 20, 2015 ; ANI101-00012 , May 20, 2015 ; ANI101-00013 , May 20, 2015 ; ANI101-00014 , May 20, 2015 ; ANI101-00015 , May 20, 2015 ; ANI101-00016 , May 20, 2015 ; ANI101-00017 , May 20, 2015 ; ANI101-00018 , May 20, 2015 ; ANI101-00019 , May 20, 2015 ; ANI101-00020 , May 20, 2015 ; ANI101-00021 , May 20, 2015 ; ANI101-00022 , May 20, 2015 ; ANI101-00023 , May 20, 2015 ; ANI101-00024 , May 20, 2015 ; ANI101-00025 , May 21, 2015 ;

ANI101-00026 , May 22, 2015 ; ANI101-00027 , May 23, 2015 ; ANI101-00028 , May 24, 2015 ; ANI101-00029 , May 25, 2015 ; ANI101-00030 , May 26, 2015 ; ANI101-00031 , May 27, 2015 ; ANI101-00032 , May 28, 2015 ; ANI101-00033 , May 29, 2015 ; ANI101-00034 , May 30, 2015 ; ANI101-00035 , May 31, 2015 ; ANI101-00036 , June 1, 2015 ; ANI101-00037 , June 2, 2015 ; ANI101-00038 , June 3, 2015 ; ANI101-00039 , June 4, 2015 ; ANI101-00040 , June 5, 2015 ; ANI101-00041 , June 6, 2015 ;

ANI101-00042 , June 7, 2015 ; ANI101-00043 , June 8, 2015 ; ANI101-00044 , June 9, 2015 ; ANI101-00045 , June 10, 2015 ; ANI101-00046 , June 11, 2015 ; ANI101-00047 , June 12, 2015 ; ANI101-00048 , June 13, 2015 ; ANI101-00049 , June 14, 2015 ; ANI101-00050 , June 15, 2015 ; ANI101-00051 , June 16, 2015 ; ANI101-00052 , June 17, 2015 ; ANI101-00005 , June 18, 2015 ; ANI101-00003 , June 19, 2015 ; ANI101-00004 , June 20, 2015 ; ANI101-00001 , June 21, 2015 ; ANI101-00002 , June 22, 2015 ; FIS027-00074 , June 23, 2015 ; FIS027-00075 , June 24, 2015 ; FIS027-00061 , June 25, 2015 ; FIS027-00062 , June 26, 2015 ; FIS027-00063 , June 27, 2015 ; FIS027-00064 , June 28, 2015 ; FIS027-00065 , June 29, 2015 ; FIS027-00066 , June 30, 2015 ; FIS027-00067 , July 1, 2015 ; FIS027-00068 , July 2, 2015 ; FIS027-00069 , July 3, 2015 ; FIS027-00070 , July 4, 2015 ; FIS027-00071 , July 5, 2015 ; FIS027-00072 , July 6, 2015 ; FIS027-00073 , July 7, 2015 ; FIS027-00052 , July 8, 2015 ; FIS027-00053 , July 9, 2015 ; FIS027-00054 , July 10, 2015 ; FIS027-00055 , July 11, 2015 ; FIS027-00056 , July 12, 2015 ; FIS027-00057 , July 13, 2015 ; FIS027-00058 , July 14, 2015 ; FIS027-00059 , July 15, 2015 ; FIS027-00060 , July 16, 2015 ; FIS027-00008 , July 17, 2015 ; FIS027-00009 , July 18, 2015 ; FIS027-00010 , July 19, 2015 ; FIS027-00011 , July 20, 2015 ; FIS027-00012 , July 21, 2015 ; FIS027-00013 , July 22, 2015 ; FIS027-00014 , July 23, 2015 ; FIS027-00015 , July 24, 2015 ; FIS027-00016 , July 25, 2015 ; FIS027-00017 , July 26, 2015 ; FIS027-00018 , July 27, 2015 ; FIS027-00019 , July 28, 2015 ; FIS027-00020 , July 29, 2015 ; FIS027-00021 , July 30, 2015 ; FIS027-00022 , July 31, 2015 ; FIS027-00023 , August 1, 2015 ; FIS027-00024 , August 2, 2015 ; FIS027-00025 , August 3, 2015 ;

FIS027-00026 , August 4, 2015 ; FIS027-00027 , August 5, 2015 ; FIS027-00028 , August 6, 2015 ; FIS027-00029 , August 7, 2015 ; FIS027-00030 , August 8, 2015 ; FIS027-00031 , August 9, 2015 ; FIS027-00032 , August 10, 2015 ; FIS027-00033 , August 11, 2015 ; FIS027-00034 , August 12, 2015 ; FIS027-00035 , August 13, 2015 ; FIS027-00036 , August 14, 2015 ; FIS027-00037 , August 15, 2015 ; FIS027-00038 , August 16, 2015 ; FIS027-00039 , August 17, 2015 ; FIS027-00040 , August 18, 2015 ; FIS027-00041 , August 19, 2015 ; FIS027-00042 , August 20, 2015 ; FIS027-00043 , August 21, 2015 ; FIS027-00044 , August 22, 2015 ; FIS027-00045 , August 23, 2015 ; FIS027-00046 , August 24, 2015 ; FIS027-00047 , August 25, 2015 ; FIS027-00048 , August 26, 2015 ; FIS027-00049 , August 27, 2015 ; FIS027-00050 , August 28, 2015 ; FIS027-00051 , August 29, 2015 ; FIS027-00007 , August 30, 2015 ; FIS027-00001 , August 31, 2015 ; FIS027-00002 , September 1, 2015 ; FIS027-00003 , September 2, 2015 ; FIS027-00004 , September 3, 2015 ; FIS027-00005 , September 4, 2015 ; FIS027-00006 , September 5, 2015 ; BIR063-00001 , September 6, 2015 ; BIR063-00002 , September 7, 2015 ; BIR063-00003 , September 8, 2015 ; BIR063-00004 , September 9, 2015 ; BIR063-00005 , September 10, 2015 ; BIR063-00006 , September 11, 2015 ; BIR063-00007 , September 12, 2015 ; BIR063-00008 , September 13, 2015 ; BIR063-00009 , September 14, 2015 ; BIR063-00010 , September 15, 2015 ; BIR063-00011 , September 16, 2015 ; BIR063-00012 , September 17, 2015 ; BIR064-00001 , September 18, 2015 ; BIR064-00002 , September 19, 2015 ; BIR064-00003 , September 20, 2015 ; BIR064-00004 , September 21, 2015 ; BIR064-00005 , September 22, 2015 ; BIR064-00006 , September 23, 2015 ; BIR064-00007 , September 24, 2015 ; BIR064-00008 , September 25, 2015 ;

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** January 01, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Joel Sartore
**Author Created:** photograph
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Joel Sartore
2733 Sheridan Blvd., Lincoln, NE, 68502, United States

## Rights and Permissions

**Name:** Rebecca Wright
**Email:** info@joelsartore.com
**Telephone:** (402)474-1006
**Address:** 2733 Sheridan Blvd.
Lincoln, NE 68502 United States

## Certification

**Name:** Joel Sartore
**Date:** November 03, 2016

**Registration Number**

# VA 2-418-313

**Effective Date of Registration:**
September 05, 2024
**Registration Decision Date:**
October 18, 2024

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**    January 01, 2012 to December 30, 2012

## Title

| | |
|---|---|
| **Title of Group:** | 2012C |
| **Number of Photographs in Group:** | 75 |

- **Individual Photographs:** ANI019-00577, ANI019-00578, ANI019-00579, ANI019-00580, ANI019-00581, ANI019-00582, ANI019-00583, ANI019-00584, BIR038-00104, ANI019-00534, ANI019-00535, ANI019-00536,
  **Published:** January 2012

- **Individual Photographs:** ANI111-00214,
  **Published:** February 2012

- **Individual Photographs:** BIR049-00100, INS011-00152,
  **Published:** April 2012

- **Individual Photographs:** BIR066-00197,
  **Published:** May 2012

- **Individual Photographs:** PEO003-00479,
  **Published:** June 2012

- **Individual Photographs:** INS023-00221, INV001-00049, INV001-00050, INS015-00061, INS015-00095,

**Published:** ANI111-00215, July 2012

- **Individual Photographs:** BIR030-00140, BIR035-00093, BIR035-00094, BIR035-00095, INS013-00076, INS014-00497, INS014-00498, INS014-00499, INS014-00500, INS015-00056, INS015-00057, INS015-00058, INS015-00059, INS023-00222, INS023-00223, INS023-00224, INS023-00225, INS023-00226, INS023-00227, INS023-00228, INS023-00229, INS026-00041, INS026-00042, INS026-00043, INS026-00044, INS026-00045, INS026-00046, INS026-00047, INV003-00323, BIR030-00138,

  **Published:** August 2012

- **Individual Photographs:** ANI111-00102, ANI111-00103, ANI111-00104, ANI111-00105, ANI111-00106, ANI111-00107, ANI111-00108,

  **Published:** September 2012

- **Individual Photographs:** ANI104-00415, ANI104-00416, ANI104-00417, BIR055-00197, BIR055-00198, BIR035-00092, BIR066-00136, BIR066-00137, ANI031-00244, ANI031-00245,

  **Published:** November 2012

- **Individual Photographs:** WOL007-00007,

ANI019-00502,
ANI015-00027,
ANI015-00028,
ANI071-00464,

**Published:**  December 2012

## Completion/Publication

**Year of Completion:** 2012
**Earliest Publication Date in Group:** January 01, 2012
**Latest Publication Date in Group:** December 30, 2012
**Nation of First Publication:** United States

## Author

- **Author:** Joel Sartore
  **Author Created:** photographs
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Joel Sartore
2733 Sheridan Blvd, Lincoln, NE, 68502, United States

## Rights and Permissions

**Organization Name:** Joel Sartore Photography
**Name:** Joel Sartore
**Email:** info@joelsartore.com
**Telephone:** (402)474-1006
**Address:** 4706 S 48th St
Lincoln, NE 68516 United States

## Certification

**Name:** Quentin Fortney
**Date**: August 15, 2024

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs

containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Registration Number

# VA 2-110-625

**Effective Date of Registration:**
July 11, 2018

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**  January 15, 2017 to December 13, 2017

## Title

|  |  |
|---|---|
| **Title of Group:** | Joel Sartore Images from: 2017A |
| **Number of Photographs in Group:** | 750 |

- **Individual Photographs:** ANI072-00128, ANI106-00049, ANI106-00050, ANI106-00051, ANI106-00052, ANI030-00146, ANI030-00147, ANI030-00148, ANI041-00211, ANI041-00212, FIS006-00149, FIS006-00150, FIS006-00151, FIS006-00152, FIS015-00038, FIS015-00039, FIS021-00057, FIS021-00058, FIS021-00059, FIS021-00060, FIS023-00228, FIS023-00229, FIS023-00230, FIS023-00231, FIS023-00232, FIS023-00233, FIS023-00234, FIS023-00235, FIS023-00236, FIS023-00237, FIS030-00164, FIS030-00165, FIS030-00166, FIS030-00167, FIS030-00168, FIS030-00169, FIS030-00170, FIS030-00171, FIS030-00172, FIS030-00173, FIS030-00174, ANI098-00341, ANI098-00342, ANI098-00343, ANI098-00344, ANI098-00345, ANI098-00346, ANI098-00347, ANI102-00081, ANI102-00082, ANI012-00422, BIR030-00122, BIR052-00194, ANI037-00035, ANI037-00036, ANI062-00444, ANI098-00266, ANI098-00267, ANI098-00268, ANI098-00269, ANI098-00270, ANI098-00271, ANI098-00272, ANI098-00273, ANI098-00274, BIR020-00114, BIR020-00115, BIR025-00377, BIR025-00378, BIR025-00379, BIR025-00380, BIR025-00381, BIR025-00382, INS002-00253, INS002-00254, INS002-00255, ANI033-00183, ANI033-00184, ANI033-00185, ANI098-00275, ANI098-00276, ANI098-00277, ANI098-00278, ANI100-00016, ANI100-00017, ANI100-00018, ANI100-00019, ANI104-00015, ANI104-00016, ANI104-00017, BIR020-00116, BIR020-00117, BIR020-00118, ANI014-00200, ANI014-00201, ANI014-00202, ANI014-00203, ANI014-00204, ANI014-00205, ANI014-00206, ANI031-00173, ANI031-00174, ANI031-00175, ANI031-00176, ANI031-00177, ANI031-00178, ANI056-00024, ANI056-00025, ANI056-00026, ANI056-00027, ANI062-00435, ANI062-00436, ANI062-00437, ANI062-00438, ANI062-00439, ANI062-00440, ANI062-00441, ANI062-00442, ANI062-00443, ANI072-00120, ANI072-00121, ANI081-00150, ANI081-00151, ANI081-00152, ANI081-00153, ANI084-00137, ANI084-00138, ANI084-00139, ANI098-00279, ANI098-00280, ANI098-00281, ANI098-00282, ANI102-00036, ANI102-00037, ANI102-00038, ANI104-00013, ANI104-00014, ANI104-00018, ANI104-00019, ANI104-00020, ANI104-00021, ANI104-00022,
  **Published:** January 2017

- **Individual Photographs:** ANI104-00023, BIR039-00149, BIR039-00150, BIR039-00151, BIR039-00152, BIR048-00068, BIR048-00069, BIR055-00103, BIR055-00104,

BIR055-00105, BIR057-00360, BIR057-00361, BIR057-00362, BIR057-00363, BIR057-00364, BIR057-00365, BIR057-00366, BIR057-00367, BIR057-00368, BIR057-00369, BIR057-00370, BIR057-00371, BIR057-00444, BIR057-00445, BIR057-00446, BIR057-00447, BIR057-00448, BIR057-00449, BIR057-00450, BIR057-00451, BIR057-00452, BIR057-00453, BIR057-00454, BIR057-00455, ANI033-00186, ANI033-00187, ANI033-00188, ANI033-00189, ANI064-00104, ANI064-00105, ANI032-00159, ANI032-00160, ANI032-00161, ANI032-00162, ANI032-00163, ANI033-00190, ANI033-00191, ANI033-00192, ANI037-00034, ANI064-00106, ANI064-00107, ANI064-00108, ANI039-00246, BIR025-00395, BIR025-00396, BIR059-00375, BIR059-00376, BIR059-00377, BIR059-00378, BIR059-00379, BIR059-00380, BIR059-00381, BIR059-00382, ANI018-00081, ANI018-00082,

**Published:**    January 2017

- **Individual Photographs:**    ANI032-00158, ANI100-00041, ANI100-00042, ANI100-00043, ANI046-00021, ANI046-00022, ANI046-00023, ANI046-00024, ANI046-00025, FIS023-00199, FIS023-00200, FIS023-00201, FIS023-00202, FIS023-00203, FIS023-00204, FIS023-00205, FIS023-00206, FIS023-00207, FIS023-00208, FIS023-00209, FIS023-00210, FIS023-00211, FIS023-00212, FIS023-00213, FIS023-00214, FIS023-00215, FIS023-00216, FIS023-00217, FIS023-00218, FIS023-00219, FIS023-00220, FIS023-00221, FIS023-00222, FIS023-00223, FIS023-00224, FIS023-00225, FIS024-00021, FIS024-00022, FIS024-00023, FIS024-00024, FIS027-00447, FIS027-00448, FIS027-00449, FIS027-00450, FIS027-00451, FIS027-00452, FIS027-00453, FIS027-00454, FIS027-00455, ANI012-00487, ANI012-00488, ANI012-00489, ANI012-00490, ANI072-00132, ANI072-00133, ANI072-00134, ANI072-00135, ANI046-00031, ANI046-00032, ANI046-00033, ANI102-00134, ANI102-00135, ANI102-00136, ANI102-00137, ANI102-00138, ANI102-00139, ANI102-00140, BIR066-00015, FIS030-00204, FIS030-00205, FIS030-00206, FIS030-00207, ANI019-00016, ANI019-00085, ANI082-00185, FIS003-00084, FIS003-00085, FIS003-00086, FIS003-00087, FIS003-00088, INS002-00337, INS002-00338, INS002-00339, INS002-00340, INS002-00341, INS002-00342, INS002-00343, INS002-00344, INS002-00345, INS002-00346, INS004-00068, INS004-00071,

**Published:**    February 2017

- **Individual Photographs:**    ANI014-00226, ANI014-00227, ANI014-00228, ANI014-00229, ANI014-00230, ANI014-00231, ANI014-00242, ANI014-00243, ANI014-00244, BIR045-00095, BIR045-00096, BIR045-00097, BIR045-00098, BIR045-00099, BIR045-00100, FIS003-00076, FIS003-00077, FIS003-00078, FIS003-00079, FIS003-00080, FIS003-00081, FIS003-00082, FIS003-00083, ANI028-00049, ANI028-00050, ANI028-00051, ANI028-00052, ANI028-00053, ANI072-00125, ANI072-00126, ANI072-00127, ANI072-00129, ANI072-00130, ANI072-00131, ANI072-00145, ANI072-00146, ANI072-00147, ANI072-00148, ANI072-00149, ANI072-00150, ANI072-00151, ANI072-00152, ANI084-00171, ANI084-00172, ANI098-00360, ANI098-00361, ANI098-00362, ANI098-00363, BIR006-00196, ANI012-00480, ANI012-00481, ANI014-00208, ANI014-00232, ANI081-00175, ANI081-00176, ANI081-00177, ANI081-00178, ANI081-00179, ANI081-00180, ANI084-00154, ANI084-00155, ANI084-00156, ANI084-00157, ANI098-00374, ANI098-00375, ANI098-00376, ANI098-00377, ANI098-00378, ANI098-00379, ANI098-00380, ANI098-00381, ANI098-00382, ANI102-00141, ANI102-00142, ANI102-00143, ANI102-00144, ANI102-00145, ANI102-00146, ANI102-00147, ANI102-00148, ANI102-00149, ANI102-00150, ANI102-00151, ANI102-00152, ANI102-00153, ANI102-00154, ANI102-00155, ANI102-00156, ANI102-00157, ANI102-00158, ANI102-00159, ANI102-00160, ANI102-00161, ANI102-00162, ANI102-00163, BIR025-

00416, BIR025-00417, BIR025-00418, BIR025-00419, ANI004-00128, ANI004-00133, ANI004-00134, ANI037-00040, ANI037-00041, ANI037-00042, ANI037-00043, ANI037-00044, ANI037-00045, FIS003-00089, FIS003-00090, FIS003-00091, FIS003-00092, FIS017-00070, FIS017-00071, FIS017-00072, FIS023-00238, FIS023-00239, FIS023-00240, FIS023-00241, FIS023-00242, FIS023-00243, FIS023-00244, FIS030-00175, FIS030-00176, FIS030-00177, FIS030-00178, FIS030-00179, FIS030-00180, FIS030-00181, FIS030-00182, FIS030-00183, FIS030-00184, ANI023-00195, ANI023-00196, ANI023-00197, ANI069-00027, ANI069-00028, ANI084-00174, ANI084-00175, ANI084-00176, ANI084-00177, ANI084-00178,

**Published:** March 2017

- **Individual Photographs:** ANI084-00179, ANI097-00564, ANI097-00565, ANI097-00566, ANI097-00567, ANI097-00568, ANI097-00569, ANI097-00570, ANI097-00578, ANI098-00383, ANI098-00384, ANI098-00385, ANI098-00386, ANI098-00387, ANI098-00388, ANI098-00389, ANI098-00390, ANI098-00391, ANI098-00392, ANI098-00393, ANI098-00394, ANI098-00395, ANI098-00396, ANI098-00397, ANI098-00398, ANI098-00399, ANI098-00400, ANI098-00401, ANI098-00402, ANI098-00403, ANI101-00332, ANI101-00333, ANI101-00334, ANI101-00335, ANI098-00309, ANI098-00310, ANI098-00311, FIS027-00490, FIS027-00491, FIS027-00492, FIS027-00493, FIS027-00494, FIS027-00495, FIS027-00496, FIS027-00497, ANI104-00033, FIS027-00249, FIS027-00251, ANI064-00109, ANI064-00110, ANI064-00111, ANI064-00112, ANI042-00107, ANI042-00108, ANI042-00109, BIR002-00115,

**Published:** March 2017

- **Individual Photographs:** BIR067-00116, ANI087-00005, ANI087-00006, ANI087-00007, ANI087-00008, ANI003-00031, ANI003-00032, ANI003-00048, ANI041-00227, ANI041-00228, FIS013-00046, FIS013-00047, FIS013-00048, FIS013-00049, FIS013-00050, FIS013-00051, FIS013-00052, FIS030-00225, FIS030-00226, FIS030-00227, FIS030-00228, FIS030-00229, FIS030-00230, FIS030-00231, FIS030-00232, FIS030-00233, FIS030-00234, FIS030-00235, FIS030-00236, FIS030-00237, FIS030-00238, FIS030-00239, FIS030-00240, FIS030-00241, FIS030-00242, FIS030-00243, FIS030-00244, FIS030-00245, FIS030-00246, FIS030-00247, FIS030-00248, FIS030-00249, FIS030-00250, FIS030-00251, FIS030-00252, FIS030-00253, FIS030-00254, FIS030-00255, FIS030-00256, FIS030-00257, FIS030-00258, FIS030-00259, FIS030-00260, FIS030-00261, FIS030-00262, FIS030-00263, FIS030-00264, FIS030-00265, FIS030-00266, FIS030-00267, FIS030-00268, FIS030-00269, FIS030-00270, FIS030-00271, INS002-00313, INS002-00314, INS002-00315, INS002-00316, INS002-00317, INS002-00318, INS002-00319, INS002-00320, ANI098-00312, ANI098-00313, ANI098-00314, ANI098-00315, ANI101-00296, ANI101-00297, ANI101-00298, ANI101-00299, BIR067-00007, BIR067-00008, BIR067-00009, BIR067-00010, BIR067-00011, BIR067-00012, INS002-00321, INS002-00322, INS002-00323, INS002-00324, INS002-00325, INS002-00326, INS002-00327, INS002-00328, INS002-00329, INS002-00330, INS002-00331, INS002-00332, ANI101-00300, ANI101-00301, ANI102-00071, ANI102-00072, ANI102-00073, ANI104-00053, ANI104-00054, BIR025-00420, BIR025-00421, BIR046-00005, BIR046-00006, BIR048-00080, BIR067-00001, BIR067-00002, ANI104-00055, ANI104-00056, ANI104-00057, ANI104-00058, BIR026-00060, BIR026-00061, BIR026-00062, BIR026-00063,

**Published:** April 2017

- **Individual Photographs:** ANI106-00063, ANI106-00064, BIR064-00067, BIR064-00068, BIR064-00069, BIR064-00070, INS002-00333, INS002-00334, INS002-00335, INS002-00336, FIS006-00144, FIS027-00446,

**Published:**   May 2017

- **Individual Photographs:**   ANI106-00062,
  **Published:**   June 2017

- **Individual Photographs:**   ANI012-00497, ANI012-00498, ANI102-00164, ANI102-00165, BIR040-00168, BIR040-00169, BIR040-00170, BIR040-00171, BIR051-00157, BIR051-00158, BIR051-00159, BIR051-00160, BIR051-00161, BIR051-00162, FIS010-00032, FIS010-00033, FIS010-00034, FIS010-00035, FIS017-00073, FIS017-00074, FIS017-00075, FIS023-00245, FIS023-00246, FIS030-00208, FIS030-00209, FIS030-00210, FIS030-00211, FIS030-00212, FIS030-00213, FIS030-00214, FIS030-00215, FIS030-00216, BIR067-00020, ANI012-00485,
  **Published:**   July 2017

- **Individual Photographs:**   BIR064-00075, BIR065-00125, BIR011-00081, BIR067-00013, BIR067-00014, BIR067-00015, BIR067-00016, BIR067-00017, BIR067-00018, BIR067-00019, ANI012-00486, FIS030-00186, ANI031-00180, ANI031-00181, ANI031-00182, ANI031-00183, ANI031-00184, ANI031-00185, ANI031-00186, ANI031-00187, ANI072-00143, ANI072-00144, INS002-00306, INS002-00307, ANI098-00316, BIR052-00191, BIR059-00566, ANI051-00216, ANI051-00217, ANI069-00017, ANI069-00018, ANI069-00019, ANI069-00020, ANI069-00021, ANI069-00022, ANI069-00023, ANI069-00024, ANI069-00025, ANI069-00026, ANI098-00304, ANI098-00305, ANI098-00306, ANI098-00307, ANI098-00308, BIR016-00050, BIR016-00051, BIR016-00052, BIR024-00196, BIR024-00197, BIR024-00198, BIR024-00199, BIR045-00101, BIR045-00102, BIR052-00187, BIR052-00188, BIR052-00189, BIR052-00190, BIR064-00071, BIR064-00072, BIR064-00073, BIR064-00074, BIR067-00003, BIR067-00004, BIR067-00005, BIR067-00006,
  **Published:**   August 2017

- **Individual Photographs:**   BIR065-00126, BIR065-00127, BIR065-00128, BIR065-00129, BIR025-00425,
  **Published:**   September 2017

- **Individual Photographs:**   BIR032-00019, ANI072-00142, BIR067-00086, BIR067-00087, BIR067-00088, BIR067-00089, BIR067-00090,
  **Published:**   October 2017

- **Individual Photographs:**   ANI062-00499, ANI062-00500, ANI062-00501, ANI062-00502, ANI070-00150, ANI072-00153, ANI072-00154, ANI101-00330, ANI101-00331,
  **Published:**   December 2017

## Completion/Publication

**Year of Completion:**   2017
**Earliest Publication Date in Group:**   January 15, 2017
**Latest Publication Date in Group:**   December 13, 2017
**Nation of First Publication:**   United States

## Author

- **Author:** Joel Sartore
  **Author Created:** photographs
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Joel Sartore
2733 Sheridan Blvd, Lincoln

## Rights and Permissions

**Organization Name:** Joel Sartore Photography
**Name:** Joel Sartore
**Email:** info@joelsartore.com
**Telephone:** (402)474-1006
**Address:** 4706 S 48th St
Lincoln, NE 68516 United States

## Certification

**Name:** Quentin Fortney
**Date:** July 11, 2018

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration Number**

# VA 2-110-625

**Effective Date of Registration:**
July 11, 2018

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 15, 2017 to December 13, 2017

## Title

| | |
|---:|:---|
| **Title of Group:** | Joel Sartore Images from: 2017A |
| **Number of Photographs in Group:** | 750 |

- **Individual Photographs:** ANI072-00128, ANI106-00049, ANI106-00050, ANI106-00051, ANI106-00052, ANI030-00146, ANI030-00147, ANI030-00148, ANI041-00211, ANI041-00212, FIS006-00149, FIS006-00150, FIS006-00151, FIS006-00152, FIS015-00038, FIS015-00039, FIS021-00057, FIS021-00058, FIS021-00059, FIS021-00060, FIS023-00228, FIS023-00229, FIS023-00230, FIS023-00231, FIS023-00232, FIS023-00233, FIS023-00234, FIS023-00235, FIS023-00236, FIS023-00237, FIS030-00164, FIS030-00165, FIS030-00166, FIS030-00167, FIS030-00168, FIS030-00169, FIS030-00170, FIS030-00171, FIS030-00172, FIS030-00173, FIS030-00174, ANI098-00341, ANI098-00342, ANI098-00343, ANI098-00344, ANI098-00345, ANI098-00346, ANI098-00347, ANI102-00081, ANI102-00082, ANI012-00422, BIR030-00122, BIR052-00194, ANI037-00035, ANI037-00036, ANI062-00444, ANI098-00266, ANI098-00267, ANI098-00268, ANI098-00269, ANI098-00270, ANI098-00271, ANI098-00272, ANI098-00273, ANI098-00274, BIR020-00114, BIR020-00115, BIR025-00377, BIR025-00378, BIR025-00379, BIR025-00380, BIR025-00381, BIR025-00382, INS002-00253, INS002-00254, INS002-00255, ANI033-00183, ANI033-00184, ANI033-00185, ANI098-00275, ANI098-00276, ANI098-00277, ANI098-00278, ANI100-00016, ANI100-00017, ANI100-00018, ANI100-00019, ANI104-00015, ANI104-00016, ANI104-00017, BIR020-00116, BIR020-00117, BIR020-00118, ANI014-00200, ANI014-00201, ANI014-00202, ANI014-00203, ANI014-00204, ANI014-00205, ANI014-00206, ANI031-00173, ANI031-00174, ANI031-00175, ANI031-00176, ANI031-00177, ANI031-00178, ANI056-00024, ANI056-00025, ANI056-00026, ANI056-00027, ANI062-00435, ANI062-00436, ANI062-00437, ANI062-00438, ANI062-00439, ANI062-00440, ANI062-00441, ANI062-00442, ANI062-00443, ANI072-00120, ANI072-00121, ANI081-00150, ANI081-00151, ANI081-00152, ANI081-00153, ANI084-00137, ANI084-00138, ANI084-00139, ANI098-00279, ANI098-00280, ANI098-00281, ANI098-00282, ANI102-00036, ANI102-00037, ANI102-00038, ANI104-00013, ANI104-00014, ANI104-00018, ANI104-00019, ANI104-00020, ANI104-00021, ANI104-00022,

  **Published:** January 2017

- **Individual Photographs:** ANI104-00023, BIR039-00149, BIR039-00150, BIR039-00151, BIR039-00152, BIR048-00068, BIR048-00069, BIR055-00103, BIR055-00104,

BIR055-00105, BIR057-00360, BIR057-00361, BIR057-00362, BIR057-00363, BIR057-00364, BIR057-00365, BIR057-00366, BIR057-00367, BIR057-00368, BIR057-00369, BIR057-00370, BIR057-00371, BIR057-00444, BIR057-00445, BIR057-00446, BIR057-00447, BIR057-00448, BIR057-00449, BIR057-00450, BIR057-00451, BIR057-00452, BIR057-00453, BIR057-00454, BIR057-00455, ANI033-00186, ANI033-00187, ANI033-00188, ANI033-00189, ANI064-00104, ANI064-00105, ANI032-00159, ANI032-00160, ANI032-00161, ANI032-00162, ANI032-00163, ANI033-00190, ANI033-00191, ANI033-00192, ANI037-00034, ANI064-00106, ANI064-00107, ANI064-00108, ANI039-00246, BIR025-00395, BIR025-00396, BIR059-00375, BIR059-00376, BIR059-00377, BIR059-00378, BIR059-00379, BIR059-00380, BIR059-00381, BIR059-00382, ANI018-00081, ANI018-00082,

**Published:**    January 2017

- **Individual Photographs:**    ANI032-00158, ANI100-00041, ANI100-00042, ANI100-00043, ANI046-00021, ANI046-00022, ANI046-00023, ANI046-00024, ANI046-00025, FIS023-00199, FIS023-00200, FIS023-00201, FIS023-00202, FIS023-00203, FIS023-00204, FIS023-00205, FIS023-00206, FIS023-00207, FIS023-00208, FIS023-00209, FIS023-00210, FIS023-00211, FIS023-00212, FIS023-00213, FIS023-00214, FIS023-00215, FIS023-00216, FIS023-00217, FIS023-00218, FIS023-00219, FIS023-00220, FIS023-00221, FIS023-00222, FIS023-00223, FIS023-00224, FIS023-00225, FIS024-00021, FIS024-00022, FIS024-00023, FIS024-00024, FIS027-00447, FIS027-00448, FIS027-00449, FIS027-00450, FIS027-00451, FIS027-00452, FIS027-00453, FIS027-00454, FIS027-00455, ANI012-00487, ANI012-00488, ANI012-00489, ANI012-00490, ANI072-00132, ANI072-00133, ANI072-00134, ANI072-00135, ANI046-00031, ANI046-00032, ANI046-00033, ANI102-00134, ANI102-00135, ANI102-00136, ANI102-00137, ANI102-00138, ANI102-00139, ANI102-00140, BIR066-00015, FIS030-00204, FIS030-00205, FIS030-00206, FIS030-00207, ANI019-00016, ANI019-00085, ANI082-00185, FIS003-00084, FIS003-00085, FIS003-00086, FIS003-00087, FIS003-00088, INS002-00337, INS002-00338, INS002-00339, INS002-00340, INS002-00341, INS002-00342, INS002-00343, INS002-00344, INS002-00345, INS002-00346, INS004-00068, INS004-00071,

**Published:**    February 2017

- **Individual Photographs:**    ANI014-00226, ANI014-00227, ANI014-00228, ANI014-00229, ANI014-00230, ANI014-00231, ANI014-00242, ANI014-00243, ANI014-00244, BIR045-00095, BIR045-00096, BIR045-00097, BIR045-00098, BIR045-00099, BIR045-00100, FIS003-00076, FIS003-00077, FIS003-00078, FIS003-00079, FIS003-00080, FIS003-00081, FIS003-00082, FIS003-00083, ANI028-00049, ANI028-00050, ANI028-00051, ANI028-00052, ANI028-00053, ANI072-00125, ANI072-00126, ANI072-00127, ANI072-00129, ANI072-00130, ANI072-00131, ANI072-00145, ANI072-00146, ANI072-00147, ANI072-00148, ANI072-00149, ANI072-00150, ANI072-00151, ANI072-00152, ANI084-00171, ANI084-00172, ANI098-00360, ANI098-00361, ANI098-00362, ANI098-00363, BIR006-00196, ANI012-00480, ANI012-00481, ANI014-00208, ANI014-00232, ANI081-00175, ANI081-00176, ANI081-00177, ANI081-00178, ANI081-00179, ANI081-00180, ANI084-00154, ANI084-00155, ANI084-00156, ANI084-00157, ANI098-00374, ANI098-00375, ANI098-00376, ANI098-00377, ANI098-00378, ANI098-00379, ANI098-00380, ANI098-00381, ANI098-00382, ANI102-00141, ANI102-00142, ANI102-00143, ANI102-00144, ANI102-00145, ANI102-00146, ANI102-00147, ANI102-00148, ANI102-00149, ANI102-00150, ANI102-00151, ANI102-00152, ANI102-00153, ANI102-00154, ANI102-00155, ANI102-00156, ANI102-00157, ANI102-00158, ANI102-00159, ANI102-00160, ANI102-00161, ANI102-00162, ANI102-00163, BIR025-

00416, BIR025-00417, BIR025-00418, BIR025-00419, ANI004-00128, ANI004-00133, ANI004-00134, ANI037-00040, ANI037-00041, ANI037-00042, ANI037-00043, ANI037-00044, ANI037-00045, FIS003-00089, FIS003-00090, FIS003-00091, FIS003-00092, FIS017-00070, FIS017-00071, FIS017-00072, FIS023-00238, FIS023-00239, FIS023-00240, FIS023-00241, FIS023-00242, FIS023-00243, FIS023-00244, FIS030-00175, FIS030-00176, FIS030-00177, FIS030-00178, FIS030-00179, FIS030-00180, FIS030-00181, FIS030-00182, FIS030-00183, FIS030-00184, ANI023-00195, ANI023-00196, ANI023-00197, ANI069-00027, ANI069-00028, ANI084-00174, ANI084-00175, ANI084-00176, ANI084-00177, ANI084-00178,

**Published:**   March 2017

- **Individual Photographs:**   ANI084-00179, ANI097-00564, ANI097-00565, ANI097-00566, ANI097-00567, ANI097-00568, ANI097-00569, ANI097-00570, ANI097-00578, ANI098-00383, ANI098-00384, ANI098-00385, ANI098-00386, ANI098-00387, ANI098-00388, ANI098-00389, ANI098-00390, ANI098-00391, ANI098-00392, ANI098-00393, ANI098-00394, ANI098-00395, ANI098-00396, ANI098-00397, ANI098-00398, ANI098-00399, ANI098-00400, ANI098-00401, ANI098-00402, ANI098-00403, ANI101-00332, ANI101-00333, ANI101-00334, ANI101-00335, ANI098-00309, ANI098-00310, ANI098-00311, FIS027-00490, FIS027-00491, FIS027-00492, FIS027-00493, FIS027-00494, FIS027-00495, FIS027-00496, FIS027-00497, ANI104-00033, FIS027-00249, FIS027-00251, ANI064-00109, ANI064-00110, ANI064-00111, ANI064-00112, ANI042-00107, ANI042-00108, ANI042-00109, BIR002-00115,

**Published:**   March 2017

- **Individual Photographs:**   BIR067-00116, ANI087-00005, ANI087-00006, ANI087-00007, ANI087-00008, ANI003-00031, ANI003-00032, ANI003-00048, ANI041-00227, ANI041-00228, FIS013-00046, FIS013-00047, FIS013-00048, FIS013-00049, FIS013-00050, FIS013-00051, FIS013-00052, FIS030-00225, FIS030-00226, FIS030-00227, FIS030-00228, FIS030-00229, FIS030-00230, FIS030-00231, FIS030-00232, FIS030-00233, FIS030-00234, FIS030-00235, FIS030-00236, FIS030-00237, FIS030-00238, FIS030-00239, FIS030-00240, FIS030-00241, FIS030-00242, FIS030-00243, FIS030-00244, FIS030-00245, FIS030-00246, FIS030-00247, FIS030-00248, FIS030-00249, FIS030-00250, FIS030-00251, FIS030-00252, FIS030-00253, FIS030-00254, FIS030-00255, FIS030-00256, FIS030-00257, FIS030-00258, FIS030-00259, FIS030-00260, FIS030-00261, FIS030-00262, FIS030-00263, FIS030-00264, FIS030-00265, FIS030-00266, FIS030-00267, FIS030-00268, FIS030-00269, FIS030-00270, FIS030-00271, INS002-00313, INS002-00314, INS002-00315, INS002-00316, INS002-00317, INS002-00318, INS002-00319, INS002-00320, ANI098-00312, ANI098-00313, ANI098-00314, ANI098-00315, ANI101-00296, ANI101-00297, ANI101-00298, ANI101-00299, BIR067-00007, BIR067-00008, BIR067-00009, BIR067-00010, BIR067-00011, BIR067-00012, INS002-00321, INS002-00322, INS002-00323, INS002-00324, INS002-00325, INS002-00326, INS002-00327, INS002-00328, INS002-00329, INS002-00330, INS002-00331, INS002-00332, ANI101-00300, ANI101-00301, ANI102-00071, ANI102-00072, ANI102-00073, ANI104-00053, ANI104-00054, BIR025-00420, BIR025-00421, BIR046-00005, BIR046-00006, BIR048-00080, BIR067-00001, BIR067-00002, ANI104-00055, ANI104-00056, ANI104-00057, ANI104-00058, BIR026-00060, BIR026-00061, BIR026-00062, BIR026-00063,

**Published:**   April 2017

- **Individual Photographs:**   ANI106-00063, ANI106-00064, BIR064-00067, BIR064-00068, BIR064-00069, BIR064-00070, INS002-00333, INS002-00334, INS002-00335, INS002-00336, FIS006-00144, FIS027-00446,

|  | **Published:** | May 2017 |
|---|---|---|

- **Individual Photographs:** ANI106-00062,
  **Published:** June 2017

- **Individual Photographs:** ANI012-00497, ANI012-00498, ANI102-00164, ANI102-00165, BIR040-00168, BIR040-00169, BIR040-00170, BIR040-00171, BIR051-00157, BIR051-00158, BIR051-00159, BIR051-00160, BIR051-00161, BIR051-00162, FIS010-00032, FIS010-00033, FIS010-00034, FIS010-00035, FIS017-00073, FIS017-00074, FIS017-00075, FIS023-00245, FIS023-00246, FIS030-00208, FIS030-00209, FIS030-00210, FIS030-00211, FIS030-00212, FIS030-00213, FIS030-00214, FIS030-00215, FIS030-00216, BIR067-00020, ANI012-00485,
  **Published:** July 2017

- **Individual Photographs:** BIR064-00075, BIR065-00125, BIR011-00081, BIR067-00013, BIR067-00014, BIR067-00015, BIR067-00016, BIR067-00017, BIR067-00018, BIR067-00019, ANI012-00486, FIS030-00186, ANI031-00180, ANI031-00181, ANI031-00182, ANI031-00183, ANI031-00184, ANI031-00185, ANI031-00186, ANI031-00187, ANI072-00143, ANI072-00144, INS002-00306, INS002-00307, ANI098-00316, BIR052-00191, BIR059-00566, ANI051-00216, ANI051-00217, ANI069-00017, ANI069-00018, ANI069-00019, ANI069-00020, ANI069-00021, ANI069-00022, ANI069-00023, ANI069-00024, ANI069-00025, ANI069-00026, ANI098-00304, ANI098-00305, ANI098-00306, ANI098-00307, ANI098-00308, BIR016-00050, BIR016-00051, BIR016-00052, BIR024-00196, BIR024-00197, BIR024-00198, BIR024-00199, BIR045-00101, BIR045-00102, BIR052-00187, BIR052-00188, BIR052-00189, BIR052-00190, BIR064-00071, BIR064-00072, BIR064-00073, BIR064-00074, BIR067-00003, BIR067-00004, BIR067-00005, BIR067-00006,
  **Published:** August 2017

- **Individual Photographs:** BIR065-00126, BIR065-00127, BIR065-00128, BIR065-00129, BIR025-00425,
  **Published:** September 2017

- **Individual Photographs:** BIR032-00019, ANI072-00142, BIR067-00086, BIR067-00087, BIR067-00088, BIR067-00089, BIR067-00090,
  **Published:** October 2017

- **Individual Photographs:** ANI062-00499, ANI062-00500, ANI062-00501, ANI062-00502, ANI070-00150, ANI072-00153, ANI072-00154, ANI101-00330, ANI101-00331,
  **Published:** December 2017

## Completion/Publication

| **Year of Completion:** | 2017 |
|---|---|
| **Earliest Publication Date in Group:** | January 15, 2017 |
| **Latest Publication Date in Group:** | December 13, 2017 |
| **Nation of First Publication:** | United States |

## Author

- **Author:** Joel Sartore
**Author Created:** photographs
**Work made for hire:** No
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Joel Sartore
2733 Sheridan Blvd, Lincoln

## Rights and Permissions

**Organization Name:** Joel Sartore Photography
**Name:** Joel Sartore
**Email:** info@joelsartore.com
**Telephone:** (402)474-1006
**Address:** 4706 S 48th St
Lincoln, NE 68516 United States

## Certification

**Name:** Quentin Fortney
**Date:** July 11, 2018

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration Number**

# VA 2-285-236

**Effective Date of Registration:**
November 10, 2021
**Registration Decision Date:**
February 02, 2022

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:**   January 05, 2018 to November 21, 2018

## Title

| | |
|---|---|
| **Title of Group:** | 2018A |
| **Number of Photographs in Group:** | 750 |

- **Individual Photographs:** ANI099-00115, ANI099-00116, ANI099-00117, ANI099-00118, ANI099-00119, ANI099-00120, INS014-00405, INS014-00406
  **Published:** January 2018

- **Individual Photographs:** INS014-00411, INS014-00412
  **Published:** February 2018

- **Individual Photographs:** THI003-00012, THI003-00013, THI003-00014, ANI084-00330, ANI084-00331
  **Published:** March 2018

- **Individual Photographs:** HIS012-00067, HIS012-00068, ONA014-00028, ANI109-00125, ONA014-00029
  **Published:** April 2018

- **Individual Photographs:** ONA001-00013
  **Published:** May 2018

- **Individual Photographs:** ANI107-00071, ANI107-00072, ANI107-00073, ANI107-00074, ANI107-00075, ANI107-00076, ANI107-00077
  **Published:** July 2018

- **Individual Photographs:** ANI100-00049, ANI100-00050, ANI100-00051, ANI100-00052, ANI100-00053, ANI100-00054, ANI100-00055, ANI100-00056, ANI100-00057, ANI100-00058, ANI100-00059, SCE028-00026, SCE028-00027, SCE028-00028, SCE028-00029, SCE028-00030, SCE028-00031, ANI014-00309, ANI014-00310, ANI014-00311, ANI014-00312, ANI014-00313, ANI014-00314, ANI014-00315, ANI014-00316, ANI014-00317, ANI014-00318, ANI014-00319, ANI014-00320, ANI014-00321, ANI014-00322, ANI014-00323, ANI014-00324, ANI014-00325, ANI014-00326, ANI014-00327, ANI014-00328, ANI029-00083, ANI029-00084, ANI029-00085, ANI072-00169, ANI072-00170, ANI084-00302, ANI084-00303, ANI084-00304, ANI100-00083, ANI100-00084, ANI100-00085, ANI100-00086, ANI102-

Page 1 of 5

00467, ANI102-00468, ANI107-00051, ANI107-00052, ANI107-00053, ANI109-00300, ANI109-00301, ANI109-00302, ANI109-00303, BIR070-00069, BIR070-00070, BIR070-00071, BIR070-00072, ANI014-00304, ANI014-00305, ANI014-00306, ANI014-00307, ANI014-00308, ANI014-00331, ANI031-00193, ANI031-00211, ANI031-00212, ANI031-00213, BIR013-00075, BIR013-00076, BIR013-00077, BIR013-00078, BIR013-00079 2, BIR013-00080, BIR013-00081, BIR013-00082 2, BIR014-00079, BIR014-00080, BIR039-00231, BIR039-00232, BIR048-00105, BIR048-00106, BIR048-00110, BIR048-00111, BIR058-00055, BIR058-00056, BIR058-00057, BIR058-00058, BIR064-00139, BIR064-00140, BIR064-00141, BIR064-00142, BIR064-00143, BIR064-00144, BIR064-00145, BIR064-00146, BIR064-00147, BIR064-00148, BIR064-00149, BIR064-00150, BIR064-00151, BIR064-00152, BIR064-00153, BIR064-00154, BIR064-00155, BIR064-00156, BIR064-00157, BIR067-00153, BIR067-00154, BIR067-00434

**Published:** August 2018

- **Individual Photographs:** ANI075-00281, BIR067-00401, BIR067-00402, ANI067-00431, ANI067-00432, ANI067-00433, ANI107-00001, ANI107-00002, FIS005-00134, FIS005-00135, FIS013-00081, FIS013-00082, FIS013-00083, FIS015-00053, FIS015-00054, FIS027-00499, FIS027-00500, BIR067-00162, BIR067-00397, BIR067-00398, BIR067-00435, BIR067-00436, BIR067-00437, BIR067-00438, BIR067-00439, BIR067-00440, BIR067-00441, BIR067-00442, BIR067-00443, BIR067-00444, BIR067-00445, BIR067-00446, BIR067-00447, BIR067-00448, BIR067-00449, BIR067-00450, BIR067-00451

**Published:** September 2018

- **Individual Photographs:** FIS024-00042, FIS024-00043, FIS024-00044, FIS024-00045, FIS042-00016, FIS042-00017, FIS042-00018, FIS042-00019, FIS042-00020, FIS042-00021, FIS042-00022, FIS042-00023, FIS042-00024, FIS042-00025, FIS042-00026, FIS042-00027, FIS042-00028, FIS042-00029, INV006-00029, INV006-00030, FIS017-00166, FIS017-00167, FIS017-00168, FIS024-00046, FIS024-00047, FIS024-00048, FIS024-00049, FIS024-00050, FIS024-00051, FIS042-00030, FIS042-00031, FIS042-00032, FIS042-00033, FIS042-00034, FIS042-00035, FIS042-00036, FIS042-00037, FIS042-00038, FIS042-00039, FIS042-00040, FIS042-00041, FIS042-00042, FIS042-00043, FIS042-00044, FIS042-00045, FIS042-00046, FIS042-00047, FIS042-00048, FIS042-00049, FIS042-00050, FIS042-00051, FIS042-00052, FIS042-00053, INV006-00031, INV006-00032, INV006-00033, INV006-00034, INV006-00035, INV006-00036, INV006-00037, INV006-00038, ANI041-00283, ANI041-00284, ANI041-00285, BIR076-00053, BIR076-00054, BIR076-00055, BIR076-00056, FIS006-00190, FIS006-00191, FIS006-00192, FIS006-00193, FIS006-00194, FIS006-00195, INV006-00086, INV006-00087, INV006-00088, INV006-00089, INV006-00090, INV006-00091, INV006-00092, INV006-00093, INV006-00094, INV006-00095, INV006-00096, INV006-00097, INV006-00098, INV006-00099, INV006-00100, INV006-00101, INV006-00102, INV006-00103, INV006-00104, INV006-00105, INV006-00106, INV006-00107, INV006-00108, INV006-00109, INV006-00110, INV006-00111, ANI031-00214, ANI031-00221, ANI031-00222, ANI031-00223, ANI066-00157, ANI066-00158, ANI066-00159, ANI066-00160, ANI066-00161, ANI066-00162, ANI066-00163, ANI066-00164, ANI066-00165, ANI075-00282, ANI075-00283, ANI075-00284, BIR053-00459, BIR053-00460, BIR053-00461, BIR053-00462, BIR053-00463, BIR053-00464, BIR053-00465, ANI041-00288, ANI041-00289, ANI041-00290, FIS042-00056, FIS042-00057, FIS042-00058, FIS042-00059, FIS042-00060, FIS042-00061, INS009-00438

**Published:** October 2018

- **Individual Photographs:** INV006-00127, INV006-00128, INV006-00129, INV006-00130
  **Published:** October 2018

- **Individual Photographs:** ANI081-00225, ANI081-00226, ANI104-00275, ANI104-00276, ANI104-00277, ANI104-00278, ANI104-00279, ANI104-00280, ANI104-00281, ANI104-00282, ANI104-00283, ANI104-00284, ANI104-00285, ANI104-00286, ANI104-00287, ANI109-00380, ANI109-00381, ANI109-00382, ANI109-00383, ANI109-00384, ANI109-00385, ANI109-00386, ANI109-00387, ANI109-00388, ANI109-00389, ANI109-00390, ANI109-00391, ANI109-00392, ANI109-00393, ANI109-00394, ANI109-00395, ANI109-00396, ANI109-00397, ANI109-00398, ANI109-00399, ANI109-00400, ANI109-00401, ANI109-00402, ANI109-00403, ANI110-00290, ANI110-00291, ANI110-00292, ANI110-00293, ANI111-00045, ANI111-00046, ANI111-00047, ANI111-00048, ANI111-00049, ANI111-00050, ANI111-00051, ANI111-00052, ANI111-00053, ANI111-00054, ANI111-00055, ANI111-00056, ANI111-00057, ANI111-00058, ANI111-00059, ANI111-00060, ANI111-00061, ANI111-00062, INS006-00392, INS006-00393, INS016-00120, INS016-00121, INS016-00122, INS016-00123, INS016-00124, INS016-00125, INS025-00027, INS025-00028, ANI066-00143, ANI066-00144, ANI072-00233, ANI072-00234, ANI072-00235, ANI072-00236, ANI099-00121, ANI099-00122, ANI099-00123, ANI099-00124, ANI099-00125, ANI099-00126, ANI104-00249, ANI104-00250, ANI104-00251, ANI104-00252, ANI104-00253, ANI104-00254, ANI104-00255, ANI109-00350, ANI109-00351, ANI109-00352, ANI109-00353, ANI109-00354, ANI109-00355, ANI109-00356, ANI109-00357, ANI109-00358, ANI109-00359, ANI109-00360, ANI109-00361, ANI109-00365, ANI109-00366, ANI111-00029, ANI111-00030, ANI111-00031, ANI111-00032, BIR002-00242, BIR002-00243, BIR002-00244, BIR002-00245, BIR002-00246, BIR002-00247, BIR039-00251, BIR039-00252, BIR062-00024, BIR062-00025, BIR062-00026, BIR064-00251, BIR064-00252, BIR064-00253, INS002-00464, INS002-00465, INS002-00466, INS002-00467, INS004-00114, INS004-00115, INS017-00101, INS017-00102, INS025-00021, INS025-00022, PEO014-00332
  **Published:** November 2018

- **Individual Photographs:** ANI084-00311, ANI084-00312, ANI084-00313, ANI084-00314, ANI084-00315, ANI084-00316, ANI084-00317, ANI084-00318, ANI084-00319, ANI105-00110, ANI105-00111, ANI105-00112, ANI107-00056, ANI107-00057, ANI107-00058, BIR014-00081, BIR014-00082, BIR014-00083, BIR055-00183, BIR055-00184, BIR055-00185, BIR055-00186, BIR056-00010, BIR056-00011, BIR056-00012, BIR056-00013, BIR067-00485, BIR067-00486, BIR067-00487, BIR067-00488, BIR067-00489, BIR067-00490, BIR067-00491, BIR067-00492, INS011-00126, INS011-00127, ANI023-00244, ANI023-00245, ANI023-00246, ANI061-00024, ANI061-00025, BIR005-00330, BIR005-00331, BIR005-00332, BIR005-00333, BIR011-00103, BIR011-00104, BIR011-00105, BIR011-00106, BIR011-00107, BIR011-00108, BIR015-00242, BIR015-00243, BIR015-00244, BIR015-00245, BIR029-00057, BIR029-00058, BIR040-00279, BIR040-00280, BIR040-00281, BIR055-00191, BIR055-00192, BIR055-00193, BIR065-00247, BIR065-00248, BIR070-00122, BIR070-00123, BIR070-00124, BIR070-00125, BIR076-00029, BIR076-00030, BIR076-00031, BIR076-00032, BIR076-00033, BIR076-00034, BIR076-00035, BIR076-00036, INS006-00397, INS006-00398, INS006-00399, INS006-00400, INS006-00401, INS006-00402, INS006-00403, INS006-00404, INS006-00405, INS006-00406, INS006-00407, INS006-00408, INS006-00409, INS006-00410, INS006-00411, INS006-00412, INS006-00413, INS006-00414, INS006-00415, INS006-00416, INS006-00417, INS006-00418,

INS006-00419, INS006-00420, INS006-00421, INS006-00422, INS006-00423, INS006-00424, INS006-00425, INS006-00426, INS006-00427, INS006-00428, INS006-00429, INS006-00430, INS006-00431, INS006-00432, INS006-00433, INS006-00434, INS006-00435, INS006-00436, INS006-00437, INS006-00438, INS006-00439, INS006-00440, INS006-00441, INS006-00442, INS006-00443, INS006-00444, BIR063-00032, BIR063-00033, BIR063-00034, BIR063-00035, BIR063-00036, BIR069-00204, BIR069-00205, BIR069-00206

**Published:** November 2018

- **Individual Photographs:** BIR069-00207, ANI061-00029, INS002-00470, INS002-00471, INS002-00472, INS002-00473, INS002-00474, INS002-00475, INS002-00476, INS002-00477, INS004-00116, INS004-00117, INS014-00444, INS014-00445, INS025-00029, INS025-00030, INV003-00295, INV003-00296, INV003-00297, INV003-00298, INV004-00067, INV004-00068, INV004-00069, INV004-00070, ANI104-00288, ANI104-00289, ANI104-00290, ANI111-00073, ANI111-00074, ANI111-00075, ANI111-00076, ANI111-00077, ANI111-00078, ANI111-00079, ANI111-00080, ANI111-00081, ANI111-00082, ANI111-00083, BIR022-00115, BIR022-00116, BIR049-00136, BIR049-00137, BIR049-00138, BIR049-00139, BIR049-00140, BIR049-00141, BIR049-00142, BIR056-00016, BIR056-00017, BIR056-00018, BIR056-00019, BIR056-00020, BIR056-00021, BIR056-00022, BIR056-00023, BIR056-00024, BIR056-00025, BIR064-00297, BIR064-00298, BIR064-00299, BIR064-00300, BIR066-00086, BIR066-00087, BIR066-00088, BIR066-00089, BIR066-00090, BIR066-00091, FIS017-00153, FIS017-00154, FIS031-00097, FIS031-00098, FIS031-00099, FIS031-00100, FIS031-00101, FIS031-00102, FIS031-00103, FIS031-00104, FIS031-00105, FIS031-00106, FIS031-00107, FIS031-00108, FIS031-00109, FIS031-00110, FIS031-00111, FIS031-00112, FIS031-00113, FIS031-00114, FIS031-00115, FIS031-00116, FIS031-00117, FIS031-00118, FIS031-00119, FIS031-00120, FIS031-00121, FIS031-00122, FIS031-00123, BIR012-00014, BIR012-00015, ONA014-00013, ONA014-00014, ONA014-00015, ANI004-00160, ANI004-00161, ANI004-00162, ANI004-00163, ANI004-00164, ANI004-00165, ANI031-00218, ANI031-00219, ANI031-00220, ANI067-00464, ANI067-00465, ANI067-00466, ANI067-00467, ANI070-00188, ANI070-00189, ANI070-00190, ANI070-00191, ANI100-00109, ANI100-00110, ANI100-00111, ANI100-00112, ANI100-00113, ANI100-00114, ANI102-00490, ANI102-00491, ANI102-00492, ANI102-00493, ANI102-00494, ANI109-00320, ANI109-00321, ANI109-00322, BIR064-00273

**Published:** November 2018

- **Individual Photographs:** BIR064-00274, ANI006-00067, ANI033-00235, ANI033-00236, ANI033-00237, ANI033-00238, ANI033-00239, ANI061-00026, ANI061-00027, ANI061-00028, ANI074-00125, ANI074-00126, ANI074-00127, ANI074-00128, ANI074-00129, ANI074-00130, ANI074-00131, ANI074-00132, ANI074-00133, ANI074-00134, ANI109-00429, ANI109-00430, ANI109-00431, ANI109-00432, BIR058-00059, BIR058-00060, BIR058-00061, BIR058-00062, BIR070-00126, BIR070-00127, BIR070-00128, BIR070-00129, ANI023-00247, ANI023-00248, ANI023-00249

**Published:** November 2018

## Completion/Publication

**Year of Completion:** 2018
**Earliest Publication Date in Group:** January 05, 2018
**Latest Publication Date in Group:** November 21, 2018
**Nation of First Publication:** United States

## Author

- **Author:** Joel Sartore
  **Author Created:** photographs
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Joel Sartore
2733 Sheridan Blvd, Lincoln, NE, 68502, United States

## Rights and Permissions

**Organization Name:** Joel Sartore Photography
**Name:** Joel Sartore
**Email:** info@joelsartore.com
**Telephone:** (402)474-1006
**Address:** 4706 S 48th St
Lincoln, NE 68516 United States

## Certification

**Name:** Quentin Fortney, Authorized agent of Joel Sartore
**Date**: November 10, 2021

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration Number**

# VA 2-022-930

**Effective Date of Registration:**
November 07, 2016

## Title

**Title of Work:**  Group Registration of Published Photos, Photo Ark, published Jan. 01, 2015 to Dec. 31, 2015; 2953 photos.

**Content Title:**  ANI002-00019 , January 1, 2015 ; ANI002-00020 , January 1, 2015 ; ANI002-00021 , January 1, 2015 ; ANI004-00113 , January 1, 2015 ; ANI004-00114 , January 1, 2015 ; ANI004-00115 , January 1, 2015 ; ANI004-00112 , January 1, 2015 ; ANI004-00111 , January 1, 2015 ; ANI004-00105 , January 1, 2015 ; ANI004-00106 , January 1, 2015 ; ANI004-00107 , January 1, 2015 ; ANI004-00108 , January 1, 2015 ; ANI004-00110 , January 1, 2015 ; ANI004-00100 , January 1, 2015 ; ANI004-00101 , January 1, 2015 ; ANI004-00102 , January 1, 2015 ; ANI004-00103 , January 1, 2015 ; ANI004-00104 , January 1, 2015 ; ANI004-00098 , January 1, 2015 ; ANI004-00099 , January 1, 2015 ; ANI009-00094 , January 1, 2015 ; ANI009-00095 , January 1, 2015 ; ANI009-00096 , January 1, 2015 ; ANI009-00097 , January 1, 2015 ; ANI009-00092 , January 2, 2015 ; ANI009-00093 , January 3, 2015 ; ANI010-00048 , January 4, 2015 ; ANI010-00046 , January 5, 2015 ; ANI010-00047 , January 6, 2015 ; ANI012-00374 , January 7, 2015 ; ANI012-00368 , January 8, 2015 ; ANI012-00367 , January 9, 2015 ;

ANI012-00362 , January 11, 2015 ; ANI012-00363 , January 12, 2015 ; ANI012-00364 , January 13, 2015 ; ANI012-00365 , January 14, 2015 ; ANI012-00359 , January 15, 2015 ; ANI012-00360 , January 16, 2015 ; ANI012-00361 , January 17, 2015 ; ANI012-00358 , January 18, 2015 ; ANI012-00352 , January 19, 2015 ; ANI012-00353 , January 20, 2015 ; ANI012-00354 , January 21, 2015 ; ANI012-00355 , January 22, 2015 ; ANI012-00356 , January 23, 2015 ; ANI012-00357 , January 24, 2015 ; ANI012-00350 , January 25, 2015 ; ANI012-00351 , January 26, 2015 ; ANI012-00347 , January 27, 2015 ; ANI012-00348 , January 28, 2015 ; ANI012-00349 , January 29, 2015 ; ANI013-00169 , January 30, 2015 ; ANI013-00170 , January 31, 2015 ; ANI013-00171 , February 1, 2015 ; ANI013-00172 , February 2, 2015 ; ANI014-00179 , February 3, 2015 ; ANI014-00176 , February 4, 2015 ;

ANI014-00177 , February 5, 2015 ; ANI014-00178 , February 6, 2015 ; ANI014-00175 , February 7, 2015 ; ANI014-00170 , February 8, 2015 ; ANI014-00171 , February 9, 2015 ; ANI014-00172 , February 10, 2015 ; ANI014-00173 , February 11, 2015 ; ANI014-00174 , February 12, 2015 ; ANI017-00417 , February 13, 2015 ; ANI017-00418 , February 14, 2015 ; ANI017-00419 , February 15, 2015 ; ANI017-00420 , February 16, 2015 ; ANI017-00421 , February 17, 2015 ; ANI017-00422 , February 18, 2015 ; ANI017-00423 , February 19, 2015 ; ANI017-00424 , February 20, 2015 ; ANI017-00425 , February 21, 2015 ; ANI017-00426 , February 21, 2015 ; ANI017-00427 , February 21, 2015 ; ANI017-00428 , February 21, 2015 ;

Page 1 of 25

ANI017-00429 , February 21, 2015 ; ANI017-00430 , February 21, 2015 ;
ANI018-00077 , February 21, 2015 ; ANI018-00078 , February 21, 2015 ;
ANI018-00079 , February 21, 2015 ; ANI018-00080 , February 21, 2015 ;
ANI019-00539 , February 21, 2015 ; ANI019-00538 , February 21, 2015 ;
ANI019-00537 , February 21, 2015 ; ANI019-00534 , February 21, 2015 ;
ANI019-00535 , February 21, 2015 ; ANI019-00536 , February 21, 2015 ;
ANI019-00531 , February 21, 2015 ;

ANI019-00532 , February 21, 2015 ; ANI019-00533 , February 21, 2015 ;
ANI019-00523 , February 21, 2015 ; ANI019-00524 , February 21, 2015 ;
ANI019-00525 , February 21, 2015 ; ANI019-00526 , February 21, 2015 ;
ANI019-00527 , February 21, 2015 ; ANI019-00528 , February 21, 2015 ;
ANI019-00529 , February 21, 2015 ; ANI019-00530 , February 21, 2015 ;
ANI019-00509 , February 21, 2015 ; ANI019-00510 , February 21, 2015 ;
ANI019-00511 , February 21, 2015 ; ANI019-00512 , February 21, 2015 ;
ANI019-00513 , February 21, 2015 ; ANI019-00514 , February 21, 2015 ;
ANI019-00515 , February 21, 2015 ; ANI019-00516 , February 21, 2015 ;
ANI019-00517 , February 21, 2015 ; ANI019-00518 , February 21, 2015 ;
ANI019-00519 , February 21, 2015 ; ANI019-00520 , February 21, 2015 ;
ANI019-00521 , February 21, 2015 ; ANI019-00522 , February 21, 2015 ;
ANI019-00503 , February 21, 2015 ;

ANI019-00504 , February 21, 2015 ; ANI019-00505 , February 21, 2015 ;
ANI019-00506 , February 21, 2015 ; ANI019-00507 , February 21, 2015 ;
ANI019-00508 , February 21, 2015 ; ANI019-00502 , February 21, 2015 ;
ANI020-00129 , February 21, 2015 ; ANI020-00123 , February 21, 2015 ;
ANI020-00124 , February 21, 2015 ; ANI020-00125 , February 21, 2015 ;
ANI020-00126 , February 21, 2015 ; ANI020-00127 , February 21, 2015 ;
ANI020-00128 , February 21, 2015 ; ANI022-00037 , February 21, 2015 ;
ANI023-00137 , February 21, 2015 ; ANI023-00136 , February 21, 2015 ;
ANI023-00132 , February 21, 2015 ; ANI023-00133 , February 21, 2015 ;
ANI023-00134 , February 21, 2015 ; ANI023-00135 , February 21, 2015 ;
ANI023-00131 , February 21, 2015 ; ANI023-00129 , February 21, 2015 ;
ANI023-00130 , February 21, 2015 ; ANI026-00052 , February 21, 2015 ;
ANI026-00053 , February 21, 2015 ; ANI026-00050 , February 21, 2015 ;
ANI026-00051 , February 21, 2015 ; ANI026-00048 , February 21, 2015 ;
ANI026-00049 , February 21, 2015 ; ANI026-00045 , February 21, 2015 ;

ANI026-00046 , February 21, 2015 ; ANI026-00047 , February 21, 2015 ;
ANI026-00040 , February 21, 2015 ; ANI026-00041 , February 21, 2015 ;
ANI026-00042 , February 21, 2015 ; ANI026-00043 , February 21, 2015 ;
ANI026-00044 , February 21, 2015 ; ANI030-00135 , February 21, 2015 ;
ANI030-00131 , February 21, 2015 ; ANI030-00132 , February 21, 2015 ;
ANI030-00133 , February 21, 2015 ; ANI030-00134 , February 21, 2015 ;
ANI031-00148 , February 21, 2015 ; ANI033-00138 , February 21, 2015 ;
ANI033-00134 , February 21, 2015 ; ANI033-00135 , February 21, 2015 ;
ANI033-00136 , February 21, 2015 ; ANI033-00137 , February 21, 2015 ;
ANI033-00133 , February 21, 2015 ; ANI033-00131 , February 21, 2015 ;
ANI033-00132 , February 21, 2015 ; ANI033-00130 , February 21, 2015 ;
ANI033-00129 , February 21, 2015 ; ANI033-00128 , February 21, 2015 ;
ANI033-00122 , February 21, 2015 ; ANI033-00123 , February 21, 2015 ;
ANI033-00124 , February 21, 2015 ; ANI033-00125 , February 21, 2015 ;

ANI033-00126 , February 21, 2015 ; ANI033-00127 , February 21, 2015 ;
ANI035-00014 , February 21, 2015 ; ANI035-00012 , February 21, 2015 ;
ANI035-00013 , February 21, 2015 ; ANI036-00009 , February 21, 2015 ;
ANI036-00010 , February 21, 2015 ; ANI039-00221 , February 21, 2015 ;
ANI039-00222 , February 21, 2015 ; ANI039-00223 , February 21, 2015 ;

ANI039-00224 , February 21, 2015 ; ANI040-00535 , February 21, 2015 ; ANI040-00534 , February 21, 2015 ; ANI040-00529 , February 21, 2015 ; ANI040-00530 , February 21, 2015 ; ANI040-00531 , February 21, 2015 ; ANI040-00532 , February 21, 2015 ; ANI040-00533 , February 21, 2015 ; ANI040-00525 , February 21, 2015 ; ANI040-00526 , February 21, 2015 ; ANI040-00527 , February 21, 2015 ; ANI040-00528 , February 21, 2015 ; ANI040-00508 , February 21, 2015 ; ANI040-00509 , February 21, 2015 ; ANI040-00510 , February 21, 2015 ; ANI040-00511 , February 21, 2015 ; ANI040-00512 , February 21, 2015 ; ANI040-00513 , February 21, 2015 ; ANI040-00514 , February 21, 2015 ; ANI040-00515 , February 21, 2015 ; ANI040-00516 , February 21, 2015 ;

ANI040-00517 , February 21, 2015 ; ANI040-00518 , February 21, 2015 ; ANI040-00519 , February 21, 2015 ; ANI040-00520 , February 21, 2015 ; ANI040-00521 , February 21, 2015 ; ANI040-00522 , February 21, 2015 ; ANI040-00523 , February 21, 2015 ; ANI040-00524 , February 21, 2015 ; ANI040-00504 , February 21, 2015 ; ANI040-00505 , February 21, 2015 ; ANI040-00506 , February 21, 2015 ; ANI040-00507 , February 21, 2015 ; ANI040-00501 , February 21, 2015 ; ANI040-00502 , February 21, 2015 ; ANI040-00503 , February 21, 2015 ; ANI040-00483 , February 21, 2015 ; ANI040-00484 , February 21, 2015 ; ANI040-00485 , February 21, 2015 ; ANI040-00486 , February 21, 2015 ; ANI040-00487 , February 21, 2015 ; ANI040-00488 , February 21, 2015 ; ANI040-00489 , February 21, 2015 ; ANI040-00490 , February 21, 2015 ; ANI040-00491 , February 21, 2015 ; ANI040-00492 , February 21, 2015 ; ANI040-00493 , February 21, 2015 ; ANI040-00494 , February 21, 2015 ;

ANI040-00495 , February 21, 2015 ; ANI040-00496 , February 21, 2015 ; ANI040-00497 , February 21, 2015 ; ANI040-00498 , February 21, 2015 ; ANI040-00499 , February 21, 2015 ; ANI040-00500 , February 21, 2015 ; ANI040-00469 , February 21, 2015 ; ANI040-00470 , February 21, 2015 ; ANI040-00471 , February 21, 2015 ; ANI040-00472 , February 21, 2015 ; ANI040-00473 , February 21, 2015 ; ANI040-00474 , February 21, 2015 ; ANI040-00475 , February 22, 2015 ; ANI040-00476 , February 23, 2015 ; ANI040-00481 , February 24, 2015 ; ANI040-00482 , February 25, 2015 ; ANI040-00462 , February 26, 2015 ; ANI040-00463 , February 27, 2015 ; ANI040-00464 , February 28, 2015 ; ANI040-00465 , March 1, 2015 ; ANI040-00466 , March 2, 2015 ; ANI040-00467 , March 3, 2015 ; ANI040-00468 , March 4, 2015 ; ANI040-00456 , March 5, 2015 ; ANI040-00457 , March 6, 2015 ; ANI040-00458 , March 6, 2015 ; ANI040-00459 , March 6, 2015 ; ANI040-00460 , March 6, 2015 ; ANI040-00461 , March 6, 2015 ; ANI040-00448 , March 6, 2015 ; ANI040-00449 , March 6, 2015 ; ANI040-00450 , March 6, 2015 ; ANI040-00451 , March 6, 2015 ; ANI040-00452 , March 6, 2015 ; ANI040-00453 , March 6, 2015 ; ANI040-00454 , March 6, 2015 ; ANI040-00455 , March 6, 2015 ; ANI040-00426 , March 6, 2015 ;

ANI040-00427 , March 6, 2015 ; ANI040-00428 , March 6, 2015 ; ANI040-00429 , March 6, 2015 ; ANI040-00430 , March 6, 2015 ; ANI040-00431 , March 6, 2015 ; ANI040-00432 , March 6, 2015 ; ANI040-00433 , March 6, 2015 ; ANI040-00434 , March 6, 2015 ; ANI040-00435 , March 6, 2015 ; ANI040-00436 , March 6, 2015 ; ANI040-00437 , March 6, 2015 ; ANI040-00438 , March 6, 2015 ; ANI040-00439 , March 6, 2015 ; ANI040-00440 , March 6, 2015 ; ANI040-00441 , March 6, 2015 ; ANI040-00442 , March 6, 2015 ; ANI040-00443 , March 6, 2015 ; ANI040-00444 , March 6, 2015 ; ANI040-00445 , March 6, 2015 ; ANI040-00446 , March 6, 2015 ;

ANI040-00447 , March 6, 2015 ; ANI040-00423 , March 6, 2015 ; ANI040-00424 , March 6, 2015 ; ANI040-00425 , March 6, 2015 ; ANI040-00419 ,

March 6, 2015 ; ANI040-00420 , March 6, 2015 ; ANI040-00421 , March 6, 2015 ; ANI040-00422 , March 6, 2015 ; ANI041-00173 , March 6, 2015 ; ANI041-00174 , March 6, 2015 ; ANI041-00175 , March 6, 2015 ; ANI041-00170 , March 6, 2015 ; ANI041-00171 , March 6, 2015 ; ANI041-00172 , March 6, 2015 ; ANI041-00168 , March 6, 2015 ; ANI041-00169 , March 6, 2015 ; ANI041-00165 , March 6, 2015 ; ANI041-00166 , March 6, 2015 ; ANI041-00151 , March 6, 2015 ; ANI041-00152 , March 6, 2015 ; ANI041-00153 , March 6, 2015 ; ANI041-00154 , March 6, 2015 ; ANI041-00155 , March 6, 2015 ; ANI041-00156 , March 6, 2015 ; ANI041-00157 , March 6, 2015 ; ANI041-00158 , March 6, 2015 ; ANI041-00159 , March 6, 2015 ; ANI041-00160 , March 6, 2015 ; ANI041-00161 , March 6, 2015 ; ANI041-00162 , March 6, 2015 ; ANI041-00163 , March 6, 2015 ; ANI041-00164 , March 6, 2015 ; ANI041-00140 , March 6, 2015 ; ANI041-00145 , March 6, 2015 ; ANI041-00144 , March 6, 2015 ; ANI041-00143 , March 6, 2015 ; ANI041-00142 , March 6, 2015 ; ANI041-00141 , March 6, 2015 ; ANI041-00146 , March 6, 2015 ; ANI041-00147 , March 6, 2015 ; ANI041-00148 , March 6, 2015 ; ANI041-00149 , March 6, 2015 ; ANI041-00150 , March 6, 2015 ; ANI041-00138 , March 6, 2015 ; ANI041-00139 , March 6, 2015 ; ANI041-00132 , March 6, 2015 ; ANI041-00133 , March 6, 2015 ; ANI041-00134 , March 6, 2015 ; ANI041-00135 , March 6, 2015 ; ANI041-00136 , March 6, 2015 ; ANI041-00137 , March 6, 2015 ; ANI041-00126 , March 6, 2015 ; ANI041-00125 , March 6, 2015 ; ANI041-00127 , March 6, 2015 ; ANI041-00128 , March 6, 2015 ; ANI041-00129 , March 6, 2015 ; ANI041-00130 , March 6, 2015 ; ANI041-00131 , March 6, 2015 ;

ANI042-00073 , March 6, 2015 ; ANI042-00072 , March 6, 2015 ; ANI044-00005 , March 6, 2015 ; ANI045-00036 , March 6, 2015 ; ANI045-00037 , March 6, 2015 ; ANI045-00038 , March 6, 2015 ; ANI045-00039 , March 6, 2015 ; ANI046-00009 , March 6, 2015 ; ANI046-00010 , March 6, 2015 ; ANI047-00028 , March 6, 2015 ; ANI047-00029 , March 6, 2015 ; ANI047-00030 , March 6, 2015 ; ANI047-00031 , March 6, 2015 ; ANI047-00032 , March 6, 2015 ; ANI047-00026 , March 6, 2015 ; ANI047-00027 , March 6, 2015 ; ANI049-00009 , March 6, 2015 ; ANI050-00104 , March 6, 2015 ; ANI050-00103 , March 6, 2015 ; ANI051-00200 , March 6, 2015 ; ANI051-00198 , March 6, 2015 ; ANI051-00199 , March 6, 2015 ; ANI051-00196 , March 6, 2015 ; ANI051-00197 , March 6, 2015 ; ANI051-00195 , March 6, 2015 ; ANI051-00185 , March 6, 2015 ; ANI051-00186 , March 6, 2015 ; ANI051-00187 , March 6, 2015 ; ANI051-00188 , March 6, 2015 ; ANI051-00189 , March 6, 2015 ; ANI051-00190 , March 6, 2015 ; ANI051-00191 , March 6, 2015 ; ANI051-00192 , March 6, 2015 ; ANI051-00193 , March 6, 2015 ; ANI051-00194 , March 6, 2015 ; ANI051-00178 , March 6, 2015 ; ANI051-00179 , March 6, 2015 ; ANI051-00180 , March 6, 2015 ; ANI051-00181 , March 6, 2015 ; ANI051-00182 , March 6, 2015 ; ANI051-00183 , March 6, 2015 ; ANI051-00184 , March 6, 2015 ; ANI051-00169 , March 6, 2015 ; ANI051-00170 , March 6, 2015 ; ANI051-00171 , March 6, 2015 ; ANI051-00172 , March 6, 2015 ; ANI051-00173 , March 6, 2015 ; ANI051-00174 , March 6, 2015 ; ANI051-00175 , March 6, 2015 ; ANI051-00176 , March 6, 2015 ; ANI051-00177 , March 6, 2015 ; ANI051-00161 , March 6, 2015 ; ANI051-00162 , March 6, 2015 ; ANI051-00163 , March 6, 2015 ; ANI051-00164 , March 6, 2015 ; ANI051-00165 , March 6, 2015 ; ANI051-00166 , March 6, 2015 ; ANI051-00167 , March 6, 2015 ;

ANI051-00168 , March 6, 2015 ; ANI051-00150 , March 6, 2015 ; ANI051-00151 , March 6, 2015 ; ANI051-00152 , March 6, 2015 ; ANI051-00153 , March 6, 2015 ; ANI051-00154 , March 6, 2015 ; ANI051-00155 , March 6, 2015 ; ANI051-00156 , March 6, 2015 ; ANI051-00157 , March 6, 2015 ; ANI051-00158 , March 6, 2015 ; ANI051-00159 , March 6, 2015 ; ANI051-00160 , March 6, 2015 ; ANI051-00148 , March 6, 2015 ; ANI051-00142 ,

March 6, 2015 ; ANI051-00143 , March 6, 2015 ; ANI051-00144 , March 6, 2015 ; ANI051-00145 , March 6, 2015 ; ANI051-00146 , March 6, 2015 ; ANI051-00147 , March 6, 2015 ; ANI052-00020 , March 6, 2015 ; ANI052-00021 , March 6, 2015 ; ANI057-00035 , March 6, 2015 ; ANI057-00036 , March 6, 2015 ; ANI057-00037 , March 6, 2015 ; ANI057-00032 , March 6, 2015 ; ANI057-00033 , March 6, 2015 ; ANI057-00034 , March 6, 2015 ; ANI058-00070 , March 6, 2015 ; ANI058-00071 , March 6, 2015 ; ANI058-00072 , March 6, 2015 ; ANI058-00073 , March 6, 2015 ; ANI058-00074 , March 6, 2015 ; ANI058-00068 , March 6, 2015 ; ANI058-00069 , March 6, 2015 ; ANI058-00065 , March 6, 2015 ; ANI058-00066 , March 6, 2015 ; ANI058-00067 , March 6, 2015 ; ANI058-00064 , March 6, 2015 ; ANI060-00014 , March 6, 2015 ; ANI062-00342 , March 6, 2015 ; ANI062-00343 , March 6, 2015 ; ANI062-00344 , March 6, 2015 ; ANI062-00345 , March 6, 2015 ; ANI062-00346 , March 6, 2015 ; ANI062-00341 , March 6, 2015 ; ANI062-00339 , March 6, 2015 ; ANI062-00340 , March 6, 2015 ; ANI062-00338 , March 6, 2015 ; ANI062-00337 , March 6, 2015 ; ANI062-00333 , March 6, 2015 ; ANI062-00334 , March 6, 2015 ; ANI062-00335 , March 6, 2015 ; ANI062-00336 , March 6, 2015 ; ANI062-00332 , March 6, 2015 ; ANI062-00330 , March 6, 2015 ; ANI062-00331 , March 6, 2015 ; ANI062-00325 , March 6, 2015 ; ANI062-00326 , March 6, 2015 ;

ANI062-00327 , March 6, 2015 ; ANI062-00328 , March 6, 2015 ; ANI062-00329 , March 6, 2015 ; ANI062-00315 , March 6, 2015 ; ANI062-00316 , March 6, 2015 ; ANI062-00317 , March 6, 2015 ; ANI062-00318 , March 6, 2015 ; ANI062-00319 , March 6, 2015 ; ANI062-00320 , March 6, 2015 ; ANI062-00321 , March 6, 2015 ; ANI062-00322 , March 6, 2015 ; ANI062-00323 , March 6, 2015 ; ANI062-00324 , March 6, 2015 ; ANI062-00312 , March 6, 2015 ; ANI062-00313 , March 6, 2015 ; ANI062-00314 , March 6, 2015 ; ANI062-00305 , March 6, 2015 ; ANI062-00304 , March 6, 2015 ; ANI062-00303 , March 6, 2015 ; ANI062-00302 , March 6, 2015 ; ANI062-00306 , March 6, 2015 ; ANI062-00307 , March 6, 2015 ; ANI062-00308 , March 6, 2015 ; ANI062-00309 , March 6, 2015 ; ANI062-00310 , March 6, 2015 ; ANI062-00300 , March 7, 2015 ; ANI062-00301 , March 8, 2015 ; BEA018-00023 , March 9, 2015 ; BEA018-00022 , March 10, 2015 ; BIR002-00147 , March 11, 2015 ; BIR002-00148 , March 11, 2015 ; BIR002-00149 , March 11, 2015 ; BIR002-00150 , March 11, 2015 ; BIR002-00151 , March 11, 2015 ; BIR002-00152 , March 11, 2015 ; BIR002-00153 , March 11, 2015 ; BIR002-00154 , March 11, 2015 ; BIR002-00155 , March 11, 2015 ; BIR002-00156 , March 11, 2015 ; BIR002-00136 , March 11, 2015 ; BIR002-00137 , March 11, 2015 ; BIR002-00138 , March 11, 2015 ; BIR002-00139 , March 11, 2015 ; BIR002-00140 , March 11, 2015 ; BIR002-00141 , March 11, 2015 ; BIR002-00142 , March 11, 2015 ; BIR002-00143 , March 11, 2015 ; BIR002-00144 , March 11, 2015 ; BIR002-00145 , March 11, 2015 ; BIR002-00146 , March 11, 2015 ; BIR002-00131 , March 11, 2015 ; BIR002-00132 , March 11, 2015 ; BIR002-00133 , March 11, 2015 ; BIR002-00134 , March 11, 2015 ; BIR002-00135 , March 11, 2015 ; BIR002-00127 , March 11, 2015 ; BIR002-00128 , March 11, 2015 ; BIR002-00129 , March 11, 2015 ;

BIR002-00130 , March 11, 2015 ; BIR005-00130 , March 11, 2015 ; BIR005-00077 , March 11, 2015 ; BIR005-00078 , March 11, 2015 ; BIR005-00079 , March 11, 2015 ; BIR005-00080 , March 11, 2015 ; BIR005-00081 , March 11, 2015 ; BIR005-00082 , March 11, 2015 ; BIR005-00083 , March 11, 2015 ; BIR005-00084 , March 11, 2015 ; BIR005-00085 , March 11, 2015 ; BIR005-00086 , March 11, 2015 ; BIR005-00087 , March 11, 2015 ; BIR005-00088 , March 11, 2015 ; BIR005-00089 , March 11, 2015 ; BIR005-00090 , March 11, 2015 ; BIR005-00091 , March 11, 2015 ; BIR005-00092 , March 11, 2015 ; BIR005-00093 , March 11, 2015 ; BIR005-00094 , March 11, 2015 ; BIR005-00095 , March 11, 2015 ; BIR005-00096 , March 11, 2015 ; BIR005-00097 ,

March 11, 2015 ; BIR005-00098 , March 11, 2015 ; BIR005-00099 , March 11, 2015 ; BIR005-00100 , March 11, 2015 ; BIR005-00101 , March 11, 2015 ; BIR005-00102 , March 11, 2015 ; BIR005-00103 , March 11, 2015 ; BIR005-00104 , March 11, 2015 ; BIR005-00105 , March 11, 2015 ; BIR005-00106 , March 11, 2015 ; BIR005-00107 , March 11, 2015 ; BIR005-00108 , March 11, 2015 ; BIR005-00109 , March 11, 2015 ; BIR005-00110 , March 11, 2015 ; BIR005-00111 , March 11, 2015 ; BIR005-00112 , March 11, 2015 ; BIR005-00113 , March 11, 2015 ; BIR005-00114 , March 11, 2015 ; BIR005-00115 , March 11, 2015 ; BIR005-00116 , March 11, 2015 ; BIR005-00117 , March 11, 2015 ; BIR005-00118 , March 11, 2015 ; BIR005-00119 , March 11, 2015 ; BIR005-00120 , March 11, 2015 ; BIR005-00121 , March 11, 2015 ; BIR005-00122 , March 11, 2015 ; BIR005-00123 , March 11, 2015 ; BIR005-00124 , March 11, 2015 ; BIR005-00125 , March 11, 2015 ; BIR005-00126 , March 11, 2015 ; BIR005-00127 , March 11, 2015 ; BIR005-00128 , March 11, 2015 ; BIR005-00129 , March 11, 2015 ; BIR005-00073 , March 11, 2015 ; BIR005-00074 , March 11, 2015 ; BIR005-00075 , March 11, 2015 ;

BIR005-00076 , March 11, 2015 ; BIR006-00136 , March 11, 2015 ; BIR006-00137 , March 11, 2015 ; BIR006-00138 , March 11, 2015 ; BIR006-00139 , March 11, 2015 ; BIR006-00140 , March 11, 2015 ; BIR006-00141 , March 11, 2015 ; BIR007-00045 , March 11, 2015 ; BIR007-00046 , March 11, 2015 ; BIR007-00047 , March 11, 2015 ; BIR007-00048 , March 11, 2015 ; BIR009-00055 , March 11, 2015 ; BIR009-00056 , March 11, 2015 ; BIR010-00074 , March 11, 2015 ; BIR010-00075 , March 11, 2015 ; BIR010-00069 , March 11, 2015 ; BIR010-00070 , March 11, 2015 ; BIR010-00071 , March 11, 2015 ; BIR010-00072 , March 11, 2015 ; BIR010-00073 , March 11, 2015 ; BIR011-00037 , March 11, 2015 ; BIR011-00038 , March 11, 2015 ; BIR011-00039 , March 11, 2015 ; BIR011-00040 , March 11, 2015 ; BIR011-00041 , March 11, 2015 ; BIR011-00042 , March 11, 2015 ; BIR011-00043 , March 11, 2015 ; BIR011-00044 , March 11, 2015 ; BIR011-00045 , March 11, 2015 ; BIR011-00033 , March 11, 2015 ; BIR011-00034 , March 11, 2015 ; BIR011-00035 , March 11, 2015 ; BIR011-00036 , March 11, 2015 ; BIR011-00030 , March 11, 2015 ; BIR011-00031 , March 11, 2015 ; BIR011-00032 , March 11, 2015 ; BIR011-00027 , March 11, 2015 ; BIR011-00028 , March 11, 2015 ; BIR011-00029 , March 11, 2015 ; BIR013-00032 , March 11, 2015 ; BIR013-00027 , March 11, 2015 ; BIR013-00028 , March 11, 2015 ; BIR013-00029 , March 11, 2015 ; BIR013-00030 , March 11, 2015 ; BIR013-00031 , March 11, 2015 ; BIR013-00025 , March 11, 2015 ; BIR013-00026 , March 11, 2015 ; BIR013-00021 , March 11, 2015 ; BIR013-00022 , March 11, 2015 ; BIR013-00023 , March 11, 2015 ; BIR013-00024 , March 11, 2015 ; BIR014-00056 , March 11, 2015 ; BIR014-00057 , March 11, 2015 ; BIR014-00058 , March 11, 2015 ; BIR014-00059 , March 11, 2015 ; BIR014-00060 , March 11, 2015 ; BIR014-00061 , March 11, 2015 ; BIR014-00062 , March 11, 2015 ;

BIR014-00063 , March 11, 2015 ; BIR014-00064 , March 11, 2015 ; BIR014-00065 , March 11, 2015 ; BIR014-00066 , March 11, 2015 ; BIR014-00067 , March 11, 2015 ; BIR014-00068 , March 11, 2015 ; BIR014-00069 , March 11, 2015 ; BIR014-00054 , March 11, 2015 ; BIR014-00055 , March 11, 2015 ; BIR014-00048 , March 11, 2015 ; BIR014-00049 , March 11, 2015 ; BIR014-00050 , March 11, 2015 ; BIR014-00051 , March 11, 2015 ; BIR014-00052 , March 11, 2015 ; BIR014-00053 , March 11, 2015 ; BIR015-00175 , March 11, 2015 ; BIR015-00173 , March 11, 2015 ; BIR015-00174 , March 11, 2015 ; BIR015-00169 , March 11, 2015 ; BIR015-00170 , March 11, 2015 ; BIR015-00171 , March 11, 2015 ; BIR015-00172 , March 11, 2015 ; BIR015-00161 , March 11, 2015 ; BIR015-00162 , March 11, 2015 ; BIR015-00163 , March 11, 2015 ; BIR015-00164 , March 11, 2015 ; BIR015-00165 , March 11, 2015 ; BIR015-00166 , March 11, 2015 ; BIR015-00167 , March 11, 2015 ; BIR015-00168 , March 11, 2015 ; BIR015-00157 , March 11, 2015 ; BIR015-00158 ,

March 11, 2015 ; BIR015-00159 , March 11, 2015 ; BIR015-00160 , March 11, 2015 ; BIR015-00122 , March 11, 2015 ; BIR015-00123 , March 11, 2015 ; BIR015-00124 , March 11, 2015 ; BIR015-00125 , March 11, 2015 ; BIR015-00126 , March 11, 2015 ; BIR015-00127 , March 11, 2015 ; BIR015-00128 , March 11, 2015 ; BIR015-00129 , March 11, 2015 ; BIR015-00130 , March 11, 2015 ; BIR015-00131 , March 11, 2015 ; BIR015-00132 , March 11, 2015 ; BIR015-00133 , March 11, 2015 ; BIR015-00134 , March 11, 2015 ; BIR015-00135 , March 11, 2015 ; BIR015-00136 , March 11, 2015 ; BIR015-00137 , March 11, 2015 ; BIR015-00139 , March 11, 2015 ; BIR015-00140 , March 11, 2015 ; BIR015-00141 , March 11, 2015 ; BIR015-00142 , March 11, 2015 ; BIR015-00143 , March 11, 2015 ; BIR015-00144 , March 11, 2015 ; BIR015-00145 , March 11, 2015 ; BIR015-00146 , March 11, 2015 ;

BIR015-00147 , March 11, 2015 ; BIR015-00148 , March 11, 2015 ; BIR015-00149 , March 11, 2015 ; BIR015-00150 , March 11, 2015 ; BIR015-00151 , March 11, 2015 ; BIR015-00152 , March 11, 2015 ; BIR015-00153 , March 11, 2015 ; BIR015-00154 , March 11, 2015 ; BIR015-00155 , March 11, 2015 ; BIR015-00156 , March 11, 2015 ; BIR016-00042 , March 11, 2015 ; BIR017-00053 , March 11, 2015 ; BIR018-00017 , March 11, 2015 ; BIR018-00018 , March 11, 2015 ; BIR018-00019 , March 11, 2015 ; BIR018-00020 , March 11, 2015 ; BIR018-00014 , March 11, 2015 ; BIR018-00015 , March 11, 2015 ; BIR018-00016 , March 11, 2015 ; BIR019-00022 , March 11, 2015 ; BIR019-00023 , March 11, 2015 ; BIR019-00018 , March 11, 2015 ; BIR019-00019 , March 11, 2015 ; BIR019-00020 , March 11, 2015 ; BIR019-00021 , March 11, 2015 ; BIR020-00094 , March 11, 2015 ; BIR020-00093 , March 11, 2015 ; BIR020-00089 , March 12, 2015 ; BIR020-00090 , March 12, 2015 ; BIR020-00091 , March 12, 2015 ; BIR020-00092 , March 12, 2015 ; BIR020-00087 , March 12, 2015 ; BIR020-00088 , March 12, 2015 ; BIR020-00082 , March 12, 2015 ; BIR020-00083 , March 12, 2015 ; BIR020-00084 , March 12, 2015 ; BIR020-00085 , March 12, 2015 ; BIR020-00086 , March 12, 2015 ; BIR021-00090 , March 12, 2015 ; BIR024-00142 , March 12, 2015 ; BIR024-00143 , March 12, 2015 ; BIR024-00144 , March 12, 2015 ; BIR024-00145 , March 12, 2015 ; BIR024-00146 , March 12, 2015 ; BIR024-00147 , March 12, 2015 ; BIR024-00148 , March 12, 2015 ; BIR024-00149 , March 12, 2015 ; BIR024-00150 , March 12, 2015 ; BIR024-00135 , March 12, 2015 ; BIR024-00136 , March 12, 2015 ; BIR024-00137 , March 12, 2015 ; BIR024-00138 , March 12, 2015 ; BIR024-00139 , March 12, 2015 ; BIR024-00140 , March 12, 2015 ; BIR024-00141 , March 12, 2015 ; BIR024-00133 , March 12, 2015 ; BIR024-00132 , March 12, 2015 ; BIR024-00131 , March 12, 2015 ;

BIR024-00130 , March 12, 2015 ; BIR024-00134 , March 12, 2015 ; BIR024-00122 , March 12, 2015 ; BIR024-00123 , March 12, 2015 ; BIR024-00124 , March 12, 2015 ; BIR024-00125 , March 12, 2015 ; BIR024-00126 , March 12, 2015 ; BIR024-00127 , March 12, 2015 ; BIR024-00128 , March 12, 2015 ; BIR024-00129 , March 12, 2015 ; BIR024-00116 , March 12, 2015 ; BIR024-00117 , March 12, 2015 ; BIR024-00118 , March 12, 2015 ; BIR024-00119 , March 12, 2015 ; BIR024-00120 , March 12, 2015 ; BIR025-00312 , March 12, 2015 ; BIR025-00313 , March 12, 2015 ; BIR025-00311 , March 12, 2015 ; BIR025-00310 , March 12, 2015 ; BIR025-00304 , March 12, 2015 ; BIR025-00305 , March 12, 2015 ; BIR025-00306 , March 12, 2015 ; BIR025-00307 , March 12, 2015 ; BIR025-00308 , March 12, 2015 ; BIR025-00309 , March 12, 2015 ; BIR025-00300 , March 12, 2015 ; BIR025-00301 , March 12, 2015 ; BIR025-00302 , March 12, 2015 ; BIR025-00303 , March 12, 2015 ; BIR025-00296 , March 12, 2015 ; BIR025-00297 , March 12, 2015 ; BIR025-00298 , March 12, 2015 ; BIR025-00299 , March 12, 2015 ; BIR025-00291 , March 12, 2015 ; BIR025-00292 , March 12, 2015 ; BIR025-00293 , March 12, 2015 ; BIR025-00294 , March 12, 2015 ; BIR025-00295 , March 12, 2015 ; BIR025-00288 , March 12, 2015 ; BIR025-00289 , March 12, 2015 ; BIR025-00290 ,

March 12, 2015 ; BIR025-00283 , March 12, 2015 ; BIR025-00284 , March 12, 2015 ; BIR025-00285 , March 12, 2015 ; BIR025-00286 , March 12, 2015 ; BIR025-00287 , March 12, 2015 ; BIR025-00278 , March 12, 2015 ; BIR025-00279 , March 12, 2015 ; BIR025-00280 , March 12, 2015 ; BIR025-00281 , March 12, 2015 ; BIR025-00282 , March 12, 2015 ; BIR025-00274 , March 12, 2015 ; BIR025-00275 , March 12, 2015 ; BIR025-00276 , March 12, 2015 ; BIR025-00277 , March 12, 2015 ; BIR025-00273 , March 12, 2015 ; BIR025-00271 , March 12, 2015 ; BIR025-00272 , March 12, 2015 ;

BIR025-00265 , March 12, 2015 ; BIR025-00266 , March 12, 2015 ; BIR025-00267 , March 12, 2015 ; BIR025-00268 , March 12, 2015 ; BIR025-00269 , March 12, 2015 ; BIR025-00270 , March 12, 2015 ; BIR025-00261 , March 12, 2015 ; BIR025-00262 , March 12, 2015 ; BIR025-00263 , March 12, 2015 ; BIR025-00264 , March 12, 2015 ; BIR028-00028 , March 12, 2015 ; BIR028-00029 , March 12, 2015 ; BIR028-00030 , March 12, 2015 ; BIR028-00031 , March 12, 2015 ; BIR028-00032 , March 12, 2015 ; BIR028-00033 , March 12, 2015 ; BIR028-00034 , March 12, 2015 ; BIR029-00035 , March 12, 2015 ; BIR029-00036 , March 12, 2015 ; BIR029-00037 , March 12, 2015 ; BIR029-00038 , March 12, 2015 ; BIR029-00039 , March 12, 2015 ; BIR030-00062 , March 12, 2015 ; BIR031-00096 , March 12, 2015 ; BIR031-00085 , March 12, 2015 ; BIR031-00086 , March 12, 2015 ; BIR031-00087 , March 12, 2015 ; BIR031-00088 , March 12, 2015 ; BIR031-00089 , March 12, 2015 ; BIR031-00090 , March 12, 2015 ; BIR031-00091 , March 12, 2015 ; BIR031-00092 , March 12, 2015 ; BIR031-00095 , March 12, 2015 ; BIR032-00499 , March 12, 2015 ; BIR032-00500 , March 12, 2015 ; BIR032-00501 , March 12, 2015 ; BIR032-00502 , March 12, 2015 ; BIR032-00503 , March 12, 2015 ; BIR032-00495 , March 12, 2015 ; BIR032-00496 , March 12, 2015 ; BIR032-00497 , March 12, 2015 ; BIR032-00498 , March 12, 2015 ; BIR033-00648 , March 12, 2015 ; BIR033-00649 , March 12, 2015 ; BIR033-00650 , March 12, 2015 ; BIR033-00646 , March 12, 2015 ; BIR033-00647 , March 12, 2015 ; BIR035-00073 , March 12, 2015 ; BIR035-00074 , March 12, 2015 ; BIR035-00075 , March 12, 2015 ; BIR035-00072 , March 12, 2015 ; BIR035-00065 , March 12, 2015 ; BIR035-00066 , March 12, 2015 ; BIR035-00067 , March 12, 2015 ; BIR035-00068 , March 12, 2015 ; BIR035-00069 , March 12, 2015 ; BIR035-00070 , March 12, 2015 ; BIR035-00071 , March 12, 2015 ;

BIR035-00060 , March 12, 2015 ; BIR035-00061 , March 12, 2015 ; BIR035-00062 , March 12, 2015 ; BIR035-00063 , March 12, 2015 ; BIR035-00064 , March 12, 2015 ; BIR036-00101 , March 12, 2015 ; BIR036-00102 , March 13, 2015 ; BIR036-00103 , March 14, 2015 ; BIR036-00104 , March 15, 2015 ; BIR036-00105 , March 16, 2015 ; BIR036-00106 , March 17, 2015 ; BIR036-00096 , March 18, 2015 ; BIR036-00097 , March 19, 2015 ; BIR036-00098 , March 20, 2015 ; BIR036-00099 , March 21, 2015 ; BIR036-00100 , March 22, 2015 ; BIR037-00433 , March 23, 2015 ; BIR037-00432 , March 24, 2015 ; BIR037-00429 , March 25, 2015 ; BIR037-00430 , March 26, 2015 ; BIR037-00431 , March 26, 2015 ; BIR037-00427 , March 26, 2015 ; BIR037-00428 , March 26, 2015 ; BIR037-00425 , March 26, 2015 ; BIR037-00426 , March 26, 2015 ; BIR037-00423 , March 26, 2015 ; BIR037-00424 , March 26, 2015 ; BIR037-00419 , March 26, 2015 ; BIR037-00420 , March 26, 2015 ; BIR037-00421 , March 26, 2015 ; BIR037-00422 , March 26, 2015 ; BIR037-00416 , March 26, 2015 ; BIR037-00417 , March 26, 2015 ; BIR037-00418 , March 26, 2015 ; BIR037-00409 , March 26, 2015 ; BIR037-00410 , March 26, 2015 ; BIR037-00411 , March 26, 2015 ; BIR037-00412 , March 26, 2015 ; BIR037-00413 , March 26, 2015 ; BIR037-00414 , March 26, 2015 ; BIR037-00415 , March 26, 2015 ; BIR037-00390 , March 26, 2015 ; BIR037-00391 , March 26, 2015 ; BIR037-00392 , March 26, 2015 ; BIR037-00393 , March 26, 2015 ; BIR037-00394 , March 26, 2015 ; BIR037-00395 , March 26, 2015 ; BIR037-00396 , March 26, 2015 ; BIR037-00397 , March 26, 2015 ; BIR037-00398 ,

March 26, 2015 ; BIR037-00399 , March 26, 2015 ; BIR037-00400 , March 26, 2015 ; BIR037-00401 , March 26, 2015 ; BIR037-00402 , March 26, 2015 ; BIR037-00403 , March 26, 2015 ; BIR037-00404 , March 26, 2015 ; BIR037-00405 , March 26, 2015 ; BIR037-00406 , March 26, 2015 ;

BIR037-00407 , March 26, 2015 ; BIR037-00408 , March 26, 2015 ; BIR037-00389 , March 26, 2015 ; BIR037-00377 , March 26, 2015 ; BIR037-00378 , March 26, 2015 ; BIR037-00379 , March 26, 2015 ; BIR037-00380 , March 26, 2015 ; BIR037-00381 , March 26, 2015 ; BIR037-00382 , March 26, 2015 ; BIR037-00383 , March 26, 2015 ; BIR037-00384 , March 26, 2015 ; BIR037-00385 , March 26, 2015 ; BIR037-00386 , March 26, 2015 ; BIR037-00387 , March 26, 2015 ; BIR037-00388 , March 26, 2015 ; BIR037-00354 , March 26, 2015 ; BIR037-00355 , March 26, 2015 ; BIR037-00356 , March 26, 2015 ; BIR037-00357 , March 26, 2015 ; BIR037-00358 , March 26, 2015 ; BIR037-00359 , March 26, 2015 ; BIR037-00360 , March 26, 2015 ; BIR037-00361 , March 27, 2015 ; BIR037-00362 , March 28, 2015 ; BIR037-00363 , March 29, 2015 ; BIR037-00364 , March 30, 2015 ; BIR037-00365 , March 31, 2015 ; BIR037-00366 , April 1, 2015 ; BIR037-00367 , April 2, 2015 ; BIR037-00368 , April 3, 2015 ; BIR037-00369 , April 4, 2015 ; BIR037-00370 , April 5, 2015 ; BIR037-00371 , April 6, 2015 ; BIR037-00372 , April 7, 2015 ; BIR037-00373 , April 8, 2015 ; BIR037-00374 , April 9, 2015 ; BIR037-00375 , April 10, 2015 ; BIR037-00376 , April 11, 2015 ; BIR037-00353 , April 12, 2015 ; BIR037-00345 , April 13, 2015 ; BIR037-00346 , April 13, 2015 ; BIR037-00347 , April 13, 2015 ; BIR037-00348 , April 13, 2015 ; BIR037-00349 , April 13, 2015 ; BIR037-00350 , April 13, 2015 ; BIR037-00351 , April 13, 2015 ; BIR037-00352 , April 13, 2015 ; BIR037-00343 , April 13, 2015 ; BIR037-00344 , April 13, 2015 ; BIR038-00044 , April 13, 2015 ; BIR038-00045 , April 13, 2015 ; BIR038-00043 , April 13, 2015 ; BIR038-00039 , April 13, 2015 ; BIR038-00040 , April 13, 2015 ; BIR038-00041 , April 13, 2015 ; BIR038-00042 , April 13, 2015 ; BIR038-00038 , April 13, 2015 ; BIR039-00115 , April 13, 2015 ;

BIR039-00113 , April 13, 2015 ; BIR039-00114 , April 13, 2015 ; BIR039-00102 , April 13, 2015 ; BIR039-00103 , April 13, 2015 ; BIR039-00104 , April 13, 2015 ; BIR039-00105 , April 13, 2015 ; BIR039-00106 , April 13, 2015 ; BIR039-00107 , April 13, 2015 ; BIR039-00108 , April 13, 2015 ; BIR039-00109 , April 13, 2015 ; BIR039-00110 , April 13, 2015 ; BIR039-00111 , April 13, 2015 ; BIR039-00112 , April 13, 2015 ; BIR039-00098 , April 13, 2015 ; BIR039-00099 , April 13, 2015 ; BIR039-00100 , April 13, 2015 ; BIR039-00101 , April 13, 2015 ; BIR039-00058 , April 13, 2015 ; BIR039-00059 , April 13, 2015 ; BIR039-00060 , April 13, 2015 ; BIR039-00061 , April 13, 2015 ; BIR039-00062 , April 13, 2015 ; BIR039-00063 , April 13, 2015 ; BIR039-00064 , April 13, 2015 ; BIR039-00065 , April 13, 2015 ; BIR039-00066 , April 13, 2015 ; BIR039-00067 , April 13, 2015 ; BIR039-00068 , April 13, 2015 ; BIR039-00069 , April 13, 2015 ; BIR039-00070 , April 14, 2015 ; BIR039-00071 , April 14, 2015 ; BIR039-00072 , April 14, 2015 ; BIR039-00073 , April 14, 2015 ; BIR039-00074 , April 14, 2015 ; BIR039-00075 , April 14, 2015 ; BIR039-00076 , April 14, 2015 ; BIR039-00077 , April 14, 2015 ; BIR039-00078 , April 14, 2015 ; BIR039-00079 , April 14, 2015 ; BIR039-00080 , April 14, 2015 ; BIR039-00081 , April 14, 2015 ; BIR039-00082 , April 14, 2015 ; BIR039-00083 , April 14, 2015 ; BIR039-00084 , April 14, 2015 ; BIR039-00085 , April 14, 2015 ; BIR039-00086 , April 14, 2015 ; BIR039-00087 , April 14, 2015 ; BIR039-00088 , April 14, 2015 ; BIR039-00089 , April 14, 2015 ; BIR039-00090 , April 14, 2015 ; BIR039-00091 , April 14, 2015 ; BIR039-00092 , April 14, 2015 ; BIR039-00093 , April 14, 2015 ; BIR039-00094 , April 14, 2015 ; BIR039-00095 , April 14, 2015 ; BIR039-00096 , April 14, 2015 ; BIR039-00097 , April 14, 2015 ; BIR039-00056 , April 14, 2015 ;

BIR039-00057 , April 14, 2015 ; BIR039-00052 , April 14, 2015 ; BIR039-

00053 , April 14, 2015 ; BIR039-00054 , April 14, 2015 ; BIR039-00055 , April 14, 2015 ; BIR040-00057 , April 15, 2015 ; BIR040-00058 , April 16, 2015 ; BIR040-00059 , April 17, 2015 ; BIR040-00047 , April 17, 2015 ; BIR040-00048 , April 17, 2015 ; BIR040-00049 , April 17, 2015 ; BIR040-00050 , April 17, 2015 ; BIR040-00051 , April 17, 2015 ; BIR040-00052 , April 17, 2015 ; BIR040-00053 , April 17, 2015 ; BIR040-00054 , April 17, 2015 ; BIR040-00055 , April 17, 2015 ; BIR040-00056 , April 17, 2015 ; BIR040-00043 , April 17, 2015 ; BIR040-00044 , April 17, 2015 ; BIR040-00045 , April 17, 2015 ; BIR040-00046 , April 17, 2015 ; BIR040-00030 , April 17, 2015 ; BIR040-00031 , April 17, 2015 ; BIR040-00032 , April 17, 2015 ; BIR040-00033 , April 17, 2015 ; BIR040-00034 , April 17, 2015 ; BIR040-00035 , April 17, 2015 ; BIR040-00036 , April 17, 2015 ; BIR040-00040 , April 17, 2015 ; BIR040-00041 , April 17, 2015 ; BIR040-00042 , April 17, 2015 ; BIR041-00015 , April 17, 2015 ; BIR041-00016 , April 17, 2015 ; BIR041-00017 , April 17, 2015 ; BIR042-00083 , April 17, 2015 ; BIR042-00084 , April 17, 2015 ; BIR042-00085 , April 17, 2015 ; BIR042-00086 , April 17, 2015 ; BIR042-00079 , April 17, 2015 ; BIR042-00080 , April 17, 2015 ; BIR042-00081 , April 17, 2015 ; BIR042-00082 , April 17, 2015 ; FIS001-00071 , April 17, 2015 ; FIS002-00007 , April 17, 2015 ; FIS002-00008 , April 17, 2015 ; FIS002-00009 , April 17, 2015 ; FIS002-00010 , April 17, 2015 ; FIS002-00005 , April 17, 2015 ; FIS002-00006 , April 17, 2015 ; FIS003-00062 , April 17, 2015 ; FIS005-00054 , April 17, 2015 ; FIS005-00055 , April 17, 2015 ; FIS005-00056 , April 17, 2015 ; FIS006-00089 , April 17, 2015 ; FIS006-00090 , April 17, 2015 ; FIS006-00091 , April 17, 2015 ; FIS006-00092 , April 17, 2015 ;

FIS006-00093 , April 17, 2015 ; FIS006-00094 , April 17, 2015 ; FIS006-00095 , April 17, 2015 ; FIS006-00096 , April 17, 2015 ; FIS006-00085 , April 17, 2015 ; FIS006-00086 , April 17, 2015 ; FIS006-00087 , April 17, 2015 ; FIS006-00088 , April 17, 2015 ; FIS006-00080 , April 17, 2015 ; FIS006-00081 , April 17, 2015 ; FIS006-00082 , April 17, 2015 ; FIS006-00083 , April 17, 2015 ; FIS006-00084 , April 17, 2015 ; FIS009-00039 , April 17, 2015 ; FIS010-00012 , April 17, 2015 ; FIS010-00013 , April 17, 2015 ; FIS010-00014 , April 17, 2015 ; INS002-00193 , April 17, 2015 ; INS002-00194 , April 17, 2015 ; INS002-00195 , April 17, 2015 ; INS002-00196 , April 17, 2015 ; INS002-00197 , April 17, 2015 ; INS002-00198 , April 17, 2015 ; INS002-00199 , April 17, 2015 ; INS002-00200 , April 17, 2015 ; INS002-00201 , April 17, 2015 ; INS002-00202 , April 17, 2015 ; INS002-00203 , April 17, 2015 ; INS002-00204 , April 17, 2015 ; INS002-00188 , April 17, 2015 ; INS002-00189 , April 17, 2015 ; INS002-00190 , April 17, 2015 ; INS002-00191 , April 17, 2015 ; INS002-00192 , April 17, 2015 ; INS002-00186 , April 17, 2015 ; INS002-00187 , April 18, 2015 ; INS002-00184 , April 19, 2015 ; INS002-00185 , April 19, 2015 ; INS002-00182 , April 19, 2015 ; INS002-00183 , April 19, 2015 ; INS002-00178 , April 19, 2015 ; INS002-00179 , April 19, 2015 ; INS002-00180 , April 19, 2015 ; INS002-00181 , April 19, 2015 ; INS004-00056 , April 19, 2015 ; INS004-00055 , April 19, 2015 ; INS004-00047 , April 19, 2015 ; INS004-00048 , April 19, 2015 ; INS004-00049 , April 19, 2015 ; INS004-00050 , April 19, 2015 ; INS004-00051 , April 19, 2015 ; INS004-00052 , April 19, 2015 ; INS004-00053 , April 19, 2015 ; INS004-00054 , April 19, 2015 ; INS005-00074 , April 19, 2015 ; INS005-00073 , April 19, 2015 ; INS005-00068 , April 19, 2015 ; INS005-00069 , April 19, 2015 ;

INS005-00070 , April 19, 2015 ; INS005-00072 , April 19, 2015 ; INS005-00064 , April 19, 2015 ; INS005-00065 , April 19, 2015 ; INS005-00066 , April 19, 2015 ; INS005-00067 , April 19, 2015 ; INS006-00186 , April 19, 2015 ; INS006-00187 , April 19, 2015 ; INS006-00188 , April 19, 2015 ; INS006-00189 , April 19, 2015 ; INS006-00190 , April 19, 2015 ; INS006-00191 , April 19, 2015 ; INS006-00192 , April 19, 2015 ; INS006-00184 , April 19, 2015 ; INS006-00185 , April 19, 2015 ; INS006-00179 , April 19, 2015 ; INS006-

00180 , April 19, 2015 ; INS006-00181 , April 19, 2015 ; INS006-00182 , April 19, 2015 ; INS006-00183 , April 19, 2015 ; INS006-00177 , April 19, 2015 ; INS006-00178 , April 19, 2015 ; INS006-00175 , April 19, 2015 ; INS006-00176 , April 19, 2015 ; INS007-00332 , April 19, 2015 ; INS007-00333 , April 19, 2015 ; INS007-00334 , April 19, 2015 ; INS007-00335 , April 19, 2015 ; INS007-00336 , April 19, 2015 ; INS007-00337 , April 19, 2015 ; INS007-00338 , April 19, 2015 ; INS007-00339 , April 19, 2015 ; INS007-00340 , April 19, 2015 ; INS007-00341 , April 19, 2015 ; INS007-00342 , April 19, 2015 ; INS007-00343 , April 19, 2015 ; INS007-00344 , April 19, 2015 ; INS007-00330 , April 19, 2015 ; INS007-00331 , April 19, 2015 ; INS007-00312 , April 19, 2015 ; INS007-00313 , April 19, 2015 ; INS007-00314 , April 19, 2015 ; INS007-00315 , April 19, 2015 ; INS007-00316 , April 19, 2015 ; INS007-00317 , April 19, 2015 ; INS007-00318 , April 19, 2015 ; INS007-00319 , April 19, 2015 ; INS007-00320 , April 19, 2015 ; INS007-00321 , April 19, 2015 ; INS007-00322 , April 19, 2015 ; INS007-00323 , April 19, 2015 ; INS007-00324 , April 19, 2015 ; INS007-00325 , April 19, 2015 ; INS007-00326 , April 19, 2015 ; INS007-00327 , April 19, 2015 ; INS007-00328 , April 19, 2015 ; INS007-00329 , April 19, 2015 ; INS007-00309 , April 19, 2015 ;

INS007-00310 , April 19, 2015 ; INS007-00311 , April 19, 2015 ; INS009-00101 , April 19, 2015 ; INS009-00097 , April 19, 2015 ; INS009-00098 , April 19, 2015 ; INS009-00099 , April 19, 2015 ; INS009-00100 , April 19, 2015 ; INS009-00095 , April 19, 2015 ; INS009-00096 , April 19, 2015 ; INS012-00030 , April 19, 2015 ; INS012-00031 , April 19, 2015 ; INS013-00020 , April 19, 2015 ; INS014-00190 , April 19, 2015 ; INS014-00191 , April 19, 2015 ; INS014-00192 , April 19, 2015 ; INS014-00193 , April 19, 2015 ; INS014-00187 , April 19, 2015 ; INS014-00188 , April 19, 2015 ; INS014-00189 , April 19, 2015 ; INS014-00185 , April 19, 2015 ; INS014-00186 , April 19, 2015 ; INS014-00181 , April 19, 2015 ; INS014-00182 , April 19, 2015 ; INS014-00183 , April 19, 2015 ; INS014-00184 , April 19, 2015 ; INS014-00169 , April 19, 2015 ; INS014-00170 , April 19, 2015 ; INS014-00171 , April 19, 2015 ; INS014-00172 , April 19, 2015 ; INS014-00173 , April 19, 2015 ; INS014-00174 , April 19, 2015 ; INS014-00175 , April 19, 2015 ; INS014-00176 , April 19, 2015 ; INS014-00177 , April 19, 2015 ; INS014-00178 , April 19, 2015 ; INS014-00179 , April 20, 2015 ; INS014-00180 , April 21, 2015 ; INS015-00019 , April 22, 2015 ; INS015-00020 , April 22, 2015 ; ONA007-00142 , April 22, 2015 ; ONA007-00126 , April 22, 2015 ; ONA007-00121 , April 22, 2015 ; ONA007-00120 , April 22, 2015 ; ONA007-00118 , April 22, 2015 ; ONA007-00119 , April 22, 2015 ; ONA007-00112 , April 22, 2015 ; ONA007-00113 , April 22, 2015 ; INS016-00039 , April 22, 2015 ; INS016-00040 , April 22, 2015 ; FIS011-00594 , April 22, 2015 ; FIS011-00584 , April 22, 2015 ; FIS011-00585 , April 22, 2015 ; FIS011-00586 , April 22, 2015 ; FIS011-00587 , April 22, 2015 ; FIS011-00588 , April 22, 2015 ; FIS011-00589 , April 22, 2015 ; FIS011-00590 , April 22, 2015 ; FIS011-00591 , April 22, 2015 ;

FIS011-00592 , April 22, 2015 ; FIS011-00593 , April 22, 2015 ; FIS011-00578 , April 22, 2015 ; FIS011-00579 , April 22, 2015 ; FIS011-00580 , April 22, 2015 ; FIS011-00581 , April 22, 2015 ; FIS011-00582 , April 22, 2015 ; FIS011-00583 , April 22, 2015 ; FIS011-00576 , April 22, 2015 ; FIS011-00577 , April 22, 2015 ; FIS011-00572 , April 22, 2015 ; FIS011-00573 , April 22, 2015 ; FIS011-00574 , April 22, 2015 ; FIS011-00575 , April 22, 2015 ; FIS011-00559 , April 22, 2015 ; FIS011-00560 , April 22, 2015 ; FIS011-00561 , April 22, 2015 ; FIS011-00562 , April 22, 2015 ; FIS011-00563 , April 22, 2015 ; FIS011-00564 , April 22, 2015 ; FIS011-00565 , April 22, 2015 ; FIS011-00566 , April 22, 2015 ; FIS011-00567 , April 22, 2015 ; FIS011-00568 , April 22, 2015 ; FIS011-00569 , April 22, 2015 ; FIS011-00570 , April 22, 2015 ; FIS011-00571 , April 22, 2015 ; FIS011-00558 , April 22, 2015 ; FIS011-00555 , April 22, 2015 ; FIS011-00556 , April 22, 2015 ; FIS011-00557

, April 22, 2015 ; FIS011-00547 , April 22, 2015 ; FIS011-00548 , April 22, 2015 ; FIS011-00549 , April 22, 2015 ; FIS011-00550 , April 22, 2015 ; FIS011-00551 , April 22, 2015 ; FIS011-00552 , April 22, 2015 ; FIS011-00553 , April 22, 2015 ; FIS011-00554 , April 22, 2015 ; FIS011-00545 , April 22, 2015 ; FIS011-00546 , April 22, 2015 ; FIS011-00526 , April 22, 2015 ; FIS011-00527 , April 22, 2015 ; FIS011-00528 , April 22, 2015 ; FIS011-00529 , April 22, 2015 ; FIS011-00530 , April 22, 2015 ; FIS011-00531 , April 22, 2015 ; FIS011-00532 , April 22, 2015 ; FIS011-00533 , April 22, 2015 ; FIS011-00534 , April 22, 2015 ; FIS011-00535 , April 22, 2015 ; FIS011-00536 , April 22, 2015 ; FIS011-00537 , April 22, 2015 ; FIS011-00538 , April 22, 2015 ; FIS011-00539 , April 22, 2015 ; FIS011-00540 , April 22, 2015 ; FIS011-00541 , April 22, 2015 ; FIS011-00542 , April 22, 2015 ;

FIS011-00543 , April 22, 2015 ; FIS011-00544 , April 22, 2015 ; FIS011-00497 , April 22, 2015 ; FIS011-00498 , April 22, 2015 ; FIS011-00499 , April 22, 2015 ; FIS011-00500 , April 22, 2015 ; FIS011-00501 , April 22, 2015 ; FIS011-00502 , April 22, 2015 ; FIS011-00503 , April 22, 2015 ; FIS011-00504 , April 22, 2015 ; FIS011-00505 , April 22, 2015 ; FIS011-00506 , April 22, 2015 ; FIS011-00507 , April 22, 2015 ; FIS011-00508 , April 22, 2015 ; FIS011-00509 , April 22, 2015 ; FIS011-00510 , April 22, 2015 ; FIS011-00511 , April 22, 2015 ; FIS011-00512 , April 22, 2015 ; FIS011-00513 , April 22, 2015 ; FIS011-00514 , April 22, 2015 ; FIS011-00515 , April 22, 2015 ; FIS011-00516 , April 22, 2015 ; FIS011-00517 , April 22, 2015 ; FIS011-00518 , April 22, 2015 ; FIS011-00519 , April 22, 2015 ; FIS011-00520 , April 22, 2015 ; FIS011-00521 , April 22, 2015 ; FIS011-00522 , April 22, 2015 ; FIS011-00523 , April 22, 2015 ; FIS011-00524 , April 22, 2015 ; FIS011-00525 , April 22, 2015 ; FIS011-00488 , April 22, 2015 ; FIS011-00489 , April 22, 2015 ; FIS011-00490 , April 22, 2015 ; FIS011-00491 , April 22, 2015 ; FIS011-00492 , April 22, 2015 ; FIS011-00493 , April 22, 2015 ; FIS011-00494 , April 22, 2015 ; FIS011-00495 , April 22, 2015 ; FIS011-00496 , April 22, 2015 ; FIS011-00486 , April 22, 2015 ; FIS011-00487 , April 22, 2015 ; FIS011-00465 , April 22, 2015 ; FIS011-00466 , April 22, 2015 ; FIS011-00467 , April 22, 2015 ; FIS011-00468 , April 22, 2015 ; FIS011-00469 , April 22, 2015 ; FIS011-00470 , April 22, 2015 ; FIS011-00471 , April 22, 2015 ; FIS011-00472 , April 22, 2015 ; FIS011-00473 , April 22, 2015 ; FIS011-00474 , April 22, 2015 ; FIS011-00475 , April 22, 2015 ; FIS011-00476 , April 22, 2015 ; FIS011-00477 , April 22, 2015 ; FIS011-00478 , April 22, 2015 ; FIS011-00479 , April 22, 2015 ; FIS011-00480 , April 22, 2015 ;

FIS011-00481 , April 22, 2015 ; FIS011-00482 , April 22, 2015 ; FIS011-00483 , April 22, 2015 ; FIS011-00464 , April 22, 2015 ; ANI064-00103 , April 22, 2015 ; ANI064-00100 , April 22, 2015 ; ANI064-00101 , April 22, 2015 ; ANI064-00102 , April 22, 2015 ; INS017-00034 , April 22, 2015 ; INS017-00035 , April 22, 2015 ; INS017-00032 , April 22, 2015 ; INS017-00033 , April 22, 2015 ; ANI066-00041 , April 22, 2015 ; ANI066-00042 , April 22, 2015 ; FIS013-00041 , April 22, 2015 ; FIS013-00042 , April 22, 2015 ; FIS013-00043 , April 22, 2015 ; FIS013-00035 , April 22, 2015 ; FIS013-00036 , April 22, 2015 ; FIS013-00037 , April 22, 2015 ; FIS013-00038 , April 22, 2015 ; FIS013-00039 , April 22, 2015 ; FIS013-00040 , April 22, 2015 ; FIS017-00017 , April 22, 2015 ; FIS017-00018 , April 22, 2015 ; FIS017-00019 , April 22, 2015 ; BIR045-00068 , April 22, 2015 ; BIR045-00069 , April 22, 2015 ; BIR045-00070 , April 22, 2015 ; BIR045-00071 , April 22, 2015 ; BIR045-00063 , April 22, 2015 ; BIR045-00064 , April 22, 2015 ; BIR045-00065 , April 22, 2015 ; BIR045-00066 , April 22, 2015 ; BIR045-00067 , April 22, 2015 ; BIR045-00059 , April 22, 2015 ; BIR045-00060 , April 22, 2015 ; BIR045-00061 , April 22, 2015 ; BIR045-00062 , April 22, 2015 ; ANI067-00371 , April 22, 2015 ; ANI067-00369 , April 22, 2015 ; ANI067-00370 , April 22, 2015 ; ANI067-00358 , April 22, 2015 ; ANI067-00359 , April 22, 2015 ; ANI067-

00360 , April 22, 2015 ; ANI067-00361 , April 22, 2015 ; ANI067-00362 , April 22, 2015 ; ANI067-00363 , April 22, 2015 ; ANI067-00364 , April 22, 2015 ; ANI067-00365 , April 22, 2015 ; ANI067-00366 , April 22, 2015 ; ANI067-00367 , April 22, 2015 ; ANI067-00368 , April 22, 2015 ; ANI067-00354 , April 22, 2015 ; ANI067-00355 , April 22, 2015 ; ANI067-00356 , April 22, 2015 ; ANI067-00357 , April 22, 2015 ; ANI067-00343 , April 22, 2015 ;

ANI067-00344 , April 22, 2015 ; ANI067-00345 , April 22, 2015 ; ANI067-00346 , April 22, 2015 ; ANI067-00347 , April 22, 2015 ; ANI067-00348 , April 22, 2015 ; ANI067-00349 , April 22, 2015 ; ANI067-00350 , April 22, 2015 ; ANI067-00351 , April 22, 2015 ; ANI067-00352 , April 22, 2015 ; ANI067-00353 , April 22, 2015 ; ANI067-00341 , April 22, 2015 ; ANI067-00342 , April 22, 2015 ; ANI070-00139 , April 22, 2015 ; ANI070-00140 , April 22, 2015 ; ANI070-00141 , April 22, 2015 ; ANI070-00142 , April 22, 2015 ; ANI070-00138 , April 22, 2015 ; ANI071-00418 , April 22, 2015 ; ANI071-00419 , April 22, 2015 ; ANI071-00420 , April 22, 2015 ; ANI071-00421 , April 22, 2015 ; ANI071-00422 , April 22, 2015 ; ANI071-00423 , April 22, 2015 ; ANI071-00424 , April 22, 2015 ; ANI071-00425 , April 22, 2015 ; ANI071-00426 , April 22, 2015 ; ANI071-00427 , April 22, 2015 ; ANI071-00428 , April 22, 2015 ; ANI071-00429 , April 22, 2015 ; ANI071-00430 , April 22, 2015 ; ANI071-00431 , April 22, 2015 ; ANI071-00432 , April 22, 2015 ; ANI071-00433 , April 22, 2015 ; INS018-00105 , April 22, 2015 ; FIS019-00079 , April 22, 2015 ; FIS019-00080 , April 22, 2015 ; FIS019-00081 , April 22, 2015 ; FIS019-00082 , April 22, 2015 ; FIS019-00083 , April 22, 2015 ; FIS019-00084 , April 22, 2015 ; FIS019-00085 , April 22, 2015 ; FIS019-00074 , April 22, 2015 ; FIS019-00075 , April 22, 2015 ; FIS019-00076 , April 22, 2015 ; FIS019-00077 , April 22, 2015 ; FIS019-00078 , April 22, 2015 ; FIS019-00066 , April 22, 2015 ; FIS019-00067 , April 22, 2015 ; FIS019-00068 , April 22, 2015 ; FIS019-00069 , April 22, 2015 ; FIS019-00070 , April 23, 2015 ; FIS019-00071 , April 24, 2015 ; FIS019-00072 , April 24, 2015 ; FIS019-00073 , April 24, 2015 ; FIS019-00063 , April 24, 2015 ; FIS019-00064 , April 24, 2015 ; FIS019-00065 , April 24, 2015 ; FIS019-00061 , April 24, 2015 ;

FIS019-00062 , April 24, 2015 ; FIS019-00054 , April 24, 2015 ; FIS019-00055 , April 24, 2015 ; FIS019-00056 , April 24, 2015 ; FIS019-00057 , April 24, 2015 ; FIS019-00058 , April 24, 2015 ; FIS019-00059 , April 24, 2015 ; FIS019-00060 , April 24, 2015 ; FIS019-00047 , April 24, 2015 ; FIS019-00048 , April 24, 2015 ; FIS019-00049 , April 24, 2015 ; FIS019-00050 , April 24, 2015 ; FIS019-00051 , April 24, 2015 ; FIS019-00052 , April 24, 2015 ; FIS019-00053 , April 24, 2015 ; FIS019-00045 , April 24, 2015 ; FIS019-00046 , April 24, 2015 ; ANI072-00086 , April 24, 2015 ; BIR048-00054 , April 24, 2015 ; BIR048-00047 , April 24, 2015 ; BIR048-00048 , April 24, 2015 ; BIR048-00049 , April 24, 2015 ; BIR048-00050 , April 24, 2015 ; BIR048-00051 , April 24, 2015 ; BIR048-00052 , April 24, 2015 ; BIR048-00053 , April 24, 2015 ; BIR049-00056 , April 24, 2015 ; BIR049-00057 , April 24, 2015 ; BIR049-00058 , April 24, 2015 ; BIR049-00059 , April 24, 2015 ; BIR049-00060 , April 24, 2015 ; BIR049-00061 , April 24, 2015 ; BIR049-00062 , April 24, 2015 ; BIR049-00063 , April 24, 2015 ; BIR049-00064 , April 24, 2015 ; BIR049-00065 , April 24, 2015 ; BIR049-00066 , April 24, 2015 ; BIR049-00067 , April 24, 2015 ; ANI073-00558 , April 24, 2015 ; ANI073-00559 , April 24, 2015 ; ANI073-00556 , April 24, 2015 ; ANI073-00557 , April 24, 2015 ; ANI073-00548 , April 24, 2015 ; ANI073-00549 , April 24, 2015 ; ANI073-00550 , April 24, 2015 ; ANI073-00551 , April 24, 2015 ; ANI073-00552 , April 24, 2015 ; ANI073-00553 , April 24, 2015 ; ANI073-00554 , April 24, 2015 ; ANI073-00555 , April 24, 2015 ; ANI073-00546 , April 24, 2015 ; ANI073-00547 , April 24, 2015 ; ANI073-00543 , April 24, 2015 ;

ANI073-00544 , April 24, 2015 ; ANI073-00545 , April 24, 2015 ; ANI073-00533 , April 24, 2015 ; ANI073-00532 , April 24, 2015 ; ANI073-00534 , April 24, 2015 ;

ANI073-00535 , April 24, 2015 ; ANI073-00536 , April 24, 2015 ; ANI073-00537 , April 24, 2015 ; ANI073-00538 , April 24, 2015 ; ANI073-00539 , April 24, 2015 ; ANI073-00540 , April 24, 2015 ; ANI073-00541 , April 24, 2015 ; ANI073-00542 , April 24, 2015 ; ANI073-00525 , April 24, 2015 ; ANI073-00526 , April 24, 2015 ; ANI073-00527 , April 24, 2015 ; ANI073-00528 , April 24, 2015 ; ANI073-00529 , April 24, 2015 ; ANI073-00530 , April 24, 2015 ; ANI073-00531 , April 24, 2015 ; ANI073-00520 , April 24, 2015 ; ANI073-00521 , April 24, 2015 ; ANI073-00522 , April 24, 2015 ; ANI073-00523 , April 24, 2015 ; ANI073-00524 , April 24, 2015 ; BIR050-00039 , April 24, 2015 ; BIR050-00040 , April 24, 2015 ; BIR050-00041 , April 24, 2015 ; BIR050-00042 , April 24, 2015 ; BIR050-00043 , April 24, 2015 ; BIR050-00044 , April 24, 2015 ; BIR050-00045 , April 24, 2015 ; BIR050-00046 , April 24, 2015 ; BIR050-00047 , April 24, 2015 ; BIR050-00048 , April 24, 2015 ; BIR050-00049 , April 24, 2015 ; BIR050-00050 , April 24, 2015 ; BIR050-00051 , April 24, 2015 ; BIR050-00052 , April 24, 2015 ; BIR050-00053 , April 24, 2015 ; BIR050-00054 , April 24, 2015 ; BIR050-00055 , April 24, 2015 ; BIR050-00056 , April 24, 2015 ; BIR050-00057 , April 24, 2015 ; BIR050-00058 , April 24, 2015 ; BIR050-00059 , April 24, 2015 ; BIR050-00060 , April 24, 2015 ; BIR050-00061 , April 24, 2015 ; BIR050-00062 , April 24, 2015 ; BIR050-00063 , April 24, 2015 ; BIR050-00064 , April 24, 2015 ; BIR050-00065 , April 24, 2015 ; BIR050-00066 , April 24, 2015 ; BIR050-00067 , April 24, 2015 ; BIR050-00068 , April 24, 2015 ; BIR050-00069 , April 24, 2015 ; BIR050-00070 , April 24, 2015 ; BIR050-00071 , April 24, 2015 ; BIR050-00031 , April 24, 2015 ; BIR050-00032 , April 24, 2015 ; BIR050-00033 , April 24, 2015 ; BIR050-00034 , April 24, 2015 ; BIR050-00035 , April 24, 2015 ;

BIR050-00036 , April 24, 2015 ; BIR050-00037 , April 24, 2015 ; BIR050-00038 , April 24, 2015 ; BIR050-00026 , April 24, 2015 ; BIR050-00027 , April 24, 2015 ; BIR050-00028 , April 24, 2015 ; BIR050-00029 , April 24, 2015 ; BIR050-00030 , April 24, 2015 ; BIR051-00143 , April 24, 2015 ; BIR051-00138 , April 24, 2015 ; BIR051-00139 , April 24, 2015 ; BIR051-00140 , April 24, 2015 ; BIR051-00141 , April 24, 2015 ; BIR051-00142 , April 24, 2015 ; ANI077-00541 , April 24, 2015 ; ANI077-00533 , April 24, 2015 ; ANI077-00534 , April 24, 2015 ; ANI077-00535 , April 24, 2015 ; ANI077-00536 , April 24, 2015 ; ANI077-00537 , April 24, 2015 ; ANI077-00538 , April 24, 2015 ; ANI077-00539 , April 24, 2015 ; ANI077-00540 , April 24, 2015 ; ANI077-00532 , April 24, 2015 ; ANI078-00515 , April 24, 2015 ; ANI078-00507 , April 24, 2015 ; ANI078-00508 , April 24, 2015 ; ANI078-00509 , April 24, 2015 ; ANI078-00510 , April 24, 2015 ; ANI078-00511 , April 24, 2015 ; ANI078-00512 , April 24, 2015 ; ANI078-00513 , April 24, 2015 ; ANI078-00514 , April 24, 2015 ; ANI078-00506 , April 24, 2015 ; ANI078-00504 , April 24, 2015 ; ANI078-00505 , April 24, 2015 ; ANI078-00500 , April 24, 2015 ; ANI078-00501 , April 24, 2015 ; ANI078-00502 , April 24, 2015 ; ANI078-00494 , April 24, 2015 ; ANI078-00495 , April 24, 2015 ; ANI078-00496 , April 24, 2015 ; ANI078-00497 , April 24, 2015 ; ANI078-00498 , April 24, 2015 ; ANI078-00488 , April 24, 2015 ; ANI078-00489 , April 24, 2015 ; ANI078-00490 , April 24, 2015 ; ANI078-00491 , April 24, 2015 ; ANI078-00492 , April 24, 2015 ; ANI078-00493 , April 24, 2015 ; ANI078-00486 , April 24, 2015 ; ANI078-00487 , April 24, 2015 ; ANI078-00484 , April 24, 2015 ; ANI078-00485 , April 24, 2015 ; ANI080-00426 , April 24, 2015 ; ANI080-00427 , April 24, 2015 ; ANI080-00428 , April 24, 2015 ; ANI080-00413 , April 24, 2015 ;

ANI080-00414 , April 24, 2015 ; ANI080-00415 , April 24, 2015 ; ANI080-00416 , April 24, 2015 ; ANI080-00417 , April 24, 2015 ; ANI080-00418 , April 24, 2015 ; ANI080-00419 , April 24, 2015 ; ANI080-00420 , April 24, 2015 ; ANI080-00421 , April 24, 2015 ; ANI080-00422 , April 24, 2015 ; ANI080-00394 , April 24, 2015 ; ANI080-00388 , April 24, 2015 ; ANI080-00389 , April 24, 2015 ; ANI080-00390 , April 24, 2015 ; ANI080-00391 , April 24, 2015 ; ANI080-00392 , April 24, 2015 ; ANI080-00393 , April 24, 2015 ; ANI080-00380 , April 24, 2015 ; ANI080-00381 , April 24, 2015 ; ANI080-00382 , April 24, 2015 ; ANI080-00383 , April 24, 2015 ; ANI080-00384 , April 24, 2015 ; ANI080-00385 , April 24, 2015 ; ANI080-00386 , April 24, 2015 ; ANI080-00387 , April 24, 2015 ; ANI080-00377 , April 24, 2015 ; ANI080-00378 , April 24, 2015 ; ANI080-00379 , April 24, 2015 ; ANI080-00372 , April 24, 2015 ; ANI080-00373 , April 24, 2015 ; ANI080-00374 , April 24, 2015 ; ANI080-00375 , April 24, 2015 ; ANI080-00376 , April 24, 2015 ; ANI080-00371 , April 24, 2015 ; ANI080-00367 , April 24, 2015 ; ANI080-00368 , April 24, 2015 ; ANI080-00369 , April 24, 2015 ; ANI080-00370 , April 24, 2015 ; ANI080-00356 , April 24, 2015 ; ANI080-00357 , April 24, 2015 ; ANI080-00358 , April 24, 2015 ; ANI080-00359 , April 24, 2015 ; ANI080-00360 , April 24, 2015 ; ANI080-00361 , April 24, 2015 ; ANI080-00362 , April 24, 2015 ; ANI080-00363 , April 24, 2015 ; ANI080-00364 , April 24, 2015 ; ANI080-00365 , April 24, 2015 ; ANI080-00366 , April 24, 2015 ; ANI080-00354 , April 24, 2015 ; ANI080-00355 , April 24, 2015 ; ANI080-00331 , April 24, 2015 ; ANI080-00332 , April 24, 2015 ; ANI080-00333 , April 24, 2015 ; ANI080-00334 , April 24, 2015 ; ANI080-00335 , April 24, 2015 ; ANI080-00336 , April 24, 2015 ; ANI080-00337 , April 24, 2015 ; ANI080-00338 , April 24, 2015 ;

ANI080-00339 , April 24, 2015 ; ANI080-00340 , April 24, 2015 ; ANI080-00341 , April 24, 2015 ; ANI080-00342 , April 24, 2015 ; ANI080-00343 , April 24, 2015 ; ANI080-00344 , April 24, 2015 ; ANI080-00345 , April 24, 2015 ; ANI080-00346 , April 24, 2015 ; ANI080-00347 , April 24, 2015 ; ANI080-00348 , April 24, 2015 ; ANI080-00349 , April 24, 2015 ; ANI080-00350 , April 24, 2015 ; ANI080-00351 , April 24, 2015 ; ANI080-00352 , April 24, 2015 ; ANI080-00353 , April 24, 2015 ; THI002-00059 , April 24, 2015 ; THI002-00060 , April 24, 2015 ; THI002-00061 , April 24, 2015 ; THI002-00062 , April 24, 2015 ; ANI081-00084 , April 24, 2015 ; ANI081-00085 , April 24, 2015 ; ANI081-00082 , April 24, 2015 ; ANI081-00083 , April 24, 2015 ; ANI081-00077 , April 24, 2015 ; ANI081-00078 , April 24, 2015 ; ANI081-00079 , April 24, 2015 ; ANI081-00080 , April 24, 2015 ; ANI081-00081 , April 24, 2015 ; ANI081-00075 , April 24, 2015 ; ANI081-00076 , April 24, 2015 ; ANI081-00067 , April 24, 2015 ; ANI081-00068 , April 24, 2015 ; ANI081-00069 , April 24, 2015 ; ANI081-00070 , April 24, 2015 ; ANI081-00071 , April 24, 2015 ; ANI081-00072 , April 24, 2015 ; ANI081-00073 , April 24, 2015 ; ANI081-00074 , April 24, 2015 ; ANI081-00059 , April 24, 2015 ; ANI081-00060 , April 24, 2015 ; ANI081-00061 , April 24, 2015 ; ANI081-00062 , April 24, 2015 ; ANI081-00063 , April 24, 2015 ; ANI081-00064 , April 24, 2015 ; ANI081-00065 , April 24, 2015 ; ANI081-00066 , April 24, 2015 ; ANI081-00054 , April 24, 2015 ; ANI081-00055 , April 24, 2015 ; ANI081-00056 , April 24, 2015 ; ANI081-00057 , April 24, 2015 ; ANI081-00058 , April 24, 2015 ; ANI084-00035 , April 24, 2015 ; ANI084-00036 , April 24, 2015 ; ANI084-00037 , April 24, 2015 ; ANI084-00038 , April 24, 2015 ; ANI084-00039 , April 24, 2015 ; ANI084-00040 , April 24, 2015 ; ANI084-00041 , April 24, 2015 ;

ANI084-00034 , April 24, 2015 ; ANI084-00033 , April 24, 2015 ; BEA020-00036 , April 24, 2015 ; BEA020-00035 , April 24, 2015 ; BEA020-00034 , April 24, 2015 ; BIR052-00098 , April 24, 2015 ; BIR052-00099 , April 24, 2015 ; BIR052-00100 , April 24, 2015 ; BIR052-00094 , April 24, 2015 ;

BIR052-00095 , April 24, 2015 ; BIR052-00096 , April 24, 2015 ; BIR052-00097 , April 24, 2015 ; BIR052-00093 , April 25, 2015 ; BIR052-00085 , April 26, 2015 ; BIR052-00086 , April 27, 2015 ; BIR052-00087 , April 28, 2015 ; BIR052-00088 , April 29, 2015 ; BIR052-00089 , April 30, 2015 ; BIR052-00090 , May 1, 2015 ; BIR052-00091 , May 2, 2015 ; BIR052-00092 , May 2, 2015 ; BIR052-00082 , May 2, 2015 ; BIR052-00083 , May 2, 2015 ; BIR052-00084 , May 2, 2015 ; BIR052-00066 , May 2, 2015 ; BIR052-00067 , May 2, 2015 ; BIR052-00068 , May 2, 2015 ; BIR052-00069 , May 2, 2015 ; BIR052-00070 , May 2, 2015 ; BIR052-00071 , May 2, 2015 ; BIR052-00072 , May 2, 2015 ; BIR052-00073 , May 2, 2015 ; BIR052-00074 , May 2, 2015 ; BIR052-00075 , May 2, 2015 ; BIR052-00076 , May 2, 2015 ; BIR052-00077 , May 2, 2015 ; BIR052-00078 , May 2, 2015 ; BIR052-00079 , May 2, 2015 ; BIR052-00080 , May 2, 2015 ; BIR052-00081 , May 2, 2015 ; BIR052-00060 , May 2, 2015 ; BIR052-00061 , May 2, 2015 ; BIR052-00062 , May 2, 2015 ; BIR052-00063 , May 2, 2015 ; BIR052-00064 , May 2, 2015 ; BIR052-00065 , May 2, 2015 ; BIR052-00058 , May 2, 2015 ; BIR052-00059 , May 2, 2015 ; BIR052-00045 , May 2, 2015 ; BIR052-00046 , May 2, 2015 ; BIR052-00047 , May 2, 2015 ; BIR052-00048 , May 2, 2015 ; BIR052-00049 , May 2, 2015 ; BIR052-00050 , May 2, 2015 ; BIR052-00051 , May 2, 2015 ; BIR052-00052 , May 2, 2015 ; BIR052-00053 , May 2, 2015 ; BIR052-00054 , May 2, 2015 ;

BIR052-00055 , May 2, 2015 ; BIR052-00056 , May 2, 2015 ; BIR052-00057 , May 2, 2015 ; BIR052-00041 , May 2, 2015 ; BIR052-00042 , May 2, 2015 ; BIR052-00043 , May 2, 2015 ; BIR052-00044 , May 2, 2015 ; BIR052-00037 , May 2, 2015 ; BIR052-00038 , May 2, 2015 ; BIR052-00039 , May 2, 2015 ; BIR052-00040 , May 2, 2015 ; BIR052-00031 , May 2, 2015 ; BIR052-00032 , May 2, 2015 ; BIR052-00033 , May 2, 2015 ; BIR052-00034 , May 2, 2015 ; BIR052-00035 , May 2, 2015 ; BIR052-00036 , May 2, 2015 ; BIR053-00285 , May 2, 2015 ; BIR053-00286 , May 2, 2015 ; BIR053-00287 , May 2, 2015 ; BIR053-00288 , May 2, 2015 ; BIR053-00283 , May 2, 2015 ; BIR053-00284 , May 2, 2015 ; BIR053-00279 , May 2, 2015 ; BIR053-00280 , May 2, 2015 ; BIR053-00281 , May 2, 2015 ; BIR053-00282 , May 2, 2015 ; BIR053-00272 , May 2, 2015 ; BIR053-00273 , May 2, 2015 ; BIR053-00274 , May 2, 2015 ; BIR053-00275 , May 2, 2015 ; BIR053-00276 , May 2, 2015 ; BIR053-00277 , May 2, 2015 ; BIR053-00278 , May 2, 2015 ; BIR053-00266 , May 2, 2015 ; BIR053-00267 , May 2, 2015 ; BIR053-00268 , May 2, 2015 ; BIR053-00269 , May 2, 2015 ; BIR053-00270 , May 2, 2015 ; BIR053-00271 , May 2, 2015 ; BIR053-00254 , May 2, 2015 ; BIR053-00255 , May 2, 2015 ; BIR053-00256 , May 2, 2015 ; BIR053-00257 , May 2, 2015 ; BIR053-00258 , May 2, 2015 ; BIR053-00259 , May 2, 2015 ; BIR053-00260 , May 2, 2015 ; BIR053-00261 , May 2, 2015 ; BIR053-00262 , May 2, 2015 ; BIR053-00263 , May 2, 2015 ; BIR053-00264 , May 2, 2015 ; BIR053-00265 , May 2, 2015 ; BIR053-00251 , May 2, 2015 ; BIR053-00252 , May 2, 2015 ; BIR053-00253 , May 2, 2015 ; BIR053-00246 , May 2, 2015 ; BIR053-00247 , May 2, 2015 ; BIR053-00248 , May 2, 2015 ;

BIR053-00249 , May 2, 2015 ; BIR053-00250 , May 2, 2015 ; BIR053-00225 , May 2, 2015 ; BIR053-00226 , May 2, 2015 ; BIR053-00227 , May 2, 2015 ; BIR053-00228 , May 2, 2015 ; BIR053-00229 , May 2, 2015 ; BIR053-00230 , May 2, 2015 ; BIR053-00231 , May 2, 2015 ; BIR053-00232 , May 2, 2015 ; BIR053-00233 , May 2, 2015 ; BIR053-00234 , May 2, 2015 ; BIR053-00235 , May 2, 2015 ; BIR053-00236 , May 2, 2015 ; BIR053-00237 , May 2, 2015 ; BIR053-00238 , May 2, 2015 ; BIR053-00239 , May 2, 2015 ; BIR053-00240 , May 2, 2015 ; BIR053-00241 , May 2, 2015 ; BIR053-00242 , May 2, 2015 ; BIR053-00243 , May 2, 2015 ; BIR053-00244 , May 2, 2015 ; BIR053-00245 , May 2, 2015 ; BIR055-00063 , May 2, 2015 ; BIR055-00064 , May 2, 2015 ; BIR055-00060 , May 2, 2015 ; BIR055-00061 , May 2, 2015 ; BIR055-00062 , May 2, 2015 ; BIR055-00058 , May 2, 2015 ; BIR055-00059 , May 2, 2015 ;

BIR055-00057 , May 2, 2015 ; BIR055-00055 , May 2, 2015 ; BIR055-00056 , May 2, 2015 ; BIR055-00050 , May 2, 2015 ; BIR055-00051 , May 2, 2015 ; BIR055-00052 , May 2, 2015 ; BIR055-00053 , May 2, 2015 ; BIR055-00054 , May 2, 2015 ; BIR055-00048 , May 2, 2015 ; BIR055-00049 , May 2, 2015 ; BIR055-00044 , May 2, 2015 ; FIS021-00030 , May 2, 2015 ; FIS021-00031 , May 2, 2015 ; FIS021-00026 , May 2, 2015 ; FIS021-00027 , May 2, 2015 ; FIS021-00028 , May 2, 2015 ; FIS021-00029 , May 2, 2015 ; FIS021-00019 , May 2, 2015 ; FIS021-00020 , May 2, 2015 ; FIS021-00021 , May 2, 2015 ; FIS021-00022 , May 2, 2015 ; FIS021-00023 , May 2, 2015 ; FIS021-00024 , May 2, 2015 ; FIS021-00025 , May 2, 2015 ; FIS021-00015 , May 2, 2015 ; FIS021-00016 , May 2, 2015 ; FIS021-00017 , May 2, 2015 ; FIS021-00018 , May 2, 2015 ;

BIR056-00004 , May 2, 2015 ; BIR056-00005 , May 2, 2015 ; ANI092-00045 , May 2, 2015 ; ANI092-00046 , May 2, 2015 ; ANI092-00047 , May 2, 2015 ; ANI092-00043 , May 2, 2015 ; ANI092-00044 , May 2, 2015 ; ANI092-00040 , May 2, 2015 ; ANI092-00041 , May 2, 2015 ; ANI092-00042 , May 2, 2015 ; BIR057-00272 , May 2, 2015 ; BIR057-00271 , May 2, 2015 ; BIR057-00268 , May 2, 2015 ; BIR057-00269 , May 2, 2015 ; BIR057-00270 , May 2, 2015 ; BIR057-00265 , May 2, 2015 ; BIR057-00266 , May 2, 2015 ; BIR057-00267 , May 2, 2015 ; BIR057-00254 , May 2, 2015 ; BIR057-00255 , May 2, 2015 ; BIR057-00256 , May 2, 2015 ; BIR057-00257 , May 2, 2015 ; BIR057-00258 , May 2, 2015 ; BIR057-00259 , May 2, 2015 ; BIR057-00260 , May 2, 2015 ; BIR057-00261 , May 2, 2015 ; BIR057-00262 , May 2, 2015 ; BIR057-00263 , May 2, 2015 ; BIR057-00264 , May 2, 2015 ; BIR057-00241 , May 2, 2015 ; BIR057-00242 , May 2, 2015 ; BIR057-00243 , May 2, 2015 ; BIR057-00244 , May 2, 2015 ; BIR057-00245 , May 2, 2015 ; BIR057-00246 , May 2, 2015 ; BIR057-00247 , May 2, 2015 ; BIR057-00248 , May 2, 2015 ; BIR057-00249 , May 2, 2015 ; BIR057-00250 , May 2, 2015 ; BIR057-00251 , May 2, 2015 ; BIR057-00252 , May 2, 2015 ; BIR057-00253 , May 2, 2015 ; BIR057-00231 , May 2, 2015 ; BIR057-00232 , May 2, 2015 ; BIR057-00233 , May 2, 2015 ; BIR057-00234 , May 2, 2015 ; BIR057-00235 , May 2, 2015 ; BIR057-00236 , May 2, 2015 ; BIR057-00237 , May 2, 2015 ; BIR057-00238 , May 2, 2015 ; BIR057-00239 , May 2, 2015 ; BIR057-00240 , May 2, 2015 ; BIR057-00224 , May 2, 2015 ; BIR057-00225 , May 2, 2015 ; BIR057-00226 , May 2, 2015 ; BIR057-00227 , May 2, 2015 ; BIR057-00228 , May 2, 2015 ; BIR057-00229 , May 2, 2015 ;

BIR057-00230 , May 2, 2015 ; BIR057-00219 , May 2, 2015 ; BIR057-00220 , May 2, 2015 ; BIR057-00221 , May 2, 2015 ; BIR057-00222 , May 2, 2015 ; BIR057-00223 , May 2, 2015 ; BIR057-00206 , May 2, 2015 ; BIR057-00207 , May 2, 2015 ; BIR057-00208 , May 2, 2015 ; BIR057-00209 , May 2, 2015 ; BIR057-00210 , May 2, 2015 ; BIR057-00211 , May 2, 2015 ; BIR057-00212 , May 2, 2015 ; BIR057-00213 , May 2, 2015 ; BIR057-00214 , May 2, 2015 ; BIR057-00215 , May 2, 2015 ; BIR057-00216 , May 2, 2015 ; BIR057-00217 , May 2, 2015 ; BIR057-00218 , May 2, 2015 ; BIR057-00201 , May 2, 2015 ; BIR057-00202 , May 2, 2015 ; BIR057-00203 , May 2, 2015 ; BIR057-00204 , May 2, 2015 ; BIR057-00205 , May 2, 2015 ; BIR057-00193 , May 2, 2015 ; BIR057-00194 , May 2, 2015 ; BIR057-00195 , May 2, 2015 ; BIR057-00196 , May 2, 2015 ; BIR057-00197 , May 2, 2015 ; BIR057-00198 , May 2, 2015 ; BIR057-00199 , May 2, 2015 ; BIR057-00200 , May 2, 2015 ; BIR057-00172 , May 2, 2015 ; BIR057-00173 , May 2, 2015 ; BIR057-00174 , May 2, 2015 ; BIR057-00175 , May 2, 2015 ; BIR057-00176 , May 2, 2015 ; BIR057-00177 , May 2, 2015 ; BIR057-00178 , May 2, 2015 ; BIR057-00179 , May 2, 2015 ; BIR057-00180 , May 2, 2015 ; BIR057-00181 , May 2, 2015 ; BIR057-00182 , May 2, 2015 ; BIR057-00183 , May 2, 2015 ; BIR057-00184 , May 2, 2015 ; BIR057-00187 , May 2, 2015 ; BIR057-00188 , May 2, 2015 ; BIR057-00163 , May 2, 2015 ; BIR057-00164 , May 2, 2015 ; BIR057-00165 , May 2, 2015 ;

BIR057-00166 , May 2, 2015 ; BIR057-00167 , May 2, 2015 ; BIR057-00168 , May 2, 2015 ; BIR057-00169 , May 2, 2015 ; BIR057-00170 , May 2, 2015 ; BIR057-00171 , May 2, 2015 ; BIR058-00023 , May 2, 2015 ; BIR058-00024 , May 3, 2015 ;

BIR058-00025 , May 4, 2015 ; BIR058-00026 , May 5, 2015 ; BIR058-00027 , May 6, 2015 ; BIR058-00028 , May 6, 2015 ; BIR058-00029 , May 6, 2015 ; BIR058-00030 , May 6, 2015 ; BIR058-00022 , May 6, 2015 ; ANI095-00005 , May 6, 2015 ; ANI095-00006 , May 6, 2015 ; ANI095-00007 , May 6, 2015 ; ANI095-00008 , May 6, 2015 ; ANI095-00009 , May 6, 2015 ; ANI095-00010 , May 6, 2015 ; ANI097-00335 , May 6, 2015 ; ANI097-00336 , May 6, 2015 ; ANI097-00337 , May 6, 2015 ; ANI097-00332 , May 6, 2015 ; ANI097-00331 , May 6, 2015 ; ANI097-00307 , May 6, 2015 ; ANI097-00308 , May 6, 2015 ; ANI097-00309 , May 6, 2015 ; ANI097-00310 , May 6, 2015 ; ANI097-00311 , May 6, 2015 ; ANI097-00312 , May 6, 2015 ; ANI097-00313 , May 6, 2015 ; ANI097-00314 , May 6, 2015 ; ANI097-00315 , May 6, 2015 ; ANI097-00316 , May 6, 2015 ; ANI097-00317 , May 6, 2015 ; ANI097-00318 , May 6, 2015 ; ANI097-00319 , May 6, 2015 ; ANI097-00320 , May 6, 2015 ; ANI097-00321 , May 6, 2015 ; ANI097-00322 , May 6, 2015 ; ANI097-00323 , May 6, 2015 ; ANI097-00324 , May 6, 2015 ; ANI097-00325 , May 6, 2015 ; ANI097-00326 , May 6, 2015 ; ANI097-00327 , May 6, 2015 ; ANI097-00328 , May 6, 2015 ; ANI097-00329 , May 6, 2015 ; ANI097-00330 , May 6, 2015 ; ANI097-00297 , May 6, 2015 ; ANI097-00298 , May 6, 2015 ; ANI097-00299 , May 6, 2015 ; ANI097-00300 , May 6, 2015 ; ANI097-00301 , May 6, 2015 ; ANI097-00302 , May 6, 2015 ; ANI097-00303 , May 6, 2015 ; ANI097-00304 , May 6, 2015 ; ANI097-00305 , May 6, 2015 ; ANI097-00306 , May 6, 2015 ; ANI097-00288 , May 6, 2015 ; ANI097-00289 , May 6, 2015 ; ANI097-00290 , May 6, 2015 ; ANI097-00291 , May 6, 2015 ; ANI097-00292 , May 6, 2015 ; ANI097-00293 , May 6, 2015 ;

ANI097-00294 , May 6, 2015 ; ANI097-00295 , May 6, 2015 ; ANI097-00296 , May 6, 2015 ; ANI097-00281 , May 6, 2015 ; ANI097-00282 , May 6, 2015 ; ANI097-00283 , May 6, 2015 ; ANI097-00284 , May 6, 2015 ; ANI097-00285 , May 6, 2015 ; ANI097-00286 , May 6, 2015 ; ANI097-00287 , May 6, 2015 ; ANI097-00278 , May 6, 2015 ; ANI097-00279 , May 6, 2015 ; ANI097-00280 , May 6, 2015 ; ANI097-00277 , May 6, 2015 ; ANI097-00259 , May 6, 2015 ; ANI097-00260 , May 6, 2015 ; ANI097-00261 , May 6, 2015 ; ANI097-00262 , May 6, 2015 ; ANI097-00263 , May 6, 2015 ; ANI097-00264 , May 6, 2015 ; ANI097-00265 , May 6, 2015 ; ANI097-00266 , May 6, 2015 ; ANI097-00267 , May 6, 2015 ; ANI097-00268 , May 6, 2015 ; ANI097-00269 , May 6, 2015 ; ANI097-00270 , May 6, 2015 ; ANI097-00271 , May 6, 2015 ; ANI097-00272 , May 6, 2015 ; ANI097-00273 , May 6, 2015 ; ANI097-00274 , May 6, 2015 ; ANI097-00275 , May 6, 2015 ; ANI097-00276 , May 6, 2015 ; ANI097-00257 , May 6, 2015 ; ANI097-00258 , May 6, 2015 ; ANI097-00250 , May 6, 2015 ; ANI097-00251 , May 6, 2015 ; ANI097-00252 , May 6, 2015 ; ANI097-00253 , May 6, 2015 ; ANI097-00254 , May 6, 2015 ; ANI097-00255 , May 6, 2015 ; ANI097-00256 , May 6, 2015 ; ANI097-00239 , May 6, 2015 ; ANI097-00240 , May 6, 2015 ; ANI097-00241 , May 6, 2015 ; ANI097-00242 , May 6, 2015 ; ANI097-00243 , May 6, 2015 ; ANI097-00244 , May 6, 2015 ; ANI097-00245 , May 6, 2015 ; ANI097-00246 , May 6, 2015 ; ANI097-00247 , May 6, 2015 ; ANI097-00248 , May 6, 2015 ; ANI097-00249 , May 6, 2015 ; ANI097-00212 , May 6, 2015 ; ANI097-00213 , May 6, 2015 ; ANI097-00214 , May 6, 2015 ; ANI097-00215 , May 6, 2015 ; ANI097-00216 , May 6, 2015 ; ANI097-00217 , May 6, 2015 ;

ANI097-00218 , May 6, 2015 ; ANI097-00219 , May 6, 2015 ; ANI097-00220 , May 6, 2015 ; ANI097-00221 , May 6, 2015 ; ANI097-00222 , May 6, 2015 ; ANI097-00223 , May 6, 2015 ; ANI097-00224 , May 6, 2015 ; ANI097-00225 ,

May 6, 2015 ; ANI097-00226 , May 6, 2015 ; ANI097-00227 , May 6, 2015 ; ANI097-00228 , May 6, 2015 ; ANI097-00229 , May 6, 2015 ; ANI097-00230 , May 6, 2015 ; ANI097-00231 , May 6, 2015 ; ANI097-00232 , May 6, 2015 ; ANI097-00233 , May 6, 2015 ; ANI097-00234 , May 6, 2015 ; ANI097-00235 , May 6, 2015 ; ANI097-00236 , May 6, 2015 ; ANI097-00237 , May 6, 2015 ; ANI097-00238 , May 6, 2015 ; ANI097-00205 , May 6, 2015 ; ANI097-00206 , May 6, 2015 ; ANI097-00207 , May 6, 2015 ; ANI097-00208 , May 6, 2015 ; ANI097-00209 , May 6, 2015 ; ANI097-00210 , May 6, 2015 ; ANI097-00211 , May 6, 2015 ; ANI097-00201 , May 6, 2015 ; ANI097-00202 , May 6, 2015 ; ANI097-00203 , May 6, 2015 ; ANI097-00204 , May 6, 2015 ; ANI097-00187 , May 6, 2015 ; ANI097-00188 , May 6, 2015 ; ANI097-00189 , May 6, 2015 ; ANI097-00190 , May 6, 2015 ; ANI097-00191 , May 6, 2015 ; ANI097-00192 , May 6, 2015 ; ANI097-00193 , May 6, 2015 ; ANI097-00194 , May 6, 2015 ; ANI097-00195 , May 6, 2015 ; ANI097-00196 , May 6, 2015 ; ANI097-00197 , May 6, 2015 ; ANI097-00198 , May 6, 2015 ; ANI097-00199 , May 6, 2015 ; ANI097-00200 , May 6, 2015 ; ANI097-00181 , May 6, 2015 ; ANI097-00182 , May 6, 2015 ; ANI097-00183 , May 6, 2015 ; ANI097-00184 , May 6, 2015 ; ANI097-00185 , May 6, 2015 ; ANI097-00186 , May 6, 2015 ; FIS022-00010 , May 6, 2015 ; FIS022-00011 , May 6, 2015 ; FIS022-00012 , May 6, 2015 ; FIS022-00013 , May 6, 2015 ; FIS022-00014 , May 6, 2015 ; FIS022-00015 , May 6, 2015 ;

ANI097-00218 , May 6, 2015 ; ANI097-00219 , May 6, 2015 ; ANI097-00220 , May 6, 2015 ; ANI097-00221 , May 6, 2015 ; ANI097-00222 , May 6, 2015 ; ANI097-00223 , May 6, 2015 ; ANI097-00224 , May 6, 2015 ; ANI097-00225 , May 6, 2015 ; ANI097-00226 , May 6, 2015 ; ANI097-00227 , May 6, 2015 ; ANI097-00228 , May 6, 2015 ; ANI097-00229 , May 6, 2015 ; ANI097-00230 , May 6, 2015 ; ANI097-00231 , May 6, 2015 ; ANI097-00232 , May 6, 2015 ; ANI097-00233 , May 6, 2015 ; ANI097-00234 , May 6, 2015 ; ANI097-00235 , May 6, 2015 ; ANI097-00236 , May 6, 2015 ; ANI097-00237 , May 6, 2015 ; ANI097-00238 , May 6, 2015 ; ANI097-00205 , May 6, 2015 ; ANI097-00206 , May 6, 2015 ; ANI097-00207 , May 6, 2015 ; ANI097-00208 , May 6, 2015 ; ANI097-00209 , May 6, 2015 ; ANI097-00210 , May 6, 2015 ; ANI097-00211 , May 6, 2015 ; ANI097-00201 , May 6, 2015 ; ANI097-00202 , May 6, 2015 ; ANI097-00203 , May 6, 2015 ; ANI097-00204 , May 6, 2015 ; ANI097-00187 , May 6, 2015 ; ANI097-00188 , May 6, 2015 ; ANI097-00189 , May 6, 2015 ; ANI097-00190 , May 6, 2015 ; ANI097-00191 , May 6, 2015 ; ANI097-00192 , May 6, 2015 ; ANI097-00193 , May 6, 2015 ; ANI097-00194 , May 6, 2015 ; ANI097-00195 , May 6, 2015 ; ANI097-00196 , May 6, 2015 ; ANI097-00197 , May 6, 2015 ; ANI097-00198 , May 6, 2015 ; ANI097-00199 , May 6, 2015 ; ANI097-00200 , May 6, 2015 ; ANI097-00181 , May 6, 2015 ; ANI097-00182 , May 6, 2015 ; ANI097-00183 , May 6, 2015 ; ANI097-00184 , May 6, 2015 ; ANI097-00185 , May 6, 2015 ; ANI097-00186 , May 6, 2015 ; FIS022-00010 , May 6, 2015 ; FIS022-00011 , May 6, 2015 ; FIS022-00012 , May 6, 2015 ; FIS022-00013 , May 6, 2015 ; FIS022-00014 , May 6, 2015 ; FIS022-00015 , May 6, 2015 ; FIS022-00016 , May 6, 2015 ;

FIS022-00017 , May 6, 2015 ; FIS023-00129 , May 6, 2015 ; FIS023-00113 , May 6, 2015 ; FIS023-00114 , May 6, 2015 ; FIS023-00115 , May 6, 2015 ; FIS023-00116 , May 6, 2015 ; FIS023-00117 , May 6, 2015 ; FIS023-00118 , May 6, 2015 ; FIS023-00119 , May 6, 2015 ; FIS023-00120 , May 6, 2015 ; FIS023-00121 , May 6, 2015 ; FIS023-00122 , May 6, 2015 ; FIS023-00123 , May 6, 2015 ; FIS023-00124 , May 6, 2015 ; FIS023-00125 , May 6, 2015 ; FIS023-00126 , May 6, 2015 ; FIS023-00127 , May 6, 2015 ; FIS023-00128 , May 6, 2015 ; FIS023-00102 , May 6, 2015 ; FIS023-00103 , May 6, 2015 ; FIS023-00104 , May 6, 2015 ; FIS023-00105 , May 6, 2015 ; FIS023-00106 , May 6, 2015 ; FIS023-00107 , May 6, 2015 ; FIS023-00108 , May 6, 2015 ; FIS023-00109 , May 6, 2015 ; FIS023-00110 , May 6, 2015 ; FIS023-00111 ,

May 6, 2015 ; FIS023-00112 , May 6, 2015 ; FIS023-00092 , May 6, 2015 ; FIS023-00093 , May 6, 2015 ; FIS023-00094 , May 6, 2015 ; FIS023-00095 , May 6, 2015 ; FIS023-00096 , May 6, 2015 ; FIS023-00097 , May 6, 2015 ; FIS023-00098 , May 6, 2015 ; FIS023-00099 , May 6, 2015 ; FIS023-00100 , May 6, 2015 ; FIS023-00101 , May 6, 2015 ; FIS023-00073 , May 6, 2015 ; FIS023-00074 , May 6, 2015 ; FIS023-00075 , May 6, 2015 ; FIS023-00076 , May 6, 2015 ; FIS023-00077 , May 6, 2015 ; FIS023-00078 , May 6, 2015 ; FIS023-00079 , May 6, 2015 ; FIS023-00080 , May 6, 2015 ; FIS023-00081 , May 6, 2015 ; FIS023-00082 , May 6, 2015 ; FIS023-00083 , May 6, 2015 ; FIS023-00084 , May 6, 2015 ; FIS023-00085 , May 6, 2015 ; FIS023-00086 , May 6, 2015 ; FIS023-00087 , May 6, 2015 ; FIS023-00088 , May 6, 2015 ; FIS023-00089 , May 6, 2015 ; FIS023-00090 , May 6, 2015 ;

FIS023-00091 , May 6, 2015 ; BIR059-00093 , May 6, 2015 ; BIR059-00094 , May 6, 2015 ; BIR059-00095 , May 6, 2015 ; BIR059-00096 , May 6, 2015 ; BIR059-00097 , May 6, 2015 ; BIR059-00098 , May 6, 2015 ; BIR059-00099 , May 6, 2015 ; BIR059-00092 , May 6, 2015 ; BIR059-00090 , May 6, 2015 ; BIR059-00091 , May 6, 2015 ; BIR059-00089 , May 6, 2015 ; BIR059-00085 , May 6, 2015 ; BIR059-00086 , May 6, 2015 ; BIR059-00087 , May 6, 2015 ; BIR059-00088 , May 6, 2015 ; BIR059-00081 , May 6, 2015 ; BIR059-00082 , May 6, 2015 ; BIR059-00083 , May 6, 2015 ; BIR059-00084 , May 6, 2015 ; BIR059-00077 , May 6, 2015 ; BIR059-00078 , May 6, 2015 ; BIR059-00079 , May 6, 2015 ; BIR059-00080 , May 6, 2015 ; BIR059-00057 , May 6, 2015 ; BIR059-00058 , May 6, 2015 ; BIR059-00059 , May 6, 2015 ; BIR059-00060 , May 6, 2015 ; BIR059-00061 , May 6, 2015 ; BIR059-00062 , May 6, 2015 ; BIR059-00063 , May 6, 2015 ; BIR059-00064 , May 6, 2015 ; BIR059-00065 , May 6, 2015 ; BIR059-00066 , May 6, 2015 ; BIR059-00067 , May 6, 2015 ; BIR059-00068 , May 6, 2015 ; BIR059-00069 , May 6, 2015 ; BIR059-00070 , May 6, 2015 ; BIR059-00071 , May 6, 2015 ; BIR059-00072 , May 6, 2015 ; BIR059-00073 , May 6, 2015 ; BIR059-00074 , May 6, 2015 ; BIR059-00075 , May 6, 2015 ; BIR059-00076 , May 6, 2015 ; BIR059-00049 , May 6, 2015 ; BIR059-00050 , May 6, 2015 ; BIR059-00051 , May 6, 2015 ; BIR059-00052 , May 6, 2015 ; BIR059-00053 , May 6, 2015 ; BIR059-00054 , May 6, 2015 ; BIR059-00055 , May 6, 2015 ; BIR059-00056 , May 6, 2015 ; BIR059-00045 , May 6, 2015 ; BIR059-00046 , May 6, 2015 ; BIR059-00047 , May 6, 2015 ; BIR059-00048 , May 6, 2015 ; BIR059-00032 , May 6, 2015 ; BIR059-00033 , May 6, 2015 ;

BIR059-00034 , May 6, 2015 ; BIR059-00035 , May 6, 2015 ; BIR059-00036 , May 6, 2015 ; BIR059-00037 , May 6, 2015 ; BIR059-00038 , May 6, 2015 ; BIR059-00039 , May 6, 2015 ; BIR059-00040 , May 6, 2015 ; BIR059-00041 , May 6, 2015 ; BIR059-00042 , May 6, 2015 ; BIR059-00043 , May 6, 2015 ; BIR059-00044 , May 6, 2015 ; BIR059-00030 , May 6, 2015 ; BIR059-00031 , May 6, 2015 ; BIR059-00026 , May 6, 2015 ; BIR059-00027 , May 6, 2015 ; BIR059-00028 , May 6, 2015 ; BIR059-00029 , May 6, 2015 ; BIR059-00013 , May 6, 2015 ; BIR059-00014 , May 6, 2015 ; BIR059-00015 , May 6, 2015 ; BIR059-00016 , May 6, 2015 ; BIR059-00017 , May 6, 2015 ; BIR059-00018 , May 6, 2015 ; BIR059-00019 , May 6, 2015 ; BIR059-00020 , May 6, 2015 ; BIR059-00021 , May 6, 2015 ; BIR059-00022 , May 6, 2015 ; BIR059-00023 , May 6, 2015 ; BIR059-00024 , May 6, 2015 ; BIR059-00025 , May 6, 2015 ; BIR059-00007 , May 6, 2015 ; BIR059-00008 , May 6, 2015 ; BIR059-00009 , May 6, 2015 ; BIR059-00010 , May 6, 2015 ; BIR059-00011 , May 6, 2015 ; BIR059-00012 , May 6, 2015 ; BIR059-00002 , May 6, 2015 ; BIR059-00004 , May 6, 2015 ; BIR059-00005 , May 6, 2015 ; BIR060-00382 , May 6, 2015 ; BIR060-00383 , May 6, 2015 ; BIR060-00384 , May 6, 2015 ; BIR060-00385 , May 6, 2015 ; BIR060-00381 , May 6, 2015 ; BIR060-00373 , May 6, 2015 ; BIR060-00374 , May 6, 2015 ; BIR060-00375 , May 6, 2015 ; BIR060-00376 , May 6, 2015 ; BIR060-00378 , May 6, 2015 ; BIR060-00379 , May 6, 2015 ;

BIR060-00380 , May 6, 2015 ; BIR060-00342 , May 6, 2015 ; BIR060-00343 , May 6, 2015 ; BIR060-00344 , May 6, 2015 ; BIR060-00345 , May 6, 2015 ; BIR060-00346 , May 6, 2015 ; BIR060-00347 , May 6, 2015 ; BIR060-00348 , May 6, 2015 ;

BIR060-00349 , May 6, 2015 ; BIR060-00350 , May 6, 2015 ; BIR060-00351 , May 6, 2015 ; BIR060-00352 , May 6, 2015 ; BIR060-00353 , May 6, 2015 ; BIR060-00354 , May 6, 2015 ; BIR060-00355 , May 6, 2015 ; BIR060-00356 , May 6, 2015 ; BIR060-00357 , May 6, 2015 ; BIR060-00358 , May 6, 2015 ; BIR060-00359 , May 6, 2015 ; BIR060-00360 , May 6, 2015 ; BIR060-00361 , May 6, 2015 ; BIR060-00362 , May 6, 2015 ; BIR060-00363 , May 6, 2015 ; BIR060-00364 , May 6, 2015 ; BIR060-00365 , May 6, 2015 ; BIR060-00366 , May 6, 2015 ; BIR060-00367 , May 6, 2015 ; BIR060-00368 , May 6, 2015 ; BIR060-00369 , May 6, 2015 ; BIR060-00370 , May 6, 2015 ; BIR060-00371 , May 6, 2015 ; BIR060-00372 , May 6, 2015 ; BIR060-00340 , May 6, 2015 ; BIR060-00341 , May 6, 2015 ; BIR060-00334 , May 6, 2015 ; BIR060-00335 , May 6, 2015 ; BIR060-00336 , May 6, 2015 ; BIR060-00337 , May 6, 2015 ; BIR060-00338 , May 6, 2015 ; BIR060-00339 , May 6, 2015 ; BIR060-00328 , May 6, 2015 ; BIR060-00261 , May 6, 2015 ; BIR060-00262 , May 6, 2015 ; BIR060-00263 , May 6, 2015 ; BIR060-00264 , May 6, 2015 ; BIR060-00265 , May 6, 2015 ; BIR060-00266 , May 6, 2015 ; BIR060-00267 , May 6, 2015 ; BIR060-00268 , May 6, 2015 ; BIR060-00269 , May 6, 2015 ; BIR060-00270 , May 6, 2015 ; BIR060-00271 , May 6, 2015 ; BIR060-00272 , May 6, 2015 ; BIR060-00273 , May 6, 2015 ; BIR060-00274 , May 6, 2015 ; BIR060-00275 , May 6, 2015 ; BIR060-00276 , May 6, 2015 ; BIR060-00277 , May 6, 2015 ; BIR060-00278 , May 6, 2015 ; BIR060-00279 , May 6, 2015 ; BIR060-00280 , May 6, 2015 ; BIR060-00281 , May 6, 2015 ; BIR060-00282 , May 6, 2015 ; BIR060-00283 , May 6, 2015 ; BIR060-00284 , May 6, 2015 ; BIR060-00285 , May 6, 2015 ;

BIR060-00286 , May 6, 2015 ; BIR060-00287 , May 6, 2015 ; BIR060-00288 , May 6, 2015 ; BIR060-00289 , May 6, 2015 ; BIR060-00290 , May 6, 2015 ; BIR060-00291 , May 6, 2015 ; BIR060-00292 , May 6, 2015 ; BIR060-00293 , May 6, 2015 ; BIR060-00294 , May 6, 2015 ; BIR060-00295 , May 6, 2015 ; BIR060-00296 , May 6, 2015 ; BIR060-00297 , May 6, 2015 ; BIR060-00298 , May 6, 2015 ; BIR060-00299 , May 6, 2015 ; BIR060-00300 , May 6, 2015 ; BIR060-00301 , May 6, 2015 ; BIR060-00302 , May 6, 2015 ; BIR060-00303 , May 6, 2015 ; BIR060-00304 , May 6, 2015 ; BIR060-00305 , May 6, 2015 ; BIR060-00306 , May 6, 2015 ; BIR060-00307 , May 6, 2015 ; BIR060-00308 , May 6, 2015 ; BIR060-00309 , May 6, 2015 ; BIR060-00310 , May 7, 2015 ; BIR060-00311 , May 7, 2015 ; BIR060-00312 , May 7, 2015 ; BIR060-00313 , May 7, 2015 ; BIR060-00314 , May 7, 2015 ; BIR060-00315 , May 7, 2015 ; BIR060-00316 , May 7, 2015 ; BIR060-00317 , May 7, 2015 ; BIR060-00318 , May 7, 2015 ; BIR060-00319 , May 7, 2015 ; BIR060-00320 , May 7, 2015 ; BIR060-00321 , May 7, 2015 ; BIR060-00322 , May 7, 2015 ; BIR060-00323 , May 7, 2015 ; BIR060-00324 , May 7, 2015 ; BIR060-00325 , May 7, 2015 ; BIR060-00326 , May 7, 2015 ; BIR060-00327 , May 7, 2015 ; BIR060-00227 , May 7, 2015 ; BIR060-00228 , May 7, 2015 ; BIR060-00229 , May 7, 2015 ; BIR060-00230 , May 7, 2015 ; BIR060-00231 , May 7, 2015 ; BIR060-00232 , May 7, 2015 ; BIR060-00233 , May 7, 2015 ; BIR060-00234 , May 7, 2015 ; BIR060-00235 , May 7, 2015 ; BIR060-00236 , May 7, 2015 ; BIR060-00237 , May 7, 2015 ; BIR060-00238 , May 7, 2015 ; BIR060-00239 , May 7, 2015 ; BIR060-00240 , May 7, 2015 ; BIR060-00241 , May 7, 2015 ; BIR060-00242 , May 7, 2015 ;

BIR060-00243 , May 7, 2015 ; BIR060-00244 , May 7, 2015 ; BIR060-00245 , May 7, 2015 ; BIR060-00246 , May 7, 2015 ; BIR060-00247 , May 7, 2015 ; BIR060-00248 , May 7, 2015 ; BIR060-00249 , May 7, 2015 ; BIR060-00250 ,

May 7, 2015 ; BIR060-00251 , May 7, 2015 ; BIR060-00252 , May 7, 2015 ; BIR060-00253 , May 7, 2015 ; BIR060-00254 , May 7, 2015 ; BIR060-00255 , May 7, 2015 ; BIR060-00256 , May 7, 2015 ; BIR060-00257 , May 7, 2015 ; BIR060-00258 , May 7, 2015 ; BIR060-00259 , May 7, 2015 ; BIR060-00260 , May 7, 2015 ; BIR060-00221 , May 7, 2015 ; BIR060-00222 , May 7, 2015 ; BIR060-00223 , May 7, 2015 ; BIR060-00224 , May 7, 2015 ; BIR060-00225 , May 7, 2015 ; BIR060-00226 , May 7, 2015 ; BIR060-00001 , May 7, 2015 ; BIR060-00002 , May 7, 2015 ; BIR060-00003 , May 7, 2015 ; BIR060-00004 , May 7, 2015 ; BIR060-00005 , May 7, 2015 ; BIR060-00006 , May 7, 2015 ; BIR060-00007 , May 7, 2015 ; BIR060-00008 , May 7, 2015 ; BIR060-00009 , May 7, 2015 ; BIR060-00010 , May 7, 2015 ; BIR060-00011 , May 7, 2015 ; BIR060-00012 , May 7, 2015 ; BIR060-00013 , May 7, 2015 ; BIR060-00014 , May 7, 2015 ; BIR060-00015 , May 7, 2015 ; BIR060-00016 , May 7, 2015 ; BIR060-00017 , May 7, 2015 ; BIR060-00018 , May 7, 2015 ; BIR060-00019 , May 7, 2015 ; BIR060-00020 , May 7, 2015 ; BIR060-00021 , May 7, 2015 ; BIR060-00022 , May 7, 2015 ; BIR060-00023 , May 7, 2015 ; BIR060-00024 , May 7, 2015 ; BIR060-00025 , May 7, 2015 ; BIR060-00026 , May 7, 2015 ; BIR060-00027 , May 7, 2015 ; BIR060-00028 , May 7, 2015 ; BIR060-00029 , May 7, 2015 ; BIR060-00030 , May 7, 2015 ; BIR060-00031 , May 7, 2015 ; BIR060-00032 , May 7, 2015 ; BIR060-00033 , May 7, 2015 ; BIR060-00034 , May 7, 2015 ; BIR060-00035 , May 7, 2015 ;

BIR060-00036 , May 7, 2015 ; BIR060-00037 , May 7, 2015 ; BIR060-00038 , May 7, 2015 ; BIR060-00039 , May 7, 2015 ; BIR060-00040 , May 7, 2015 ; BIR060-00041 , May 7, 2015 ; BIR060-00042 , May 7, 2015 ; BIR060-00043 , May 7, 2015 ; BIR060-00044 , May 7, 2015 ; BIR060-00045 , May 7, 2015 ; BIR060-00046 , May 7, 2015 ; BIR060-00047 , May 7, 2015 ; BIR060-00048 , May 7, 2015 ; BIR060-00049 , May 7, 2015 ; BIR060-00050 , May 7, 2015 ; BIR060-00051 , May 7, 2015 ; BIR060-00052 , May 7, 2015 ; BIR060-00053 , May 7, 2015 ; BIR060-00054 , May 7, 2015 ; BIR060-00055 , May 7, 2015 ; BIR060-00056 , May 7, 2015 ; BIR060-00057 , May 7, 2015 ; BIR060-00058 , May 7, 2015 ; BIR060-00059 , May 7, 2015 ; BIR060-00060 , May 7, 2015 ; BIR060-00061 , May 7, 2015 ; BIR060-00062 , May 7, 2015 ; BIR060-00063 , May 7, 2015 ; ANI098-00075 , May 7, 2015 ; ANI098-00076 , May 7, 2015 ; ANI098-00077 , May 7, 2015 ; ANI098-00078 , May 7, 2015 ; ANI098-00079 , May 7, 2015 ; ANI098-00072 , May 7, 2015 ; ANI098-00073 , May 7, 2015 ; ANI098-00074 , May 7, 2015 ; ANI098-00067 , May 7, 2015 ; ANI098-00068 , May 7, 2015 ; ANI098-00069 , May 7, 2015 ; ANI098-00070 , May 7, 2015 ; ANI098-00071 , May 7, 2015 ; ANI098-00059 , May 7, 2015 ; ANI098-00060 , May 7, 2015 ; ANI098-00061 , May 7, 2015 ; ANI098-00062 , May 7, 2015 ; ANI098-00063 , May 7, 2015 ; ANI098-00064 , May 7, 2015 ; ANI098-00065 , May 7, 2015 ; ANI098-00066 , May 7, 2015 ; ANI098-00048 , May 8, 2015 ; ANI098-00049 , May 9, 2015 ; ANI098-00050 , May 10, 2015 ; ANI098-00051 , May 11, 2015 ; ANI098-00052 , May 12, 2015 ; ANI098-00053 , May 13, 2015 ; ANI098-00054 , May 14, 2015 ; ANI098-00055 , May 15, 2015 ;

ANI098-00056 , May 16, 2015 ; ANI098-00057 , May 17, 2015 ; ANI098-00058 , May 18, 2015 ; ANI098-00044 , May 19, 2015 ; ANI098-00045 , May 20, 2015 ; ANI098-00046 , May 20, 2015 ; ANI098-00047 , May 20, 2015 ; ANI098-00019 , May 20, 2015 ; ANI098-00020 , May 20, 2015 ; ANI098-00021 , May 20, 2015 ; ANI098-00022 , May 20, 2015 ; ANI098-00023 , May 20, 2015 ; ANI098-00024 , May 20, 2015 ; ANI098-00025 , May 20, 2015 ; ANI098-00026 , May 20, 2015 ; ANI098-00027 , May 20, 2015 ; ANI098-00028 , May 20, 2015 ; ANI098-00029 , May 20, 2015 ; ANI098-00030 , May 20, 2015 ; ANI098-00031 , May 20, 2015 ; ANI098-00032 , May 20, 2015 ; ANI098-00033 , May 20, 2015 ; ANI098-00034 , May 20, 2015 ; ANI098-00035 , May 20, 2015 ; ANI098-00036 , May 20, 2015 ; ANI098-00037 , May 20, 2015 ; ANI098-00038 , May 20, 2015 ; ANI098-00039 , May 20, 2015 ;

ANI098-00040 , May 20, 2015 ; ANI098-00041 , May 20, 2015 ; ANI098-00042 , May 20, 2015 ; ANI098-00043 , May 20, 2015 ; ANI098-00015 , May 20, 2015 ; ANI098-00016 , May 20, 2015 ; ANI098-00017 , May 20, 2015 ; ANI098-00018 , May 20, 2015 ; ANI098-00013 , May 20, 2015 ; ANI098-00014 , May 20, 2015 ; ANI098-00001 , May 20, 2015 ; ANI098-00002 , May 20, 2015 ; ANI098-00003 , May 20, 2015 ; ANI098-00004 , May 20, 2015 ; ANI098-00005 , May 20, 2015 ; ANI098-00006 , May 20, 2015 ; ANI098-00007 , May 20, 2015 ; ANI098-00008 , May 20, 2015 ; ANI098-00009 , May 20, 2015 ; ANI098-00010 , May 20, 2015 ; ANI098-00011 , May 20, 2015 ; ANI098-00012 , May 20, 2015 ; BIR054-00002 , May 20, 2015 ; BIR054-00001 , May 20, 2015 ; BIR054-00003 , May 20, 2015 ; BIR054-00004 , May 20, 2015 ; FIS024-00001 , May 20, 2015 ; FIS024-00002 , May 20, 2015 ; FIS024-00003 , May 20, 2015 ; FIS024-00004 , May 20, 2015 ;

FIS024-00005 , May 20, 2015 ; FIS024-00006 , May 20, 2015 ; FIS024-00007 , May 20, 2015 ; FIS024-00008 , May 20, 2015 ; FIS024-00009 , May 20, 2015 ; FIS025-00001 , May 20, 2015 ; FIS025-00002 , May 20, 2015 ; FIS025-00003 , May 20, 2015 ; FIS025-00004 , May 20, 2015 ; FIS026-00001 , May 20, 2015 ; FIS026-00002 , May 20, 2015 ; FIS026-00003 , May 20, 2015 ; FIS026-00004 , May 20, 2015 ; FIS026-00005 , May 20, 2015 ; ANI099-00019 , May 20, 2015 ; ANI099-00017 , May 20, 2015 ; ANI099-00018 , May 20, 2015 ; ANI099-00016 , May 20, 2015 ; ANI099-00014 , May 20, 2015 ; ANI099-00015 , May 20, 2015 ; ANI099-00008 , May 20, 2015 ; ANI099-00009 , May 20, 2015 ; ANI099-00010 , May 20, 2015 ; ANI099-00011 , May 20, 2015 ; ANI099-00012 , May 20, 2015 ; ANI099-00013 , May 20, 2015 ; ANI099-00007 , May 20, 2015 ; ANI099-00001 , May 20, 2015 ; ANI099-00002 , May 20, 2015 ; ANI099-00003 , May 20, 2015 ; ANI099-00004 , May 20, 2015 ; ANI099-00005 , May 20, 2015 ; ANI099-00006 , May 20, 2015 ; ANI100-00001 , May 20, 2015 ; BIR061-00007 , May 20, 2015 ; BIR061-00008 , May 20, 2015 ; BIR061-00009 , May 20, 2015 ; BIR061-00010 , May 20, 2015 ; BIR061-00001 , May 20, 2015 ; BIR061-00002 , May 20, 2015 ; BIR061-00003 , May 20, 2015 ; BIR061-00004 , May 20, 2015 ; BIR061-00005 , May 20, 2015 ; BIR061-00006 , May 20, 2015 ; BIR062-00001 , May 20, 2015 ; BIR062-00002 , May 20, 2015 ; BIR062-00003 , May 20, 2015 ; BIR062-00004 , May 20, 2015 ; BIR062-00005 , May 20, 2015 ; BIR062-00006 , May 20, 2015 ; BIR062-00007 , May 20, 2015 ; BIR062-00008 , May 20, 2015 ; BIR062-00009 , May 20, 2015 ; BIR062-00010 , May 20, 2015 ; BIR062-00011 , May 20, 2015 ; ANI101-00077 , May 20, 2015 ; ANI101-00076 , May 20, 2015 ; ANI101-00078 , May 20, 2015 ;

ANI101-00079 , May 20, 2015 ; ANI101-00070 , May 20, 2015 ; ANI101-00071 , May 20, 2015 ; ANI101-00072 , May 20, 2015 ; ANI101-00073 , May 20, 2015 ; ANI101-00074 , May 20, 2015 ; ANI101-00075 , May 20, 2015 ; ANI101-00064 , May 20, 2015 ; ANI101-00065 , May 20, 2015 ; ANI101-00068 , May 20, 2015 ; ANI101-00069 , May 20, 2015 ; ANI101-00062 , May 20, 2015 ; ANI101-00063 , May 20, 2015 ; ANI101-00053 , May 20, 2015 ; ANI101-00054 , May 20, 2015 ; ANI101-00055 , May 20, 2015 ; ANI101-00056 , May 20, 2015 ; ANI101-00057 , May 20, 2015 ; ANI101-00058 , May 20, 2015 ; ANI101-00059 , May 20, 2015 ; ANI101-00060 , May 20, 2015 ; ANI101-00061 , May 20, 2015 ; ANI101-00006 , May 20, 2015 ; ANI101-00007 , May 20, 2015 ; ANI101-00008 , May 20, 2015 ; ANI101-00009 , May 20, 2015 ; ANI101-00010 , May 20, 2015 ; ANI101-00011 , May 20, 2015 ; ANI101-00012 , May 20, 2015 ; ANI101-00013 , May 20, 2015 ; ANI101-00014 , May 20, 2015 ; ANI101-00015 , May 20, 2015 ; ANI101-00016 , May 20, 2015 ; ANI101-00017 , May 20, 2015 ; ANI101-00018 , May 20, 2015 ; ANI101-00019 , May 20, 2015 ; ANI101-00020 , May 20, 2015 ; ANI101-00021 , May 20, 2015 ; ANI101-00022 , May 20, 2015 ; ANI101-00023 , May 20, 2015 ; ANI101-00024 , May 20, 2015 ; ANI101-00025 , May 21, 2015 ;

ANI101-00026 , May 22, 2015 ; ANI101-00027 , May 23, 2015 ; ANI101-00028 , May 24, 2015 ; ANI101-00029 , May 25, 2015 ; ANI101-00030 , May 26, 2015 ; ANI101-00031 , May 27, 2015 ; ANI101-00032 , May 28, 2015 ; ANI101-00033 , May 29, 2015 ; ANI101-00034 , May 30, 2015 ; ANI101-00035 , May 31, 2015 ; ANI101-00036 , June 1, 2015 ; ANI101-00037 , June 2, 2015 ; ANI101-00038 , June 3, 2015 ; ANI101-00039 , June 4, 2015 ; ANI101-00040 , June 5, 2015 ; ANI101-00041 , June 6, 2015 ;

ANI101-00042 , June 7, 2015 ; ANI101-00043 , June 8, 2015 ; ANI101-00044 , June 9, 2015 ; ANI101-00045 , June 10, 2015 ; ANI101-00046 , June 11, 2015 ; ANI101-00047 , June 12, 2015 ; ANI101-00048 , June 13, 2015 ; ANI101-00049 , June 14, 2015 ; ANI101-00050 , June 15, 2015 ; ANI101-00051 , June 16, 2015 ; ANI101-00052 , June 17, 2015 ; ANI101-00005 , June 18, 2015 ; ANI101-00003 , June 19, 2015 ; ANI101-00004 , June 20, 2015 ; ANI101-00001 , June 21, 2015 ; ANI101-00002 , June 22, 2015 ; FIS027-00074 , June 23, 2015 ; FIS027-00075 , June 24, 2015 ; FIS027-00061 , June 25, 2015 ; FIS027-00062 , June 26, 2015 ; FIS027-00063 , June 27, 2015 ; FIS027-00064 , June 28, 2015 ; FIS027-00065 , June 29, 2015 ; FIS027-00066 , June 30, 2015 ; FIS027-00067 , July 1, 2015 ; FIS027-00068 , July 2, 2015 ; FIS027-00069 , July 3, 2015 ; FIS027-00070 , July 4, 2015 ; FIS027-00071 , July 5, 2015 ; FIS027-00072 , July 6, 2015 ; FIS027-00073 , July 7, 2015 ; FIS027-00052 , July 8, 2015 ; FIS027-00053 , July 9, 2015 ; FIS027-00054 , July 10, 2015 ; FIS027-00055 , July 11, 2015 ; FIS027-00056 , July 12, 2015 ; FIS027-00057 , July 13, 2015 ; FIS027-00058 , July 14, 2015 ; FIS027-00059 , July 15, 2015 ; FIS027-00060 , July 16, 2015 ; FIS027-00008 , July 17, 2015 ; FIS027-00009 , July 18, 2015 ; FIS027-00010 , July 19, 2015 ; FIS027-00011 , July 20, 2015 ; FIS027-00012 , July 21, 2015 ; FIS027-00013 , July 22, 2015 ; FIS027-00014 , July 23, 2015 ; FIS027-00015 , July 24, 2015 ; FIS027-00016 , July 25, 2015 ; FIS027-00017 , July 26, 2015 ; FIS027-00018 , July 27, 2015 ; FIS027-00019 , July 28, 2015 ; FIS027-00020 , July 29, 2015 ; FIS027-00021 , July 30, 2015 ; FIS027-00022 , July 31, 2015 ; FIS027-00023 , August 1, 2015 ; FIS027-00024 , August 2, 2015 ; FIS027-00025 , August 3, 2015 ;

FIS027-00026 , August 4, 2015 ; FIS027-00027 , August 5, 2015 ; FIS027-00028 , August 6, 2015 ; FIS027-00029 , August 7, 2015 ; FIS027-00030 , August 8, 2015 ; FIS027-00031 , August 9, 2015 ; FIS027-00032 , August 10, 2015 ; FIS027-00033 , August 11, 2015 ; FIS027-00034 , August 12, 2015 ; FIS027-00035 , August 13, 2015 ; FIS027-00036 , August 14, 2015 ; FIS027-00037 , August 15, 2015 ; FIS027-00038 , August 16, 2015 ; FIS027-00039 , August 17, 2015 ; FIS027-00040 , August 18, 2015 ; FIS027-00041 , August 19, 2015 ; FIS027-00042 , August 20, 2015 ; FIS027-00043 , August 21, 2015 ; FIS027-00044 , August 22, 2015 ; FIS027-00045 , August 23, 2015 ; FIS027-00046 , August 24, 2015 ; FIS027-00047 , August 25, 2015 ; FIS027-00048 , August 26, 2015 ; FIS027-00049 , August 27, 2015 ; FIS027-00050 , August 28, 2015 ; FIS027-00051 , August 29, 2015 ; FIS027-00007 , August 30, 2015 ; FIS027-00001 , August 31, 2015 ; FIS027-00002 , September 1, 2015 ; FIS027-00003 , September 2, 2015 ; FIS027-00004 , September 3, 2015 ; FIS027-00005 , September 4, 2015 ; FIS027-00006 , September 5, 2015 ; BIR063-00001 , September 6, 2015 ; BIR063-00002 , September 7, 2015 ; BIR063-00003 , September 8, 2015 ; BIR063-00004 , September 9, 2015 ; BIR063-00005 , September 10, 2015 ; BIR063-00006 , September 11, 2015 ; BIR063-00007 , September 12, 2015 ; BIR063-00008 , September 13, 2015 ; BIR063-00009 , September 14, 2015 ; BIR063-00010 , September 15, 2015 ; BIR063-00011 , September 16, 2015 ; BIR063-00012 , September 17, 2015 ; BIR064-00001 , September 18, 2015 ; BIR064-00002 , September 19, 2015 ; BIR064-00003 , September 20, 2015 ; BIR064-00004 , September 21, 2015 ; BIR064-00005 , September 22, 2015 ; BIR064-00006 , September 23, 2015 ; BIR064-00007 , September 24, 2015 ; BIR064-00008 , September 25, 2015 ;

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** January 01, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Joel Sartore
**Author Created:** photograph
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Joel Sartore
2733 Sheridan Blvd., Lincoln, NE, 68502, United States

## Rights and Permissions

**Name:** Rebecca Wright
**Email:** info@joelsartore.com
**Telephone:** (402)474-1006
**Address:** 2733 Sheridan Blvd.
Lincoln, NE 68502 United States

## Certification

**Name:** Joel Sartore
**Date:** November 03, 2016

**Registration Number**

# VA 2-281-139

**Effective Date of Registration:**
November 10, 2021
**Registration Decision Date:**
January 06, 2022

## Supplementary Registration

Supplement To:   VA0002268081, 2021

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   August 31, 2017 to October 02, 2017

## Title

**Title of Group:**   2017F
**Number of Photographs in Group:**   750

- **Individual Photographs:**   FIS017-00089, FIS017-00090, FIS017-00091, FIS017-00092, FIS017-00093, FIS017-00094, FIS017-00095, FIS017-00096, FIS017-00097, FIS030-00433, FIS030-00434, FIS030-00435, FIS030-00436, FIS030-00437, FIS030-00438, FIS030-00439, FIS030-00440
  **Published:**   August 2017

- **Individual Photographs:**   ANI051-00226, ANI051-00227, ANI051-00228, ANI051-00229, ANI051-00230, ANI051-00231, ANI051-00232, ANI051-00233, ANI101-00375, ANI101-00376, ANI101-00377, ANI101-00378, ANI101-00379, ANI101-00380, ANI101-00381, ANI101-00382, ANI101-00383, ANI101-00384, ANI101-00385, ANI101-00386, ANI101-00387, ANI101-00388, BIR015-00223, BIR015-00224, BIR015-00225, BIR015-00226, BIR024-00216, BIR024-00217, BIR024-00218, BIR024-00219, INS002-00374, INS002-00375, INS023-00208, INS023-00209, INS023-00210, INS023-00211, INS011-00150, INS011-00151, INS026-00027, INS026-00028, INS026-00029, INS026-00030, INV003-00316, INV003-00317, BIR068-00203, BIR068-00204, BIR068-00205, BIR068-00206, BIR068-00207, BIR068-00208, BIR068-00209, BIR068-00210, BIR068-00211, BIR068-00212, BIR068-00213, BIR068-00214, BIR068-00215, BIR068-00216, BIR068-00217, BIR068-00218, BIR068-00219, BIR068-00220, BIR068-00221, BIR068-00222, BIR068-00223, BIR068-00224, BIR068-00225, BIR068-00226, BIR068-00227, BIR068-00228, BIR068-00229, BIR068-00230, BIR068-00231, BIR068-00232, BIR068-00233, BIR068-00234, BIR068-00235, BIR068-00236, BIR068-00237, BIR068-00238, BIR068-00239, BIR068-00240, BIR068-00241, BIR068-00242, BIR068-00243, BIR068-00244, BIR068-00245, BIR068-00246, BIR068-00247, BIR068-00248, BIR068-00249, BIR068-00250, BIR068-00251, BIR068-00252, BIR068-00253, BIR068-00254, BIR068-00255, BIR068-00256, BIR068-00257, BIR068-00258, BIR068-00259, BIR068-00260, BIR068-00261, BIR068-00262, BIR068-00263, BIR068-00264, BIR068-00265, BIR068-00266, BIR068-00267, BIR068-00268, BIR068-00269, BIR068-00270, BIR068-

00271, BIR068-00272, BIR068-00273, BIR068-00274, BIR068-00275, BIR068-00276, BIR068-00277, BIR068-00278, BIR068-00279, BIR068-00280, BIR068-00281, BIR068-00282, BIR068-00283, BIR068-00284, BIR068-00285, BIR068-00286, BIR068-00287, BIR068-00288, BIR068-00289, BIR068-00290, BIR068-00291

**Published:** September 2017

- **Individual Photographs:** BIR068-00292, BIR068-00293, BIR068-00294, BIR068-00295, BIR068-00296, BIR068-00297, BIR068-00298, BIR068-00299, BIR068-00300, BIR068-00301, BIR068-00302, BIR068-00303, BIR068-00304, BIR068-00305, BIR068-00306, BIR068-00307, BIR068-00308, BIR068-00309, BIR068-00310, BIR068-00311, BIR068-00312, BIR068-00313, BIR068-00314, BIR068-00315, BIR068-00316, BIR068-00317, BIR068-00318, BIR068-00319, BIR068-00320, BIR068-00321, BIR068-00322, BIR068-00323, BIR068-00324, BIR068-00325, BIR068-00376, BIR068-00377, BIR068-00378, BIR068-00379, BIR068-00380, BIR068-00076, BIR068-00077, BIR068-00078, BIR068-00079, BIR068-00080, BIR068-00081, BIR068-00082, BIR068-00083, BIR068-00084, BIR068-00085, BIR068-00086, BIR068-00087, BIR068-00088, BIR068-00089, BIR068-00090, BIR068-00091, BIR068-00092, BIR068-00093, BIR068-00094, BIR068-00095, BIR068-00096, BIR068-00097, BIR068-00098, BIR068-00099, BIR068-00100, BIR068-00101, BIR068-00102, BIR068-00103, BIR068-00104, BIR068-00105, BIR068-00106, BIR068-00107, BIR068-00108, BIR068-00109, BIR068-00110, BIR068-00111, BIR068-00112, BIR068-00113, BIR068-00114, BIR068-00115, BIR068-00116, BIR068-00117, BIR068-00118, BIR068-00119, BIR068-00120, BIR068-00121, BIR068-00122, BIR068-00123, BIR068-00124, BIR068-00125, BIR068-00126, BIR068-00127, BIR068-00128, BIR068-00129, BIR068-00130, BIR068-00131, BIR068-00132, BIR068-00133, BIR068-00134, BIR068-00135, BIR068-00136, BIR068-00137, BIR068-00138, BIR068-00139, BIR068-00140, BIR068-00141, BIR068-00142, BIR068-00143, BIR068-00144, BIR068-00145, BIR068-00146, BIR068-00147, BIR068-00148, BIR068-00149, BIR068-00150, BIR068-00151, BIR068-00152, BIR068-00153, BIR068-00154, BIR068-00155, BIR068-00156, BIR068-00157, BIR068-00158, BIR068-00159, BIR068-00160, BIR068-00161, BIR068-00162, BIR068-00163, BIR068-00326, BIR068-00327, BIR068-00328, BIR068-00329, BIR068-00330, BIR068-00331

**Published:** September 2017

- **Individual Photographs:** BIR068-00332, BIR068-00333, BIR068-00334, BIR068-00335, BIR068-00336, BIR068-00337, BIR068-00338, BIR068-00339, BIR068-00340, BIR068-00341, BIR068-00342, BIR068-00343, BIR068-00344, BIR068-00345, BIR068-00346, BIR068-00347, BIR068-00348, BIR068-00349, BIR068-00350, BIR068-00351, BIR068-00352, BIR068-00353, BIR068-00354, BIR068-00355, BIR068-00356, BIR068-00357, BIR068-00358, BIR068-00359, BIR068-00360, BIR068-00361, BIR068-00362, BIR068-00363, BIR068-00364, BIR068-00365, BIR068-00366, BIR068-00367, BIR068-00368, BIR068-00369, BIR068-00370, BIR068-00371, BIR068-00372, BIR068-00373, BIR068-00374, BIR068-00375, ONA006-00012, BIR068-00164, BIR068-00165, BIR068-00166, BIR068-00167, BIR068-00168, BIR068-00169, BIR068-00170, BIR068-00171, BIR068-00172, BIR068-00173, BIR068-00174, BIR068-00175, BIR068-00176, BIR068-00177, BIR068-00178, BIR068-00179, BIR068-00180, BIR068-00181, BIR068-00182, BIR068-00183, BIR068-00184, BIR068-00185, BIR068-00186, BIR068-00187, BIR068-00188, BIR068-00189, BIR068-00190, BIR068-00191, BIR068-00192, BIR068-00193, BIR068-00194, BIR068-00195, BIR068-00196, BIR068-00197, BIR068-00381, BIR068-00382, BIR068-00383, BIR068-00384, BIR068-00385, BIR068-00386, BIR068-

00387, BIR068-00388, BIR068-00389, BIR068-00390, BIR068-00391, BIR068-00392, BIR068-00393, BIR068-00394, BIR068-00395, BIR068-00396, BIR068-00397, BIR068-00398, BIR068-00399, BIR068-00400, BIR068-00401, BIR068-00402, BIR068-00403, BIR068-00404, BIR068-00405, BIR068-00406, BIR068-00407, BIR068-00408, BIR068-00409, BIR068-00410, BIR068-00411, BIR068-00412, BIR068-00413, BIR068-00414, BIR068-00415, BIR068-00416, BIR068-00417, BIR068-00418, BIR068-00419, BIR068-00420, BIR068-00421, BIR068-00422, BIR068-00423, BIR068-00424, BIR068-00425, BIR068-00426, BIR068-00427, BIR068-00428, BIR068-00429, BIR068-00430, BIR068-00431, BIR068-00432, BIR068-00433, BIR068-00434

**Published:** September 2017

- **Individual Photographs:** BIR068-00435, BIR068-00436, BIR068-00437, BIR068-00438, BIR068-00439, BIR068-00440, BIR068-00441, BIR068-00442, BIR068-00443, BIR068-00444, BIR068-00445, BIR068-00446, BIR068-00447, BIR068-00448, BIR068-00449, BIR068-00450, BIR068-00451, BIR068-00452, BIR068-00453, BIR068-00454, BIR068-00455, BIR068-00456, BIR068-00457, BIR068-00458, BIR068-00459, BIR068-00460, BIR068-00461, BIR068-00462, BIR068-00463, BIR068-00464, BIR068-00001, BIR068-00002, BIR068-00003, BIR068-00004, BIR068-00005, BIR068-00006, BIR068-00007, BIR068-00008, BIR068-00009, BIR068-00010, BIR068-00011, BIR068-00012, BIR068-00013, BIR068-00014, BIR068-00015, BIR068-00016, BIR068-00017, BIR068-00018, BIR068-00019, BIR068-00020, BIR068-00021, BIR068-00022, BIR068-00023, BIR068-00024, BIR068-00025, BIR068-00026, BIR068-00027, BIR068-00028, BIR068-00029, BIR068-00030, BIR068-00031, BIR068-00032, BIR068-00033, BIR068-00034, BIR068-00035, BIR068-00036, BIR068-00037, BIR068-00038, BIR068-00039, BIR068-00040, BIR068-00041, BIR068-00042, BIR068-00043, BIR068-00044, BIR068-00045, BIR068-00046, BIR068-00047, BIR068-00048, BIR068-00049, BIR068-00050, BIR068-00051, BIR068-00052, BIR068-00053, BIR068-00054, BIR068-00055, BIR068-00056, BIR068-00057, BIR068-00465, BIR068-00466, BIR068-00467, BIR068-00468, BIR068-00469, BIR068-00470, BIR068-00471, BIR068-00472, BIR068-00473, BIR068-00474, BIR068-00475, BIR068-00476, BIR068-00477, BIR068-00478, BIR068-00479, BIR068-00480, BIR068-00481, BIR068-00482, BIR068-00483, BIR068-00484, BIR068-00485, BIR068-00486, BIR068-00487, BIR068-00488, BIR068-00489, BIR068-00490, BIR068-00491, BIR068-00492, BIR068-00493, BIR068-00494, BIR068-00495, BIR068-00496, BIR068-00497, BIR068-00498, BIR068-00499, BIR068-00500, BIR068-00501, BIR068-00502, BIR068-00503, BIR068-00504, BIR068-00505, BIR068-00506, BIR068-00507, BIR068-00508, BIR068-00509, BIR068-00510

**Published:** September 2017

- **Individual Photographs:** BIR068-00058, BIR068-00059, BIR068-00060, BIR068-00061, BIR068-00062, BIR068-00063, BIR068-00064, BIR068-00065, BIR068-00066, BIR068-00067, BIR068-00068, BIR068-00069, BIR068-00070, BIR068-00071, BIR068-00072, BIR068-00074, BIR068-00075, BIR068-00511, BIR068-00512, BIR068-00513, BIR068-00514, BIR068-00515, BIR068-00516, BIR068-00517, BIR068-00518, BIR068-00519, BIR068-00520, BIR068-00521, BIR068-00522, BIR068-00523, BIR068-00524, BIR068-00525, BIR068-00526, BIR068-00527, BIR068-00528, BIR068-00529, BIR068-00530, BIR068-00531, BIR068-00532, BIR068-00533, BIR068-00534, BIR068-00535, BIR068-00536, BIR068-00537, BIR068-00538, BIR068-00539, BIR068-00540, BIR068-00541, BIR068-00542, BIR068-00543, BIR068-00544, BIR068-00545, BIR068-00546, BIR068-00547, BIR068-00548, BIR068-00549, BIR068-00550, BIR068-00551, BIR068-

00552, BIR068-00553, BIR068-00554, BIR068-00555, BIR068-00556, BIR068-00557, BIR068-00558, BIR068-00559, BIR068-00560, BIR068-00561, BIR068-00562, BIR068-00563, BIR068-00564, BIR068-00565, BIR068-00566, BIR068-00567, BIR068-00568, BIR068-00569, BIR068-00570, BIR068-00571, BIR068-00572, BIR068-00573, BIR068-00574, BIR068-00575, BIR068-00576, BIR068-00577, BIR068-00578, BIR068-00579, BIR068-00580, BIR068-00581, BIR068-00582, BIR068-00583, BIR068-00584, BIR068-00585, BIR068-00586, BIR068-00587, BIR068-00588, BIR068-00589, BIR068-00590, BIR068-00591, BIR068-00592, BIR068-00593, BIR068-00594, BIR068-00595, BIR068-00596, BIR068-00597, BIR068-00598, BIR068-00599, BIR068-00600, BIR068-00601, BIR068-00602, ANI046-00038, FIS009-00044, FIS009-00045, FIS023-00303, FIS023-00304, FIS023-00305, FIS023-00306, FIS023-00307, FIS023-00308, FIS023-00309, FIS023-00310, FIS023-00311, FIS023-00312, FIS023-00313, FIS023-00314, FIS023-00315, FIS023-00316, FIS025-00037, FIS025-00038, FIS025-00039, FIS030-00371, FIS030-00372, FIS030-00373, FIS030-00374

**Published:**    September 2017

- **Individual Photographs:**    FIS030-00375, FIS030-00376, FIS030-00377, FIS030-00378, FIS030-00379, FIS030-00380, FIS030-00381, FIS030-00382, FIS030-00383, INV002-00276, INV002-00277, INV002-00278, INV002-00279, ANI103-00004, ANI103-00005, ANI103-00006, BIR039-00187, BIR039-00188, BIR039-00189, BIR039-00190, BIR039-00191, BIR039-00192, BIR039-00193, BIR039-00194, BIR039-00195, BIR039-00196, BIR039-00197, BIR039-00198, BIR039-00199, BIR039-00200, BIR039-00201, BIR039-00202, BIR039-00203, BIR039-00204, BIR039-00205, BIR039-00206, BIR039-00207, BIR039-00208, BIR039-00209, BIR039-00210, BIR039-00211, BIR039-00212, BIR039-00213, BIR039-00214, BIR039-00215, BIR039-00216, BIR039-00217, BIR061-00031, BIR061-00032, BIR061-00033, BIR061-00034, BIR061-00035, BIR061-00036, BIR061-00037, BIR061-00038, BIR068-00198, BIR068-00199, BIR068-00200, BIR068-00201, BIR068-00202, FIS030-00364, FIS030-00365, FIS030-00366, FIS030-00367, FIS030-00368, FIS030-00369, FIS030-00370

**Published:**    September 2017

- **Individual Photographs:**    ANI003-00078
  **Published:**    October 2017

## Completion/Publication

**Year of Completion:**    2017
**Earliest Publication Date in Group:**    August 31, 2017
**Latest Publication Date in Group:**    October 02, 2017
**Nation of First Publication:**    United States

## Author

- **Author:**    Joel Sartore
  **Author Created:**    photographs
  **Work made for hire:**    No
  **Citizen of:**    United States

## Copyright Claimant

**Copyright Claimant:**  Joel Sartore
2733 Sheridan Blvd, Lincoln, NE, 68502, United States

## Rights and Permissions

**Organization Name:**  Joel Sartore Photography
**Name:**  Joel Sartore
**Email:**  info@joelsartore.com
**Telephone:**  (402)474-1006
**Address:**  4706 S 48th St
Lincoln, NE 68516 United States

## Certification

**Name:**  Quentin Fortney, Authorized agent of Joel Sartore
**Date**:  November 10, 2021

**Copyright Office notes:**  Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Explanation of Corrections:**  The list of titles has been added to the registration to improve the public accessibility of the information.



Google Chrome isn't your default browser    **Set as default**

Temporary duplicate records during system transition
You may temporarily see duplicate copyright records dated after 2007. We're aware of the issue and are working to ensure only one record appears.

**Copyright** | Public Records System

Home    Recent Records    Recent Searches    Name Directory    Help

Home / Search / Search results for "Horrocks royalty-free"

| Keyword ▾ | Horrocks royalty-free | Search | Advanced Search |

Share ↗

## Search Results

Top search results: 4
Displaying: 1-4 of 4

Filter by date ⓘ

| Actions ▾ | Sort by ▾ | ≡ Grid View | ⊞ Table View | ◀ Previous | Next ▶ |

Date type

Dates ▾

1. **Full Title:** Royalty-free stock images published 11-01-09 thru 1-01-2010.
**Registration Number:** VA0001698180    **Date:** 2010-01-04
**Type of Work:** Visual Material    **Claimant:** Justin Britt Horrocks,

Start date:

2. **Full Title:** Royalty-free stock images published 11-01-09 thru 1-01-2010.
**Registration Number:** VA0001698180    **Date:** 2010-01-04
**Type of Work:** Visual Material    **Claimant:** Justin Britt Horrocks,

End date:

Clear    Apply

3. **Full Title:** Royalty free stock photographs published 2006.
**Registration Number:** VA0001697675    **Date:** 2010-01-04
**Type of Work:** Visual Material    **Claimant:** Justin Britt Horrocks,

Filter results ⓘ

Clear ⟳    Collapse all —

Collection

4. **Full Title:** Royalty free stock photographs published 2005.
**Registration Number:** VA0001697674    **Date:** 2010-01-04
**Type of Work:** Visual Material    **Claimant:** Justin Britt Horrocks,

☐ Post-1977 Records    4

Record Type

☐ Registration    4

| 10 rows ▾ | ◀ **1** ▶ | 1 | Go |

Registration Status

☐ Published    4

Registration Class

**Registration Number**

# VA 2-281-003

**Effective Date of Registration:**
November 10, 2021
**Registration Decision Date:**
January 05, 2022

**Supplementary Registration**

Supplement To:   VA0002268269, 2021

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   May 31, 2017 to July 31, 2017

### Title

| | |
|---|---|
| **Title of Group:** | 2017D |
| **Number of Photographs in Group:** | 750 |

- **Individual Photographs:** ANI081-00208, ANI081-00209, ANI101-00456, ANI101-00457, ANI101-00458, ANI101-00459, ANI101-00460, ANI101-00461, ANI101-00462, ANI101-00463, ANI101-00464, ANI101-00465, ANI101-00466, ANI101-00467, ANI101-00468, ANI101-00469, ANI102-00381, ANI102-00382, ANI102-00383, ANI102-00384, ANI102-00385, ANI102-00386, ANI102-00387, ANI109-00202, ANI109-00203, ANI109-00204, ANI109-00205, FIS006-00170, FIS006-00171, FIS017-00146, FIS017-00147, FIS017-00148, FIS025-00058, FIS025-00059, FIS041-00217, FIS041-00218, INS002-00406, INS002-00407, INS002-00408, INS002-00409, INS005-00331, INS005-00332, INS005-00333, INS005-00334, INS005-00335, INS005-00336, INS005-00337, INS005-00338, INS005-00339, INS005-00340, INS005-00341, INS005-00342, INS011-00123, INS011-00124, INS012-00061, INS012-00062, INS012-00063, INS012-00064, INS013-00067, INS013-00068, INS025-00009, INS025-00010, INS025-00011, INS025-00012, INV003-00207, INV003-00208, INV003-00209, INV003-00210, INV003-00211, INV003-00212, INV003-00213, INV003-00214, INV003-00215, INV003-00216, INV003-00217, INV003-00218, INV004-00024, INV004-00025, INV004-00026, INV004-00027

  **Published:**   May 2017

- **Individual Photographs:** INV002-00208, INV002-00209, INV002-00210, INV002-00211, INV002-00212, INV002-00213, INV002-00214, INV002-00215, INV002-00216, INV002-00217, INV002-00218, INV002-00219, INV002-00220, INV002-00221, INV002-00222, INV002-00223, INV002-00224, INV002-00225, INV002-00226, INV002-00227, INV002-00228, INV002-00229, INV002-00230, INV002-00231, INV002-00232, INV002-00233, INV002-00234, INV002-00235, INV002-00236, INV002-00237, INV002-00238, INV002-00239, INV002-00240, INV002-00241, INV002-00242, INV002-00243, INV002-00244, INV002-00245, INV002-00246, INV002-00247, INV002-00248, INV002-00249, INV002-00250, INV002-00251, INV002-00252, INV002-00253, INV002-00254, INV002-00255, INV002-00256, INV002-

00257, INV002-00258, INV002-00259, INV002-00260, INV002-00261, BIR049-00115, BIR049-00116, BIR064-00160, BIR064-00161, BIR067-00482, BIR067-00483, BIR067-00484, FIS031-00087, FIS031-00088, INV004-00030, INV004-00031, INV004-00032, INV004-00033, INV004-00034, INV004-00035, INV004-00036, INV004-00037, FIS023-00377, FIS023-00378, FIS023-00379, FIS023-00380, FIS023-00381, FIS023-00382, FIS023-00383, FIS023-00384, FIS023-00385, FIS023-00386, FIS023-00387, FIS023-00388, FIS023-00389, FIS023-00390, FIS023-00391, FIS023-00392, FIS023-00393, FIS023-00394, FIS023-00395, FIS023-00396, FIS023-00397, FIS023-00398, FIS023-00399, FIS023-00400, FIS023-00401, FIS023-00402, FIS023-00403, FIS023-00404, FIS023-00405, FIS023-00406, FIS023-00407, FIS023-00408, FIS023-00409, FIS023-00410, FIS023-00411, FIS023-00412, FIS023-00413, FIS023-00414, FIS023-00415, FIS023-00416, FIS023-00417, FIS023-00418, FIS023-00419, FIS023-00420, FIS023-00421, FIS023-00422, FIS023-00423, INV004-00038, INV004-00039, BIR013-00067, BIR013-00068, BIR013-00069, BIR013-00070, FIS006-00178, FIS006-00179, FIS015-00058, FIS015-00059, FIS041-00261, FIS041-00262, FIS041-00263, FIS041-00264, FIS041-00265

**Published:**    June 2017

- **Individual Photographs:**    FIS041-00266, FIS041-00267, FIS041-00268, FIS041-00269, FIS041-00270, FIS041-00271, FIS041-00272, FIS041-00273, FIS041-00274, FIS041-00275, FIS041-00276, FIS041-00277, FIS041-00278, FIS041-00279, FIS041-00280, FIS041-00281, FIS041-00282, FIS041-00283, FIS041-00284, FIS041-00285, INV004-00040, INV004-00041, INV004-00042, INV004-00043, INV004-00044, INV004-00045, INV004-00046, INV004-00047, INV004-00048, INV004-00049, ANI026-00095, ANI026-00096, ANI026-00097, ANI026-00098, ANI026-00099, ANI026-00100, ANI026-00101, ANI046-00055, ANI046-00056, ANI046-00057, ANI046-00058, ANI046-00059, ANI046-00060, ANI046-00061, FIS001-00089, FIS001-00090, FIS001-00091, FIS001-00092, FIS006-00180, FIS006-00181, FIS006-00182, FIS006-00183, FIS006-00184, FIS006-00185, FIS006-00186, FIS006-00187, FIS006-00188, FIS006-00189, FIS021-00075, FIS021-00076, FIS021-00077, FIS021-00078, FIS021-00079, FIS021-00080, FIS021-00081, FIS021-00082, FIS021-00083, FIS021-00084, FIS021-00085, FIS021-00086, FIS023-00441, FIS023-00442, FIS023-00443, FIS023-00444, FIS023-00445, FIS023-00446, FIS023-00447, FIS023-00448, FIS041-00286, FIS041-00287, FIS041-00288, FIS041-00289, FIS041-00290, FIS041-00291, FIS041-00292, FIS041-00293, FIS041-00294, FIS041-00295, FIS041-00296, FIS041-00297, FIS041-00298, FIS041-00299, FIS041-00300, FIS041-00301, FIS041-00302, FIS041-00303, FIS041-00304, FIS041-00305, INV004-00050, INV004-00051, INV004-00052, INV004-00053, INV004-00054, INV004-00055, INV004-00056, INV004-00057, INV004-00058, INV004-00059, INV004-00060, INV004-00061, INV004-00062, INV004-00063, INV004-00064, INV004-00065, INV004-00066

**Published:**    June 2017

- **Individual Photographs:**    INV003-00033, INV003-00034, INV003-00035, INV003-00036, INV003-00037, INV003-00038, INV003-00039, INV003-00040, INV003-00041, INV003-00042, INV003-00043, INV003-00044, INV003-00045, INV003-00046, INV003-00047, INV003-00076, INV003-00077, INV003-00078, INV003-00079, INV003-00080, INV003-00081, INV003-00082, INV003-00083, INV003-00084, INV003-00085, INV003-00086, INV003-00087, INV003-00088, INV003-00089, INV003-00090, INV003-00091, INV003-00092, INV003-00093, INV003-00094, INV003-00095, INV003-00096, INV003-00097, INV003-00098, INV003-00099, INV003-00100, INV003-00101, ANI102-00392, ANI102-00393, ANI102-00400, ANI102-00401, ANI102-00402, ANI102-00403, ANI102-00404, ANI102-00405, ANI102-00406, ANI109-00209, ANI109-00210, ANI109-00211, ANI109-00212,

ANI109-00213, ANI109-00214, ANI109-00215, ANI109-00216, ANI109-00217, ANI109-00218, ANI109-00219, ANI109-00220, ANI109-00221, ANI109-00222, ANI109-00223, ANI109-00224, ANI109-00225, BIR030-00127, BIR030-00128, BIR030-00129, BIR030-00130, BIR030-00131, BIR030-00132, BIR030-00133, BIR030-00134, BIR040-00245, BIR040-00246, BIR040-00247, BIR040-00248, BIR054-00028, BIR054-00029, BIR054-00030, BIR054-00031, BIR056-00008, BIR056-00009, BIR064-00118, BIR064-00119, BIR067-00378, BIR067-00379, BIR069-00013, BIR069-00014, BIR069-00015, BIR069-00016, BIR070-00052, BIR070-00053, BIR070-00054, BIR070-00055, BIR071-00041, BIR071-00042, BIR071-00043, BIR073-00003, BIR073-00004, BIR074-00001, BIR074-00002, BIR074-00003, BIR074-00004, BIR074-00005, BIR074-00006, BIR074-00007, ANI014-00293, ANI014-00294, ANI014-00295, ANI014-00296, ANI051-00245, ANI051-00246, ANI051-00247, ANI051-00248, ANI051-00249, ANI051-00250, ANI051-00251, ANI051-00252, ANI051-00253, ANI051-00254, ANI051-00255, ANI051-00256, ANI051-00257, ANI072-00209, ANI072-00210, ANI072-00211, ANI072-00212, ANI104-00219, ANI104-00220, ANI104-00221

**Published:**    July 2017

- **Individual Photographs:**    ANI104-00222, ANI105-00092, ANI105-00093, ANI105-00094, ANI105-00095, ANI105-00096, ANI105-00097, ANI107-00037, ANI107-00038, ANI107-00039, ANI107-00040, INV002-00470, INV002-00471, INV002-00472, INV002-00473, INV002-00474, INV002-00475, ANI066-00123, ANI066-00124, ANI066-00125, ANI066-00126, ANI066-00127, ANI066-00128, ANI066-00129, ANI066-00130, ANI072-00206, ANI072-00207, ANI072-00208, ANI102-00407, ANI102-00408, ANI102-00409, ANI102-00410, ANI102-00411, ANI102-00412, ANI102-00413, ANI102-00414, ANI102-00415, ANI102-00416, ANI102-00417, ANI102-00418, ANI102-00419, ANI102-00420, ANI102-00421, ANI102-00422, ANI102-00423, ANI102-00424, ANI102-00425, ANI102-00426, ANI102-00427, ANI104-00208, ANI104-00209, ANI104-00210, ANI104-00211, ANI104-00212, ANI104-00213, ANI104-00214, ANI104-00215, ANI104-00216, ANI104-00217, ANI104-00218, ANI105-00085, ANI105-00086, ANI105-00088, ANI105-00089, ANI105-00090, ANI105-00091, ANI106-00131, ANI106-00132, ANI106-00133, ANI106-00134, ANI106-00135, ANI109-00226, ANI109-00227, ANI109-00228, ANI109-00229, BIR024-00237, BIR024-00238, ANI054-00044, ANI072-00213, ANI072-00214, ANI072-00215, ANI072-00216, ANI072-00217, ANI083-00020, ANI083-00021, ANI083-00022, ANI083-00023, ANI104-00241, ANI104-00242, BIR002-00217, BIR002-00218, BIR002-00219, BIR002-00220, BIR043-00035, BIR043-00036, BIR043-00037, BIR065-00216, BIR065-00217, ANI094-00033, ANI094-00034, ANI094-00035, ANI094-00036, ANI094-00037, ANI094-00038, ANI094-00039, ANI094-00040, ANI094-00041, BIR002-00214, BIR002-00215, BIR002-00216, BIR067-00143, BIR067-00144, BIR067-00383, ANI014-00297, ANI014-00298, ANI014-00299, ANI014-00300, ANI014-00301, ANI018-00092, ANI018-00093, ANI018-00094, ANI035-00043, ANI035-00044, ANI035-00045, ANI051-00258, ANI051-00259, ANI051-00260, ANI051-00261, ANI051-00262, ANI051-00263, ANI064-00113, ANI064-00147, ANI064-00148

**Published:**    July 2017

- **Individual Photographs:**    ANI064-00149, ANI064-00150, ANI064-00151, ANI086-00010, ANI086-00011, ANI109-00254, ANI109-00255, BIR040-00249, BIR040-00250, BIR040-00251, BIR040-00252, BIR040-00253, BIR040-00254, BIR040-00255, BIR040-00256, BIR040-00257, BIR058-00047, BIR058-00048, BIR058-00049, BIR061-00045, BIR061-00046, BIR061-00047, BIR061-00048, BIR067-00288, BIR067-00382, BIR067-00384, BIR067-00385,

BIR067-00386, BIR067-00387, BIR067-00388, BIR067-00389, BIR071-00044, BIR071-00045, BIR071-00046, BIR071-00047, BIR071-00048, BIR071-00049, BIR071-00050, BIR071-00051, BIR071-00052, BIR071-00053, BIR071-00054, BIR071-00055, BIR071-00056, BIR074-00008, ANI064-00114, ANI090-00010, ANI090-00011, ANI090-00012, ANI090-00013, ANI090-00014, ANI090-00015, ANI090-00016, ANI090-00017, ANI090-00018, ANI105-00084, ANI105-00098, ANI105-00099, ANI105-00100, ANI105-00101, ANI105-00102, ANI105-00103, ANI105-00104, ANI106-00081, ANI106-00082, ANI106-00083, ANI106-00084, ANI106-00085, ANI106-00086, ANI106-00087, ANI106-00136, ANI106-00137, ANI106-00138, ANI106-00139, ANI106-00140, ANI106-00141, ANI106-00142, ANI106-00143, ANI107-00043, ANI107-00044, ANI108-00025, ANI108-00025A, ANI108-00026, ANI108-00027, ANI108-00028, ANI108-00029, ANI108-00030, ANI108-00031, ANI108-00032, ANI108-00033, ANI108-00034, ANI108-00035, ANI108-00036, ANI108-00037, ANI108-00038, ANI038-00034, ANI038-00035, ANI038-00036, ANI038-00037, ANI104-00233, ANI104-00234, ANI104-00235, ANI104-00236, ANI104-00237, ANI104-00238, ANI104-00239, ANI104-00240, ANI106-00129, ANI106-00148, ANI106-00149, ANI106-00150, ANI106-00151, BIR042-00130, BIR042-00131, BIR042-00132, BIR043-00033, BIR043-00034, BIR053-00442, BIR053-00443, BIR053-00444, BIR053-00445, BIR053-00446, BIR053-00447, BIR053-00448, BIR053-00449, INS022-00062, INS022-00063, ANI023-00218, ANI023-00219, ANI023-00220, ANI023-00221, ANI106-00077, ANI106-00078

**Published:** July 2017

- **Individual Photographs:** ANI106-00079, ANI106-00144, ANI106-00145, ANI106-00146, ANI106-00147, ANI106-00152, ANI106-00153, ANI106-00154, ANI106-00155, ANI106-00156, ANI106-00157, ANI106-00158, ANI106-00189, ANI106-00190, ANI107-00049, ANI107-00050, BIR053-00450, BIR053-00451, BIR064-00127, BIR064-00128, BIR064-00129, BIR064-00130, ANI012-00499

**Published:** July 2017

## Completion/Publication

**Year of Completion:** 2017
**Earliest Publication Date in Group:** May 31, 2017
**Latest Publication Date in Group:** July 31, 2017
**Nation of First Publication:** United States

## Author

- **Author:** Joel Sartore
**Author Created:** photographs
**Work made for hire:** No
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Joel Sartore

2733 Sheridan Blvd, Lincoln, NE, 68502, United States

## Rights and Permissions

| | |
|---:|:---|
| **Organization Name:** | Joel Sartore Photography |
| **Name:** | Joel Sartore |
| **Email:** | info@joelsartore.com |
| **Telephone:** | (402)474-1006 |
| **Address:** | 4706 S 48th St |
| | Lincoln, NE 68516 United States |

## Certification

| | |
|---:|:---|
| **Name:** | Quentin Fortney, Authorized agent of Joel Sartore |
| **Date**: | November 10, 2021 |

**Copyright Office notes:**    Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Explanation of Corrections:**    The list of titles has been added to the registration to improve the public accessibility of the information.

 Outlook

## D.M.C.A. Copyright Infringement Notice - bozzs

**From** Amanda Maria <AMaria@mgae.com>

**Date** Tue 5/17/2022 3:44 PM

**To** 'infringementclaims@shutterstock.com' <infringementclaims@shutterstock.com>

📎 1 attachment (422 KB)

D.M.C.A. Copyright Infringement Notice - 5.17.22.pdf;

Good afternoon,

Please kindly see the attached D.M.C.A. Copyright Infringement Notice regarding Shutterstock user bozzs.

Thank you and have a wonderful day.

Sincerely,

**Amanda Maria**
IP Paralegal
**MGA Entertainment, Inc.**
9220 Winnetka Avenue
Chatsworth, CA 91311
AMaria@mgae.com

**MGAE_00001**

# D.M.C.A. Copyright Infringement Notice

Pursuant to 17 USC 512(c)(3)(A), this communication serves as a statement that:

| | |
|---|---|
| Name of copyright owner: | MGA Entertainment, Inc.<br>9220 Winnetka Ave.,<br>Chatsworth, CA 91311 |
| Name of authorized representative: | Amanda Maria, IP Paralegal<br>amaria@mgae.com |
| Authorization | I, Amanda Maria, am authorized to act on behalf of MGA Entertainment, Inc., the owner of an exclusive right that has been infringed |
| Identification of the copyrighted work that has been infringed on | L.O.L. Surprise! Brand Vision Guide<br>U.S. Reg. no. VA 2-049-586<br>MGA Anti-Counterfeiting Guide-L.O.L. Surprise!<br>U.S. Reg. no VAu 1-366-046 |
| Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled | See list below: |

I, Amanda Maria, in good faith, believe that use of the material in the manner complained of is not authorized by the MGA Entertainment, Inc which is the rightful copyright owner, its agent, or the law.

The information in the notification is accurate, and under penalty of perjury, that I, am authorized to act on behalf of MGA Entertainment, Inc., the owner of this exclusive right that is infringed.

May 17, 2022

| No. | Seller | Link to infringing post |
|---|---|---|
| 1 | bozzs | Lol Pattern Vector Stock Vector (Royalty Free) 1292479033 \| Shutterstock |
| 2 | bozzs | Lol Pattern Vector Stock Vector (Royalty Free) 1292479030 \| Shutterstock |
| 3 | bozzs | Lol Pattern Vector Stock Vector (Royalty Free) 1292493748 \| Shutterstock |
| 4 | bozzs | Lol Pattern Vector Stock Vector (Royalty Free) 1292493895 \| Shutterstock |
| 5 | bozzs | Lol Pattern Vector Stock Vector (Royalty Free) 1292493757 \| Shutterstock |
| 6 | bozzs | Lol Pattern Vector Stock Vector (Royalty Free) 1292493796 \| Shutterstock |
| 7 | Bozzs | Lol Pattern Vector Stock Vector (Royalty Free) 1292479024 \| Shutterstock |
| 8 | bozzs | Lol Pattern Vector Stock Vector (Royalty Free) 1292479018 \| Shutterstock |
| 9 | bozzs | Lol Pattern Vector Stock Vector (Royalty Free) 1292479021 \| Shutterstock |

MGAE_00002

 **Outlook**

**Shutterstock Auto Reply - Ref: [ref:_00D301GgSC._5003Z1Pm1c1:ref]**

**From** noreply@salesforce.com <noreply@salesforce.com>
on behalf of
IP Team <ip@shutterstock.com>

**Date** Tue 5/17/2022 3:45 PM

**To** Amanda Maria <AMaria@mgae.com>

> **CAUTION:** This email originated from outside of the MGAE organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello,

We're writing to let you know

 that your email has been received by Shutterstock's IP Team. Your case number is

[12769301].

Intellectual

 Property Infringement Claims

Shutterstock

 Contributor Help Center

Shutterstock

 Customer Help Center

**Please**

 **reply to this thread when referencing this case to avoid delays with addressing**

**your message.**

Thank

 you,

Shutterstock

 IP Team

---------------------------------------------------------------------------------------------

**MGAE_00003**

Ref:[ref:_00D301GgSC._5003Z1Pm1c1:ref]

This is an automatic email

 from the Shutterstock IP Team. Please do not remove the Reference ID when

responding to this email.

MGAE_00004

 Outlook

## D.M.C.A. Copyright Infringement Notice - Leonardo+santoss

**From** Amanda Maria <AMaria@mgae.com>

**Date** Tue 5/17/2022 3:14 PM

**To** 'infringementclaims@shutterstock.com' <infringementclaims@shutterstock.com>

📎 1 attachment (420 KB)
D.M.C.A. Copyright Infringement Notice - 5.17.22.pdf;

Good afternoon,

Please kindly see the attached D.M.C.A. Copyright Infringement Notice regarding Shutterstock user Leonardo+santoss.

Thank you and have a wonderful day.

Sincerely,

**Amanda Maria**
IP Paralegal
**MGA Entertainment, Inc.**
9220 Winnetka Avenue
Chatsworth, CA 91311
AMaria@mgae.com

**MGAE_00005**

# D.M.C.A. Copyright Infringement Notice

Pursuant to 17 USC 512(c)(3)(A), this communication serves as a statement that:

| | |
|---|---|
| Name of copyright owner: | MGA Entertainment, Inc.<br>9220 Winnetka Ave.,<br>Chatsworth, CA 91311 |
| Name of authorized representative: | Amanda Maria, IP Paralegal<br>amaria@mgae.com |
| Authorization | I, Amanda Maria, am authorized to act on behalf of MGA Entertainment, Inc., the owner of an exclusive right that has been infringed |
| Identification of the copyrighted work that has been infringed on | L.O.L. Surprise! Brand Vision Guide<br>U.S. Reg. no. VA 2-049-586<br>MGA Anti-Counterfeiting Guide-L.O.L. Surprise!<br>U.S. Reg. no VAu 1-366-046 |
| Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled | See list below: |

I, Amanda Maria, in good faith, believe that use of the material in the manner complained of is not authorized by the MGA Entertainment, Inc which is the rightful copyright owner, its agent, or the law.

The information in the notification is accurate, and under penalty of perjury, that I, am authorized to act on behalf of MGA Entertainment, Inc., the owner of this exclusive right that is infringed.

May 17, 2022

| No. | Seller | Link to infringing post |
|---|---|---|
| 1 | Leonardo+santoss | Cute Characters Lol Drew Animated General Stock Illustration 2008584011 \| Shutterstock |

MGAE_00006

**Outlook**

**Shutterstock Auto Reply - Ref: [ref:_00D301GgSC._5003Z1Pm1TI:ref]**

**From** noreply@salesforce.com <noreply@salesforce.com>
on behalf of
IP Team <ip@shutterstock.com>

**Date** Tue 5/17/2022 3:15 PM

**To** Amanda Maria <AMaria@mgae.com>

> **CAUTION:** This email originated from outside of the MGAE organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello,

We're writing to let you know
 that your email has been received by Shutterstock's IP Team. Your case number is [12769246].

Intellectual
 Property Infringement Claims
Shutterstock
 Contributor Help Center
Shutterstock
 Customer Help Center

**Please**
 **reply to this thread when referencing this case to avoid delays with addressing**
**your message.**

Thank
 you,
Shutterstock
 IP Team

-----------------------------------------------------------------------------------------------

**MGAE_00007**

Ref:[ref:_00D301GgSC._5003Z1Pm1TI:ref]

This is an automatic email

 from the Shutterstock IP Team. Please do not remove the Reference ID when

responding to this email.

MGAE_00008

 Outlook

## D.M.C.A. Copyright Infringement Notice - sero_083

**From** Amanda Maria <AMaria@mgae.com>

**Date** Tue 5/17/2022 3:08 PM

**To** infringementclaims@shutterstock.com <infringementclaims@shutterstock.com>

📎 1 attachment (427 KB)

D.M.C.A. Copyright Infringement Notice - 5.17.22.pdf;

Good afternoon,

Please kindly see the attached D.M.C.A. Copyright Infringement Notice regarding Shutterstock user Sero_083.

Thank you and have a wonderful day.

Sincerely,

**Amanda Maria**
IP Paralegal
**MGA Entertainment, Inc.**
9220 Winnetka Avenue
Chatsworth, CA 91311
AMaria@mgae.com

MGAE_00009

# D.M.C.A. Copyright Infringement Notice

Pursuant to 17 USC 512(c)(3)(A), this communication serves as a statement that:

| | |
|---|---|
| Name of copyright owner: | MGA Entertainment, Inc.<br>9220 Winnetka Ave.,<br>Chatsworth, CA 91311 |
| Name of authorized representative: | Amanda Maria, IP Paralegal<br>amaria@mgae.com |
| Authorization | I, Amanda Maria, am authorized to act on behalf of MGA Entertainment, Inc., the owner of an exclusive right that has been infringed |
| Identification of the copyrighted work that has been infringed on | L.O.L. Surprise! Brand Vision Guide<br>U.S. Reg. no. VA 2-049-586<br>MGA Anti-Counterfeiting Guide-L.O.L. Surprise!<br>U.S. Reg. no VAu 1-366-046 |
| Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled | See list below: |

I, Amanda Maria, in good faith, believe that use of the material in the manner complained of is not authorized by the MGA Entertainment, Inc which is the rightful copyright owner, its agent, or the law.

The information in the notification is accurate, and under penalty of perjury, that I, am authorized to act on behalf of MGA Entertainment, Inc., the owner of this exclusive right that is infringed.

May 17, 2022

| No. | Seller | Link to infringing post |
|---|---|---|
| 1 | sero_083 | Cute Girl Design Baby Tshirt Stock Illustration 1509809465 \| Shutterstock |
| 2 | sero_083 | Heart Lol Slogan Stock Illustration 1320184343 \| Shutterstock |
| 3 | sero_083 | Cute Girl Design Baby Tshirt Stock Illustration 1511736347 \| Shutterstock |
| 4 | sero_083 | Cute Girl Design Baby Tshirt Stock Illustration 1508340374 \| Shutterstock |
| 5 | sero_083 | Cute Girl Design Baby Tshirt Stock Illustration 1511736086 \| Shutterstock |
| 6 | sero_083 | Cute Heart Girls Stock Illustration 1350025469 \| Shutterstock |
| 7 | sero_083 | Cute Girl Design Baby Tshirt Stock Illustration 1508339429 \| Shutterstock |
| 8 | sero_083 | Cute Girl Design Baby Tshirt Stock Illustration 1511734739 \| Shutterstock |
| 9 | sero_083 | Cute Girl Design Baby Tshirt Stock Illustration 1509808694 \| Shutterstock |
| 10 | sero_083 | Cute Girl Design Baby Tshirt Stock Illustration 1511736344 \| Shutterstock |
| 11 | sero_083 | Cute Girl Design Baby Tshirt Stock Illustration 1509808778 \| Shutterstock |

MGAE_00010

| 12 | sero_083 | Cute Girl Design Baby Tshirt Stock Illustration 1508339324 \| Shutterstock |
| 13 | sero_083 | Cute Girl Design Baby Tshirt Stock Illustration 1511735462 \| Shutterstock |
| 14 | sero_083 | Cute Girl Design Baby Tshirt Stock Illustration 1509809192 \| Shutterstock |
| 15 | sero_083 | Cute Girl Design Baby Tshirt Stock Illustration 1511736671 \| Shutterstock |
| 16 | sero_083 | Cute Girl Design Baby Slogan Stock Illustration 1508354171 \| Shutterstock |
| 17 | sero_083 | Cute Girl Design Baby Tshirt Stock Illustration 1511736497 \| Shutterstock |
| 18 | sero_083 | Cute Girl Design Baby Tshirt Stock Illustration 1508339615 \| Shutterstock |
| 19 | sero_083 | Cute Girl Design Baby Tshirt Stock Illustration 1511737130 \| Shutterstock |
| 20 | sero_083 | Cute Girl Design Baby Tshirt Stock Illustration 1511736272 \| Shutterstock |
| 21 | sero_083 | Cute Girl Design Baby Tshirt Stock Illustration 1511736002 \| Shutterstock |

MGAE_00011

**O** Outlook

**Shutterstock Auto Reply - Ref: [ref:_00D301GgSC._5003Z1Pm1Pk:ref]**

**From** noreply@salesforce.com <noreply@salesforce.com>
on behalf of
IP Team <ip@shutterstock.com>

**Date** Tue 5/17/2022 3:08 PM

**To** Amanda Maria <AMaria@mgae.com>

**CAUTION:** This email originated from outside of the MGAE organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello,

We're writing to let you know

 that your email has been received by Shutterstock's IP Team. Your case number is

[12769219].

Intellectual

 Property Infringement Claims

Shutterstock

 Contributor Help Center

Shutterstock

 Customer Help Center

**Please**

 **reply to this thread when referencing this case to avoid delays with addressing**

**your message.**

Thank

 you,

Shutterstock

 IP Team

-----------------------------------------------------------------------------------

**MGAE_00012**

Ref:[ref:_00D301GgSC._5003Z1Pm1Pk:ref]

This is an automatic email

 from the Shutterstock IP Team. Please do not remove the Reference ID when

responding to this email.

MGAE_00013

 Outlook

## D.M.C.A. Copyright Infringement Notice - SeyooArt

**From** Amanda Maria <AMaria@mgae.com>

**Date** Tue 5/17/2022 3:30 PM

**To** 'infringementclaims@shutterstock.com' <infringementclaims@shutterstock.com>

📎 1 attachment (425 KB)

D.M.C.A. Copyright Infringement Notice - 5.17.22.pdf;

Good afternoon,

Please kindly see the attached D.M.C.A. Copyright Infringement Notice regarding Shutterstock user SeyooArt.

Thank you and have a wonderful day.

Sincerely,

**Amanda Maria**
IP Paralegal
**MGA Entertainment, Inc.**
9220 Winnetka Avenue
Chatsworth, CA 91311
AMaria@mgae.com

**MGAE_00014**

# D.M.C.A. Copyright Infringement Notice

Pursuant to 17 USC 512(c)(3)(A), this communication serves as a statement that:

| | |
|---|---|
| Name of copyright owner: | MGA Entertainment, Inc.<br>9220 Winnetka Ave.,<br>Chatsworth, CA 91311 |
| Name of authorized representative: | Amanda Maria, IP Paralegal<br>amaria@mgae.com |
| Authorization | I, Amanda Maria, am authorized to act on behalf of MGA Entertainment, Inc., the owner of an exclusive right that has been infringed |
| Identification of the copyrighted work that has been infringed on | L.O.L. Surprise! Brand Vision Guide<br>U.S. Reg. no. VA 2-049-586<br>MGA Anti-Counterfeiting Guide-L.O.L. Surprise!<br>U.S. Reg. no VAu 1-366-046 |
| Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled | See list below: |

I, Amanda Maria, in good faith, believe that use of the material in the manner complained of is not authorized by the MGA Entertainment, Inc which is the rightful copyright owner, its agent, or the law.

The information in the notification is accurate, and under penalty of perjury, that I, am authorized to act on behalf of MGA Entertainment, Inc., the owner of this exclusive right that is infringed.

May 17, 2022

| No. | Seller | Link to infringing post |
|---|---|---|
| 1 | SeyooArt | Cute Mermaid Girl Doll Baby Stock Illustration 1916489735 \| Shutterstock |
| 2 | SeyooArt | Girl Cute Red Glasses Lol Baby Stock Illustration 1654513321 \| Shutterstock |
| 3 | SeyooArt | Cute Baby Doll Girl Listening Music Stock Illustration 1916490659 \| Shutterstock |
| 4 | SeyooArt | Cute Cat Costumed Lol Baby Sweet Stock Illustration 1654512646 \| Shutterstock |
| 5 | SeyooArt | Pretty Sweet Girl Glitter Pink Stock Illustration 1654515187 \| Shutterstock |
| 6 | SeyooArt | Cute Doll Fashion Girl Sweet Stock Illustration 1762101290 \| Shutterstock |
| 7 | SeyooArt | Cute Doll Girl Pink Glitter Sweet Stock Illustration 1590871870 \| Shutterstock |
| 8 | SeyooArt | Cute Doll Baby Glitter Sweet Girl Stock Illustration 1590869578 \| Shutterstock |
| 9 | SeyooArt | Cute Baby Red Hair Sweet Stock Illustration 1655494654 \| Shutterstock |
| 10 | SeyooArt | Cute Boy Black Glasses Blue Hair Stock Illustration 1655493739 \| Shutterstock |
| 11 | SeyooArt | Cute Boy Style Baby Red Stock Illustration 1655492701 \| Shutterstock |

MGAE_00015

| 12 | SeyooArt | Cute Doll Girl Glitter Sweet Girl Stock Illustration 1591055074 | Shutterstock |

MGAE_00016

**O** Outlook

**Shutterstock Auto Reply - Ref: [ref:_00D301GgSC._5003Z1Pm1Xz:ref]**

**From** noreply@salesforce.com <noreply@salesforce.com>
on behalf of
IP Team <ip@shutterstock.com>

**Date** Tue 5/17/2022 3:30 PM

**To** Amanda Maria <AMaria@mgae.com>

> **CAUTION:** This email originated from outside of the MGAE organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello,

We're writing to let you know

 that your email has been received by Shutterstock's IP Team. Your case number is

[12769277].

Intellectual

 Property Infringement Claims

Shutterstock

 Contributor Help Center

Shutterstock

 Customer Help Center

**Please**

 **reply to this thread when referencing this case to avoid delays with addressing**

**your message.**

Thank

 you,

Shutterstock

 IP Team

-----------------------------------------------------------------------------------------

**MGAE_00017**

Ref:[ref:_00D301GgSC._5003Z1Pm1Xz:ref]

This is an automatic email

 from the Shutterstock IP Team. Please do not remove the Reference ID when

responding to this email.

MGAE_00018

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tingle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VAu 1-336-046

**Effective Date of Registration:**
November 14, 2018

---

## Title

**Title of Work:** MGA Anti-Counterfeiting Guide-L.O.L. Surprise!

## Completion/Publication

**Year of Completion:** 2018

## Author

- **Author:** MGA Entertainment, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** MGA Entertainment, Inc.
16380 Roscoe Boulevard, Van Nuys, CA, 91406, United States

## Rights and Permissions

**Organization Name:** MGA Entertainment, Inc.
**Telephone:** (818)894-2525
**Address:** 16380 Roscoe Boulevard
Van Nuys, CA 91406 United States

## Certification

**Name:** BRYAN J. ARMSTRONG
**Date:** November 14, 2018
**Applicant's Tracking Number:** COP201800003

---

MGAE_00019

**Copyright Office notes:**   Basis for Registration: An unpublished collection, which extends to only each individual copyrightable work in the collection. 17 USC 410(a) and 202.3(b)(4)(i)(B).



MGAE_00020



FOR INTERNAL VIEWING ONLY



CONFIDENTIAL



CONFIDENTIAL

MGAE_00023



CONFIDENTIAL

MGAE_00024



CONFIDENTIAL

MGAE_00025



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

MGAE_00028



CONFIDENTIAL

MGAE_00029



CONFIDENTIAL

MGAE_00030





FOR INTERNAL VIEWING ONLY

AS CURRENT AS JUL-03-2018

(V) – VECTOR   (R) – RENDERED

CHANGES COLOR   SPITS   TINKLES   CRIES   HOT HEAD

POPULAR   FANCY   RARE   ULTRA-RARE

**RETRO CLUB**

3-018 GO-GO GURL (V)

3-057 LIL GO-GO GURL (V)

3-019 FOXY (V)

3-058 LIL FOXY (V)

BELT

?-101 FOXY FLYER (V)
*RELEASE OCTOBER 2018

**RETRO CLUB**

3-020 BEATNIK BABE (V)

3-059 LIL BEATNIK BABE (V)

SOUP

?-100 SQUEAK-NIK (V)
*RELEASE OCTOBER 2018

?-022 SOUL BABE (V)
*RELEASE AUGUST 2018

LIL BOOGIE

?-058 LIL SOUL BABE (V)
*RELEASE AUGUST 2018

**RETRO CLUB**

?-023 BOOGIE BABE (V)
*RELEASE OCTOBER 2018

?-059 LIL BOOGIE BABE (V)
*RELEASE AUGUST 2018

COMING SOON

*RELEASE DECEMBER 2018

?-060 LIL MISS JIVE (V)
*RELEASE OCTOBER 2018

**ROCK CLUB**

3-021 FUNKY Q.T. (V)

3-072 LIL FUNKY Q.T. (V)

?-107 FUNKY KAT (V)
*RELEASE AUGUST 2018

3-022 CHEEKY BABE (V)

3-073 LIL CHEEKY BABE (V)

?-106 CHEEKY HEDGEHOG (V)
*RELEASE AUGUST 2018

PAGE 12

CONFIDENTIAL

MGAE_00032



AS CURRENT AS JUL-03-2018

(V) – VECTOR   (R) – RENDERED   CHANGES COLOR   SPITS   TINKLES   CRIES   HOT HEAD

POPULAR   FANCY   RARE   ULTRA-RARE

**FOR INTERNAL VIEWING ONLY**

**ROCK CLUB**

3-023 GRUNGE GRRRL (V)

3-074 LIL GRUNGE GRRRL (V)

?-109 GRUNGE SKUNNNK (V)
*RELEASE OCTOBER 2018

3-024 PUNK BOI (V)

3-075 LIL PUNK BOI (V)

?-108 PUNK H.O.G. (V)
*RELEASE OCTOBER 2018

**SLEEPOVER CLUB**

3-029 BABYDOLL (V)

3-068 LIL BABYDOLL (V)

?-102 KITTYDOLL (V)
+ BUBBLE BUTT *RELEASE AUGUST 2018

3-030 SNUGGLE BABE (V)

3-069 LIL SNUGGLE BABE (V)

?-103 LE SKUNK BÉBÉ (V)
+ BUBBLE BUTT *RELEASE AUGUST 2018

**SLEEPOVER CLUB**

3-031 SLEEPING B.B. (V)

3-070 LIL SLEEPING B.B. (V)

?-105 SLEEPING BARKY (V)
+ BUBBLE BUTT *RELEASE OCTOBER 2018

3-032 SLEEPY BONES (V)

3-071 LIL SLEEPY BONES (V)

?-104 SLEEPY BUNS (V)
*RELEASE OCTOBER 2018

CONFIDENTIAL



FOR INTERNAL VIEWING ONLY

AS CURRENT AS JUL-03-2018

(V) — VECTOR   (R) — RENDERED     CHANGES COLOR   SPITS   TINKLES   CRIES   HOT HEAD

POPULAR   FANCY   RARE   ULTRA-RARE

**SPIRIT CLUB**

1-007 MAJORETTE (V)

2-043 LIL MAJORETTE (V)

1-008 TRACHER'S PET (V)

2-044 LIL TEACHER'S PET (V)

?-099 TEACHER'S OWL (V)  *RELEASE AUGUST 2018

**SPIRIT CLUB**

1-009 CHEER CAPTAIN (V)

1-010 LIL CHEER CAPTAIN (V)

?-098 CHEER-RARA (V)
+ BUBBLE BUTT  *RELEASE AUGUST 2018

**SPOOKY CLUB**

?-033 COUNTESS (V)  *RELEASE AUGUST 2018

?-069 LIL COUNTESS (V)  *RELEASE AUGUST 2018

?-034 THRILLA (V)  *RELEASE AUGUST 2018

?-070 LIL THRILLA (V)  *RELEASE AUGUST 2018

**SPOOKY CLUB**

?-035 BEBÉ BONITA (V)  *RELEASE OCTOBER 2018

?-071 LIL BEBE BONITO (V)  *RELEASE OCTOBER 2018

COMING SOON

*RELEASE DECEMBER 2018

?-072 LIL WITCHAY BABAY (V)  *RELEASE OCTOBER 2018

PAGE 14

MGAE_00034

AS CURRENT AS JUL-03-2018

(V) – VECTOR   (R) – RENDERED

CHANGES COLOR   SPITS   TINKLES   CRIES   HOT HEAD

POPULAR   ✦ FANCY   ★ RARE   ♥ ULTRA-RARE

**FOR INTERNAL VIEWING ONLY**



**S.T.E.M. CLUB**

♥ 3-033 CAN DO BABY (V)

3-064 LIL CAN DO BABY (V)

?-081 CAN DO KITTY (V)
+ BUBBLE BUTT *RELEASE OCTOBER 2018

3-034 V.R.Q.T. (V)

3-065 LIL V.R.Q.T. (V)

✦ ?-080 V.R.H.O.P. (V)
*RELEASE OCTOBER 2018

**S.T.E.M. CLUB**

♥ 3-035 GLAMSTRONAUT (V)

✦ 3-066 LIL GLAMSTRONAUT (V)

3-036 P.H.D.B.B. (V)

3-067 LIL P.H.D.B.B. (V)

PAGE 15

CONFIDENTIAL

MGAE_00035



CONFIDENTIAL



CONFIDENTIAL

MGAE_00037



AS CURRENT AS JUL-03-2018

(V) – VECTOR    (R) – RENDERED    CHANGES COLOR    SPITS    TINKLES    CRIES    HOT HEAD    POPULAR    FANCY    RARE    ULTRA-RARE

**FOR INTERNAL VIEWING ONLY**

THEATER CLUB

2-009 PRANKSTA (V)

3-051 LIL PRANKSTA (V)

P-019 PUPSTA (V)

2-010 COCONUT Q.T. (V)

3-050 LIL COCONUT Q.T. (V)

?-091 COCO HAMMY (V)
*RELEASE AUGUST 2018

THEATER CLUB

3-011 ANGEL (V)

3-053 LIL ANGEL (V)

?-090 ANGEL WINGS (V)
*RELEASE AUGUST 2018

3-012 UNICORN (V)

3-052 LIL UNICORN (V)

?-092 UNIPONY (V)
*RELEASE OCTOBER 2018

THEATER CLUB

3-013 PHARAOH BABE (V)

?-093 ANCIENT MEOW (V)
+ BUBBLE BUTT *RELEASE OCTOBER 2018

CONFIDENTIAL

PAGE 18

MGAE_00038



CONFIDENTIAL

MGAE_00039

AS CURRENT AS JUL-03-2018

(V) — VECTOR   (R) — RENDERED

CHANGES COLOR    SPITS    TINKLES    CRIES    HOT HEAD

POPULAR    FANCY    RARE    ULTRA-RARE

**FOR INTERNAL VIEWING ONLY**



**DOLLHOUSE**

S-010 BABY NEXT DOOR (V)
*RELEASE SEPTEMBER 2018

S-011 LIL BABY NEXT DOOR (V)
*RELEASE SEPTEMBER 2018

S-012 PUPPY NEXT DOOR (V)
*RELEASE SEPTEMBER 2018

**#OOTD**

S-013 JET SET Q.T. (V)   ADDITION OUTFITS INCLUDED
*RELEASE SEPTEMBER/OCTOBER 2018

CONFIDENTIAL

MGAE_00040



CONFIDENTIAL

MGAE_00041



CONFIDENTIAL

MGAE_00042

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayntryle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-049-586

**Effective Date of Registration:**
May 31, 2017

---

## Title

| | |
|---|---|
| **Title of Work:** | L.O.L. Surprise! Brand Vision Guide |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | April 13, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| ● **Author:** | MGA Entertainment, Inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | MGA Entertainment, Inc. |
| | 16380 Rocoe Boulevard, Van Nuys, CA, 91406, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | MGA Entertainment, Inc. |
| **Telephone:** | (818)894-2525 |
| **Address:** | 16380 Roscoe Boulevard |
| | Van Nuys, CA 91406 United States |

## Certification

| | |
|---|---|
| **Name:** | BRYAN J. ARMSTRONG |
| **Date:** | May 31, 2017 |
| **Applicant's Tracking Number:** | COP201700005 |

---

**Copyright Office notes:** Basis for Registration: Collective work

MGAE_00043



Page 2 of 2

MGAE_00044



### L.O.L. Surprise!™ — Brand Vision Guide

This style guide is for use in the development of character merchandise; this is its sole purpose. Pursuant to your applicable license agreement with MGA Entertainment, no part of this style guide, or any reproduction thereof, may be posted on any website, publicly displayed or transferred by you to any other party or used for any other purpose whatsoever. Unauthorized use of this style guide could result in both criminal and civil penalties, and will jeopardize your on-going relationship with MGA.

CONFIDENTIAL

MGAE_00045



## Introduction

Welcome to the L.O.L. Surprise!™ Brand Vision Guide.

These pages contain the history, tone and aesthetic guidelines for the L.O.L. Surprise!™ brand.

This guide is intended for internal and external partners who currently, or will in the future, have some involvement with the brand. This vision guide is intended to convey the complete picture of the L.O.L. Surprise!™ brand from A to Z. Licensees, designers, distributors, writers, retail partners, digital partners, and others should find everything they would need to have a thorough understanding of the brand including tone and basic core creative assets.

Please make sure you check with your MGA Entertainment counterpart to request necessary additional guide types to support your brand beyond this vision guide.

Enjoy!

© MGA Entertainment. All related logos, names, characters, distinctive likenesses and slogans, as well as the packaging images appearing thereon, are the exclusive property of © MGA Entertainment. All images for REFERENCE ONLY and may NOT be used for any purpose.

CONFIDENTIAL

MGAE_00046

## Who is L.O.L. Surprise!™

In a world where babies run everything, little Rockers rebel against nap time and Teacher's Pets become class presidents with "Free Pizza Fridays!" In this world, all work is play and nothing is dull cuz it's all a lil' surprising and **outrageous!**



PAGE 3

© MGA Entertainment. All related logos, names, characters, distinctive likenesses and slogans, as well as the packaging images appearing thereon, are the exclusive property of © MGA Entertainment. All images for REFERENCE ONLY and may NOT be used for any purpose.

CONFIDENTIAL

MGAE_00047



**Who is L.O.L. Surprise!™**

L.O.L. Surprise!™ has 7 layers of surprise inside! Each layer reveals a hint of which doll you're going to get! Then feed or bathe your baby for another Water Surprise! Find them all to complete each club – Dance, Athletic, Glam and more! Tons of dolls to collect.

**Demographics: Girls ages 6 – 9 years**

**Category: Doll + Collectibles + Unboxing**

  

**Attributes: Unboxing Experience**
**Layers of Surprises**
**Cute BUT Fierce**











© MGA Entertainment. All related logos, names, characters, distinctive likenesses and slogans, as well as the packaging images appearing thereon, are the exclusive property of © MGA Entertainment. All images for REFERENCE ONLY and may NOT be used for any purpose.

**CONFIDENTIAL**

**MGAE_00048**

**Trend Inspiration**

The playground is the new runway! Today toddlers are more fashionable than adults. L.O.L. Surprise!™ was inspired by the trendiest kids in pop culture.



© MGA Entertainment. All related logos, names, characters, distinctive likenesses and slogans, as well as the packaging images appearing thereon, are the exclusive property of © MGA Entertainment. All images for REFERENCE ONLY and may NOT be used for any purpose.

PAGE 5

CONFIDENTIAL

MGAE_00049



**Trend Inspiration**

Babies are borrowing things from their big sis much earlier these days.
Babies in oversized accessories and fashion are the cutest... and fiercest thing ever!

© MGA Entertainment. All related logos, names, characters, distinctive likenesses and slogans, as well as the packaging images appearing thereon, are the exclusive property of © MGA Entertainment. All images for REFERENCE ONLY and may NOT be used for any purpose.

CONFIDENTIAL

MGAE_00050

# Packaging Samples

L.O.L. Surprise!™ disrupted the toy market with innovative packaging by embracing the unboxing experience. L.O.L. Surprise!™ has 7 layers of surprises in store for fans, while catching their attention at retail with a can't miss display.









© MGA Entertainment. All related logos, names, characters, distinctive likenesses and slogans, as well as the packaging images appearing thereon, are the exclusive property of © MGA Entertainment. All images for REFERENCE ONLY and may NOT be used for any purpose.

CONFIDENTIAL

MGAE_00051



# Brand Value Proposition

## Unboxing Experience

### 7 LAYERS OF SURPRISE
1
2
3
4
5
6
7

### WATER SURPRISE
Add **water** for **another** surprise!

CHANGES COLOR    SPITS

TINKLES    CRIES

### DISPLAY AND PLAY
DOLL STAND

HANG OUT

BATH TUB

### WEAR AND SHARE
PURSE

CHARM BRACELET

LET'S TRADE    AND COLLECT

© MGA Entertainment. All related logos, names, characters, distinctive likenesses and slogans, as well as the packaging images appearing thereon, are the exclusive property of © MGA Entertainment. All images for REFERENCE ONLY and may NOT be used for any purpose.

**CONFIDENTIAL**

MGAE_00052





**Brand Value Proposition**

## 7 Layers of Surprises

7 Layers of Surprise Inside: Each layer reveals a hint of which doll you're unboxing. Inside the final layer, you get a doll with a secret water feature that will be revealed once you feed or bathe her. Each character is unique in her own way!

**1** **1st Layer – Secret Message Sticker**
Pull the zipper tab on the first layer to reveal a secret message sticker. Emoji's will hint towards your character's personality (Theater Mask + Crown = Drama Queen).



**2** **2nd Layer – Collectible Stickers**
Which water surprise will your L.O.L. doll have? You won't know until you feed or bathe her! Cry, spit, tinkle, or color change? Collect and mark which water surprise your doll has!



© MGA Entertainment. All related logos, names, characters, distinctive likenesses and slogans, as well as the packaging images appearing thereon, are the exclusive property of © MGA Entertainment. All images for REFERENCE ONLY and may NOT be used for any purpose.

CONFIDENTIAL

MGAE_00053

## Brand Value Proposition

### 7 Layers of Surprises

**3** **3rd Layer – Baby Bottle Charm**
Every surprise ball includes a unique baby bottle. Use the bottle to feed your L.O.L. doll and reveal her water surprise. (Just fill with water, place into her mouth, then squeeze.)



**4** **4th Layer – Shoes**
Each L.O.L. doll includes a pair of super-fabulous shoes. Shoes will hint towards which character you may have. For Example, pink shoes means you got Fancy!



**5** **5th Layer – Outfit**
Each L.O.L. doll comes with an outrageous fashion unique to each character!



© MGA Entertainment. All related logos, names, characters, distinctive likenesses and slogans, as well as the packaging images appearing thereon, are the exclusive property of © MGA Entertainment. All images for REFERENCE ONLY and may NOT be used for any purpose.

CONFIDENTIAL

MGAE_00054



**Brand Value Proposition**

## 7 Layers of Surprises

**6**
**6th Layer – Fashionable Accessory**
Each L.O.L. doll comes with an accessory for your character. Each one is different, from a tiara to a cracked cell phone.



**7**
**7th Layer – Doll**
You've revealed the best layer of surprise! Dress your doll up in all of the accessories you've unboxed – make sure to check which doll you got on the collector's sheet!



Add water for another surprise!

© MGA Entertainment. All related logos, names, characters, distinctive likenesses and slogans, as well as the packaging images appearing thereon, are the exclusive property of © MGA Entertainment. All images for REFERENCE ONLY and may NOT be used for any purpose.

CONFIDENTIAL

MGAE_00055

# Brand Value Proposition

## Cute BUT Fierce

With 7 layers of surprise, L.O.L. Surprise!™ brings the experience of unboxing videos to the fans in a truly original way!  In the end, the fans get these trendy toddlers that look sassy and contemporary – perfectly fitting for this sassy and contemporary brand.



MAKING MY ENTRANCE!

BET YA CAN'T FIND ME!

SERIES 1

EXCITED YET?

© MGA Entertainment. All related logos, names, characters, distinctive likenesses and slogans, as well as the packaging images appearing thereon, are the exclusive property of © MGA Entertainment. All images for REFERENCE ONLY and may NOT be used for any purpose.

CONFIDENTIAL

MGAE_00056



## Visual Attributes

## Sketchy Line

LIGHTWEIGHT BLACK PENCIL BRUSH STROKES AS GRAPHIC TOOL TO USE AS FRAMING.

## Mix Prints

IT'S ALL ABOUT MIXING PRINTS: STRIPES AND POLKA DOTS. MIX LIGHT PINK STRIPES WITH DARK PINK STRIPES; TEAL STRIPES WITH PINK POLKA DOTS, ETC.

## Stickers

USE WHITE STROKE OUTLINE AND DROP SHADOW ON LOGO, CHARACTER ART, AND OTHER GRAPHICS ELEMENTS TO CREATE STICKERS LOOK & FEEL.



## Speech Bubbles

VERBIAGE EXPRESSION TO SHOW MORE PERSONALITY OF EACH CHARACTER.

## Unwrapping

UNWRAP BY PULLING THE ZIPPER: PULL THE PERFORATED LINES (ZIPPER) TO UNWRAP SHRINKWRAP OF PACKAGE.



© MGA Entertainment. All related logos, names, characters, distinctive likenesses and slogans, as well as the packaging images appearing thereon, are the exclusive property of © MGA Entertainment. All images for REFERENCE ONLY and may NOT be used for any purpose.

CONFIDENTIAL

MGAE_00057



**Character Scale**

100%

50%

0%

© MGA Entertainment. All related logos, names, characters, distinctive likenesses and slogans, as well as the packaging images appearing thereon, are the exclusive property of © MGA Entertainment.
All images for REFERENCE ONLY and may NOT be used for any purpose.

CONFIDENTIAL

MGAE_00058



**Core Branded Elements**

## Logo Usage

**Brand Logo**




PMS 806 C


BLACK

**Brand Extension**



Only use this logo with
L.O.L. Surprise!™ Lil Sisters product.

© MGA Entertainment. All related logos, names, characters, distinctive likenesses and slogans, as well as the packaging images appearing thereon, are the exclusive property of © MGA Entertainment. All images for REFERENCE ONLY and may NOT be used for any purpose.

PAGE 15

CONFIDENTIAL

MGAE_00059



**Core Branded Elements**

**Fonts**

**Insani Burger - Primary Heading**
ABCDEFGHIJKLMNOPQRSTUVWXYZ
ABCDEFGHIJKLMNOPQRSTUVWXYZ
0123456789

**Lazing on a Sunday Afternoon - Primary Body Copy**
ABCDEFGHIJKLMNOPQRSTUVWXYZ
ABCDEFGHIJKLMNOPQRSTUVWXYZ
0123456789

**Mensch - Secondary (Burst/Snipe Copy)**
ABCDEFGHIJKLMNOPQRSTUVWXYZ
ABCDEFGHIJKLMNOPQRSTUVWXYZ
0123456789

**VAG Rounded (Only use lowercase to complement with font Insani Burger)**
abcdefghijklmnopqrstuvwxyz



© MGA Entertainment. All related logos, names, characters, distinctive likenesses and slogans, as well as the packaging images appearing thereon, are the exclusive property of © MGA Entertainment. All images for REFERENCE ONLY and may NOT be used for any purpose.

**CONFIDENTIAL**

**MGAE_00060**



© MGA Entertainment. All related logos, names, characters, distinctive likenesses and slogans, as well as the packaging images appearing thereon, are the exclusive property of © MGA Entertainment. All images for REFERENCE ONLY and may NOT be used for any purpose.

CONFIDENTIAL

MGAE_00061



© MGA Entertainment. All related logos, names, characters, distinctive likenesses and slogans, as well as the packaging images appearing thereon, are the exclusive property of © MGA Entertainment.
All images for REFERENCE ONLY and may NOT be used for any purpose.

CONFIDENTIAL

MGAE_00062

# Core Branded Elements

## Key Brand Prints

### SERIES 1 PRINTS



PAGE 19

© MGA Entertainment. All related logos, names, characters, distinctive likenesses and slogans, as well as the packaging images appearing thereon, are the exclusive property of © MGA Entertainment. All images for REFERENCE ONLY and may NOT be used for any purpose.

CONFIDENTIAL

MGAE_00063



**Core Branded Elements**

**Editorial**

CORE

   

   

   

  

PAGE 20

© MGA Entertainment. All related logos, names, characters, distinctive likenesses and slogans, as well as the packaging images appearing thereon, are the exclusive property of © MGA Entertainment. All images for REFERENCE ONLY and may NOT be used for any purpose.

CONFIDENTIAL

MGAE_00064



**Core Branded Elements**

**Editorial**

## WATER SURPRISE

 

CHANGES COLOR

 

TINKLES

 

CRIES

 

SPITS

## CHARACTER SPECIFIC

 

LINE DANCER          LINE DANCER



 

BABY CAT          BABY CAT

 

ROYAL HIGH-NEY          (RARE CHARACTERS)



SUPER B.B.

© MGA Entertainment. All related logos, names, characters, distinctive likenesses and slogans, as well as the packaging images appearing thereon, are the exclusive property of © MGA Entertainment. All images for REFERENCE ONLY and may NOT be used for any purpose.

PAGE 21

CONFIDENTIAL

MGAE_00065



**Core Branded Elements**

Editorial

SOCIAL MEDIA HASHTAGS

#LOLSurprise    #toy    #doll    #surprise

#CollectLOL    #collection

#unboxing

#collect    #dollcollecter

PAGE 22

© MGA Entertainment. All related logos, names, characters, distinctive likenesses and slogans, as well as the packaging images appearing thereon, are the exclusive property of © MGA Entertainment. All images for REFERENCE ONLY and may NOT be used for any purpose.

CONFIDENTIAL

MGAE_00066



**Core Branded Elements**

## Secret Messages

### Series 1

01
CLASS CLOWN

02
COOL CAT

03
FASHION FAN

04
COUCH POTATO

05
OLD SCHOOL

06
DRAMA QUEEN

07
SWEETHEART

08
GAMING GEEK

09
LUCKY DEVIL

© MGA Entertainment. All related logos, names, characters, distinctive likenesses and slogans, as well as the packaging images appearing thereon, are the exclusive property of © MGA Entertainment. All images for REFERENCE ONLY and may NOT be used for any purpose.

**CONFIDENTIAL**

**MGAE_00067**

# L.O.L. SURPRISE!™

## Core Branded Elements

## Secret Messages

### Series 1



PARTY ANIMAL



HOT SHOT



SOUR PUSS



HOT STUFF



BEST BOO



QUIET AS A MOUSE



SMART COOKIE



BEST FRIENDS



PET LOVER

© MGA Entertainment. All related logos, names, characters, distinctive likenesses and slogans, as well as the packaging images appearing thereon, are the exclusive property of © MGA Entertainment. All images for REFERENCE ONLY and may NOT be used for any purpose.

CONFIDENTIAL

MGAE_00068

# Core Branded Elements

## Characters

### Series 1



**THE GLITTERATI**

- 1-001 ⭐ CRYSTAL QUEEN
- 1-002 ⭐ GLITTER QUEEN
- 1-003 ⭐ QUEEN BEE
- 1-004 ⭐ COSMIC QUEEN



**OPPOSITES CLUB**

- 1-005 ● FANCY
- 1-006 ● FRESH



- ● POPULAR
- ✦ FANCY
- ⭐ RARE
- ❤ ULTRA-RARE



**SPIRIT CLUB**

- 1-007 ✦ MAJORETTE
- 1-008 ● TEACHER'S PET
- 1-009 ● CHEER CAPTAIN
- 1-010 ❤ LIL CHEER CAPTAIN



**GLEE CLUB**

- 1-011 ● ROCKER
- 1-012 ✦ DIVA
- 1-013 ● M.C. SWAG
- 1-014 ❤ LIL M.C. SWAG

© MGA Entertainment. All related logos, names, characters, distinctive likenesses and slogans, as well as the packaging images appearing thereon, are the exclusive property of © MGA Entertainment. All images for REFERENCE ONLY and may NOT be used for any purpose.

CONFIDENTIAL

MGAE_00069

**Core Branded Elements**

## Characters

## Series 1



### THEATER CLUB

1-015 MERBABY
1-016 BABY CAT
1-017 SUPER B.B.



### ATHLETIC CLUB

1-018 SURFER BABE
1-019 HOOPS MVP
1-020 ROLLER SK8ER
1-021 LIL ROLLER SK8ER



### DANCE CLUB

1-022 LINE DANCER
1-023 SIS SWING
1-024 CENTER STAGE
1-025 LIL CENTER STAGE



### GLAM CLUB

1-026 ROYAL HIGH-NEY
1-027 LEADING BABY
1-028 MISS BABY



● POPULAR    ✦ FANCY    ★ RARE    ♥ ULTRA-RARE

© MGA Entertainment. All related logos, names, characters, distinctive likenesses and slogans, as well as the packaging images appearing thereon, are the exclusive property of © MGA Entertainment. All images for REFERENCE ONLY and may NOT be used for any purpose.

CONFIDENTIAL

MGAE_00070



# L.O.L. SURPRISE!™

## Core Branded Elements

### Key Art: Characters Group Pose

© MGA Entertainment. All related logos, names, characters, distinctive likenesses and slogans, as well as the packaging images appearing thereon, are the exclusive property of © MGA Entertainment. All images for REFERENCE ONLY and may NOT be used for any purpose.

PAGE 27

CONFIDENTIAL

MGAE_00071



# Core Branded Elements

## Key Art: Characters Group Pose

## Series 1

© MGA Entertainment. All related logos, names, characters, distinctive likenesses and slogans, as well as the packaging images appearing thereon, are the exclusive property of © MGA Entertainment. All images for REFERENCE ONLY and may NOT be used for any purpose.

CONFIDENTIAL

MGAE_00072

## Legal Guidelines

## No Unauthorized Use

Pursuant to your applicable license agreement with MGA Entertainment, no part of this style guide, or any reproduction thereof, may be posted on any website, publicly displayed or transferred by you to any other party or used for any other purpose whatsoever. Unauthorized use of this style guide could result in both criminal and civil penalties, and will jeopardize your on-going relationship with MGA.

## Placement of Copyright and Trademark Notice

MGA Entertainment considers the protection of the L.O.L. Surprise!™ characters and trademarks to be of great importance and we carefully monitor the usage of our trademarks and copyrights. To facilitate your correct usage, here are some general guidelines: Whenever a character name, line name, tagline or logo appears on all finished product, advertising and packaging, a legible trademark notice must accompany it.

If a character name, line name, tagline or logo appears multiple times on the same product, or on the same panel of a package or advertising page, one trademark notice is sufficient.

All appearances of character art should, however, also contain the © MGA notice unless the logo art lockup is being used.

## Fonts & Colors

Fonts are suggested for use with the L.O.L. Surprise!™ program. It is the responsibility of each partner to secure the rights to fonts for commercial use. Colors shown in this style guide are not intended to match PANTONE® color standards. PANTONE is a registered trademark of Pantone, Inc.

© MGA Entertainment. All related logos, names, characters, distinctive likenesses and slogans, as well as the packaging images appearing thereon, are the exclusive property of © MGA Entertainment. All images for REFERENCE ONLY and may NOT be used for any purpose.

CONFIDENTIAL

MGAE_00073

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-805-892

**Effective date of registration:**

November 1, 2011

---

**Title** ――――――――――――

Title of Work: Chipmunk with Flower #02693

## Completion/Publication ―――――

Year of Completion: 2011

Date of 1st Publication: March 15, 2011    Nation of 1st Publication: United States

## Author ――――――――――――

■    Author: Avanti Press, Inc.

Author Created: 2-D artwork, Photo Collage

Work made for hire: Yes

Citizen of: United States    Domiciled in: United States

■    Author: Phillip Graybill

Author Created: photograph(s), Photograph of Flower

Work made for hire: No

Citizen of: United States    Domiciled in: United States

## Copyright claimant ―――――

Copyright Claimant: Avanti Press, Inc.

155 West Congress, Suite 200, Detroit, MI, 48226

Transfer Statement: By written agreement

## Limitation of copyright claim ――――

Material excluded from this claim: photograph(s), Photograph of Chipmunk (sans flower); Photograph of Rock path background

New material included in claim: photographs, 2-D artwork, Photoshop manipulation of all individual elements & artwork to create photo collage

## Rights and Permissions ――――――

Organization Name: Avanti Press, Inc.

Name: Lori A Delisi

Email: loridelisi@avantipress.com

Telephone: 313-262-8637

Address: 155 West Congress

Suite 200

Detroit, MI 48226

## Certification

Name: Lori Delisi

Date: October 27, 2011

Applicant's Tracking Number: 20433

Correspondence: Yes

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0001788133 / 2011-08-23

Application Title: #17703  "Xmas Tree in Car".

Title:               #17703  "Xmas Tree in Car".

Description:         Greeting Card.

Copyright Claimant:
                     Avanti Press, Inc.

Date of Creation:  2011

Date of Publication:
                     2011-03-15

Nation of First Publication:
                     United States

Authorship on Application:
                     Avanti Press, Inc., employer for hire; Domicile: United
                        States; Citizenship: United States. Authorship:
                        photograph(s), 2-D artwork, Photo Collage.

Pre-existing Material:
                     photograph(s), Photograph of vehicle (sans tree);
                        photograph of neighboorhood background.

Basis of Claim:    photograph(s), 2-D artwork, Photoshop manipulation of all
                        individual elements & artwork to create photo collage.

Rights and Permissions:
                     Lori A Delisi, Avanti Press, Inc., 155 West Congress, Suite
                        200, Detroit, MI, 48226, (313) 262-8637,
                        loridelisi@avantipress.com

ISBN:                193395743-3

Names:               Avanti Press, Inc.

================================================================================
```

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0001788133 / 2011-08-23

Application Title: #17703  "Xmas Tree in Car".

Title:               #17703  "Xmas Tree in Car".

Description:         Greeting Card.

Copyright Claimant:
                     Avanti Press, Inc.

Date of Creation:  2011

Date of Publication:
                     2011-03-15

Nation of First Publication:
                     United States

Authorship on Application:
                     Avanti Press, Inc., employer for hire; Domicile: United
                        States; Citizenship: United States. Authorship:
                        photograph(s), 2-D artwork, Photo Collage.

Pre-existing Material:
                     photograph(s), Photograph of vehicle (sans tree);
                        photograph of neighboorhood background.

Basis of Claim:    photograph(s), 2-D artwork, Photoshop manipulation of all
                        individual elements & artwork to create photo collage.

Rights and Permissions:
                     Lori A Delisi, Avanti Press, Inc., 155 West Congress, Suite
                        200, Detroit, MI, 48226, (313) 262-8637,
                        loridelisi@avantipress.com

ISBN:                193395743-3

Names:               Avanti Press, Inc.

===============================================================================
```

Public Records System

Home / **Advanced Search** / Search results

# Advanced Search

Share ➦

Select record type to begin advanced search

☑ All records    ☐ Registration    ☐ Recordation

Field Heading

Search Type

| All Names | As a Phrase | Safety Play, Inc. |

\+ Add a row

Clear all    Search

## Search Results

Top search results: 15
**Displaying:** 1-15 of 15

☐    Sort by Relevance ⌄    Grid View ⌄    ◀ Previous    Next ▶

---

☐    1.    **Full Title:** Differences Between CPSC #325 (2008) & ASTM #F148...
**Registration Number:** TX000...    **Date:** 2008-11-14
**Type of Work:** Text    **Claimant:** Safety Play, Inc.

☐    2.    **Full Title:** Safety Play web site.
**Registration Number:** TX000...    **Date:** 2010-06-19
**Type of Work:** Text    **Claimant:** Safety Play, Inc.

☐    3.    **Full Title:** Playground and Sports Safety Audit & Inspection Forms.
**Registration Number:** TX000...    **Date:** 2010-06-19
**Type of Work:** Text    **Claimant:** Safety Play, Inc.

☐    4.    **Full Title:** Playground Safety Signs/Labels.
**Registration Number:** TX000...    **Date:** 2012-04-02
**Type of Work:** Text    **Claimant:** Safety Play, Inc.

☐ 5. **Full Title:** Playground safety audit.
**Registration Number:** TXu00...    **Date:** 1998-03-05
**Type of Work:** Text    **Claimant:** Safety Play, Inc.

☐ 6. **Full Title:** Playground safety audit.
**Registration Number:** TXu00...    **Date:** 1996-11-13
**Type of Work:** Text    **Claimant:** Safety Play, Inc.

☐ 7. **Full Title:** Playground safety signs.
**Registration Number:** TXu00...    **Date:** 2001-05-29
**Type of Work:** Text    **Claimant:** Safety Play, Inc.

☐ 8. **Full Title:** Playground safety inspection tools.
**Registration Number:** TXu00...    **Date:** 1998-01-05
**Type of Work:** Text    **Claimant:** Safety Play, Inc.

☐ 9. **Full Title:** Playground safety solutions.
**Registration Number:** TXu00...    **Date:** 1997-03-19
**Type of Work:** Text    **Claimant:** Safety Play, Inc.

☐ 10. **Full Title:** Playground Safety Signs.
**Registration Number:** TXu00...    **Date:** 1991-04-29
**Type of Work:** Text    **Claimant:** Safety Play, Inc.

☐ 11. **Full Title:** AIDS result card.
**Registration Number:** TX000...    **Date:** 1994-08-11
**Type of Work:** Text    **Claimant:** Safety Play, Inc.

☐ 12. **Full Title:** Safety Play, Inc. :internet web page.
**Registration Number:** TXu00...    **Date:** 1997-03-03
**Type of Work:** Text    **Claimant:** Safety Play, Inc. (e...

☐ 13. **Full Title:** Playground safety manual.
**Registration Number:** TXu00...    **Date:** 1999-01-21

Type of Work:  Text                    Claimant:  Safety Play, Inc. (e...

☐   14.   **Full Title:**  Inspecting spiral slides for lateral discharge.
          **Registration Number:**  TXu00...   **Date:**  1997-02-25
          **Type of Work:**  Text           **Claimant:**  Safety Play, Inc. (e...

☐   15.   **Full Title:**  Recreation safety should be no accident.
          **Registration Number:**  TXu00...   **Date:**  2000-07-10
          **Type of Work:**  Text           **Claimant:**  Safety Play, Inc. (e...

25 rows ⌄

◄  1  ►

1   Go


a department of the Library of Congress

**How relevant are these search results?**

Not at all relevant

Somewhat relevant

Fairly relevant

Mostly relevant

Extremely relevant

# Filter by date ⓘ

Date type



Dates

Start date:

End date:

Clear    Apply

## Filter results ⓘ

Clear ⟳    Collapse all —

**Collection**    —

☐ Post-1977 Records    15

**Record Type**    —

☐ Registration    15

**Registration Status**    —

☐ Unpublished    10
☐ Published    5

**Registration Class**    —

☐ Literary (TX)    15

**Registration Item Type**    —

☐ Text    15

Menu

Home
Recent Records
Recent Searches
Name Directory
Help

Resources

Request a Copy
Estimate
Request a
Search Estimate
FAQs

Contact

Contact Us
Feedback

**U.S. Copyright Office**

101 Independence Ave. S.E.
Washington, D.C. 20559-
6000
(202) 707-3000 or
1 (877) 476-0778 (toll-
free)

**Disclaimer:** The Copyright Public Records System (CPRS) enables access to records maintained by the U.S. Copyright Office, including searchable indexing information provided by remitters and applicants who certify the information to be accurate. The Office does not verify the accuracy of this information. In addition, the information maintained in the CPRS has been indexed according to cataloging practices and classification systems that have changed over time. For these reasons, there may be gaps and inaccuracies in your search results.

For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). You can also request that the Copyright Office perform a search of its records. To request a Search Report, please contact the Records Research and Certification Division. For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records (Circular 18).

U.S. Copyright Office  | Library of Congress  | Congress.gov  | USA.gov  | FOIA  |
Legal  | Accessibility  | Privacy Policy

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-240-645

**Effective Date of Registration:**
January 07, 2021
**Registration Decision Date:**
March 09, 2021

---

## Title

| | |
|---|---|
| **Title of Work:** | Not Today |
| **Previous or Alternate Title:** | Not Today Cat |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | August 30, 2016 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Justyna Jolanta Dorsz |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Citizen of:** | Poland |
| **Domiciled in:** | Poland |
| **Year Born:** | 1985 |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Justyna Jolanta Dorsz |
| | Sremska 15, Czempin, 64-020, Poland |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Justyna Jolanta Dorsz |
| **Email:** | justyna.dorsz@gmail.com |
| **Address:** | Sremska 15 |
| | Czempin 64-020 Poland |

Page 1 of 2

## Certification

**Name:** Justyna Jolanta Dorsz
**Date:** January 07, 2021

**Copyright Office notes:** Regarding basis for registration: Registration is based on the artwork in the logo. Copyright does not protect names, titles, short phrases, or slogans. 37 CFR 202.1.



NOT TODAY



The Copyright Office Online Public Catalog will be decommissioned and replaced by the **Copyright Public Records System (CPRS)** in June 2025.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Builder = (Justin Horrocks)[ in Name Claimant  ]
Search Results: Displaying 1 of 3 entries



Labeled View

*Royalty-free stock images published 11-01-09 thru 1-01-2010.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001698180 / 2010-01-04 |
| **Application Title:** | Royalty-free stock images published 11-01-09 thru 1-01-2010. |
| **Title:** | Royalty-free stock images published 11-01-09 thru 1-01-2010. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Justin Britt Horrocks, 1969- . Address: PO Box 187, Lake Stevens, WA, 98258, United States. |
| **Date of Creation:** | 2009 |
| **Date of Publication:** | 2009-11-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Justin Britt Horrocks, 1969- ; Citizenship: United States. Authorship: photograph(s) |
| **Rights and Permissions:** | Justin Britt Horrocks, Digital Savant LLC, PO Box 187, Lake Stevens, WA, 98258, United States, (425) 335-5994, (425) 335-5956, digitalsavant@gmail.com |
| **Names:** | Horrocks, Justin Britt, 1969- |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [Full Record ∨]  [Format for Print/Save] |
| Enter your email address: [               ]  [Email] |

**Registration Number**

# VA 2-023-622

**Effective Date of Registration:**
November 04, 2016

## Title

**Title of Work:** Group Registration of Published Photos, Photo Ark, published Jan. 01, 2009 to Dec. 26, 2009; 560 photos

**Content Title:** ANI007-00036 , January 1, 2009 ; ANI007-00037 , January 2, 2009 ; ANI007-00038 , January 3, 2009 ; ANI007-00039 , January 4, 2009 ; ANI007-00040 , January 5, 2009 ; ANI007-00041 , January 6, 2009 ; ANI007-00042 , January 7, 2009 ; ANI007-00043 , January 8, 2009 ; ANI007-00044 , January 9, 2009 ; ANI007-00045 , January 10, 2009 ; ANI007-00046 , January 11, 2009 ; ANI007-00047 , January 12, 2009 ; ANI007-00048 , January 13, 2009 ; ANI007-00049 , January 14, 2009 ; ANI007-00050 , January 15, 2009 ; ANI007-00051 , January 16, 2009 ; ANI007-00052 , January 17, 2009 ; ANI007-00053 , January 18, 2009 ; ANI012-00160 , January 19, 2009 ; ANI012-00161 , January 20, 2009 ; ANI012-00162 , January 21, 2009 ; ANI012-00163 , January 22, 2009 ; ANI012-00164 , January 23, 2009 ; ANI012-00165 , January 24, 2009 ; ANI012-00166 , January 25, 2009 ; ANI012-00167 , January 26, 2009 ; ANI012-00168 , January 27, 2009 ; ANI012-00169 , January 28, 2009 ; ANI013-00084 , January 29, 2009 ; ANI013-00085 , January 30, 2009 ; ANI013-00086 , January 31, 2009 ; ANI013-00087 , February 1, 2009 ; ANI013-00088 , February 2, 2009 ; ANI013-00089 , February 2, 2009 ; ANI013-00090 , February 2, 2009 ; ANI013-00091 , February 2, 2009 ; ANI013-00092 , February 2, 2009 ; ANI013-00093 , February 2, 2009 ; ANI013-00094 , February 2, 2009 ; ANI013-00095 , February 2, 2009 ; ANI013-00096 , February 2, 2009 ; ANI013-00097 , February 2, 2009 ; ANI013-00098 , February 2, 2009 ; ANI013-00099 , February 2, 2009 ; ANI013-00100 , February 2, 2009 ; ANI013-00101 , February 2, 2009

ANI013-00102 , February 2, 2009 ; ANI013-00103 , February 2, 2009 ; ANI013-00104 , February 2, 2009 ; ANI013-00105 , February 2, 2009 ; ANI013-00106 , February 2, 2009 ; ANI013-00107 , February 2, 2009 ; ANI013-00108 , February 2, 2009 ; ANI013-00109 , February 2, 2009 ; ANI013-00110 , February 2, 2009 ; ANI013-00111 , February 2, 2009 ; ANI013-00112 , February 2, 2009 ; ANI013-00113 , February 2, 2009 ; ANI013-00114 , February 2, 2009 ; ANI013-00115 , February 2, 2009 ; ANI013-00116 , February 2, 2009 ; ANI013-00117 , February 2, 2009 ; ANI013-00118 , February 2, 2009 ; ANI013-00119 , February 2, 2009 ; ANI013-00120 , February 2, 2009 ; ANI013-00121 , February 2, 2009 ; ANI013-00122 , February 2, 2009 ; ANI013-00123 , February 2, 2009 ; ANI013-00124 , February 2, 2009 ; ANI014-00036 , February 2, 2009 ; ANI017-00337 , February 2, 2009 ; ANI017-00338 , February 2, 2009 ; ANI017-00339 , February 2, 2009 ; ANI017-00340 , February 2, 2009 ; ANI017-00341 , February 2, 2009 ; ANI017-00342 , February 2, 2009 ; ANI017-00343 , February 2, 2009 ; ANI017-00344 , February 2, 2009

ANI017-00345 , February 2, 2009 ; ANI017-00336 , February 2, 2009 ; ANI017-00335 , February 2, 2009 ; ANI017-00334 , February 2, 2009 ; ANI024-00503 , February 2, 2009 ; ANI024-00497 , February 2, 2009 ; ANI024-00498 , February 2, 2009 ; ANI024-00499 , February 2, 2009 ; ANI024-00500 , February 2, 2009 ; ANI024-00501 , February 2, 2009 ; ANI024-00502 , February 2, 2009 ; ANI027-00487 , February 2, 2009 ; ANI027-00488 , February 2, 2009 ; ANI030-00065 , February 2, 2009 ; ANI030-00066 , February 2, 2009 ; ANI030-00067 , February 2, 2009 ; ANI030-00068 , February 2, 2009 ; ANI030-00069 , February 2, 2009 ; ANI030-00070 , February 2, 2009 ; ANI030-00071 , February 2, 2009 ; ANI030-00072 , February 2, 2009 ; ANI030-00073 , February 2, 2009 ; ANI030-00074 , February 2, 2009 ; ANI030-00055 , February 2, 2009 ; ANI030-00056 , February 2, 2009 ; ANI030-00057 , February 2, 2009 ; ANI030-00058 , February 2, 2009 ; ANI030-00059 , February 2, 2009 ; ANI030-00060 , February 2, 2009 ; ANI030-00061 , February 2, 2009 ; ANI030-00062 , February 2, 2009 ; ANI030-00063 , February 2, 2009 ; ANI030-00064 , February 2, 2009 ; ANI033-00038 , February 2, 2009 ; ANI033-00039 , February 2, 2009 ; ANI033-00040 , February 2, 2009 ; ANI033-00041 , February 2, 2009 ; ANI033-00042 , February 2, 2009 ; ANI033-00043 , February 2, 2009

ANI033-00044 , February 2, 2009 ; ANI033-00045 , February 2, 2009 ; ANI033-00029 , February 2, 2009 ; ANI033-00030 , February 2, 2009 ; ANI033-00031 , February 2, 2009 ; ANI033-00032 , February 2, 2009 ; ANI033-00033 , February 2, 2009 ; ANI033-00034 , February 2, 2009 ; ANI033-00035 , February 2, 2009 ; ANI033-00036 , February 2, 2009 ; ANI033-00037 , February 2, 2009 ; ANI039-00183 , February 2, 2009 ; ANI039-00210 , February 2, 2009 ; ANI039-00209 , February 2, 2009 ; ANI039-00208 , February 2, 2009 ; ANI039-00207 , February 2, 2009 ; ANI039-00205 , February 2, 2009 ; ANI039-00206 , February 2, 2009 ; ANI039-00204 , February 2, 2009 ; ANI039-00203 , February 2, 2009 ; ANI039-00202 , February 2, 2009 ; ANI039-00201 , February 2, 2009 ; ANI039-00199 , February 2, 2009 ; ANI039-00200 , February 2, 2009 ; ANI039-00198 , February 2, 2009 ; ANI039-00197 , February 2, 2009 ; ANI039-00196 , February 2, 2009 ; ANI039-00195 , February 2, 2009 ; ANI039-00193 , February 2, 2009 ; ANI039-00194 , February 2, 2009 ; ANI039-00192 , February 3, 2009 ; ANI039-00191 , February 4, 2009 ; ANI039-00190 , February 5, 2009 ; ANI039-00189 , February 6, 2009 ; ANI039-00188 , February 7, 2009 ; ANI039-00187 , February 8, 2009 ; ANI039-00186 , February 9, 2009 ; ANI039-00185 , February 10, 2009

ANI039-00184 , February 11, 2009 ; ANI039-00179 , February 12, 2009 ; ANI039-00178 , February 13, 2009 ; ANI039-00177 , February 14, 2009 ; ANI039-00176 , February 15, 2009 ; ANI039-00175 , February 16, 2009 ; ANI039-00174 , February 17, 2009 ; ANI039-00173 , February 18, 2009 ; ANI039-00172 , February 19, 2009 ; ANI039-00182 , February 20, 2009 ; ANI039-00181 , February 21, 2009 ; ANI039-00180 , February 22, 2009 ; ANI050-00082 , February 23, 2009 ; ANI059-00007 , February 24, 2009 ; APC005-00022 , February 25, 2009 ; APC005-00021 , February 26, 2009 ; APC005-00020 , February 27, 2009 ; APC005-00019 , February 28, 2009 ; APC005-00018 , March 1, 2009 ; APC005-00017 , March 2, 2009 ; APC005-00016 , March 3, 2009 ; APC005-00015 , March 4, 2009 ; APC005-00014 , March 5, 2009 ; APC005-00013 , March 6, 2009 ; APC005-00012 , March 7, 2009 ; BIR006-00094 , March 8, 2009 ; BIR006-00095 , March 9, 2009 ; BIR006-00096 , March 10, 2009 ; BIR006-00097 , March 11, 2009 ; BIR006-00098 , March 12, 2009 ; BIR006-00099 , March 13, 2009 ; BIR006-00100 , March 14, 2009 ; BIR006-00101 , March 15, 2009 ; BIR006-00102 , March 16,

2009 ; BIR006-00103 , March 17, 2009 ; BIR006-00104 , March 18, 2009 ; BIR014-00030 , March 19, 2009 ; BIR014-00031 , March 20, 2009 ; BIR014-00032 , March 21, 2009 ; BIR014-00033 , March 22, 2009 ; BIR014-00034 , March 23, 2009 ; BIR014-00035 , March 24, 2009 ; BIR014-00036 , March 25, 2009 ; BIR014-00037 , March 26, 2009 ; BIR014-00038 , March 27, 2009 ; BIR014-00039 , March 28, 2009 ; BIR014-00040 , March 29, 2009 ; BIR014-00041 , March 30, 2009 ; BIR014-00042 , March 31, 2009 ; BIR014-00043 , April 1, 2009 ; BIR014-00044 , April 2, 2009

BIR014-00045 , April 3, 2009 ; BIR014-00046 , April 4, 2009 ; BIR014-00047 , April 5, 2009 ; BIR025-00173 , April 6, 2009 ; BIR025-00167 , April 7, 2009 ; BIR033-00387 , April 8, 2009 ; BIR033-00388 , April 9, 2009 ; BIR033-00389 , April 10, 2009 ; BIR033-00386 , April 11, 2009 ; BIR033-00385 , April 12, 2009 ; BIR033-00384 , April 13, 2009 ; BIR033-00383 , April 14, 2009 ; BIR033-00381 , April 15, 2009 ; BIR033-00382 , April 16, 2009 ; BIR033-00380 , April 17, 2009 ; BIR033-00378 , April 18, 2009 ; BIR033-00379 , April 19, 2009 ; BIR033-00377 , April 20, 2009 ; BIR033-00376 , April 21, 2009 ; BIR033-00353 , April 22, 2009 ; BIR033-00354 , April 23, 2009 ; BIR033-00355 , April 24, 2009 ; BIR033-00356 , April 25, 2009 ; BIR033-00357 , April 26, 2009 ; BIR033-00358 , April 27, 2009 ; BIR033-00359 , April 28, 2009 ; BIR033-00360 , April 29, 2009 ; BIR033-00361 , April 30, 2009 ; BIR033-00362 , May 1, 2009 ; BIR033-00363 , May 2, 2009 ; BIR033-00364 , May 3, 2009 ; BIR033-00365 , May 4, 2009 ; BIR033-00366 , May 5, 2009 ; BIR033-00367 , May 6, 2009

BIR033-00368 , May 7, 2009 ; BIR033-00369 , May 8, 2009 ; BIR033-00370 , May 9, 2009 ; BIR033-00371 , May 10, 2009 ; BIR033-00372 , May 11, 2009 ; BIR033-00373 , May 12, 2009 ; BIR033-00374 , May 13, 2009 ; BIR033-00375 , May 14, 2009 ; INS002-00089 , May 15, 2009 ; INS002-00090 , May 16, 2009 ; INS002-00088 , May 17, 2009 ; INS002-00087 , May 18, 2009 ; INS014-00049 , May 19, 2009 ; INS014-00048 , May 20, 2009 ; INS014-00047 , May 21, 2009 ; INS014-00045 , May 22, 2009 ; INS014-00046 , May 23, 2009 ; INS014-00044 , May 24, 2009 ; WOL002-00087 , May 25, 2009 ; WOL002-00088 , May 26, 2009 ; WOL002-00089 , May 27, 2009 ; WOL006-00045 , May 28, 2009 ; WOL006-00046 , May 29, 2009 ; WOL006-00047 , May 30, 2009 ; WOL006-00048 , May 31, 2009 ; WOL006-00049 , June 1, 2009 ; WOL006-00050 , June 2, 2009 ; WOL006-00051 , June 3, 2009 ; WOL006-00052 , June 4, 2009 ; WOL006-00053 , June 5, 2009 ; WOL006-00054 , June 6, 2009 ; WOL006-00055 , June 7, 2009 ; WOL006-00056 , June 8, 2009 ; WOL006-00057 , June 9, 2009 ; WOL006-00058 , June 10, 2009 ; WOL006-00059 , June 11, 2009 ; WOL006-00060 , June 12, 2009 ; WOL006-00061 , June 13, 2009 ; WOL009-00091 , June 14, 2009 ; INS016-00008 , June 15, 2009 ; FIS011-00103 , June 16, 2009 ; FIS011-00104 , June 17, 2009 ; FIS011-00105 , June 18, 2009 ; FIS011-00106 , June 19, 2009

FIS011-00107 , June 20, 2009 ; FIS011-00108 , June 21, 2009 ; FIS011-00109 , June 22, 2009 ; FIS011-00110 , June 23, 2009 ; FIS011-00111 , June 24, 2009 ; FIS011-00112 , June 25, 2009 ; FIS011-00113 , June 26, 2009 ; FIS011-00114 , June 27, 2009 ; FIS011-00115 , June 28, 2009 ; ANI064-00009 , June 29, 2009 ; ANI066-00010 , June 30, 2009 ; FIS013-00011 , July 1, 2009 ; FIS013-00012 , July 2, 2009 ; FIS013-00013 , July 3, 2009 ; ANI067-00241 , July 4, 2009 ; ANI067-00242 , July 5, 2009 ; ANI067-00243 , July 6, 2009 ; ANI067-00244 , July 7, 2009 ; ANI067-00245 , July 8, 2009 ; ANI067-00246 , July 9, 2009 ; ANI067-00247 , July 10, 2009 ; ANI067-00248 , July 11, 2009 ; ANI067-00249 , July 12, 2009 ; ANI067-00250 , July 13, 2009 ; ANI067-00251 , July 14, 2009 ; ANI067-00252 , July 15, 2009 ; ANI067-00253 , July 16, 2009 ; ANI073-00033 , July 17, 2009 ; ANI073-00032 , July 18, 2009 ; ANI073-00030 , July 19, 2009 ; ANI073-00031 , July 20, 2009 ; ANI073-00029 , July 21, 2009 ;

ANI073-00028 , July 22, 2009 ; ANI073-00027 , July 23, 2009 ; ANI073-00026 , July 24, 2009 ; ANI074-00081 , July 25, 2009 ; ANI074-00082 , July 26, 2009 ; ANI074-00083 , July 27, 2009 ; ANI074-00084 , July 28, 2009 ; ANI074-00085 , July 29, 2009 ; ANI074-00086 , July 30, 2009 ; ANI074-00087 , July 31, 2009 ; ANI074-00088 , August 1, 2009 ; ANI074-00089 , August 2, 2009 ; ANI074-00090 , August 3, 2009 ; ANI074-00091 , August 4, 2009 ; ANI074-00092 , August 5, 2009 ; ANI074-00093 , August 6, 2009 ; ANI074-00094 , August 7, 2009 ; ANI074-00095 , August 8, 2009 ; ANI074-00096 , August 9, 2009 ; ANI074-00097 , August 10, 2009 ; ANI074-00098 , August 11, 200

ANI074-00099 , August 12, 2009 ; ANI075-00096 , August 13, 2009 ; ANI075-00056 , August 14, 2009 ; ANI075-00057 , August 15, 2009 ; ANI075-00058 , August 16, 2009 ; ANI075-00059 , August 17, 2009 ; ANI075-00060 , August 18, 2009 ; ANI075-00061 , August 19, 2009 ; ANI075-00062 , August 20, 2009 ; ANI075-00063 , August 21, 2009 ; ANI075-00064 , August 22, 2009 ; ANI075-00065 , August 23, 2009 ; ANI075-00066 , August 24, 2009 ; ANI075-00067 , August 25, 2009 ; ANI075-00068 , August 26, 2009 ; ANI075-00069 , August 27, 2009 ; ANI075-00070 , August 28, 2009 ; ANI075-00071 , August 29, 2009 ; ANI075-00072 , August 30, 2009 ; ANI075-00073 , August 31, 2009 ; ANI075-00074 , September 1, 2009 ; ANI075-00075 , September 2, 2009 ; ANI075-00076 , September 3, 2009 ; ANI075-00077 , September 4, 2009 ; ANI075-00078 , September 5, 2009 ; ANI075-00079 , September 6, 2009 ; ANI075-00080 , September 7, 2009 ; ANI075-00081 , September 8, 2009 ; ANI075-00082 , September 9, 2009 ; ANI075-00083 , September 10, 2009 ; ANI075-00084 , September 11, 2009 ; ANI075-00085 , September 12, 2009

ANI075-00086 , September 13, 2009 ; ANI075-00087 , September 14, 2009 ; ANI075-00088 , September 15, 2009 ; ANI075-00089 , September 16, 2009 ; ANI075-00090 , September 17, 2009 ; ANI075-00091 , September 18, 2009 ; ANI075-00092 , September 19, 2009 ; ANI075-00093 , September 20, 2009 ; ANI075-00094 , September 21, 2009 ; ANI075-00095 , September 22, 2009 ; ANI075-00031 , September 23, 2009 ; ANI075-00032 , September 24, 2009 ; ANI075-00033 , September 25, 2009 ; ANI075-00034 , September 26, 2009 ; ANI075-00035 , September 27, 2009 ; ANI075-00036 , September 28, 2009 ; ANI075-00037 , September 29, 2009 ; ANI075-00038 , September 30, 2009 ; ANI075-00039 , October 1, 2009 ; ANI075-00040 , October 2, 2009 ; ANI075-00041 , October 3, 2009 ; ANI075-00042 , October 4, 2009 ; ANI075-00043 , October 5, 2009 ; ANI075-00044 , October 6, 2009 ; ANI075-00045 , October 7, 2009 ; ANI075-00046 , October 8, 2009 ; ANI075-00047 , October 9, 2009 ; ANI075-00048 , October 10, 2009 ; ANI075-00049 , October 11, 2009 ; ANI075-00050 , October 12, 2009 ; ANI075-00051 , October 13, 2009 ; ANI075-00052 , October 14, 2009 ; ANI075-00053 , October 15, 2009 ; ANI075-00054 , October 16, 2009 ; ANI075-00055 , October 17, 2009 ; ESA001-00032 , October 18, 2009 ; ESA001-00033 , October 19, 2009 ; ESA001-00034 , October 20, 2009 ; ESA001-00035 , October 21, 2009

ESA001-00036 , October 22, 2009 ; ESA001-00023 , October 23, 2009 ; ESA001-00029 , October 24, 2009 ; ESA001-00030 , October 25, 2009 ; ESA001-00031 , October 26, 2009 ; ESA001-00003 , October 27, 2009 ; ESA001-00002 , October 28, 2009 ; ESA001-00001 , October 29, 2009 ; ESA001-00004 , October 30, 2009 ; ESA001-00005 , October 31, 2009 ; ESA001-00006 , November 1, 2009 ; ESA001-00007 , November 2, 2009 ; ESA001-00008 , November 3, 2009 ; ESA001-00009 , November 4, 2009 ; ESA001-00010 , November 5, 2009 ; ESA001-00011 , November 5, 2009 ; ESA001-00012 , November 5, 2009 ; ESA001-00013 , November 5, 2009 ; ESA001-00014 , November 5, 2009 ; ESA001-00015 , November 5, 2009 ; ESA001-00016 , November 5, 2009 ; ESA001-00017 , November 5, 2009 ; ESA001-00018 , November 5, 2009 ; ESA001-00019 , November 5, 2009 ;

ESA001-00020 , November 5, 2009 ; ESA001-00021 , November 5, 2009 ;
ESA001-00022 , November 5, 2009 ; ESA001-00024 , November 5, 2009 ;
ESA001-00025 , November 5, 2009 ; ESA001-00026 , November 5, 2009 ;
ESA001-00027 , November 5, 2009 ; ESA001-00028 , November 5, 2009 ;
ANI076-00002 , November 5, 2009 ; ANI076-00003 , November 5, 2009

ANI076-00004 , November 5, 2009 ; ANI076-00007 , November 5, 2009 ;
ANI076-00009 , November 5, 2009 ; ANI076-00011 , November 5, 2009 ;
ANI076-00012 , November 5, 2009 ; ANI076-00013 , November 5, 2009 ;
ANI076-00014 , November 5, 2009 ; ANI076-00015 , November 5, 2009 ;
ANI076-00016 , November 5, 2009 ; ANI076-00017 , November 5, 2009 ;
ANI076-00021 , November 5, 2009 ; ANI076-00022 , November 5, 2009 ;
ANI076-00023 , November 5, 2009 ; ANI077-00039 , November 5, 2009 ;
ANI077-00040 , November 5, 2009 ; ANI077-00041 , November 5, 2009 ;
ANI077-00042 , November 5, 2009 ; ANI077-00043 , November 5, 2009 ;
ANI077-00044 , November 5, 2009 ; ANI077-00045 , November 5, 2009 ;
ANI077-00046 , November 5, 2009 ; ANI077-00047 , November 5, 2009 ;
ANI077-00048 , November 5, 2009 ; ANI077-00049 , November 5, 2009 ;
ANI077-00050 , November 5, 2009 ; ANI077-00051 , November 5, 2009 ;
ANI077-00019 , November 5, 2009 ; ANI077-00020 , November 5, 2009 ;
ANI077-00021 , November 5, 2009 ; ANI077-00022 , November 5, 2009 ;
ANI077-00023 , November 5, 2009 ; ANI077-00024 , November 5, 2009 ;
ANI077-00025 , November 5, 2009 ; ANI077-00026 , November 5, 2009 ;
ANI077-00027 , November 5, 2009 ; ANI077-00028 , November 5, 2009 ;
ANI077-00029 , November 5, 2009

ANI077-00030 , November 5, 2009 ; ANI077-00031 , November 5, 2009 ;
ANI077-00032 , November 5, 2009 ; ANI077-00033 , November 5, 2009 ;
ANI077-00034 , November 5, 2009 ; ANI077-00035 , November 5, 2009 ;
ANI077-00018 , November 5, 2009 ; ANI077-00017 , November 5, 2009 ;
ANI077-00016 , November 5, 2009 ; ANI077-00015 , November 5, 2009 ;
ANI077-00014 , November 5, 2009 ; ANI077-00013 , November 5, 2009 ;
ANI077-00012 , November 5, 2009 ; ANI077-00011 , November 5, 2009 ;
ANI077-00010 , November 5, 2009 ; ANI077-00009 , November 5, 2009 ;
ANI077-00008 , November 5, 2009 ; ANI077-00007 , November 5, 2009 ;
ANI077-00006 , November 5, 2009 ; ANI077-00005 , November 5, 2009 ;
ANI077-00004 , November 5, 2009 ; ANI077-00003 , November 6, 2009 ;
ANI077-00002 , November 7, 2009 ; ANI077-00001 , November 8, 2009 ;
ANI078-00056 , November 9, 2009 ; ANI078-00057 , November 10, 2009 ;
ANI078-00053 , November 11, 2009 ; ANI078-00054 , November 12, 2009 ;
ANI078-00055 , November 13, 2009 ; ANI078-00052 , November 14, 2009 ;
ANI078-00051 , November 15, 2009 ; ANI078-00027 , November 16, 2009 ;
ANI078-00028 , November 17, 2009 ; ANI078-00029 , November 18, 2009 ;
ANI078-00030 , November 19, 2009 ; ANI078-00031 , November 20, 2009 ;
ANI078-00032 , November 21, 2009 ; ANI078-00033 , November 22, 2009 ;
ANI078-00034 , November 23, 2009 ; ANI078-00035 , November 24, 2009 ;
ANI078-00036 , November 25, 2009 ; ANI078-00037 , November 26, 2009 ;
ANI078-00038 , November 27, 2009 ; ANI078-00039 , November 28, 2009 ;
ANI078-00040 , November 29, 2009 ; ANI078-00041 , November 30, 2009 ;
ANI078-00042 , December 1, 2009 ; ANI078-00043 , December 2, 2009 ;
ANI078-00044 , December 3, 2009 ; ANI078-00045 , December 4, 2009

ANI078-00046 , December 5, 2009 ; ANI078-00047 , December 6, 2009 ;
ANI078-00048 , December 7, 2009 ; ANI078-00049 , December 7, 2009 ;
ANI078-00050 , December 7, 2009 ; ANI078-00026 , December 7, 2009 ;
ANI078-00025 , December 7, 2009 ; ANI078-00023 , December 7, 2009 ;
ANI078-00024 , December 7, 2009 ; ANI078-00022 , December 7, 2009 ;
ANI078-00021 , December 7, 2009 ; ANI078-00019 , December 7, 2009 ;

ANI078-00020 , December 8, 2009 ; ANI078-00018 , December 9, 2009 ;
ANI078-00016 , December 10, 2009 ; ANI078-00017 , December 11, 2009 ;
ANI078-00015 , December 12, 2009 ; ANI078-00014 , December 13, 2009 ;
ANI078-00013 , December 14, 2009 ; ANI078-00012 , December 15, 2009 ;
ANI078-00011 , December 16, 2009 ; ANI078-00010 , December 17, 2009 ;
ANI078-00009 , December 18, 2009 ; ANI078-00008 , December 19, 2009 ;
ANI078-00007 , December 20, 2009 ; ANI078-00006 , December 21, 2009 ;
ANI078-00005 , December 22, 2009 ; ANI078-00004 , December 23, 2009 ;
ANI078-00003 , December 24, 2009 ; ANI078-00002 , December 25, 2009 ;
ANI078-00001 , December 26, 2009 ;

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** January 01, 2009
**Nation of 1st Publication:** United States

## Author

- **Author:** Joel Sartore
**Author Created:** photograph
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Joel Sartore
2733 Sheridan Blvd., Lincoln, NE, 68502, United States

## Rights and Permissions

**Name:** Rebecca Wright
**Email:** info@joelsartore.com
**Telephone:** (402)474-1006
**Address:** 2733 Sheridan Blvd.
Lincoln, NE 68502 United States

## Certification

**Name:** Joel Sartore
**Date**: November 03, 2016