# EXHIBIT M

**shutterstock**(https://www.shutterstock.com/)

Search our blog...

Blog Home (https://www.shutterstock.com/blog/) › News (https://www.shutterstock.com/blog/news) › Shutterstock Reaches Over 1 Billion Licenses Sold



# Shutterstock Reaches Over 1 Billion Licenses Sold

By: Michael Maher
(https://www.shutterstock.com/blog/author/michael-maher)

Updated on:  March 5, 2025, 3:23 pm

## Shutterstock reaches a historic milestone with over one billion image, video, and music licenses sold.

Over the past 14 years, Shutterstock has established itself as a leading global technology company, and today it  has reached a major new milestone: over 1 billion royalty free images (https://www.shutterstock.com/explore/royalty-free-images), videos, and music tracks licensed across all its businesses. Shutterstock's industry-leading library now includes more than 170 million commercial images, 40 million editorial images, and 9 million video clips.



Today, Shutterstock licenses 5.5 images every second through shutterstock.com, as well as API integrations with companies like Facebook, Google, and Microsoft. Shutterstock assets and tools not only empower businesses, marketing agencies, media organizations, and production companies around the world through e-commerce and enterprise offerings, they also seamlessly embed into the customer's workflow, wherever that may be.



"Shutterstock's continued commitment to developing innovative technology, offering an unparalleled customer experience, and providing high-quality content to customers globally has led to unique partnerships providing access to customers directly from the tools they use most often," said Jon Oringer, founder and CEO of Shutterstock. "Reaching 1 billion licenses signifies the prominent role visual communications plays in media, advertising, and film every day. I look forward to the next decade of technology advancements embedding Shutterstock everywhere, while continuing to enhance our creative platform helping customers best create and communicate their story."

With the constant developments in the Shutterstock Labs (https://www.shutterstock.com/labs/) and the release of new Shutterstock tools, the company can assist in the creation of business campaigns, productions, and news coverage. Discover the many tools Shutterstock has created to help your business.

- Shutterstock Editor (http://shutterstock.com/editor)
- Adobe Creative Cloud Plugin (https://www.shutterstock.com/lp/adobe-plugin-shutterstock)
- Shutterstock Mobile App (https://www.shutterstock.com/blog/drag-drop-images-shutterstock-mobile-app)
- Sketch Plugin (https://www.shutterstock.com/special/sketchplugin)
- Microsoft PowerPoint Add-in (https://www.shutterstock.com/lp/powerpoint-presentation-images-plugin)
- Google Slides Plugin (https://www.shutterstock.com/blog/google-slides-integration-with-shutterstock-editor-images)

Shutterstock has been a publicly traded company for over five years, and to mark the sale of over 1 billion licenses, Shutterstock will ring the closing bell at the New York Stock Exchange on Wednesday, January 31st.



*This post was originally published on **January 31, 2018***

News(https://www.shutterstock.com/blog/news)



## Michael Maher (https://www.shutterstock.com/blog/author/michael-maher)

Just another freelance generalist looking to find their way in the creative world. Find me @amiafilmmaker on YouTube (https://www.youtube.com/channel/UC7mlQwrYGKq7QHFlXejYDmQ), Instagram (https://www.instagram.com/amiafilmmaker/), Facebook (https://www.facebook.com/amiafilmmaker), Twitter (https://twitter.com/amiafilmmaker), and Tik Tok (https://www.tiktok.com/@amiafilmmaker).

(https://www
.shutterstock
.com/blog/a
uthor/micha

Updated on
March 5, 2025, 3:23 pm

ps://pinterest.com/pin/create/bookmarklet/?
Share this post
=https://www.shutterstock.com/blog/shutterstock-one-
bok=omkedirec.omp?ws/share?
on-licenses-
ns=s4Cout%3ga=Rcbtersiabogkshulertos.k-www.shutterstock.com/blog/shutterstock-
d&media=https://www.shutterstock.com/blog/wp-
isaldcenses-sold)
tent/uploads/sites/5/2018/01/1Billion_2880×1800_Blog-

t-Header.jpg)

## Save 15% on royalty-free images

Apply the code BLOG15 at checkout. Online, Standard licenses only.

SAVE TODAY

(https://www.shutterstock.com/pricing?coupon_code=BLOG15&coupon=BLOG15)



# RELATED POSTS



(https://www.shutterstock.com/blog/shutterstock-impact-award-winners)

NEWS (HTTPS://WWW.SHUTTERSTOCK.COM/BLOG/NEWS)

## The First-Ever Shutterstock Impact Award Winners (https://www.shutterstock.com/blog/shutterstock-impact-award-winners)

In 2025, we launched the Shutterstock Impact Awards to recognize...

By: Shutterstock (https://www.shutterstock.com/blog/author/shutterstock)



(https://www.shutterstock.com/blog/creative-impact-report-insights)

MARKETER (HTTPS://WWW.SHUTTERSTOCK.COM/BLOG/MARKETING-2)

## The Impact Gap: Uncovering the Hidden Drivers That Make Creativity More Powerful (https://www.shutterstock.com/blog/creative-impact-report-insights)

Introducing the 2025 Creative Impact Report, Presented by Shutterstock The...



(https://www.shutterstock.com/blog/giphy-ads-evolving-modern-advertising)

NEWS (HTTPS://WWW.SHUTTERSTOCK.COM/BLOG/NEWS)

## The Power of Shared Media: How GIPHY Ads Is Evolving Modern Advertising (https://www.shutterstock.com/blog/giphy-ads-evolving-modern-advertising)

Traditional ads interrupt (and are often avoided); GIPHY Ads are...

By: Shutterstock (https://www.shutterstock.com



(https://www.shutterstock.com/blog/solving-content-velocity-challenge)

NEWS (HTTPS://WWW.SHUTTERSTOCK.COM/BLOG/NEWS)

## Unlimited Creativity: How One Subscription Is Solving the Content Velocity Challenge (https://www.shutterstock.com/blog/solving-content-velocity-challenge)

We launched Shutterstock Unlimited as part of the rebrand to...

By: Cal Roberts (https://www.shutterstock.com/blog/author/cal-roberts)

By: Shutterstock (https://www.shutterstock.com/blog/author/shutterstock)

CONTENT

Homepage (https://www.shutterstock.com/)

Stock Photos (https://www.shutterstock.com/photos)

Video (https://www.shutterstock.com/video)

Editorial (https://www.shutterstock.com/editorial)

Create AI Images (https://www.shutterstock.com/ai-image-generator)

Pricing (https://www.shutterstock.com/pricing)

OUR COMPANY

About us (https://www.shutterstock.com/about)

Press/Media (https://www.shutterstock.com/press)

Blog (https://www.shutterstock.com/blog/)

Popular searches (https://www.shutterstock.com/explore/sitemap)

Coupons (https://www.shutterstock.com/explore/coupons)

Creative Flow (https://www.shutterstock.com/creative-flow)

Images (https://www.shutterstock.com/images)

Vectors (https://www.shutterstock.com/vectors)

Music (https://www.shutterstock.com/music)

Careers (https://careers.shutterstock.com/)

Investor relations (http://investor.shutterstock.com/)

Don't miss out. Subscribe to our newsletter.

Email address

SUBSCRIBE

(https://www.shutterstock.com/blog/)

© 2023 Shutterstock Inc. All rights reserved.

Terms of use (https://www.shutterstock.com/terms)

License agreement (https://www.shutterstock.com/license)

Privacy policy (https://www.shutterstock.com/privacy)

Social media guidelines (https://shutterstock-blog.s3.amazonaws.com/assets/documents/shutterstock-social-media-community-guidelines.pdf)