

Attorneys:
Phillip J. Duncan*
James H. Bartolomei III***
Richard L. Quintus **
Wm. Rob Pointer*
J. Reid Byrd*

*Licensed in AR
**Licensed in AR & FL
***Licensed in AR, CA, NY, FL, CT, & DC

Case Manager:
Wayne Duncan

809 West Third Street
Little Rock, AR 72201

Phone: 501-228-7600
Toll Free: 877-6-DUNCAN
Fax: 501-228-0415

www.DuncanFirm.com

April 27, 2026

**Via ECF and CronanNYSDChambers@nysd.uscourts.gov &**
**Meghan_Henrich@nysd.uscourts.gov**

Hon. John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

Re: *Cynthia Herrick et al. v. Shutterstock, Inc.,* 1:23-cv-03191-JPC-SLC

Dear Judge Cronan:

Pursuant to the Court's Individual Practices In Civil Cases, 4(b) (Redactions and Sealed Filing – Procedures for filing sealed or redacted documents), Plaintiff Herrick respectfully writes to request that the Court permit Plaintiff to file redacted versions of four (4) documents that were inadvertently filed in connection with Plaintiff's Motion for Class Certification without redaction:

1.    ECF 109-2 ((2) Exhibit Heather Shimmin Dep. Tr.,)
2.    ECF-109-4 ((4) Exhibit Artur Zambrowski Dep. Tr.)
3.    ECF 109-7 (Exhibit Ex. 27 to Shimmin Dep.)
4.    ECF 109-8 (Exhibit Shutterstock's R&Os to Plaintiffs 2nd Set of Rogs)

Following the filing of Plaintiff's motion, Defendant Shutterstock identified certain personal and confidential information in ECF Nos. 109-2, 109-4, 109-7 and 109-8 that were inadvertently included in the publicly filed versions by Plaintiff, and requested that Plaintiff correct these filings.

On April 23, 2026, Plaintiff's counsel emailed the SDNY ECF Helpdesk to flag it for these filings, which the ECF Helpdesk restricted/sealed ECF Nos. 109-2, 109-4, 109-7 and 109-8 but reminded the parties that they must make the proper application to the Court pursuant to ECF Filing Rule 21.7.

To correct the inadvertent filing of these documents, Plaintiff respectfully requests that the Court (1) maintain restricted access to the unredacted versions of ECF Nos. 109-2, 109-4, 109-7 and 109-8 currently on the public docket and (2) permit Plaintiff to file redacted versions as substitutes to be filed, which Plaintiff attaches to this letter.  Defendant Shutterstock consents to this relief.

The parties have conferred and agree that the following limited redactions are appropriate based on information that Shutterstock maintains is protected under the protective order:

1. Exhibit B of Thomas Bright's declaration (Shimmin Dep.): Redaction of a witness's personal pseudonym.  (ECF No. 109-2) p. 29
2. Exhibit D of Thomas Bright's declaration (Zambrowski Dep.): Redaction of a witness's home address.  (ECF No. 109-4), p. 5
3. Exhibit G of Thomas Bright's declaration (Shimmin Dep. Ex. 27): Redaction of a third-party publisher's identifying information consistent with the Stipulated Protective Order.  (ECF No. 109-7)(multiple pages)
4. Exhibit H of Thomas Bright's declaration (R&O to Interrogatories): Redaction of certain revenue figures Shutterstock designated as confidential. (ECF No. 109-8), p. 5

Thank you for the Court's consideration.

Sincerely,

James Bartolomei, Esq.

Enc.  Redacted Exhibits B, D, G, and H of Thomas Bright's declaration in support of Class Certification