UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

CYNTHIA HERRICK, Individually and On
Behalf of All Others Similarly Situated,

                    Plaintiff,

     -against-          1:23-cv-03191-JPC-SLC

SHUTTERSTOCK, INC.,

                    Defendant.

------------------------------------------X

        C O N F I D E N T I A L


                 DATE:  June 25, 2025
                 TIME:  10:07 a.m.




     EXAMINATION BEFORE TRIAL of the

Defendant, SHUTTERSTOCK, INC., by a witness,

ARTUR ZAMBROWSKI, taken by the Respective

Parties, pursuant to the Federal Rules of

Civil Procedure, held at Davis Wright

Tremaine LLP, 1251 Avenue of the Americas,

21st Floor, New York, New York 10020, before

Richard Aurelio, a Notary Public of the

State of New York.

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

A P P E A R A N C E S:


DUNCAN FIRM, P.A.,
      Attorneys for the Plaintiff
      809 West 3rd Street
      Little Rock, Arkansas 72201
      BY: JAMES H. BARTOLOMEI III, ESQ.
           of Counsel
           SDNY Bar JB 7747
           james@duncanfirm.com


DAVIS WRIGHT TREMAINE LLP
      Attorneys for the Defendant
      1251 Avenue of the Americas
      New York, New York 10020
      BY: JAMES E. ROSENFELD, ESQ.
           HILARY ORAN, ESQ.


ALSO PRESENT:  (ALL VIA VIDEO CONFERENCE)


      THOMAS BRIGHT, ESQ., CERA LLP
      (Pro Hac Vice Forthcoming)

      BRYAN D. HOBEN, ESQ., HOBEN LAW

      ANDREW RAFF, ESQ., SHUTTERSTOCK, INC.

      CYNTHIA HERRICK, Plaintiff


            *       *        *

F E D E R A L   S T I P U L A T I O N S

        IT IS HEREBY STIPULATED AND AGREED by and between (among) counsel for the respective parties herein, that filing and sealing be and the same are hereby waived.

        IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question, shall be reserved to the time of the trial.

        IT IS FURTHER STIPULATED AND AGREED that the within deposition may be sworn to and signed before any officer authorized to administer an oath, with the same force and effect as if signed and sworn to before the Court.

                *     *     *     *

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

A. ZAMBROWSKI

A R T U R    Z A M B R O W S K I, called
as a witness, having been first duly sworn
by a Notary Public of the State of New York,
was examined and testified as follows:

EXAMINATION BY

MR. BARTOLOMEI:

Q.    Please state your name for the record.

A.    Artur Zambrowski, A-R-T-U-R, Z-A-M-B-R-O-W-S-K-I.

Q.    Where do you reside?

A.    ███████████████████████████████
███████████████████████████

Q.    Good morning.  Please state your full legal name for the record.

A.    My name is Artur Zambrowski.

Q.    What is your title at Shutterstock, Mr. Zabrowski?

A.    I'm a senior intellectual property agent.

Q.    I am James Bartolomei.  I represent the plaintiff Cynthia Herrick in a lawsuit that was filed against Shutterstock. I also have Brian Hoben and Thomas Bright

LEXITAS

Confidential                                                      Page 13

A. ZAMBROWSKI

piece of digital asset.

Q.    Those digital assets include videos, photographs, vectors, illustrations?

A.    Yes.

Q.    Anything else?

A.    Audio.

Q.    Okay.  Like, music?

A.    Yeah.

Q.    These digital assets, these are the items that Shutterstock is in the business of licensing, correct?

A.    Yes.

Q.    You mentioned the ecosystem with contributors and customers.  What does that mean?

A.    So with customers, we -- if a customer has a problem with their end-use of the licensed content, they're -- something we would be able to help them out with, for example.

Generally speaking, as an ecosystem, just talking about the whole life cycle of what happens to a piece of content when it's licensed for a customer on the

LEXITAS

A. ZAMBROWSKI

contributor side.  It is issues revolving around copyright infringement, model releases, property releases.

Q.   So let's break down the contributor.  What is a contributor?  I know these are very basic questions because I just want to make sure that we're on the same page --

A.   Right.

Q.   -- based on your understanding of these terms.

A.   Okay.  A contributor is a user who submits content to the Shutterstock platform.

Q.   What else about a contributor? They submit it, and they get paid if a license is sold?

A.   Yes, more or less.

Q.   It's fair to say that contributors decide what to submit to Shutterstock for licensing purposes, right?

A.   Yes.

Q.   Does Shutterstock refer to itself as an online service provider?

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

A. ZAMBROWSKI

right?

A.    Yes.

Q.    Contributors don't make that decision, do they?

A.    No.

Q.    Fair to say that Shutterstock has exclusive decision making authority when it comes to approving or rejecting content that's submitted, correct?

MS. ORAN:  Objection.

A.    Yes.

Q.    Nobody else has except Shutterstock, right?

MS. ORAN:  Objection.

A.    Correct.

Q.    Let's go over a little bit about your background with Shutterstock, you know, personally.  How long have you worked for Shutterstock?

A.    For a bit over seven years.

Q.    What was your first position at Shutterstock?

A.    Contributor support specialist.

Q.    What does a contributor support



A. ZAMBROWSKI

A.    Could you rephrase the question?

MR. BARTOLOMEI:  Do you mind repeating that?  I'm really sick of repeating myself.

(Whereupon, an off-the-record discussion was held.)

THE WITNESS:  I asked to rephrase it.

MR. BARTOLOMEI:  Okay.  I will rephrase it.

Q.    When Shutterstock receives a DMCA takedown notice, and has knowledge of infringement, and does not send a kill notice to its customer, isn't it true that the customer will most likely keep exploiting the work without being told to stop using it?

MS. ORAN:  Objection.

A.    To the best of my knowledge, yes.

(Whereupon, an off-the-record discussion was held.)

(Whereupon, the aforementioned Shutterstock License Agreement(s) documents was marked as Exhibit 4 for

                A. ZAMBROWSKI

identified in the complaint you received

does not match Shutterstock's records of the

contributor who supplied this image.

        Accordingly, we have suspended

this image, and are investigating our

contributor as a service provider.

Shutterstock maintains a strict

repeat-infringement policy, and terminates

the accounts of repeat infringers.

        Did I read that correctly?

     A.   Yes.

     Q.   And it goes on to say, We are

requesting that you withdraw and cease usage

of the image until the issue has been

resolved as set forth in the applicable

license.

        Did I read that correctly?

     A.   Yes.

     Q.   So is it fair to say that

Shutterstock before this had never sent a

withdraw and cease usage notice to its

customer regarding this claim, right?

        MS. ORAN:  Objection.

     A.   From my understanding, this would



A. ZAMBROWSKI

be the first time we received notice about this.

Q.   Okay.

Are you aware that Miss Herrick had reached out to Shutterstock with a DMCA takedown in January of '22?

A.   I don't recall.

Q.   Well, I will represent to you that she sent a takedown e-mail to Shutterstock in January of 2022.  And this particular exchange with Shutterstock's customer's in October of 2023, right?

A.   Yes.

Q.   We talked about this earlier about responding to a DMCA takedown in a timely manner, right?

A.   Yes.

Q.   And fifteen months or eighteen months is not a timely manner to respond to a takedown notice, is it?

MS. ORAN:  Objection.

A.   Well, did Miss Herrick provide all the information needed to make the request to remove to comply with the DMCA copyright

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179
LEXITAS

Confidential                                                     Page 225

A. ZAMBROWSKI

C E R T I F I C A T E

STATE OF NEW YORK        )
                         :  SS.:
COUNTY OF NEW YORK       )

      I, RICHARD AURELIO, a Notary Public for and within the State of New York, do hereby certify:

      That the witness whose examination is hereinbefore set forth was duly sworn and that such examination is a true record of the testimony given by that witness.

      I further certify that I am not related to any of the parties to this action by blood or by marriage and that I am in no way interested in the outcome of this matter.

      IN WITNESS WHEREOF, I have hereunto set my hand this 5th day of July 2025.



_____
            RICHARD AURELIO

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS