

CONFIDENTIAL

SHUTTERSTOCK_000286

Best,
ANdrew

On Fri, Jun 14, 2024 at 1:06 PM ██████████████████ wrote:

Expand Email

📄 Image_2024-05-31_12-30-45.p...

👍 Like        💬 Comment

⭕ Write a comment...

S██████ to Shutterstock Only sent an email.
June 14, 2024 at 1:06 PM

✉ To: araff, compliance ⓘ

Hi Andrew,

Sorry for the delay in getting back to you about this. Here is what I found out.

There are currently 8430 copies in print. It sounds like we will re-print in about 6-8 months. I can select a new photo to replace Shutterstock image ID 1726619095 for when the book reprints. Does that work for you?

Thanks,

████



**Date:** Monday, June 3, 2024 at 8:09 AM ████████████████
**To:** Andrew Raff <██████████
**Cc:** Contributors Support <compliance@shutterstock.com>
**Subject:** Re: Shutterstock Content Withdrawal Notice Image 1726619095

Hi Andrew,

I am not sure at the moment. I need to check with our print team that works east coast hours and are done for the day. I'll get you the info on Monday.

Thanks,

████

620 SW 5ᵗʰ Ave.
9██

**From:** Andrew Raff <araff@shutterstock.com>
**Date:** Friday, May 31, 2024 at 3:37 PM
**Cc:** Contributors Support <compliance@shutterstock.com>
**Subject:** Re: Shutterstock Content Withdrawal Notice Image 1726619095

External email*

Thanks for looking into this and your fast response. Can you please let me know:

1. How many copies of the book have been printed.
2. If there any plans for additional print runs and subsequent editions, is it possible to remove or replace this image from those future editions?

Thank you,

Best,

Andrew

On May 31, 2024 at 5:44:20 PM, ████████████████ wrote:

Expand Email

📄 Image_2024-05-31_12-30-45.p...

👍 Like        💬 Comment

⭕ Write a comment...

████████ Shutterstock Only sent an email.
June 3, 2024 at 11:09 AM

✉ To: araff, compliance ⓘ

Hi Andrew,

I am not sure at the moment. I need to check with our print team that works east coast hours and are done for the day. I'll get you the info on Monday.

Thanks,

████

CONFIDENTIAL

**From:** Andrew Raff <araff@shutterstock.com>
**Date:** Friday, May 31, 2024 at 3:37 PM
**Cc:** Contributors Support <compliance@shutterstock.com>
**Subject:** Re: Shutterstock Content Withdrawal Notice Image 1726619095

External email*

Hi Sarah,

Thanks for looking into this and your fast response. Can you please let me know:

1. How many copies of the book have been printed.
2. If there any plans for additional print runs and subsequent editions, is it possible to remove or replace this image from those future editions?

Thank you,

Best,

Andrew

On May 31, 2024 at 5:44:20 PM, ██████████████ ote:

Expand Email

📄 Image_2024-05-31_12-30-45.p...

👍 Like     💬 Comment

Write a comment...

██████ o Shutterstock Only sent an email.
June 3, 2024 at 1:09 AM
To: araff, compliance

Hi Andrew,

I'll get you all the info on Monday. I have to check with our print team that works east coast hours.

Thanks,

**From:** Andrew Raff <araff@shutterstock.com>
**Date:** Friday, May 31, 2024 at 3:37 PM
**Cc:** Contributors Support <compliance@shutterstock.com>
**Subject:** Re: Shutterstock Content Withdrawal Notice Image 1726619095

External email*

Thanks for looking into this and your fast response. Can you please let me know:

1. How many copies of the book have been printed.
2. If there any plans for additional print runs and subsequent editions, is it possible to remove or replace this image from those future editions?

Thank you,

Best,

Andrew

On May 31, 2024 at 5:44:20 PM ████████████████ rote:

Expand Email

📄 Image_2024-05-31_12-30-45.p...

👍 Like     💬 Comment

Write a comment...

Andrew Raff to Shutterstock Only sent an email.
May 31, 2024 at 6:37 PM
To: ██████████ ompliance

Thanks for looking into this and your fast response. Can you please let me know:
1. How many copies of the book have been printed.
2. If there any plans for additional print runs and subsequent editions, is it possible to remove or replace this image from those future editions?

Thank you,

Best,
Andrew

On May 31, 2024 at 5:44:20 PM, S██████████████ wrote:

CONFIDENTIAL

Expand Email

Image_2024-05-31_12-30-45.p...

Like    Comment

Write a comment...

Shutterstock Only sent an email.
May 31, 2024 at 5:44 PM

To: ip, compliance

Dear IP Team,

This image is currently in use in a published book. There is no way for us to stop using the photo as it was licensed in 2021 or early 2022. The book is for sale and the photo can't be replaced. I'm not sure what to do with this information.

Thanks,

From: noreply@salesforce.com <noreply@salesforce.com> on behalf of IP Team <ip@shutterstock.com>
Date: Friday, May 31, 2024 at 1:53 PM
To: compliance@shutterstock.com <compliance@shutterstock.com>
Subject: Shutterstock Content Withdrawal Notice Image 1726619095

External email*

Hello,

We are writing to you in connection with the Shutterstock image ID 1726619095. Our records show that you hold a license to this content. Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage until the issue has been resolved, as set forth in the applicable license.

To be clear, the issue is with the image itself, not in how you are using it. As such, I do not know how or if you have used this image. You will need to determine this yourself.

Thank you for your understanding, and apologies for any inconvenience.

For reference, this is a thumbnail of the image:

Kind Regards,

Shutterstock IP Team

* External email. Do not click links or open attachments unless you know the content is safe.    * Email externe. Ne cliquez pas sur les liens ou pièces-jointes si vous n'êtes pas sûrs de leur origine.    * Correo electrónico externo. No abra los archivos adjuntos ni haga clic en los enlaces si desconoce el remitente.

This may contain confidential material. If you are not an intended recipient, please notify the sender, delete immediately, and understand that no disclosure or reliance on the information herein is permitted. [redacted] ay monitor email to and from our network.

Image_2024-05-31_12-30-45.p...

Like    Comment

Write a comment...

Shutterstock Only sent an email.
May 31, 2024 at 5:44 PM

To: ip, compliance

Dear IP Team,

This image is currently in use in a published book. There is no way for us to stop using the photo as it was licensed in 2021 or early 2022. The book is for sale and the photo can't be replaced. I'm not sure what to do with this information.

Thanks,

From: noreply@salesforce.com <noreply@salesforce.com> on behalf of IP Team <ip@shutterstock.com>
Date: Friday, May 31, 2024 at 1:53 PM
To: compliance@shutterstock.com <compliance@shutterstock.com>
Subject: Shutterstock Content Withdrawal Notice Image 1726619095

External email*

Hello,

We are writing to you in connection with the Shutterstock image ID 1726619095. Our records show that you hold a license to this content. Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage until the issue has been resolved, as set forth in the applicable license.

To be clear, the issue is with the image itself, not in how you are using it. As such, I do not know how or if you have used this image. You will need to determine this yourself.

Thank you for your understanding, and apologies for any inconvenience.

For reference, this is a thumbnail of the image:

Kind Regards,

Shutterstock IP Team

* External email. Do not click links or open attachments unless you know the content is safe.

* Email externe. Ne cliquez pas sur les liens ou pièces-jointes si vous n'êtes pas sûrs de leur origine.

* Correo electrónico externo. No abra los archivos adjuntos ni haga clic en los enlaces si desconoce el remitente.

This may contain confidential material. If you are not an intended recipient, please notify the sender, delete immediately, and understand that no disclosure or reliance on the information herein is permitted. Hachette Book Group may monitor email to and from our network.

📄 Image_2024-05-31_12-30-45.p...

👍 Like     💬 Comment

Write a comment...

This record was updated.
May 31, 2024 at 4:47 PM

Status
Waiting on Client to New Reply

Status
Waiting on Client to New Reply

Show All Updates

Shutterstock Integration to Shutterstock Only updated this record.
May 31, 2024 at 4:55 PM

Status
New Reply to New Reply

👍 Like     💬 Comment

Write a comment...

Shutterstock Integration to Shutterstock Only updated this record.
May 31, 2024 at 4:55 PM

Status
Waiting on Client to New Reply

👍 Like     💬 Comment

Write a comment...

███████ to Shutterstock Only sent an email.
May 31, 2024 at 4:55 PM

✉ To: ip, compliance ⊙

Would you be able to tell me who the photographer is? That can help us find out easier if we are using the image.

On Fri, May 31, 2024 at 3:47 PM IP Team <ip@shutterstock.com> wrote:

Expand Email

📄 Image_2024-05-31_12-30-45.p...

👍 Like     💬 Comment

Write a comment...

███████ Shutterstock Only sent an email.
May 31, 2024 at 4:55 PM

✉ To: ip, compliance ⊙

Would you be able to tell me who the photographer is? That can help us find out easier if we are using the image.

On Fri, May 31, 2024 at 3:47 PM IP Team <ip@shutterstock.com> wrote:

Expand Email

📄 Image_2024-05-31_12-30-45.p...

👍 Like     💬 Comment

Write a comment...

Andrew Raff to Shutterstock Only updated this record.
May 31, 2024 at 4:54 PM

Status
New Reply to Waiting on Client

👍 Like     💬 Comment

Write a comment...

Shutterstock Integration to Shutterstock Only updated this record.
May 31, 2024 at 4:54 PM

Status
Waiting on Client to New Reply

👍 Like     💬 Comment

Write a comment...

IP Team to Shutterstock Only sent an email.
May 31, 2024 at 4:54 PM

✉ To: compliance ⊙

Hello,

We are writing to you in connection with the Shutterstock image ID 1726616944. Our records show that you hold a license to this content. Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage until the issue has been resolved, as set forth in the applicable license.

To be clear, the issue is with the image itself, not in how you are using it. As such, I do not know how or if you have used this image. You will need to determine this yourself.

Thank you for your understanding, and apologies for any inconvenience.

For reference, this is a thumbnail of the image:



Kind Regards,

SHUTTERSTOCK_000290



SHUTTERSTOCK_000291



We are writing to you in connection with the Shutterstock image ID 1726619095. Our records show that you hold a license to this content. Due to a legal claim received in connection with this image, we are requesting that you withdraw the image and cease usage until the issue has been resolved, as set forth in the applicable license.

To be clear, the issue is with the image itself, not in how you are using it. As such, I do not know how or if you have used this image. You will need to determine this yourself.

Thank you for your understanding, and apologies for any inconvenience.

For reference, this is a thumbnail of the image:

Kind Regards,

Shutterstock IP Team

📄 Image_2024-05-31_12-30-45.p...

👍 Like        💬 Comment                                                                                     1 view

Write a comment...

Andrew Raff created this case.
May 31, 2024 at 12:15 PM

📅   15007161

View more details

👍 Like        💬 Comment

Write a comment...

Distribution Engine    🔍 Login Search    ⚡ Recent Items    📝 Notes    Sales Ops Service Desk    💬 Feedback    To Do List

CONFIDENTIAL

SHUTTERSTOCK_000292