**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CYNTHIA HERRICK,<br><br>      Plaintiff,<br><br>  v.<br><br>SHUTTERSTOCK, INC.,<br><br>      Defendant. | 1:23-cv-03191-JPC |

**DECLARATION OF SARAH E. BURNS**

1. I am an associate at the law firm of Davis Wright Tremaine LLP, attorneys for Defendants Shutterstock, Inc. ("Shutterstock") in the above-captioned matter.

2. I make this declaration based on personal knowledge, except for matters stated on information and belief, which I believe to be true. This declaration is made in support of Defendant Shutterstock, Inc.'s Opposition to Plaintiff Cynthia Herrick's ("Plaintiff") Motion for Class Certification ("Motion").

3. Attached as **Exhibit 1** is a true and correct copy of Plaintiff's First Set of Requests for Production to Defendant Shutterstock, Inc.

4. Attached as **Exhibit 2** is a true and correct copy of excerpts of the Deposition transcript of Artur Zambrowski, taken June 25, 2025.

5. During the discovery process in this case, the parties agreed that Shutterstock would produce records related to a representative sample of the at-issue images comprised of 15 percent (15%) of the total, randomly selected through an agreed upon procedure ("Sample Set"). Shutterstock produced records related to approximately 1,800 images from 572 takedown requests as part of the Sample Set.

6.     Sample Set takedown requests, along with Shutterstock's responses to the takedown requests, were produced in discovery by downloading that correspondence from Shutterstock's Salesforce platform. The documents that were downloaded and produced are Excel files containing roughly 45 columns of information. The vast majority of those columns contain information that is not referenced or relevant to Plaintiff's Motion. Excerpts of the files containing the following columns have been attached in lieu of the entire Excel file including the following information: case number (the number Shutterstock assigned to the case, which is how the parties identified whether a takedown came within the Sample Set), from_name (the requestor's name, if provided) from_address (the email address where a communication originated), to_address (the email address that received the communication), message_date (the date and time of the communication), subject, and text_body (the text of the communications).

7.     I have reviewed the takedown requests in the Sample Set. The takedown requests in the Sample Set vary widely in the types of information provided and claims made in them.

8.     For example, some of the takedown requests cite violations the laws of other countries, rather than the United States.

    a.  A true and correct copy of a request that cites the Canadian Copyright Modernization Act and the Canadian Copyright Act, Bates Numbered SHUTTERSTOCK_006344, is attached here as **Exhibit 3**.

    b.  A true and correct copy of a takedown request in the Sample set that references "Spanish Intellectual Property Law" and the Berne Convention, Bates Numbered SHUTTERSTOCK_006402, is attached here as **Exhibit 4**.

c.  A true and correct copy of a takedown request in the Sample Set that references Russian copyright law, Bates Numbered SHUTTERSTOCK_006797, is attached here as **Exhibit 5**.

9.  In other takedown requests, the requestor demands that an image be taken down based on an alleged copyright owned by someone else. For example, in the request attached here as **Exhibit 6**, Bates Numbered SHUTTERSTOCK_006153, the requestor requests that an image be removed because it purportedly infringes a copyright owned by someone with a different name. The requestor does not claim to be alleged owner's agent or to be otherwise authorized to act on the owner's behalf.

10.  Frequently, takedown requests take the form of multiple emails between the requestor and Shutterstock, as Shutterstock seeks to tease out which images the requestor has issues with. A true and correct copy of such an exchange from the sample set, Bates Numbered SHUTTERSTOCK_008002, is attached here as **Exhibit 7**.

11.  In other takedown requests in the Sample Set, the requestor discusses disputes over ownership of the copyright in the image the requestor seeks to have removed. For example, in one request, the requestor reports that she paid someone to create a design based on an agreement that the designer would assign the copyright to her. She claims the designer uploaded the design to Shutterstock, in violation of that agreement. A true and correct copy of her correspondence with Shutterstock, Bates Numbered SHUTTERSTOCK_006534, is attached here as **Exhibit 8**. A true and correct copy of the agreement she attached to her email, Bates Numbered SHUTTERSTOCK_008581, is attached here as **Exhibit 9**.

12.  Many takedown requests in the Sample Set do not claim that the allegedly infringing image was an exact copy of an image the requestor owned.  Instead, the requestor claims

3

the allegedly infringing image is similar to the requestor's own image.  For example, in one request, the requestor complains about "over-inspiration by my portfolio and theft of compositions."    A    true    and    correct    copy    of    that    request,    Bates    Numbered SHUTTERSTOCK_006824, is attached here as **Exhibit 10**.  In another request, the requestor asks that an allegedly infringing image be taken down that the requestor acknowledges has been "changed…quite a bit" from the image she claims to own.  A true and correct copy of that request, Bates Numbered SHUTTERSTOCK_006414, is attached here as **Exhibit 11**.

13.    Multiple takedown requests in the Sample Set also allege that the requestor's work has been incorporated into a second work, with additional elements added in.  In one request, Bates Numbered SHUTTERSTOCK_006567, a true and correct copy of which is attached here as **Exhibit 12**, the requestor seeks removal of an image found on Shutterstock's site, the webpage for which was separately produced and Bates Numbered SHUTTERSTOCK_004750, a true and correct copy of which is attached here as **Exhibit 13**. The image found on that site is pasted below:



The requestor claimed the contributor who submitted the allegedly infringing image shown above "steals my artwork and builds new ones" and "[w]orks on the same artistic ideas."  The requestor

provided URLs of the works he claims to own and which he says have been infringed found at: https://www.shutterstock.com/image-vector/vector-arabic-calligraphy-text-eid-al-696293017?dd_referrer=     and     https://www.shutterstock.com/image-vector/arabic-islamic-calligraphy-text-eid-adha-1452564617. True and correct copies of screenshots of the webpages, which I downloaded from the Internet, are attached as **Exhibit 14** and **Exhibit 15**. The images found at those URLs are also pasted below:





14.     In another takedown request, Bates Numbered SHUTTERSTOCK_006406, a true and correct copy of which is attached here as **Exhibit 16**, the requestor seeks removal of an image found on Shutterstock's site, the webpage for which was separately produced and Bates Numbered

SHUTTERSTOCK_004278, a true and correct copy of which is attached here as **Exhibit 17**. The

image found on that site is pasted below:



In his request, the requestor claims the image infringes an image he owns, located at

https://www.gettyimages.com/detail/illustration/golfer-silhouette-royalty-free-

illustration/165944321. A true and correct copy of that webpage, which I downloaded from the

Internet, is attached here as **Exhibit 18** and a screenshot of the image is below:



Shutterstock served a subpoena on this requestor as part of this litigation, requesting that he produce the copyright registration for the work. In response, he explained that "[o]nly the original photograph was registered, and all other artworks published are considered derivatives of the photograph."  An image of the photograph referenced in his response is pasted below. A true and correct copy of his email is attached here as **Exhibit 19**.



15.     In another takedown request, the requestor argues that an image on Shutterstock infringes the copyright in an image the requestor used AI to make.  A true and correct copy of the request, Bates Numbered SHUTTERSTOCK_007679, is attached here as **Exhibit 20**.

16.     As detailed in the concurrently-filed Declaration of Andrew Raff. ¶ 5, when Shutterstock receives a request to remove an image from its website, and the request does not appear to comply with the requirements of the Digital Millenium Copyright Act, it informs the requestor of such using the following language: "Though your correspondence did not adhere to the strict statutory requirements of the DMCA, we elected to treat it as a proper notice and expeditiously removed the image(s) in question." I did a search through the 572 Requests in the Sample Set, and that language appeared in Shutterstock's response to 287 of them.

17.    The following attachments are examples of takedown requests and responses to those requests where Shutterstock used this response language:

a.    Attached as **Exhibit 21** is a true and correct copy of SHUTTERSTOCK_006116.

b.    Attached as **Exhibit 22** is a true and correct copy of SHUTTERSTOCK_006144.

c.    Attached as **Exhibit 23** is a true and correct copy of SHUTTERSTOCK_007125.

d.    Attached as **Exhibit 24** is a true and correct copy of SHUTTERSTOCK_006085.

e.    Attached as **Exhibit 25** is a true and correct copy of SHUTTERSTOCK_006097.

18.    Attached as **Exhibit 26** is a true and correct copy of, a request, Bates Numbered SHUTTERSTOCK_006615, in which the requestor says they are "mid-legal action with an entity in Australia that has been selling [the alleged copyright owner's] works as wall art."

19.    Many of the takedown requests contained in the Sample Set do not contain the requestor's physical address, a signature, copyright registration number, or a statement under penalty of perjury that the information contained in the request is accurate. Most did not attach copyright registrations. True and correct copies of some examples of such requests, including SHUTTERSTOCK_007054, SHUTTERSTOCK_008296, and SHUTTERSTOCK_008418, are attached here as **Exhibits 27, 28, 29**.

20.    Other takedown requests are in languages other than English. An example of such a request is attached here as **Exhibit 30** and Bates Numbered as SHUTTERSTOCK_006975. Many requestors also list addresses outside the United States. Examples of such requests, including documents Bates Numbered SHUTTERSTOCK_008576, SHUTTERSTOCK_008628, SHUTTERSTOCK_008592, and SHUTTERSTOCK_008602, are attached here as **Exhibits 31-34**.

21.   Attached as **Exhibit 35** is a true and correct copy of a request, Bates Numbered SHUTTERSTOCK_007314, wherein a requestor asked whether Shutterstock would compensate them for the money made from sales of their work that was taken down and were informed that Shutterstock could not release information related to renumeration without a court order. As of the date of this declaration, it is my understanding that this requestor has not sued Shutterstock related to this request.

22.   Attached as **Exhibit 36** is a true and correct copy of excerpts of the Deposition transcript of Cynthia Herrick, taken April 11, 2025.

23.   Attached as **Exhibit 37** is a true and correct copy of excerpts of the Deposition transcript of Andrew Raff, taken July 14, 2025.

I declare under penalty of perjury under the laws of the State of New York and the United States that the foregoing is true and correct.

Executed this 29th day of May, 2026, at San Francisco, California.

_____

Sarah E. Burns

9