# EXHIBIT 2

          UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
CYNTHIA HERRICK, Individually and On
Behalf of All Others Similarly Situated,


                        Plaintiff,

     -against-        1:23-cv-03191-JPC-SLC

SHUTTERSTOCK, INC.,

                        Defendant.
-------------------------------------------X

        C O N F I D E N T I A L


                  DATE:  June 25, 2025
                  TIME:  10:07 a.m.




     EXAMINATION BEFORE TRIAL of the

Defendant, SHUTTERSTOCK, INC., by a witness,

ARTUR ZAMBROWSKI, taken by the Respective

Parties, pursuant to the Federal Rules of

Civil Procedure, held at Davis Wright

Tremaine LLP, 1251 Avenue of the Americas,

21st Floor, New York, New York 10020, before

Richard Aurelio, a Notary Public of the

State of New York.

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179



Confidential                                                                Page 2

A P P E A R A N C E S:


DUNCAN FIRM, P.A.,
        Attorneys for the Plaintiff
        809 West 3rd Street
        Little Rock, Arkansas 72201
        BY: JAMES H. BARTOLOMEI III, ESQ.
            of Counsel
            SDNY Bar JB 7747
            james@duncanfirm.com



DAVIS WRIGHT TREMAINE LLP
        Attorneys for the Defendant
        1251 Avenue of the Americas
        New York, New York 10020
        BY: JAMES E. ROSENFELD, ESQ.
            HILARY ORAN, ESQ.




ALSO PRESENT:   (ALL VIA VIDEO CONFERENCE)


        THOMAS BRIGHT, ESQ., CERA LLP
        (Pro Hac Vice Forthcoming)

        BRYAN D. HOBEN, ESQ., HOBEN LAW

        ANDREW RAFF, ESQ., SHUTTERSTOCK, INC.

        CYNTHIA HERRICK, Plaintiff


            *        *         *

Artur Zambrowski
June 25, 2025

F E D E R A L   S T I P U L A T I O N S

IT IS HEREBY STIPULATED AND AGREED by and between (among) counsel for the respective parties herein, that filing and sealing be and the same are hereby waived.

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question, shall be reserved to the time of the trial.

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be sworn to and signed before any officer authorized to administer an oath, with the same force and effect as if signed and sworn to before the Court.

*    *    *    *

A. ZAMBROWSKI

A R T U R     Z A M B R O W S K I, called

as a witness, having been first duly sworn

by a Notary Public of the State of New York,

was examined and testified as follows:

EXAMINATION BY

MR. BARTOLOMEI:

Q.   Please state your name for the

record.

A.   Artur Zambrowski, A-R-T-U-R,

Z-A-M-B-R-O-W-S-K-I.

Q.   Where do you reside?

A.   42 East 46th Street, Apartment 2R,

Bayonne, New Jersey 07002.

Q.   Good morning.  Please state your

full legal name for the record.

A.   My name is Artur Zambrowski.

Q.   What is your title at

Shutterstock, Mr. Zabrowski?

A.   I'm a senior intellectual property

agent.

Q.   I am James Bartolomei.  I

represent the plaintiff Cynthia Herrick in a

lawsuit that was filed against Shutterstock.

I also have Brian Hoben and Thomas Bright

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

A. ZAMBROWSKI

sells licenses.

Q.   It sells licenses --

A.   The way you define --

Q.   It sells assets --

A.   No.  It --

Q.   -- right?

A.   -- sells licenses.

Q.   It sells licenses to assets, correct?

A.   It sells licenses in connection to assets.

Q.   Do you know the percentage of licenses for works in the putative class that were issued as individual  la carte licenses versus those that work through subscription plans?

A.   From the best of my memory, it's a very low percentage.

Q.   What does very low mean?

A.   One percent -- less.

Q.   Does Shutterstock use any internal definition to deswing -- tinguish between the license types?

A.   Could you just repeat the

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

A. ZAMBROWSKI

C E R T I F I C A T E


STATE OF NEW YORK         )
                          :  SS.:
COUNTY OF NEW YORK        )


I, RICHARD AURELIO, a Notary Public for and within the State of New York, do hereby certify:

That the witness whose examination is hereinbefore set forth was duly sworn and that such examination is a true record of the testimony given by that witness.

I further certify that I am not related to any of the parties to this action by blood or by marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 5th day of July 2025.


_____
          RICHARD AURELIO

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS