# EXHIBIT 3

| CASE_NUMBER | FROM_NAME | FROM_ADDRESS | TO_ADDRESS | SUBJECT | MESSAGE_DATE | TEXT_BODY |
|---|---|---|---|---|---|---|
| 10693510 | Tom Tolkien | REDACTED <br><small>REDACTED</small><br><small>REDACTED</small> | infringementclaims@shutterstock.com | DMCA takedown notice TDN04122020 | 2020-12-04 11:03:35.000 Z | VIA ELECTRONIC MAIL<br><br>Reference: TDN04122020<br><br>Date: December 4th, 2020<br><br>Dear Sir or Madam;<br><br>My name is Tom Tolkien. Your website is displaying, or a website that your company is hosting, is infringing on a copyright-protected image that I am the legal rights owner of. This image was copied onto your servers without my permission.<br><br>The original image, titled 'Eye I. By Thomas Tolkien', to which I own the exclusive copyrights, can be found at:<br><br>https://www.flickr.com/photos/38585972@N04/5718897981 "> https://www.flickr.com/photos/38585972@N04/5718897981<br><br>The unauthorized and infringing copy is located at:<br><br>https://www.shutterstock.com/image-illustration/huge-blue-pupil-on-white-background-1044423481<br><br><br>The image is hosted at:<br><br>https://image.shutterstock.com/image-illustration/huge-blue-pupil-on-white-600w-1044423481.jpg<br><br>This email constitutes an official notification of the infringement and my legal request that you immediately remove or disable access to the infringing material, and ensure that the user refrains from any unauthorized use or sharing of my copyrighted materials in the future. Additionally, I request that the removed link state the following: "This |

CONFIDENTIAL

SHUTTERSTOCK_006344

| | | | | | | content has been removed due to infringement." |
|---|---|---|---|---|---|---|
| | | | | | | If you are hosting the image for another party, I request that you immediately notify the infringer of this notice, inform them of their duty to remove the infringing material immediately, ensure the material is removed, and notify them to cease any further posting of infringing material to your server in the future.

Under the Canadian Copyright Modernization Act and the Canadian Copyright Act, you have now been made aware of the infringement and are
required to act expeditiously to remove or to disable access to the work. Failure to act expeditiously upon this notification may result in you losing limited liability protection.

Should your company fail to comply, in a timely manner, I will consider taking legal action.

I have a good faith belief that use of the copyrighted materials described above as allegedly infringing is not authorized by the copyright owner, its agent, or the law. The information provided in the notification is accurate to the best of my knowledge and belief. Nothing in this notification shall serve as a waiver of any rights or remedies, of myself, with respect to this alleged infringement, all of which are expressly reserved.

I swear, under penalty of perjury, that I am the copyright owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

Please send me a prompt response indicating the actions that you have taken to resolve this matter, making sure to reference 'TDN04122020' in your response.

Regards,

Tom Tolkien (by electronic signature) |

2

| | | | | | | REDACTED REDACTEDREDACTED |
|---|---|---|---|---|---|---|
| | | | | | | -- |
| | | | | | | ----------------------- |
| | | | | | | Tom Tolkien |
| | | | | | | website www.tomtolkien.com [1] \| email REDACTED |
| | | | | | | [2] [3] [4] [5] [6] ----------------------- |
| | | | | | | The information contained in this e-mail is intended only for the named person or organisation to which it is addressed. If you have received this email in error, please disregard and advise www.tomtolkien.com [7]. The recipient should check this email and any attachments for the presence of viruses. www.tomtolkien.com [1] accepts no liability for any damage caused by any virus transmitted by this email. ----------------------- |
| | | | | | | Links: ------ [1] http://www.tomtolkien.com [2] http://www.facebook.com/thomastolkien [3] http://www.twitter.com/tomtolkien [4] http://www.linkedin.com/in/tomtolkien [5] http://www.flickr.com/photos/tomtolkien [6] http://www.vimeo.com/thomastolkien [7] http://www.tomtolkien.com/ |
| | | | | | | |
| | | | | | | |

3

| 1069351 0 | compliance@ shutterstock. com | compliance@sh utterstock.com | REDACTED REDACTED | Re: DMCA takedo wn notice TDN041 22020 | 2020-12- 04 21:44:34. 000 Z | Dear Tom Tolkien,

I am writing to you in response to the DMCA notice you recently sent to Shutterstock, Inc. ("Shutterstock").

Please be advised that upon receipt of the above-referenced correspondence, the image(s) referred to therein was removed from the Shutterstock website.

Please be advised that Shutterstock relies upon the integrity of its contributors, all of whom warrant and represent to us that their images will not infringe the rights of any third parties. Â Moreover, Shutterstock is a "service provider" as such term is defined by the U.S. Digital Millennium Copyright Act ("DMCA"). As a service provider, Shutterstock will remove any image identified in a proper DMCA take down notice. Therefore, we have removed the image(s) in question.

Regards,

IP Team Shutterstock, Inc.

--------------- Original Message ---------------
From: Tom Tolkien REDACTED
Sent: 12/4/2020 6:03 AM
To: infringementclaims@shutterstock.com
Subject: DMCA takedown notice TDN04122020
Â
VIA ELECTRONIC MAIL

Reference: TDN04122020

Date: December 4th, 2020

Dear Sir or Madam;

My name is Tom Tolkien. Your website is displaying, or a website that your company is hosting, is infringing on a copyright-protected image that I am |
|---|---|---|---|---|---|---|

4

the legal rights owner of. This image was copied onto your servers without my permission.

The original image, titled 'Eye I. By Thomas Tolkien', to which I own the exclusive copyrights, can be found at:

https://www.flickr.com/photos/38585972@N04/5718897981 <https://www.flickr.com/photos/38585972@N04/5718897981>Â ">Â https://www.flickr.com/photos/38585972@N04/5718897981 <https://www.flickr.com/photos/38585972@N04/5718897981>

The unauthorized and infringing copy is located at:

https://www.shutterstock.com/image-illustration/huge-blue-pupil-on-white-background-1044423481

The image is hosted at:

https://image.shutterstock.com/image-illustration/huge-blue-pupil-on-white-600w-1044423481.jpg

This email constitutes an official notification of the infringement and my legal request that you immediately remove or disable access to the infringing material, and ensure that the user refrains from any unauthorized use or sharing of my copyrighted materials in the future. Additionally, I request that the removed link state the following: "This content has been removed due to infringement."

If you are hosting the image for another party, I request that you immediately notify the infringer of this notice, inform them of their duty to remove the infringing material immediately, ensure the material is removed, and notify them to cease any further posting of infringing material to your server in the future.

Under the Canadian Copyright Modernization Act and the Canadian Copyright Act, you have now been made aware of the infringement and are required to act expeditiously to remove or to disable access to the work. Failure to act expeditiously upon this notification may result in you

5

losing limited liability protection.

Should your company fail to comply, in a timely manner, I will consider taking legal action.

I have a good faith belief that use of the copyrighted materials described above as allegedly infringing is not authorized by the copyright owner, its agent, or the law. The information provided in the notification is accurate to the best of my knowledge and belief. Nothing in this notification shall serve as a waiver of any rights or remedies, of myself, with respect to this alleged infringement, all of which are expressly reserved.

I swear, under penalty of perjury, that I am the copyright owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

Please send me a prompt response indicating the actions that you have taken to resolve this matter, making sure to reference 'TDN04122020' in your response.

Regards,

Tom Tolkien (by electronic signature)

REDACTEDREDACTEDREDACTED
REDACTEDREDACTED

--

Tom Tolkien

website www.tomtolkien.com <http://www.tomtolkien.com> | email
REDACTEDREDACTEDREDACTED

[Inline image URL : http://images.wisestamp.com/facebook.png] <http://www.facebook.com/thomastolkien>[Inline image URL : http://images.wisestamp.com/twitter.png] <http://www.twitter.com/tomtolkien>[Inline image URL :

6

| | | | | | | http://images.wisestamp.com/linkedin.png]<br><http://www.linkedin.com/in/tomtolkien>[Inline image URL :<br>http://images.wisestamp.com/flickr.png]<br><http://www.flickr.com/photos/tomtolkien>[Inline image URL :<br>http://images.wisestamp.com/vimeo.png]<br><http://www.vimeo.com/thomastolkien><br><br>The information contained in this e-mail is intended only for the named person or organisation to which it is addressed. If you have received this email in error, please disregard and advise www.tomtolkien.com <http://www.tomtolkien.com/>. The recipient should check this email and any attachments for the presenceof viruses. www.tomtolkien.com <http://www.tomtolkien.com>accepts no liability for any damage caused by any virustransmitted by this email.<br><br>ref:_00D301GgSC._5003Z1ASFMh:ref |
|---|---|---|---|---|---|---|

7