# EXHIBIT 4

| CASE_NUMBER | FROM_NAME | FROM_ADDRESS | TO_ADDRESS | SUBJECT | MESSAGE_DATE | TEXT_BODY |
|---|---|---|---|---|---|---|
| 10956699 | Freepik Copyright | REDACTED | compliance@shutterstock.com | Notice of Claimed Infringement pursuant to article 138 of Spanish Intellectual Property Law and article 5 of Berne Convention. | 2021-02-03 14:47:44.000 Z | To whom it might concern,<br><br>We are sending to you the following Notice of Claimed Infringement pursuant to article 138 of the Spanish Intellectual Property Law and article 5 of the Berne Convention.<br><br>This notice is related to the unauthorized reproduction and distribution of copyrighted works owned by Freepik Company, S.L. (hereinafter, â€œFreepikâ€ ), related to Freepik.com/Flaticon.com/SlidesGo.com<br><br>Freepik is the exclusive owner of all intellectual property rights to Freepik/Flaticon/SlidesGo contents. Freepikâ€™s exclusive rights have been established throughout the world for over forty (40) years pursuant to the Berne Convention and various trademarks and copyrights registrations.<br><br>As you perfectly know, Freepik/Flaticon/SlidesGoâ€™s terms and conditions expressly forbid, under any circumstances, â€œto sublicense, resell, distribute or allow any third party to use the contentâ€ .<br><br>However, through your website https://www.shutterstock.com/ru/g/Natalia+Grakhova, you make available to your web users Freepik content to be directly downloaded. This |

CONFIDENTIAL

SHUTTERSTOCK_006402

| | | | | | | unauthorised use of Freepikâ€™s content constitutes a clear violation of Freepikâ€™s intellectual property rights and Freepik/Flaticon/SlidesGo â€™s terms and conditions of use. |
|---|---|---|---|---|---|---|
| | | | | | | Specifically, the infringing content is available in the following link and the original authorized material is located at the following Freepik url listed below: |
| | | | | | | https://www.shutterstock.com/ru/image-vector/set-mosquito-icons-such-ant-flea-1433996720?src=s65iJmisoGwWF78q8K1jng-20-28&studio=1 |
| | | | | | | https://www.flaticon.com/packs/insects-27 |
| | | | | | | Considering the foregoing, we hereby request you to please act expeditiously to whether (i) remove the infringing content from the link provided or (ii) modify said content in order for users to be exclusively redirected to Freepik website, where they will be able to personally download the resources. In no case Freepikâ€™s content can be directly downloaded in any website other than Freepik/Flaticon/SlidesGo without Freepikâ€™s prior authorisation. |
| | | | | | | In case our request is not duly responded to, we would be forced to take |

2

|  |  |  |  |  | any legal measures Freepik is entitled to in order to defend Freepikâ€™s interest.<br><br>Should you have any query please do not hesitate to contact us.<br><br>Best regards,<br><br>*Freepik Copyright Department*<br>-----------------------------<br><br><http://www.freepikcompany.com/><br><br>Leader Websites in Free Graphic Resources<br><br>Freepik <https://www.freepik.com/> \| Flaticon <https://www.flaticon.com/> \|<br>Piktab <http://www.piktab.com/> \| Slidesgo <https://www.slidesgo.com/> |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| 10956699 | compliance@shutterstock.com | compliance@shutterstock.com | REDACTED | Re: Notice of Claimed Infringement pursuant to article 138 of Spanish Intellectual Property Law and article 5 of Berne Convention. | 2021-02-04 21:04:14.000 Z | Hello,<br><br>I am writing to you in response to the DMCA notice you recently sent to Shutterstock, Inc. ("Shutterstock").<br><br>Please be advised that upon receipt of the above-referenced correspondence, the image(s) referred to therein was removed from the Shutterstock website.<br><br>Please be advised that Shutterstock relies upon the integrity of its contributors, all of whom warrant and represent to us that their images will not infringe the rights of any third parties. Â Moreover, Shutterstock is a "service provider" as such term is defined by the U.S. Digital Millennium Copyright Act ("DMCA"). As a service |

3

provider, Shutterstock will remove any image identified in a proper DMCA take down notice. Therefore, we have removed the image(s) in question.

Regards,

IP Team
Shutterstock, Inc.

--------------- Original Message ---------------
From: Freepik Copyright REDACTED
Sent: 2/3/2021 9:47 AM
To: compliance@shutterstock.com
Subject: Notice of Claimed Infringement pursuant to article 138 of Spanish Intellectual Property Law and article 5 of Berne Convention. Â

To whom it might concern,

We are sending to you the following Notice of Claimed Infringement pursuant to article 138 of the Spanish Intellectual Property Law and article 5 of the Berne Convention.

Â

This notice is related to the unauthorized reproduction and distribution of copyrighted works owned by Freepik Company, S.L. (hereinafter, â€œFreepikâ€ ), related to Freepik.com/Flaticon.com/SlidesGo.com

Freepik is the exclusive owner of all intellectual property rights to Freepik/Flaticon/SlidesGo contents. Freepikâ€™s exclusive rights have been established throughout the world for over forty (40) years pursuant to the Berne Convention and various trademarks and copyrights registrations.Â

As you perfectly know, Freepik/Flaticon/SlidesGoâ€™s terms and conditions expressly forbid, under any circumstances, â€œto

4

| | | | | | | sublicense, resell, distribute or allow any third party to use the contentâ€ .

However, through your websiteÂ https://www.shutterstock.com/ru/g/Natalia+Grakhova <https://www.shutterstock.com/ru/g/Natalia+Grakhova>,Â you make available to your web users Freepik content to be directly downloaded. This unauthorised use of Freepikâ€™s content constitutes a clear violation of Freepikâ€™s intellectual property rights and Freepik/Flaticon/SlidesGo â€™s terms and conditions of use.Â

Specifically, the infringing content is available in the following link and the original authorized material is located at the following Freepik url listed below:Â

https://www.shutterstock.com/ru/image-vector/set-mosquito-icons-such-ant-flea-1433996720?src=s65iJmisoGwWF78q8K1jng-20-28&studio=1 <https://www.shutterstock.com/ru/image-vector/set-mosquito-icons-such-ant-flea-1433996720?src=s65iJmisoGwWF78q8K1jng-20-28&studio=1>

Â

https://www.flaticon.com/packs/insects-27 <https://www.flaticon.com/packs/insects-27>

Considering the foregoing, we hereby request you to please act expeditiously to whether (i) remove the infringing content from the link provided or (ii) modify said content in order for users to be exclusively redirected to Freepik website, where they will be able to personally download the resources. In no case Freepikâ€™s content can be directly downloaded in any website other than Freepik/Flaticon/SlidesGo without Freepikâ€™s prior authorisation. Â

In case our request is not duly responded to, we would be forced to take any legal measures Freepik is entitled to in order to defend |

5

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Freepikâ€™s interest.Â<br><br>Should you have any query please do not hesitate to contact us.Â<br><br>Best regards,<br><br>Â<br><br>Freepik Copyright Department<br><br>[Inline image URL : https://docs.google.com/uc?export=download&id=1awgaaAaG97m aaj0jG42WsfRNGVr1XB0c&revid=0B3ZplBR4oi6Tbjd4VU1LdHRiSllE UTZaSldHdXBzNHdZamFrPQ] <http://www.freepikcompany.com/><br><br>Leader Websites in Free Graphic Resources<br><br>Â<br><br>Freepik <https://www.freepik.com/>Â |Â Flaticon <https://www.flaticon.com/>Â |Â Piktab <http://www.piktab.com/>Â |Â Slidesgo <https://www.slidesgo.com/><br><br>Â<br><br>Â<br><br>ref:_00D301GgSC._5003Z1BWmcg:ref |

6