# EXHIBIT 5

| CASE_NUMBER | FROM_NAME | FROM_ADDRESS | TO_ADDRESS | SUBJECT | MESSAGE_DATE | TEXT_BODY |
|---|---|---|---|---|---|---|
| 12257497 | Ð'Ð°Ð´Ð¸Ð¼ Ð Ð¸ÐºÐ¾Ñ€ÑŽÐºÐ¸Ð½ | REDACTED | infringementclaims@shutterstock.com | copyright infringement | 2022-01-14 14:19:53.000 Z | A. A. Buryatov is the author of the image (hereinafter referred to as the result of intellectual activity - RID), which is confirmed by the certificate of deposit No. 25531 issued by the Russian Copyright Community on December 25, 2017. Author: "designer man" reworked the RID Buryatova AA without having any permission. Â<br>RID Buryatova A. A. posted on the Internet site https://affresco.ru/catalog/wallpaper-and-panels/exclusive/ab305-col3.html.<br>Please delete the image posted on the URL link https://www.shutterstock.com/ru/image-illustration/3d-wall-paper-mural-2027549789 . Â<br>By the domain name administrator https://affresco.ru is Buryatov A. A.<br>Contact information: author Buryatov Alexander Alekseevich, tel. +████████, e-mail: REDACTED<br><br>.<br>Authorized representative: Julia Medvedeva, tel. +████████, e-mail: REDACTED<br><br>I, V. Nikoryukin, honestly assume that the use of the material in the form that the complaint is filed is not permitted by the copyright owner (A. A. Buryatov) and the law. There are no authorized agents to act on behalf of A. A. Buryatov, except for the authorized representative of J. Medvedeva and V. Nikoryukin.<br>I, V. Nikoryukin, assure that the information in |

CONFIDENTIAL

SHUTTERSTOCK_006797

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | the notification is accurate, and I understand the responsibility for providing deliberately false information. I confirm that I am authorized to act on behalf of the owner of the exclusive right that has been violated, on the basis of a notarized power of attorney.<br>Â<br>Ð¡ ÑƒÐ²Ð°Ð¶ÐµÐ½Ð¸ÐµÐ¼,<br>Ð'Ð°Ð´Ð¸Ð¼ Ð Ð¸ÐºÐ¾Ñ€ÑŽÐºÐ¸Ð½<br>REDACTED |
| 12257497 | Infringement Claims | infringementclaims@shutterstock.com | REDACTED | Re: copyright infringement | 2022-01-19 19:54:59.000 Z | Dear Ð'Ð°Ð´Ð¸Ð¼,<br><br>I am writing to you in response to the DMCA notice you recently sent to Shutterstock, Inc. ("Shutterstock").<br><br>Please be advised that upon receipt of the above-referenced correspondence, the image(s) referred to therein was removed from the Shutterstock website.<br><br>Please be advised that Shutterstock relies upon the integrity of its contributors, all of whom warrant and represent to us that their images will not infringe the rights of any third parties. Moreover, Shutterstock is a "service provider" as such term is defined by the U.S. Digital Millennium Copyright Act ("DMCA"). As a service provider, Shutterstock will remove any image identified in a proper DMCA take down notice. Therefore, we have removed the image(s) in question.<br><br>Regards,<br><br>Lynne<br>IP Team |

2

| | | | | | | Shutterstock, Inc. |
|---|---|---|---|---|---|---|
| | | | | | | -------------- Original Message -------------- From: ВадимРикожекин REDACTED Sent: 1/14/2022 9:19 AM To: infringementclaims@shutterstock.com Subject: copyright infringement

A. A. Buryatov is the author of the image (hereinafter referred to as the result of intellectual activity - RID), which is confirmed by the certificate of deposit No. 25531 issued by the Russian Copyright Community on December 25, 2017. Author: "designer man" reworked the RID Buryatova AA without having any permission.

RID Buryatova A. A. posted on the Internet site https://affresco.ru/catalog/wallpaper-and-panels/exclusive/ab305-col3.html.

Please delete the image posted on the URL link https://www.shutterstock.com/ru/image-illustration/3d-wall-paper-mural-2027549789.

By the domain name administrator https://affresco.ru is Buryatov A. A.

Contact information: author Buryatov Alexander Alekseevich, tel. + REDACTED , e-mail: REDACTED

. |

3

| | | | | | | Authorized representative: Julia Medvedeva, tel. +█████████, e-mail: REDACTED |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | I, V. Nikoryukin, honestly assume that the use of the material in the form that the complaint is filed is not permitted by the copyright owner (A. A. Buryatov) and the law. There are no authorized agents to act on behalf of A. A. Buryatov, except for the authorized representative of J. Medvedeva and V. Nikoryukin.<br><br>I, V. Nikoryukin, assure that the information in the notification is accurate, and I understand the responsibility for providing deliberately false information. I confirm that I am authorized to act on behalf of the owner of the exclusive right that has been violated, on the basis<br><br>of a notarized power of attorney.<br><br>Ð¡ ÑƒÐ²Ð°Ð¶ÐµÐ½Ð¸ÐµÐ¼, Ð'Ð°Ð´Ð¸Ð¼ Ð Ð¸ÐºÐ¾Ñ€ÑŽÐºÐ¸Ð½ REDACTED<br>ref:_00D301GgSC._5003Z1MFzN5:ref |

4