# EXHIBIT 6

| CASE_NUMBER | FROM_NAME | FROM_ADDRESS | TO_ADDRESS | SUBJECT | MESSAGE_DATE | TEXT_BODY |
|---|---|---|---|---|---|---|
| 09951866 | Marg Johnson | REDACTED | infringementclaims@shutterstock.com | Copyright violation | 2020-06-15 15:51:08.000Z | These images are copyright violations.<br><br>https://www.shutterstock.com/image-photo/nice-colour-heart-abstract-background-using-1273371352 https://www.shutterstock.com/image-photo/lgbts-love-1273830913<br><br>They belong to Marta Branco. https://www.shutterstock.com/image-photo/female-hand-holding-rainbow-colored-wooden-1121083880 https://www.pexels.com/photo/photo-of-person-holding-multicolored-heart-decor-1173576/ |
| 09951866 | Infringement Claims | infringementclaims@shutterstock.com | REDACTED | RE: Copyright violation | 2020-06-17 17:01:47.000Z | Hi Marg,<br><br>Thanks for letting me know.  I have removed the content.<br><br>Regards,<br>Lynne<br>IP Team, Shutterstcok<br><br><br>--------------- Original Message --------------<br>From: Marg Johnson<br>REDACTED<br>Sent: 6/15/2020 11:51 AM |

CONFIDENTIAL

| | | | | | | To: infringementclaims@shutterstock.com<br>Subject: Copyright violation<br><br>These images are copyright violations.<br><br>https://www.shutterstock.com/image-photo/nice-colour-heart-abstract-background-using-1273371352<br>https://www.shutterstock.com/image-photo/lgbts-love-1273830913<br><br>They belong to Marta Branco.<br><br>https://www.shutterstock.com/image-photo/female-hand-holding-rainbow-colored-wooden-1121083880<br><br>https://www.pexels.com/photo/photo-of-person-holding-multicolored-heart-decor-1173576/<br>ref:_00D301GgSC._5003Z15JhsS:ref |

2