# EXHIBIT 7

| CASE_NUMBER | FROM_NAME | FROM_ADDRESS | TO_ADDRESS | SUBJECT | MESSAGE_DATE | TEXT_BODY |
|---|---|---|---|---|---|---|
| 14724325 | Anna Om | REDACTED | infringementclaims@shutterstock.com | INTIRE PORTFOLIO MADE OF STOLEN IMAGES | 2024-01-17 11:31:44.000 Z | Hello, dear Shutterstock team.I found a fraud scam portfolio named Milianpop.Entirely consists of stolen images from my portfolio. Every single image in this portfolio is mine. All 275 photos in this portfolio are the Copyright of Anna Om. FRAUD page:https://www.shutterstock.com/g/milianpop REAL AUTHOR page:https://www.shutterstock.com/g/annaom Please, address the issue as soon as possible. Thank you!<br><br>Anna Om |
| 14724325 | Infringement Claims | infringementclaims@shutterstock.com | REDACTED | RE: INTIRE PORTFOLIO MADE OF STOLEN IMAGES | 2024-01-17 18:35:10.000 Z | Hello,<br><br>Please provide info as such:<br><br>My Original artwork:<br><br>PASTE LINK / IMAGE ID TO YOUR ORIGINAL ARTWORK HERE<br><br>Alleged copyright infringement artwork:<br><br>PASTE LINK/IMAGE ID of the ALLEGED INFRINGER HERE. (IT MUST CORRESPOND or ASSOCIATED WITH THE IMAGE ABOVE)<br><br>Upon receipt we will review and respond quickly. regards, Louie<br><br>-------------- Original Message -------------- |

CONFIDENTIAL

SHUTTERSTOCK_008002

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | From: Anna Om REDACTED<br>Sent: 1/17/2024 6:31 AM<br>To: infringementclaims@shutterstock.com<br>Subject: INTIRE PORTFOLIO MADE OF STOLEN IMAGES<br>Hello, dear Shutterstock team.<br>I found a fraud scam portfolio named Milianpop.<br>Entirely consists of stolen images from my portfolio.<br>Every single image in this portfolio is mine. All 275 photos in this portfolio are the Copyright of Anna Om.<br>FRAUD page:<br>https://www.shutterstock.com/g/milianpop<br>REAL AUTHOR page:<br>https://www.shutterstock.com/g/annaom<br>Please, address the issue as soon as possible.<br>Thank you!<br><br>Anna Om<br>ref:!00D3001GgSC.!500Pe06TtFO:ref |
| 14724325 | Anna Om | REDACTED | infringementclaims@shutterstock.com | Re: INTIRE PORTFOLIO MADE OF STOLEN IMAGES | 2024-01-18 10:35:50.000 Z | Hello dear Louie, the entire portfolio is a scamÂ https://www.shutterstock.com/g/milianpop<br>Every single image is stolen from me.Â  All 275 images.Â There are no other Authors images, only mine.<br>My Original artwork:<br><br>https://www.shutterstock.com/g/annaom<br><br>Alleged copyright infringement artwork:<br><br>https://www.shutterstock.com/g/milianpop<br><br>Thank you<br>Anna Om |

2

| | | | | | | On Wednesday, January 17, 2024 at 08:35:12 PM GMT+2, Infringement Claims <infringementclaims@shutterstock.com> wrote:<br><br>Hello,<br><br>Please provide info as such:<br>  - My Original artwork:<br>    - PASTE LINK / IMAGE ID TO YOUR ORIGINAL ARTWORK HERE<br>    - Â<br>    - Â<br>    - Â<br><br>  - Alleged copyright infringement artwork:<br>    - PASTE LINK/IMAGE ID of the ALLEGED INFRINGER HERE. (IT MUST CORRESPOND or ASSOCIATED WITH THE IMAGE ABOVE)<br>    - Â<br>    - Â<br>    -<br>  Â<br><br>Upon receipt we will review and respond quickly.<br>regards,<br>Louie<br><br><br>-------------- Original Message --------------<br>From: Anna Om REDACTED          ]<br>Sent: 1/17/2024 6:31 AM<br>To: infringementclaims@shutterstock.com<br>Subject: INTIRE PORTFOLIO MADE OF STOLEN IMAGES<br>Â Hello, dear Shutterstock team.I found a fraud scam portfolio named Milianpop.Entirely consists of stolen images from my portfolio.Â Every single image in this portfolio is mine. All 275 photos in this portfolio are the Copyright of Anna Om.Â FRAUD |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | page:https://www.shutterstock.com/g/milianpopÂ REAL AUTHOR page:https://www.shutterstock.com/g/annaomÂ Please, address the issue as soon as possible.Â Thank you!Â Anna Om<br><br>Â<br><br>ref:!00D3001GgSC.!500Pe06TtFO:ref |
| 14724325 | Infringement Claims | infringementclaims @shutterstock.com | REDACTED | Re: INTIRE PORTFOLIO MADE OF STOLEN IMAGES | 2024-01-18 22:34:22.0 00 Z | dear  Anna Om:<br><br>I understand you are alleging that the entire portfolio is infringing upon your asset. However, we need at least a handful to juxtapose.<br><br>Our formal DMCA notice per our policy. see here https://www.shutterstock.com/terms/dmca-notice<br><br>Upon receipt we will quickly review and respond accordingly.<br><br>best,<br>Louie<br><br>--------------- Original Message ---------------<br>From: Anna Om REDACTED<br>Sent: 1/18/2024 5:35 AM<br>To: infringementclaims@shutterstock.com<br>Subject: Re: INTIRE PORTFOLIO MADE OF STOLEN IMAGES<br>Hello dear Louie, the entire portfolio is a scam https://www.shutterstock.com/g/milianpop<br>Every single image is stolen from me.  All 275 images. There are no other Authors images, only mine.<br>My Original artwork:<br>https://www.shutterstock.com/g/annaom<br>Alleged copyright infringement artwork:<br>https://www.shutterstock.com/g/milianpop<br>Thank you |

4

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Anna Om<br><br>On Wednesday, January 17, 2024 at 08:35:12 PM GMT+2, Infringement Claims <infringementclaims@shutterstock.com> wrote:<br>Hello,<br><br>Please provide info as such:<br><br>My Original artwork:<br><br>PASTE LINK / IMAGE ID TO YOUR ORIGINAL ARTWORK HERE<br><br>Alleged copyright infringement artwork:<br><br>PASTE LINK/IMAGE ID of the ALLEGED INFRINGER HERE. (IT MUST CORRESPOND or ASSOCIATED WITH THE IMAGE ABOVE)<br><br><br>Upon receipt we will review and respond quickly.<br>regards,<br>Louie<br><br><br>--------------- Original Message ---------------<br>From: Anna Om [REDACTED<br>Sent: 1/17/2024 6:31 AM<br>To: infringementclaims@shutterstock.com<br>Subject: INTIRE PORTFOLIO MADE OF STOLEN IMAGES<br>Hello, dear Shutterstock team.<br>I found a fraud scam portfolio named Milianpop.<br>Entirely consists of stolen images from my portfolio.<br>Every single image in this portfolio is mine. All 275 photos in this portfolio are the Copyright of Anna Om.<br>FRAUD page: |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | https://www.shutterstock.com/g/milianpop<br>REAL AUTHOR page:<br>https://www.shutterstock.com/g/annaom<br>Please, address the issue as soon as possible.<br>Thank you!<br><br>Anna Om<br><br><br><br>ref:!00D3001GgSC.!500Pe06TtFO:ref |
| 14724325 | Anna Om | REDACTED | infringementclaims@shutterstock.com | Re: INTIRE PORTFOLIO MADE OF STOLEN IMAGES | 2024-01-22 13:50:37.000 Z | Hello, dear Louie<br>Is there a policy to give an urgent call to this THIEF & tell him immediately to delete all photos that are not his?<br><br>So now there is AI that can do I don't know what, but there is no simple algorithm that will recognize that image is duplicate?<br><br>Take a look at my portfolio I have over 13 000 images & pretty soon will be 20 years working with you.<br>But I made only 170$ this month & now I know why, I found my work in many other Scam portfolios...<br>I got ripped off by this Milianpop & I want all the money this so called "author" made to be paid to me.<br>So, unprotected, nearly broke in income, let me sit & spend 3 days making 275 links of my work + 275 links of the Thief...<br>Instead of creating art & content.<br>While this criminal didn't do any job, besides stealing my work & making money on my images.<br>Also, I have found one more Portfolio<br>https://www.shutterstock.com/g/vibeimagesÂ<br>This guy most probably has nearly all of my portfolio - if not 13 000 maybe 10 000 of my images, what we will do in this case?<br>Will I have to give you 20 000 links? Or it is easier to contact Thief & tell him to delete what is stolen or simply delete his |

6

portfolio for making a FRAUD.
Also I noticed that all scam portfolios not mentioning COUNTRY, how is this possible?Â
I believe there is no such an option to create a portfolio & not mention the COUNTRY. Also no Bio no Profile picture no emails no Info...
Anyway, please let me know where we go from here?Â
How many links is enough for you to take an action.
ThanksÂ a lot for understandingÂ

Anna Om


On Friday, January 19, 2024 at 12:34:25 AM GMT+2, Infringement Claims <infringementclaims@shutterstock.com> wrote:

 dearÂ Anna Om:

I understand you are alleging that the entire portfolio is infringing upon your asset. However, we need at least a handful to juxtapose.Â

Our formal DMCA notice per our policy. see hereÂ https://www.shutterstock.com/terms/dmca-notice

Upon receipt we will quickly review and respond accordingly.

best,
Louie

--------------- Original Message ---------------
From: Anna Om REDACTED
Sent: 1/18/2024 5:35 AM
To: infringementclaims@shutterstock.com
Subject: Re: INTIRE PORTFOLIO MADE OF STOLEN IMAGES

Â Hello dear Louie, the entire portfolio is a scamÂ https://www.shutterstock.com/g/milianpopÂ Every single image is stolen from me.Â  All 275 images.Â Â There are no other Authors images, only mine.Â My Original artwork:Â https://www.shutterstock.com/g/annaomÂ Â Alleged copyright infringement artwork:Â https://www.shutterstock.com/g/milianpopÂ Thank youÂ Anna Om

Â Â Â On Wednesday, January 17, 2024 at 08:35:12 PM GMT+2, Infringement Claims <infringementclaims@shutterstock.com> wrote:Â Â Â Hello,

Please provide info as such:
  - My Original artwork:
    - PASTE LINK / IMAGE ID TO YOUR ORIGINAL ARTWORK HERE
    - Â
    - Â
    - Â

  - Alleged copyright infringement artwork:
    - PASTE LINK/IMAGE ID of the ALLEGED INFRINGER HERE. (IT MUST CORRESPOND or ASSOCIATED WITH THE IMAGE ABOVE)
    - Â
    - Â
    -
Â

Upon receipt we will review and respond quickly.
regards,
Louie


-------------- Original Message --------------
From: Anna Om REDACTED
Sent: 1/17/2024 6:31 AM

8

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | To: infringementclaims@shutterstock.com<br>Subject: INTIRE PORTFOLIO MADE OF STOLEN IMAGES<br>Â Hello, dear Shutterstock team.I found a fraud scam portfolio named Milianpop.Entirely consists of stolen images from my portfolio.Â Every single image in this portfolio is mine. All 275 photos in this portfolio are the Copyright of Anna Om.Â FRAUD page:https://www.shutterstock.com/g/milianpopÂ REAL AUTHOR page:https://www.shutterstock.com/g/annaomÂ Please, address the issue as soon as possible.Â Thank you!Â Anna Om<br><br>Â<br><br>ref:!00D3001GgSC.!500Pe06TtFO:ref |
| 14724325 | Infringement Claims | infringementclaims @shutterstock.com | REDACTED | Re: INTIRE PORTFOLIO MADE OF STOLEN IMAGES | 2024-01-22 15:36:11.0 00 Z | Dear Anna Om:<br><br>I understand your position and am working dilegently with you to address your allegations herewith; but without the requested information to assist us it only causes delays.<br><br>Please provide me with at least 3 links/Image IDs of the alleged copyright infringement so that I may compare them against your image/ID artwork.<br><br>Additionally, the portfolio link,https://www.shutterstock.com/g/vibeimages, you assert is also infringement is not active. see sreenshot.<br><br>This format will help me review and take action forthwith.<br><br>My Original artwork:<br><br>PASTE LINK / IMAGE ID TO YOUR ORIGINAL ARTWORK HERE<br><br>Alleged copyright infringement artwork: |

9

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | PASTE LINK/IMAGE ID of the ALLEGED INFRINGER HERE. (IT MUST CORRESPOND or ASSOCIATED WITH THE IMAGE ABOVE)<br><br><br>regards,<br>Louie<br><br>--------------- Original Message ---------------<br>From: Anna Om REDACTED<br>Sent: 1/22/2024 8:50 AM<br>To: infringementclaims@shutterstock.com<br>Subject: Re: INTIRE PORTFOLIO MADE OF STOLEN IMAGES<br>Hello, dear Louie<br>Is there a policy to give an urgent call to this THIEF & tell him immediately to delete all photos that are not his?<br>So now there is AI that can do I don't know what, but there is no simple algorithm that will recognize that image is duplicate?<br>Take a look at my portfolio I have over 13 000 images & pretty soon will be 20 years working with you.<br>But I made only 170$ this month & now I know why, I found my work in many other Scam portfolios...<br>I got ripped off by this Milianpop & I want all the money this so called "author" made to be paid to me.<br>So, unprotected, nearly broke in income, let me sit & spend 3 days making 275 links of my work + 275 links of the Thief...<br>Instead of creating art & content.<br>While this criminal didn't do any job, besides stealing my work & making money on my images.<br>Also, I have found one more Portfolio<br>https://www.shutterstock.com/g/vibeimages<br>This guy most probably has nearly all of my portfolio - if not 13 000 maybe 10 000 of my images, what we will do in this case? |

10

Will I have to give you 20 000 links? Or it is easier to contact Thief & tell him to delete what is stolen or simply delete his portfolio for making a FRAUD.
Also I noticed that all scam portfolios not mentioning COUNTRY, how is this possible?
I believe there is no such an option to create a portfolio & not mention the COUNTRY. Also no Bio no Profile picture no emails no Info...
Anyway, please let me know where we go from here?
How many links is enough for you to take an action.
Thanks  a lot for understanding
Anna Om

On Friday, January 19, 2024 at 12:34:25 AM GMT+2, Infringement Claims <infringementclaims@shutterstock.com> wrote:
dear  Anna Om:

I understand you are alleging that the entire portfolio is infringing upon your asset. However, we need at least a handful to juxtapose.

Our formal DMCA notice per our policy. see here
https://www.shutterstock.com/terms/dmca-notice

Upon receipt we will quickly review and respond accordingly.

best,
Louie

--------------- Original Message ---------------
From: Anna Om REDACTED
Sent: 1/18/2024 5:35 AM
To: infringementclaims@shutterstock.com
Subject: Re: INTIRE PORTFOLIO MADE OF STOLEN IMAGES
Hello dear Louie, the entire portfolio is a scam
https://www.shutterstock.com/g/milianpop
Every single image is stolen from me.  All 275 images.

11

| | | | | | | There are no other Authors images, only mine.<br>My Original artwork:<br>https://www.shutterstock.com/g/annaom<br>Alleged copyright infringement artwork:<br>https://www.shutterstock.com/g/milianpop<br>Thank you<br>Anna Om<br><br>On Wednesday, January 17, 2024 at 08:35:12 PM GMT+2, Infringement Claims <infringementclaims@shutterstock.com> wrote:<br>Hello,<br><br>Please provide info as such:<br><br>My Original artwork:<br><br>PASTE LINK / IMAGE ID TO YOUR ORIGINAL ARTWORK HERE<br><br>Alleged copyright infringement artwork:<br><br>PASTE LINK/IMAGE ID of the ALLEGED INFRINGER HERE. (IT MUST CORRESPOND or ASSOCIATED WITH THE IMAGE ABOVE)<br><br><br>Upon receipt we will review and respond quickly.<br>regards,<br>Louie<br><br><br>--------------- Original Message ---------------<br>From: Anna Om REDACTED<br>Sent: 1/17/2024 6:31 AM<br>To: infringementclaims@shutterstock.com<br>Subject: INTIRE PORTFOLIO MADE OF STOLEN IMAGES |
|---|---|---|---|---|---|---|

12

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Hello, dear Shutterstock team.<br>I found a fraud scam portfolio named Milianpop.<br>Entirely consists of stolen images from my portfolio.<br>Every single image in this portfolio is mine. All 275 photos in this portfolio are the Copyright of Anna Om.<br>FRAUD page:<br>https://www.shutterstock.com/g/milianpop<br>REAL AUTHOR page:<br>https://www.shutterstock.com/g/annaom<br>Please, address the issue as soon as possible.<br>Thank you!<br><br>Anna Om<br><br><br>ref:!00D3001GgSC.!500Pe06TtFO:ref |
| 14724325 | Anna Om | REDACTED | infringementclaims@shutterstock.com | Re: INTIRE PORTFOLIO MADE OF STOLEN IMAGES | 2024-01-22 19:09:22.000 Z | Thank you, for your understanding.<br>Let's start from portfolio of Milianpop.<br>275 images, entire portfolio made of my images only.<br>Here are few examples:<br><br>  - My Original artwork:<br><br>  - https://www.shutterstock.com/image-photo/photo-sportive-woman-jogging-outdoors-body-1776169661<br><br>  - https://www.shutterstock.com/image-photo/open-doors-love-two-hand-drawn-1011527962<br>  - https://www.shutterstock.com/image-photo/gumshoes-tennager-walking-along-sand-sunny-1368728351<br>  - https://www.shutterstock.com/image-photo/wildlife-african-safari-beautiful-wild-giraffe-739498666<br>  - https://www.shutterstock.com/image-photo/beautiful-modern-kitchen-interior-stylish-design-1985708816 |

13

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | - https://www.shutterstock.com/image-photo/abstract-background-conceptual-photo-love-passion-1011526054<br><br>- https://www.shutterstock.com/image-photo/childs-bicycle-on-playground-vintage-colorful-1109486723<br><br>- https://www.shutterstock.com/image-photo/baked-eggplant-tomatoes-tasty-vegetarian-pizza-499569259<br><br>- https://www.shutterstock.com/image-photo/tasty-refreshing-strawberry-cocktail-juice-fruity-1666828867<br><br>- https://www.shutterstock.com/image-photo/woman-doing-yoga-exercises-rear-view-1069714598<br><br>- https://www.shutterstock.com/image-photo/closeup-photo-santa-claus-toy-on-1240619629<br><br><br>-<br><br><br>-<br><br><br>- Alleged copyright infringement artwork:<br>   - https://www.shutterstock.com/image-photo/photo-sportive-woman-jogging-outdoors-body-2242329297<br><br>- https://www.shutterstock.com/image-photo/open-doors-love-two-hand-drawn-2242329313<br>   - https://www.shutterstock.com/image-photo/gumshoes-tennager-walking-along-sand-sunny-2243554025<br><br>- https://www.shutterstock.com/image-photo/wildlife-african-safari-beautiful-wild-giraffe-2242333415<br><br>- https://www.shutterstock.com/image-photo/beautiful-modern-kitchen-interior-stylish-design-2242329265 |

- https://www.shutterstock.com/image-photo/abstract-background-conceptual-photo-love-passion-2242321801

- https://www.shutterstock.com/image-photo/childs-bicycle-on-playground-vintage-colorful-2242321719

- https://www.shutterstock.com/image-photo/baked-eggplant-tomatoes-tasty-vegetarian-pizza-2242329309

- https://www.shutterstock.com/image-photo/tasty-refreshing-strawberry-cocktail-juice-fruity-2242329355

- https://www.shutterstock.com/image-photo/woman-doing-yoga-exercises-rear-view-2242329395

- https://www.shutterstock.com/image-photo/closeup-photo-santa-claus-toy-on-2242334931

Today I found few more portfolios with my imagesÂ
Will be sending you links in different email, not to
getÂ confused.
Thank you
Anna Om

On Monday, January 22, 2024 at 05:36:13 PM GMT+2,
Infringement Claims <infringementclaims@shutterstock.com>
wrote:

Dear Anna Om:

I understand your position and am working dilegently with

15

you to address your allegations herewith; but without the requested information to assist us it only causes delays.Â

Please provide me with at least 3 links/Image IDs of the alleged copyright infringement so that I may compare them against your image/ID artwork.Â

Additionally, the portfolio link,https://www.shutterstock.com/g/vibeimages,Â you assert is also infringement is not active. see sreenshot.Â

This format will help me review and take action forthwith. Â
  -
    - My Original artwork:
      - PASTEÂ LINKÂ / IMAGE IDÂ TO YOUR ORIGINAL ARTWORK HERE
      - Â
      - Â
      - Â

    - Alleged copyright infringement artwork:
      - PASTEÂ LINK/IMAGE IDÂ of theÂ ALLEGED INFRINGER HERE. (IT MUST CORRESPONDÂ or ASSOCIATED WITH THE IMAGEÂ ABOVE)
      - Â
      - Â

regards,
Louie

--------------- Original Message ---------------
From: Anna Om REDACTED
Sent: 1/22/2024 8:50 AM
To: infringementclaims@shutterstock.com
Subject: Re: INTIRE PORTFOLIO MADE OF STOLEN IMAGES

Â Hello, dear LouieÂ Is there a policy to give an urgent call to this THIEF & tell him immediately to delete all photos that are not his?Â Â So now there is AI that can do I don't know what, but there is no simple algorithm that will recognize that image is duplicate?Â Â Take a look at my portfolio I have over 13 000 images & pretty soon will be 20 years working with you.Â But I made only 170$ this month & now I know why, I found my work in many other Scam portfolios...Â I got ripped off by this Milianpop & I want all the money this so called "author" made to be paid to me.Â So, unprotected, nearly broke in income, let me sit & spend 3 days making 275 links of my work + 275 links of the Thief...Â Instead of creating art & content.Â While this criminal didn't do any job, besides stealing my work & making money on my images.Â Also, I have found one more Portfolio https://www.shutterstock.com/g/vibeimagesÂ Â This guy most probably has nearly all of my portfolio - if not 13 000 maybe 10 000 of my images, what we will do in this case?Â Will I have to give you 20 000 links? Or it is easier to contact Thief & tell him to delete what is stolen or simply delete his portfolio for making a FRAUD.Â Also I noticed that all scam portfolios not mentioning COUNTRY, how is this possible?Â Â I believe there is no such an option to create a portfolio & not mention the COUNTRY. Also no Bio no Profile picture no emails no Info...Â Anyway, please let me know where we go from here?Â Â How many links is enough for you to take an action.Â ThanksÂ  a lot for understandingÂ Â Anna Om

Â Â Â On Friday, January 19, 2024 at 12:34:25 AM GMT+2, Infringement Claims <infringementclaims@shutterstock.com> wrote:Â Â Â dearÂ Anna Om:

I understand you are alleging that the entire portfolio is infringing upon your asset. However, we need at least a handful to juxtapose.Â

Our formal DMCA notice per our policy. see

17

here https://www.shutterstock.com/terms/dmca-notice

Upon receipt we will quickly review and respond accordingly.

best,
Louie
-------------- Original Message --------------
From: Anna Om REDACTED
Sent: 1/18/2024 5:35 AM
To: infringementclaims@shutterstock.com
Subject: Re: INTIRE PORTFOLIO MADE OF STOLEN IMAGES
 Hello dear Louie, the entire portfolio is a
scam https://www.shutterstock.com/g/milianpop Every
single image is stolen from me.  All 275 images.   There
are no other Authors images, only mine. My Original
artwork: https://www.shutterstock.com/g/annaom   Alleg
ed copyright infringement
artwork: https://www.shutterstock.com/g/milianpop Than
k you Anna Om

    On Wednesday, January 17, 2024 at 08:35:12 PM
GMT+2, Infringement Claims
<infringementclaims@shutterstock.com> wrote:    Hello,

Please provide info as such:
  - My Original artwork:
    - PASTE LINK / IMAGE ID TO YOUR ORIGINAL ARTWORK
HERE
    -
    -
    -

  - Alleged copyright infringement artwork:
    - PASTE LINK/IMAGE ID of the ALLEGED INFRINGER HERE.
(IT MUST CORRESPOND or ASSOCIATED WITH THE IMAGE
ABOVE)
    -
    -

18

| 14724325 | Infringement Claims | infringementclaims @shutterstock.com | REDACTED | | | |
|---|---|---|---|---|---|---|

<table>
<tr>
<td colspan="7">
-<br>
Â<br>
<br>
Upon receipt we will review and respond quickly.<br>
regards,<br>
Louie<br>
<br>
<br>
--------------- Original Message ---------------<br>
From: Anna Om REDACTED<br>
Sent: 1/17/2024 6:31 AM<br>
To: infringementclaims@shutterstock.com<br>
Subject: INTIRE PORTFOLIO MADE OF STOLEN IMAGES<br>
Â Hello, dear Shutterstock team.I found a fraud scam portfolio named Milianpop.Entirely consists of stolen images from my portfolio.Â Every single image in this portfolio is mine. All 275 photos in this portfolio are the Copyright of Anna Om.Â FRAUD page:https://www.shutterstock.com/g/milianpopÂ REAL AUTHOR page:https://www.shutterstock.com/g/annaomÂ Please, address the issue as soon as possible.Â Thank you!Â Anna Om<br>
<br>
Â<br>
<br>
ref:!00D3001GgSC.!500Pe06TtFO:ref<br>
Â
</td>
</tr>
</table>

| 14724325 | Infringement Claims | infringementclaims @shutterstock.com | REDACTED | Re: INTIRE PORTFOLIO MADE OF STOLEN IMAGES | 2024-01-22 19:26:23.0 00 Z | Dear Anna Omelchenko:<br><br>We are writing to you in response to your email to Shutterstock, inc. ("Shutterstock").<br><br>Please be advised that upon receipt of the above-referenced correspondence, the image(s) referred to therein was removed from the Shutterstock website. |

| | | | | | Please be advised that Shutterstock relies upon the integrity of its contributors, all of whom warrant and represent to us that their images will not infringe the rights of any third parties. Moreover, Shutterstock is a "service provider" as such term is defined by the U.S. Digital Millennium Copyright Act ("DMCA"). As a service provider, Shutterstock will remove any image identified in a proper DMCA take down notice.<br><br>Though your correspondence did not adhere to the strict statutory requirements of the DMCA, we elected to treat it as a proper notice and expeditiously removed the image(s) in question.<br><br>Regards,<br>louie<br>IP Team<br>Shutterstock, Inc.<br><br><br><br>--------------- Original Message ---------------<br>From: Anna Om [REDACTED<br>Sent: 1/22/2024 2:09 PM<br>To: infringementclaims@shutterstock.com<br>Subject: Re: INTIRE PORTFOLIO MADE OF STOLEN IMAGES<br>Thank you, for your understanding.<br>Let's start from portfolio of Milianpop.<br>275 images, entire portfolio made of my images only.<br>Here are few examples:<br><br>My Original artwork:<br><br>https://www.shutterstock.com/image-photo/photo-sportive-woman-jogging-outdoors-body-1776169661<br>https://www.shutterstock.com/image-photo/open-doors-love-two-hand-drawn-1011527962<br>https://www.shutterstock.com/image-photo/gumshoes- |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | tennager-walking-along-sand-sunny-1368728351<br>https://www.shutterstock.com/image-photo/wildlife-african-safari-beautiful-wild-giraffe-739498666<br>https://www.shutterstock.com/image-photo/beautiful-modern-kitchen-interior-stylish-design-1985708816<br>https://www.shutterstock.com/image-photo/abstract-background-conceptual-photo-love-passion-1011526054<br>https://www.shutterstock.com/image-photo/childs-bicycle-on-playground-vintage-colorful-1109486723<br>https://www.shutterstock.com/image-photo/baked-eggplant-tomatoes-tasty-vegetarian-pizza-499569259<br>https://www.shutterstock.com/image-photo/tasty-refreshing-strawberry-cocktail-juice-fruity-1666828867<br>https://www.shutterstock.com/image-photo/woman-doing-yoga-exercises-rear-view-1069714598<br>https://www.shutterstock.com/image-photo/closeup-photo-santa-claus-toy-on-1240619629<br><br>Alleged copyright infringement artwork:<br><br>https://www.shutterstock.com/image-photo/photo-sportive-woman-jogging-outdoors-body-2242329297<br>https://www.shutterstock.com/image-photo/open-doors-love-two-hand-drawn-2242329313<br>https://www.shutterstock.com/image-photo/gumshoes-tennager-walking-along-sand-sunny-2243554025<br>https://www.shutterstock.com/image-photo/wildlife-african-safari-beautiful-wild-giraffe-2242333415<br>https://www.shutterstock.com/image-photo/beautiful-modern-kitchen-interior-stylish-design-2242329265<br>https://www.shutterstock.com/image-photo/abstract-background-conceptual-photo-love-passion-2242321801<br>https://www.shutterstock.com/image-photo/childs-bicycle-on-playground-vintage-colorful-2242321719<br>https://www.shutterstock.com/image-photo/baked-eggplant-tomatoes-tasty-vegetarian-pizza-2242329309<br>https://www.shutterstock.com/image-photo/tasty-refreshing-strawberry-cocktail-juice-fruity-2242329355 |

21

https://www.shutterstock.com/image-photo/woman-doing-yoga-exercises-rear-view-2242329395
https://www.shutterstock.com/image-photo/closeup-photo-santa-claus-toy-on-2242334931

Today I found few more portfolios with my images
Will be sending you links in different email, not to get confused.
Thank you

Anna Om

On Monday, January 22, 2024 at 05:36:13 PM GMT+2, Infringement Claims <infringementclaims@shutterstock.com> wrote:
Dear Anna Om:

I understand your position and am working dilegently with you to address your allegations herewith; but without the requested information to assist us it only causes delays.

Please provide me with at least 3 links/Image IDs of the alleged copyright infringement so that I may compare them against your image/ID artwork.

Additionally, the portfolio link,https://www.shutterstock.com/g/vibeimages, you assert is also infringement is not active. see sreenshot.

This format will help me review and take action forthwith.

My Original artwork:

PASTE LINK / IMAGE ID TO YOUR ORIGINAL ARTWORK HERE

Alleged copyright infringement artwork:

22

PASTE LINK/IMAGE ID of the ALLEGED INFRINGER HERE. (IT MUST CORRESPOND or ASSOCIATED WITH THE IMAGE ABOVE)

regards,
Louie

--------------- Original Message ---------------
From: Anna Om REDACTED
Sent: 1/22/2024 8:50 AM
To: infringementclaims@shutterstock.com
Subject: Re: INTIRE PORTFOLIO MADE OF STOLEN IMAGES
Hello, dear Louie
Is there a policy to give an urgent call to this THIEF & tell him immediately to delete all photos that are not his?
So now there is AI that can do I don't know what, but there is no simple algorithm that will recognize that image is duplicate?
Take a look at my portfolio I have over 13 000 images & pretty soon will be 20 years working with you.
But I made only 170$ this month & now I know why, I found my work in many other Scam portfolios...
I got ripped off by this Milianpop & I want all the money this so called "author" made to be paid to me.
So, unprotected, nearly broke in income, let me sit & spend 3 days making 275 links of my work + 275 links of the Thief...
Instead of creating art & content.
While this criminal didn't do any job, besides stealing my work & making money on my images.
Also, I have found one more Portfolio
https://www.shutterstock.com/g/vibeimages
This guy most probably has nearly all of my portfolio - if not 13 000 maybe 10 000 of my images, what we will do in this case?
Will I have to give you 20 000 links? Or it is easier to contact

23

Thief & tell him to delete what is stolen or simply delete his portfolio for making a FRAUD.
Also I noticed that all scam portfolios not mentioning COUNTRY, how is this possible?
I believe there is no such an option to create a portfolio & not mention the COUNTRY. Also no Bio no Profile picture no emails no Info...
Anyway, please let me know where we go from here?
How many links is enough for you to take an action.
Thanks  a lot for understanding
Anna Om

On Friday, January 19, 2024 at 12:34:25 AM GMT+2, Infringement Claims <infringementclaims@shutterstock.com> wrote:
dear  Anna Om:

I understand you are alleging that the entire portfolio is infringing upon your asset. However, we need at least a handful to juxtapose.

Our formal DMCA notice per our policy. see here
https://www.shutterstock.com/terms/dmca-notice

Upon receipt we will quickly review and respond accordingly.

best,
Louie

--------------- Original Message ---------------
From: Anna Om REDACTED
Sent: 1/18/2024 5:35 AM
To: infringementclaims@shutterstock.com
Subject: Re: INTIRE PORTFOLIO MADE OF STOLEN IMAGES
Hello dear Louie, the entire portfolio is a scam
https://www.shutterstock.com/g/milianpop
Every single image is stolen from me.  All 275 images.
There are no other Authors images, only mine.

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | My Original artwork:<br>https://www.shutterstock.com/g/annaom<br>Alleged copyright infringement artwork:<br>https://www.shutterstock.com/g/milianpop<br>Thank you<br>Anna Om<br><br>On Wednesday, January 17, 2024 at 08:35:12 PM GMT+2, Infringement Claims <infringementclaims@shutterstock.com> wrote:<br>Hello,<br><br>Please provide info as such:<br><br>My Original artwork:<br><br>PASTE LINK / IMAGE ID TO YOUR ORIGINAL ARTWORK HERE<br><br>Alleged copyright infringement artwork:<br><br>PASTE LINK/IMAGE ID of the ALLEGED INFRINGER HERE. (IT MUST CORRESPOND or ASSOCIATED WITH THE IMAGE ABOVE)<br><br><br>Upon receipt we will review and respond quickly.<br>regards,<br>Louie<br><br><br>-------------- Original Message --------------<br>From: Anna Om REDACTED<br>Sent: 1/17/2024 6:31 AM<br>To: infringementclaims@shutterstock.com<br>Subject: INTIRE PORTFOLIO MADE OF STOLEN IMAGES<br>Hello, dear Shutterstock team. |

25

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | I found a fraud scam portfolio named Milianpop.<br>Entirely consists of stolen images from my portfolio.<br>Every single image in this portfolio is mine. All 275 photos in this portfolio are the Copyright of Anna Om.<br>FRAUD page:<br>https://www.shutterstock.com/g/milianpop<br>REAL AUTHOR page:<br>https://www.shutterstock.com/g/annaom<br>Please, address the issue as soon as possible.<br>Thank you!<br><br>Anna Om<br><br><br><br>ref:!00D3001GgSC.!500Pe06TtFO:ref |
| 14724325 | Anna Om | REDACTED | infringementclaims@shutterstock.com | Re: INTIRE PORTFOLIO MADE OF STOLEN IMAGES | 2024-01-22 21:44:35.000 Z | Thanks a lot, one down :)<br>I have found 11 more portfolios with my images.Â<br>But let's do it one by one.<br>Now the THIEF called : Vibe Images -Â  huge scam portfolio, might have thousands of my imagesÂ<br>take a look.<br>https://www.shutterstock.com/g/vibeimages<br>But not all images in this portfolio are mine, most probably many other artists as well.<br><br>Here are some samples of my work:<br><br>  - My Original artwork:<br><br>  - https://www.shutterstock.com/image-photo/large-group-happy-people-enjoying-rock-231048412<br><br>  - https://www.shutterstock.com/image-photo/sailboat-sea-evening-sunlight-over-beautiful-717244969<br>  - https://www.shutterstock.com/image-photo/people-on-party-enjoying-concert-dancing-630231818Â |

26

| | | | | | |
|---|---|---|---|---|---|
| | | | | | - Â I don't know why this image not anymore in my portfolio, I never deleted it & how come he has it & I don't, but I can assure u this image is from my Travel to South Africa, can show u RAW image & camera model & date taken & so on.<br> - https://www.shutterstock.com/image-photo/beautiful-sailboats-moored-dock-amazing-view-692848660<br><br> - https://www.shutterstock.com/image-photo/closeup-photo-tasty-baked-apples-stuffed-417997444<br><br> - https://www.shutterstock.com/image-photo/cedars-trees-forest-beautiful-natural-background-793436743<br><br> - https://www.shutterstock.com/image-photo/beautiful-colorful-cityscape-on-mountains-over-257301595<br><br> - Same story as number 4, its not in my portfolio anymore, I don't know who delete it, its my photo i can show you all the proof if u need.<br> - https://www.shutterstock.com/image-photo/iceberg-on-black-sand-beach-melting-334335575<br><br> - https://www.shutterstock.com/image-photo/amazing-cityscape-cathedral-saint-mary-flower-384055279<br><br> - https://www.shutterstock.com/image-photo/beautiful-sunflowers-field-great-yellow-flowers-316736318<br><br> - https://www.shutterstock.com/image-photo/closeup-photo-old-open-book-ancient-699298045<br><br> - https://www.shutterstock.com/image-photo/group-bikers-on-mountainous-road-fresh-153265220<br><br> - https://www.shutterstock.com/image-photo/amazing-view-on-northen-light-over-797440249 |

27

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | - https://www.shutterstock.com/image-photo/working-place-laptop-tablet-phone-cup-484713220 |
| | | | | | | - https://www.shutterstock.com/image-photo/boulders-beach-simons-town-travel-south-189831551 |
| | | | | | | - https://www.shutterstock.com/image-photo/beautiful-view-on-little-mountainous-village-384058108 |
| | | | | | | - https://www.shutterstock.com/image-photo/whale-tail-atlantic-ocean-over-mountains-738650650 |
| | | | | | | - https://www.shutterstock.com/image-photo/outdoor-concert-happy-people-raised-hand-224994391 |
| | | | | | | - https://www.shutterstock.com/image-photo/grunge-style-photo-silhouette-people-hands-208710631 |
| | | | | | | - https://www.shutterstock.com/image-photo/biker-riding-into-mountainous-tunnel-extreme-153813821 |
| | | | | | | - https://www.shutterstock.com/image-photo/beautiful-seascape-background-amazing-view-transparent-1094608856 |
| | | | | | | - https://www.shutterstock.com/image-photo/jupiters-temple-ancient-roman-columns-baalbek-152208041 |
| | | | | | | - Alleged copyright infringement artwork: |
| | | | | | | - https://www.shutterstock.com/image-photo/large-group-happy-people-enjoying-rock-2340821919 |
| | | | | | | - https://www.shutterstock.com/image-photo/sailboat-sea-evening-sunlight-over-beautiful-2331867165 |
| | | | | | | - https://www.shutterstock.com/image-photo/people-on-party-enjoying-concert-dancing-2331834995 |
| | | | | | | - https://www.shutterstock.com/image-photo/cape-town- |

28

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | city-view-traveling-south-2341948293

- https://www.shutterstock.com/image-photo/beautiful-sailboats-moored-dock-amazing-view-2331867101

- https://www.shutterstock.com/image-photo/closeup-photo-tasty-baked-apples-stuffed-2333248831

- https://www.shutterstock.com/image-photo/cedars-trees-forest-beautiful-natural-background-2331820183

- https://www.shutterstock.com/image-photo/beautiful-colorful-cityscape-on-mountains-over-2341376189

- https://www.shutterstock.com/image-photo/downtown-dubai-day-view-on-luxury-2334983683

- https://www.shutterstock.com/image-photo/iceberg-on-black-sand-beach-melting-2334983775

- https://www.shutterstock.com/image-photo/amazing-cityscape-cathedral-saint-mary-flower-2337305401

- https://www.shutterstock.com/image-photo/beautiful-sunflowers-field-great-yellow-flowers-2336780753

- https://www.shutterstock.com/image-photo/closeup-photo-old-open-book-ancient-2331835005

- https://www.shutterstock.com/image-photo/group-bikers-on-mountainous-road-fresh-2341376177

- https://www.shutterstock.com/image-photo/amazing-view-on-northen-light-over-2334983749

- https://www.shutterstock.com/image-photo/working-place-laptop-tablet-phone-cup-2333178335 |

29

- https://www.shutterstock.com/image-photo/boulders-beach-simons-town-travel-south-2341948287

- https://www.shutterstock.com/image-photo/beautiful-view-on-little-mountainous-village-2333791161

- https://www.shutterstock.com/image-photo/whale-tail-atlantic-ocean-over-mountains-2331838161

- https://www.shutterstock.com/image-photo/outdoor-concert-happy-people-raised-hand-2340823283

- https://www.shutterstock.com/image-photo/grunge-style-photo-silhouette-people-hands-2341363931

- https://www.shutterstock.com/image-photo/biker-riding-into-mountainous-tunnel-extreme-2341376173

- https://www.shutterstock.com/image-photo/beautiful-seascape-background-amazing-view-transparent-2331797441

- https://www.shutterstock.com/image-photo/jupiters-temple-ancient-roman-columns-baalbek-2334920381

The list is endless.. I guess this account is selling my images for years, I wan to cry, anyway..
Anna Om

On Monday, January 22, 2024 at 09:26:26 PM GMT+2, Infringement Claims <infringementclaims@shutterstock.com> wrote:

30

Dear Anna Omelchenko:

We are writing to you in response to your email to Shutterstock, inc. ("Shutterstock").

Please be advised that upon receipt of the above-referenced correspondence, the image(s) referred to therein was removed from the Shutterstock website.

Please be advised that Shutterstock relies upon the integrity of its contributors, all of whom warrant and represent to us that their images will not infringe the rights of any third parties. Moreover, Shutterstock is a "service provider" as such term is defined by the U.S. Digital Millennium Copyright Act ("DMCA"). As a service provider, Shutterstock will remove any image identified in a proper DMCA take down notice.

Though your correspondence did not adhere to the strict statutory requirements of the DMCA, we elected to treat it as a proper notice and expeditiously removed the image(s) in question.

Regards,
louie
IP Team
Shutterstock, Inc.

--------------- Original Message ---------------
From: Anna Om REDACTED                ]
Sent: 1/22/2024 2:09 PM
To: infringementclaims@shutterstock.com
Subject: Re: INTIRE PORTFOLIO MADE OF STOLEN IMAGES
 Thank you, for your understanding. Let's start from portfolio of Milianpop.   275 images, entire portfolio made of my images only. Here are few examples:   

31

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | - My Original artwork:<br>  - https://www.shutterstock.com/image-photo/photo-sportive-woman-jogging-outdoors-body-1776169661<br>  - https://www.shutterstock.com/image-photo/open-doors-love-two-hand-drawn-1011527962<br>  - https://www.shutterstock.com/image-photo/gumshoes-tennager-walking-along-sand-sunny-1368728351<br>  - https://www.shutterstock.com/image-photo/wildlife-african-safari-beautiful-wild-giraffe-739498666<br>  - https://www.shutterstock.com/image-photo/beautiful-modern-kitchen-interior-stylish-design-1985708816<br>  - https://www.shutterstock.com/image-photo/abstract-background-conceptual-photo-love-passion-1011526054<br>  - https://www.shutterstock.com/image-photo/childs-bicycle-on-playground-vintage-colorful-1109486723<br>  - https://www.shutterstock.com/image-photo/baked-eggplant-tomatoes-tasty-vegetarian-pizza-499569259<br>  - https://www.shutterstock.com/image-photo/tasty-refreshing-strawberry-cocktail-juice-fruity-1666828867<br>  - https://www.shutterstock.com/image-photo/woman-doing-yoga-exercises-rear-view-1069714598<br>  - https://www.shutterstock.com/image-photo/closeup-photo-santa-claus-toy-on-1240619629<br><br>  - Â<br>  - Â<br> - Alleged copyright infringement artwork:<br>  - https://www.shutterstock.com/image-photo/photo-sportive-woman-jogging-outdoors-body-2242329297<br>  - https://www.shutterstock.com/image-photo/open-doors-love-two-hand-drawn-2242329313<br>  - https://www.shutterstock.com/image-photo/gumshoes-tennager-walking-along-sand-sunny-2243554025<br>  - https://www.shutterstock.com/image-photo/wildlife-african-safari-beautiful-wild-giraffe-2242333415<br>  - https://www.shutterstock.com/image-photo/beautiful-modern-kitchen-interior-stylish-design-2242329265<br>  - https://www.shutterstock.com/image-photo/abstract- |

32

| | | | | | background-conceptual-photo-love-passion-2242321801<br>    - https://www.shutterstock.com/image-photo/childs-bicycle-on-playground-vintage-colorful-2242321719<br>    - https://www.shutterstock.com/image-photo/baked-eggplant-tomatoes-tasty-vegetarian-pizza-2242329309<br>    - https://www.shutterstock.com/image-photo/tasty-refreshing-strawberry-cocktail-juice-fruity-2242329355<br>    - https://www.shutterstock.com/image-photo/woman-doing-yoga-exercises-rear-view-2242329395<br>    - https://www.shutterstock.com/image-photo/closeup-photo-santa-claus-toy-on-2242334931<br><br>Â Â Â Today I found few more portfolios with my imagesÂ Â Will be sending you links in different email, not to getÂ confused.Â Thank you<br>Anna Om<br><br>Â Â Â On Monday, January 22, 2024 at 05:36:13 PM GMT+2, Infringement Claims <infringementclaims@shutterstock.com> wrote:Â Â Â Dear Anna Om:<br><br>I understand your position and am working dilegently with you to address your allegations herewith; but without the requested information to assist us it only causes delays.Â<br><br>Please provide me with at least 3 links/Image IDs of the alleged copyright infringement so that I may compare them against your image/ID artwork.Â<br><br>Additionally, the portfolio link,https://www.shutterstock.com/g/vibeimages,Â you assert is also infringement is not active. see sreenshot.Â<br><br>This format will help me review and take action forthwith. Â<br>    -<br>      - My Original artwork:<br>        - PASTEÂ LINKÂ / IMAGE IDÂ TO YOUR ORIGINAL |

33

ARTWORK HERE
  - Â
  - Â
  - Â


  - Alleged copyright infringement artwork:
    - PASTEÂ LINK/IMAGE IDÂ of theÂ ALLEGED INFRINGER HERE. (IT MUST CORRESPONDÂ or ASSOCIATED WITH THE IMAGEÂ ABOVE)
    - Â
    - Â




regards,
Louie
--------------- Original Message ---------------
From: Anna Om REDACTED
Sent: 1/22/2024 8:50 AM
To: infringementclaims@shutterstock.com
Subject: Re: INTIRE PORTFOLIO MADE OF STOLEN IMAGES
Â Hello, dear LouieÂ Is there a policy to give an urgent call to this THIEF & tell him immediately to delete all photos that are not his?Â Â So now there is AI that can do I don't know what, but there is no simple algorithm that will recognize that image is duplicate?Â Â Take a look at my portfolio I have over 13 000 images & pretty soon will be 20 years working with you.Â But I made only 170$ this month & now I know why, I found my work in many other Scam portfolios...Â I got ripped off by this Milianpop & I want all the money this so called "author" made to be paid to me.Â So, unprotected, nearly broke in income, let me sit & spend 3 days making 275 links of my work + 275 links of the Thief...Â Instead of creating art & content.Â While this criminal didn't do any job, besides stealing my work & making money on my images.Â Also, I have found one more Portfolio https://www.shutterstock.com/g/vibeimagesÂ Â This guy most probably has nearly all of my portfolio - if not 13 000

maybe 10 000 of my images, what we will do in this case?Â Will I have to give you 20 000 links? Or it is easier to contact Thief & tell him to delete what is stolen or simply delete his portfolio for making a FRAUD.Â Also I noticed that all scam portfolios not mentioning COUNTRY, how is this possible?Â Â I believe there is no such an option to create a portfolio & not mention the COUNTRY. Also no Bio no Profile picture no emails no Info...Â Anyway, please let me know where we go from here?Â Â How many links is enough for you to take an action.Â ThanksÂ  a lot for understandingÂ Â Anna Om

Â Â Â On Friday, January 19, 2024 at 12:34:25 AM GMT+2, Infringement Claims <infringementclaims@shutterstock.com> wrote:Â Â Â dearÂ  Anna Om:

I understand you are alleging that the entire portfolio is infringing upon your asset. However, we need at least a handful to juxtapose.Â

Our formal DMCA notice per our policy. see hereÂ https://www.shutterstock.com/terms/dmca-notice

Upon receipt we will quickly review and respond accordingly.

best,
Louie
--------------- Original Message ---------------
From: Anna Om [REDACTED
Sent: 1/18/2024 5:35 AM
To: infringementclaims@shutterstock.com
Subject: Re: INTIRE PORTFOLIO MADE OF STOLEN IMAGES
Â Hello dear Louie, the entire portfolio is a scamÂ https://www.shutterstock.com/g/milianpopÂ Every single image is stolen from me.Â  All 275 images.Â Â There are no other Authors images, only mine.Â My Original artwork:Â https://www.shutterstock.com/g/annaomÂ Â Alleged copyright infringement

35

artwork:Â https://www.shutterstock.com/g/milianpopÂ Thank youÂ Anna Om

Â Â Â On Wednesday, January 17, 2024 at 08:35:12 PM GMT+2, Infringement Claims <infringementclaims@shutterstock.com> wrote:Â Â Â Hello,

Please provide info as such:
  - My Original artwork:
    - PASTE LINK / IMAGE ID TO YOUR ORIGINAL ARTWORK HERE
      - Â
      - Â
      - Â

  - Alleged copyright infringement artwork:
    - PASTE LINK/IMAGE ID of the ALLEGED INFRINGER HERE. (IT MUST CORRESPOND or ASSOCIATED WITH THE IMAGE ABOVE)
      - Â
      - Â
      -
Â

Upon receipt we will review and respond quickly.
regards,
Louie

-------------- Original Message --------------
From: Anna Om REDACTED
Sent: 1/17/2024 6:31 AM
To: infringementclaims@shutterstock.com
Subject: INTIRE PORTFOLIO MADE OF STOLEN IMAGES
Â Hello, dear Shutterstock team.I found a fraud scam portfolio named Milianpop.Entirely consists of stolen images from my portfolio.Â Every single image in this portfolio is mine. All 275 photos in this portfolio are the Copyright of

36

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Anna Om.Â FRAUD page:https://www.shutterstock.com/g/milianpopÂ REAL AUTHOR page:https://www.shutterstock.com/g/annaomÂ Please, address the issue as soon as possible.Â Thank you!Â Anna Om<br><br>Â<br><br>ref:!00D3001GgSC.!500Pe06TtFO:ref<br>Â<br>Â |
| 14724325 | Infringement Claims | infringementclaims @shutterstock.com | REDACTED | Re: INTIRE PORTFOLIO MADE OF STOLEN IMAGES | 2024-01-23 00:48:19.0 00 Z | Dear Anna Omelchenko:<br><br>We are writing to you in response to your email to Shutterstock, inc. ("Shutterstock").<br><br>Please be advised that upon receipt of the above-referenced correspondence, the image(s) referred to therein was removed from the Shutterstock website.<br><br>Please be advised that Shutterstock relies upon the integrity of its contributors, all of whom warrant and represent to us that their images will not infringe the rights of any third parties. Moreover, Shutterstock is a "service provider" as such term is defined by the U.S. Digital Millennium Copyright Act ("DMCA"). As a service provider, Shutterstock will remove any image identified in a proper DMCA take down notice.<br><br>Though your correspondence did not adhere to the strict statutory requirements of the DMCA, we elected to treat it as a proper notice and expeditiously removed the image(s) in question.<br><br>Regards,<br>Louie<br>IP Team |

37

| | | | | | | Shutterstock, Inc.<br><br><br><br>--------------- Original Message ---------------<br>From: Anna Om REDACTED<br>Sent: 1/22/2024 4:44 PM<br>To: infringementclaims@shutterstock.com<br>Subject: Re: INTIRE PORTFOLIO MADE OF STOLEN IMAGES<br>Thanks a lot, one down :)<br>I have found 11 more portfolios with my images.<br>But let's do it one by one.<br>Now the THIEF called : Vibe Images -  huge scam portfolio, might have thousands of my images<br>take a look.<br>https://www.shutterstock.com/g/vibeimages<br>But not all images in this portfolio are mine, most probably many other artists as well.<br>Here are some samples of my work:<br><br>My Original artwork:<br><br>https://www.shutterstock.com/image-photo/large-group-happy-people-enjoying-rock-231048412<br>https://www.shutterstock.com/image-photo/sailboat-sea-evening-sunlight-over-beautiful-717244969<br>https://www.shutterstock.com/image-photo/people-on-party-enjoying-concert-dancing-630231818<br>I don't know why this image not anymore in my portfolio, I never deleted it & how come he has it & I don't, but I can assure u this image is from my Travel to South Africa, can show u RAW image & camera model & date taken & so on.<br>https://www.shutterstock.com/image-photo/beautiful-sailboats-moored-dock-amazing-view-692848660<br>https://www.shutterstock.com/image-photo/closeup-photo-tasty-baked-apples-stuffed-417997444<br>https://www.shutterstock.com/image-photo/cedars-trees- |

| | | | | | | forest-beautiful-natural-background-793436743 |
|---|---|---|---|---|---|---|

forest-beautiful-natural-background-793436743
https://www.shutterstock.com/image-photo/beautiful-colorful-cityscape-on-mountains-over-257301595
Same story as number 4, its not in my portfolio anymore, I don't know who delete it, its my photo i can show you all the proof if u need.
https://www.shutterstock.com/image-photo/iceberg-on-black-sand-beach-melting-334335575
https://www.shutterstock.com/image-photo/amazing-cityscape-cathedral-saint-mary-flower-384055279
https://www.shutterstock.com/image-photo/beautiful-sunflowers-field-great-yellow-flowers-316736318
https://www.shutterstock.com/image-photo/closeup-photo-old-open-book-ancient-699298045
https://www.shutterstock.com/image-photo/group-bikers-on-mountainous-road-fresh-153265220
https://www.shutterstock.com/image-photo/amazing-view-on-northen-light-over-797440249
https://www.shutterstock.com/image-photo/working-place-laptop-tablet-phone-cup-484713220
https://www.shutterstock.com/image-photo/boulders-beach-simons-town-travel-south-189831551
https://www.shutterstock.com/image-photo/beautiful-view-on-little-mountainous-village-384058108
https://www.shutterstock.com/image-photo/whale-tail-atlantic-ocean-over-mountains-738650650
https://www.shutterstock.com/image-photo/outdoor-concert-happy-people-raised-hand-224994391
https://www.shutterstock.com/image-photo/grunge-style-photo-silhouette-people-hands-208710631
https://www.shutterstock.com/image-photo/biker-riding-into-mountainous-tunnel-extreme-153813821
https://www.shutterstock.com/image-photo/beautiful-seascape-background-amazing-view-transparent-1094608856
https://www.shutterstock.com/image-photo/jupiters-temple-ancient-roman-columns-baalbek-152208041

Alleged copyright infringement artwork:

39

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | https://www.shutterstock.com/image-photo/large-group-happy-people-enjoying-rock-2340821919 https://www.shutterstock.com/image-photo/sailboat-sea-evening-sunlight-over-beautiful-2331867165 https://www.shutterstock.com/image-photo/people-on-party-enjoying-concert-dancing-2331834995 https://www.shutterstock.com/image-photo/cape-town-city-view-traveling-south-2341948293 https://www.shutterstock.com/image-photo/beautiful-sailboats-moored-dock-amazing-view-2331867101 https://www.shutterstock.com/image-photo/closeup-photo-tasty-baked-apples-stuffed-2333248831 https://www.shutterstock.com/image-photo/cedars-trees-forest-beautiful-natural-background-2331820183 https://www.shutterstock.com/image-photo/beautiful-colorful-cityscape-on-mountains-over-2341376189 https://www.shutterstock.com/image-photo/downtown-dubai-day-view-on-luxury-2334983683 https://www.shutterstock.com/image-photo/iceberg-on-black-sand-beach-melting-2334983775 https://www.shutterstock.com/image-photo/amazing-cityscape-cathedral-saint-mary-flower-2337305401 https://www.shutterstock.com/image-photo/beautiful-sunflowers-field-great-yellow-flowers-2336780753 https://www.shutterstock.com/image-photo/closeup-photo-old-open-book-ancient-2331835005 https://www.shutterstock.com/image-photo/group-bikers-on-mountainous-road-fresh-2341376177 https://www.shutterstock.com/image-photo/amazing-view-on-northen-light-over-2334983749 https://www.shutterstock.com/image-photo/working-place-laptop-tablet-phone-cup-2333178335 https://www.shutterstock.com/image-photo/boulders-beach-simons-town-travel-south-2341948287 https://www.shutterstock.com/image-photo/beautiful-view-on-little-mountainous-village-2333791161 https://www.shutterstock.com/image-photo/whale-tail- |

40

| | | | | | | atlantic-ocean-over-mountains-2331838161<br>https://www.shutterstock.com/image-photo/outdoor-concert-happy-people-raised-hand-2340823283<br>https://www.shutterstock.com/image-photo/grunge-style-photo-silhouette-people-hands-2341363931<br>https://www.shutterstock.com/image-photo/biker-riding-into-mountainous-tunnel-extreme-2341376173<br>https://www.shutterstock.com/image-photo/beautiful-seascape-background-amazing-view-transparent-2331797441<br>https://www.shutterstock.com/image-photo/jupiters-temple-ancient-roman-columns-baalbek-2334920381<br><br><br>The list is endless.. I guess this account is selling my images for years, I wan to cry, anyway..<br><br>Anna Om<br><br>On Monday, January 22, 2024 at 09:26:26 PM GMT+2, Infringement Claims <infringementclaims@shutterstock.com> wrote:<br>Dear Anna Omelchenko:<br><br>We are writing to you in response to your email to Shutterstock, inc. ("Shutterstock").<br><br>Please be advised that upon receipt of the above-referenced correspondence, the image(s) referred to therein was removed from the Shutterstock website.<br><br>Please be advised that Shutterstock relies upon the integrity of its contributors, all of whom warrant and represent to us that their images will not infringe the rights of any third parties. Moreover, Shutterstock is a "service provider" as such term is defined by the U.S. Digital Millennium Copyright Act ("DMCA"). As a service provider, Shutterstock will remove any image identified in a proper DMCA take down notice. |
|---|---|---|---|---|---|---|

41

Though your correspondence did not adhere to the strict statutory requirements of the DMCA, we elected to treat it as a proper notice and expeditiously removed the image(s) in question.

Regards,
louie
IP Team
Shutterstock, Inc.

--------------- Original Message ---------------
From: Anna Om REDACTED
Sent: 1/22/2024 2:09 PM
To: infringementclaims@shutterstock.com
Subject: Re: INTIRE PORTFOLIO MADE OF STOLEN IMAGES
Thank you, for your understanding.
Let's start from portfolio of Milianpop.
275 images, entire portfolio made of my images only.
Here are few examples:

My Original artwork:

https://www.shutterstock.com/image-photo/photo-sportive-woman-jogging-outdoors-body-1776169661
https://www.shutterstock.com/image-photo/open-doors-love-two-hand-drawn-1011527962
https://www.shutterstock.com/image-photo/gumshoes-tennager-walking-along-sand-sunny-1368728351
https://www.shutterstock.com/image-photo/wildlife-african-safari-beautiful-wild-giraffe-739498666
https://www.shutterstock.com/image-photo/beautiful-modern-kitchen-interior-stylish-design-1985708816
https://www.shutterstock.com/image-photo/abstract-background-conceptual-photo-love-passion-1011526054
https://www.shutterstock.com/image-photo/childs-bicycle-on-playground-vintage-colorful-1109486723

| | | | | | |
|---|---|---|---|---|---|
| | | | | | https://www.shutterstock.com/image-photo/baked-eggplant-tomatoes-tasty-vegetarian-pizza-499569259<br>https://www.shutterstock.com/image-photo/tasty-refreshing-strawberry-cocktail-juice-fruity-1666828867<br>https://www.shutterstock.com/image-photo/woman-doing-yoga-exercises-rear-view-1069714598<br>https://www.shutterstock.com/image-photo/closeup-photo-santa-claus-toy-on-1240619629<br><br>Alleged copyright infringement artwork:<br><br>https://www.shutterstock.com/image-photo/photo-sportive-woman-jogging-outdoors-body-2242329297<br>https://www.shutterstock.com/image-photo/open-doors-love-two-hand-drawn-2242329313<br>https://www.shutterstock.com/image-photo/gumshoes-tennager-walking-along-sand-sunny-2243554025<br>https://www.shutterstock.com/image-photo/wildlife-african-safari-beautiful-wild-giraffe-2242333415<br>https://www.shutterstock.com/image-photo/beautiful-modern-kitchen-interior-stylish-design-2242329265<br>https://www.shutterstock.com/image-photo/abstract-background-conceptual-photo-love-passion-2242321801<br>https://www.shutterstock.com/image-photo/childs-bicycle-on-playground-vintage-colorful-2242321719<br>https://www.shutterstock.com/image-photo/baked-eggplant-tomatoes-tasty-vegetarian-pizza-2242329309<br>https://www.shutterstock.com/image-photo/tasty-refreshing-strawberry-cocktail-juice-fruity-2242329355<br>https://www.shutterstock.com/image-photo/woman-doing-yoga-exercises-rear-view-2242329395<br>https://www.shutterstock.com/image-photo/closeup-photo-santa-claus-toy-on-2242334931<br><br><br>Today I found few more portfolios with my images<br>Will be sending you links in different email, not to get confused. |

43

Thank you

Anna Om

On Monday, January 22, 2024 at 05:36:13 PM GMT+2, Infringement Claims <infringementclaims@shutterstock.com> wrote:
Dear Anna Om:

I understand your position and am working dilegently with you to address your allegations herewith; but without the requested information to assist us it only causes delays.

Please provide me with at least 3 links/Image IDs of the alleged copyright infringement so that I may compare them against your image/ID artwork.

Additionally, the portfolio link,https://www.shutterstock.com/g/vibeimages, you assert is also infringement is not active. see sreenshot.

This format will help me review and take action forthwith.

My Original artwork:

PASTE LINK / IMAGE ID TO YOUR ORIGINAL ARTWORK HERE

Alleged copyright infringement artwork:

PASTE LINK/IMAGE ID of the ALLEGED INFRINGER HERE. (IT MUST CORRESPOND or ASSOCIATED WITH THE IMAGE ABOVE)

regards,
Louie

--------------- Original Message ---------------
From: Anna Om REDACTED
Sent: 1/22/2024 8:50 AM
To: infringementclaims@shutterstock.com
Subject: Re: INTIRE PORTFOLIO MADE OF STOLEN IMAGES
Hello, dear Louie
Is there a policy to give an urgent call to this THIEF & tell him immediately to delete all photos that are not his?
So now there is AI that can do I don't know what, but there is no simple algorithm that will recognize that image is duplicate?
Take a look at my portfolio I have over 13 000 images & pretty soon will be 20 years working with you.
But I made only 170$ this month & now I know why, I found my work in many other Scam portfolios...
I got ripped off by this Milianpop & I want all the money this so called "author" made to be paid to me.
So, unprotected, nearly broke in income, let me sit & spend 3 days making 275 links of my work + 275 links of the Thief...
Instead of creating art & content.
While this criminal didn't do any job, besides stealing my work & making money on my images.
Also, I have found one more Portfolio
https://www.shutterstock.com/g/vibeimages
This guy most probably has nearly all of my portfolio - if not 13 000 maybe 10 000 of my images, what we will do in this case?
Will I have to give you 20 000 links? Or it is easier to contact Thief & tell him to delete what is stolen or simply delete his portfolio for making a FRAUD.
Also I noticed that all scam portfolios not mentioning COUNTRY, how is this possible?
I believe there is no such an option to create a portfolio & not mention the COUNTRY. Also no Bio no Profile picture no emails no Info...
Anyway, please let me know where we go from here?
How many links is enough for you to take an action.

45

Thanks  a lot for understanding
Anna Om

On Friday, January 19, 2024 at 12:34:25 AM GMT+2,
Infringement Claims <infringementclaims@shutterstock.com>
wrote:
dear  Anna Om:

I understand you are alleging that the entire portfolio is
infringing upon your asset. However, we need at least a
handful to juxtapose.

Our formal DMCA notice per our policy. see here
https://www.shutterstock.com/terms/dmca-notice

Upon receipt we will quickly review and respond accordingly.

best,
Louie

--------------- Original Message ---------------
From: Anna Om REDACTED
Sent: 1/18/2024 5:35 AM
To: infringementclaims@shutterstock.com
Subject: Re: INTIRE PORTFOLIO MADE OF STOLEN IMAGES
Hello dear Louie, the entire portfolio is a scam
https://www.shutterstock.com/g/milianpop
Every single image is stolen from me.  All 275 images.
There are no other Authors images, only mine.
My Original artwork:
https://www.shutterstock.com/g/annaom
Alleged copyright infringement artwork:
https://www.shutterstock.com/g/milianpop
Thank you
Anna Om

On Wednesday, January 17, 2024 at 08:35:12 PM GMT+2,
Infringement Claims <infringementclaims@shutterstock.com>

46

wrote:
Hello,

Please provide info as such:

My Original artwork:

PASTE LINK / IMAGE ID TO YOUR ORIGINAL ARTWORK HERE

Alleged copyright infringement artwork:

PASTE LINK/IMAGE ID of the ALLEGED INFRINGER HERE. (IT MUST CORRESPOND or ASSOCIATED WITH THE IMAGE ABOVE)

Upon receipt we will review and respond quickly.
regards,
Louie

--------------- Original Message ---------------
From: Anna Om REDACTED
Sent: 1/17/2024 6:31 AM
To: infringementclaims@shutterstock.com
Subject: INTIRE PORTFOLIO MADE OF STOLEN IMAGES
Hello, dear Shutterstock team.
I found a fraud scam portfolio named Milianpop.
Entirely consists of stolen images from my portfolio.
Every single image in this portfolio is mine. All 275 photos in this portfolio are the Copyright of Anna Om.
FRAUD page:
https://www.shutterstock.com/g/milianpop
REAL AUTHOR page:
https://www.shutterstock.com/g/annaom
Please, address the issue as soon as possible.

47

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Thank you!<br><br>Anna Om<br><br><br>ref:!00D3001GgSC.!500Pe06TtFO:ref |
| 14724325 | Anna Om | REDACTED | infringementclaims@shutterstock.com | Re: INTIRE PORTFOLIO MADE OF STOLEN IMAGES | 2024-01-24 09:23:53.000 Z | -<br>    - Sorry, IÂ am keep replying to same email just not to open a new case & stay in same ref number. Also my first e mail had a name "Entire portfolio made of stolen images" which was the case only for portfolio of MILIANPOP.<br>    - So never mind the name of the email. Here is next portfolio IÂ found with my images.<br>    - My Original artwork Anna Om:<br><br>    - https://www.shutterstock.com/image-photo/beautiful-floral-bush-orchard-sunny-day-1074856853<br><br>    - https://www.shutterstock.com/image-photo/closeup-photo-tasty-baked-apples-stuffed-417997441<br>    - https://www.shutterstock.com/image-photo/cedars-trees-forest-beautiful-natural-background-793436743Â<br>    - Â https://www.shutterstock.com/image-photo/beautiful-starfish-mild-yellow-sunset-light-461067130<br>    - My image also & I have no idea why its not in my portfolio anymore & who have access to delete my work without giving me a notice? My photo, taken in Italy 2014. Canon EOS 1Dx, can provide a RAW image & all other evidence<br><br>Â Â Â Â Â Â Â 6. Also not in my portfolio, but its my image from a photoshoot with a gorgeous model with flowers, but Thieves are usually picking images without models.Â Â Â Â Â Â Â 7.Â https://www.shutterstock.com/image-photo/womens-straw-hat-on-olive-tree-492513985Â Â Â Â Â Â Â 8.Â https://www.shutterstock.com/image-photo/ancient-monastery-view-on-great-old- |

1378001375Â Â Â Â Â Â Â 9.Â https://www.shutterstock.com/image-photo/olive-oil-still-life-bottle-tasty-321241880Â Â Â Â Â 10.Â https://www.shutterstock.com/image-photo/beautiful-rock-sea-turquoise-water-flows-396762019Â Â Â Â Â 11.Â https://www.shutterstock.com/image-photo/beautiful-still-life-spa-stones-fresh-370069340Â Â Â Â Â 12.Â https://www.shutterstock.com/image-photo/creepy-halloween-pumpkins-outdoors-full-moon-739498996Â Â Â Â Â 13.Â https://www.shutterstock.com/image-photo/beautiful-view-on-mosque-over-sunset-418083313Â Â Â Â Â 14.Â https://www.shutterstock.com/image-photo/ladybird-sitting-on-gold-dry-wheat-478897807

- Alleged copyright infringement artwork:
  - https://www.shutterstock.com/image-photo/beautiful-floral-bush-orchard-sunny-day-2412660679

  - https://www.shutterstock.com/image-photo/closeup-photo-tasty-baked-apples-stuffed-2412660243

  - https://www.shutterstock.com/image-photo/cedars-trees-forest-beautiful-natural-background-2412661537

  - https://www.shutterstock.com/image-photo/beautiful-starfish-mild-yellow-sunset-light-2412663135

  - https://www.shutterstock.com/image-photo/wheat-field-landscape-dry-bales-over-2412660099

  - https://www.shutterstock.com/image-photo/closeup-photo-hand-holding-nice-little-2412660231

  - https://www.shutterstock.com/image-photo/womens-straw-hat-on-olive-tree-2412660225

  - https://www.shutterstock.com/image-photo/ancient-

monastery-view-on-great-old-2412662321

- https://www.shutterstock.com/image-photo/olive-oil-still-life-bottle-tasty-2412663187

- https://www.shutterstock.com/image-photo/beautiful-rock-sea-turquoise-water-flows-2412662267

- https://www.shutterstock.com/image-photo/beautiful-still-life-spa-stones-fresh-2412662873

- https://www.shutterstock.com/image-photo/creepy-halloween-pumpkins-outdoors-full-moon-2412660223

- https://www.shutterstock.com/image-photo/beautiful-view-on-mosque-over-sunset-2412660767

- https://www.shutterstock.com/image-photo/ladybird-sitting-on-gold-dry-wheat-2412660737

 copyright infringementÂ PORTFOLIO
LINKÂ https://www.shutterstock.com/g/maliha4szar
Tomorrow, will be sending you next portfolio.
Have a good day.
Anna Om

  On Tuesday, January 23, 2024 at 02:48:22 AM GMT+2,
Infringement Claims <infringementclaims@shutterstock.com>
wrote:

 Dear Anna Omelchenko:

We are writing to you in response to your email to
Shutterstock, inc. ("Shutterstock").

50

Please be advised that upon receipt of the above-referenced correspondence, the image(s) referred to therein was removed from the Shutterstock website.

Please be advised that Shutterstock relies upon the integrity of its contributors, all of whom warrant and represent to us that their images will not infringe the rights of any third parties. Moreover, Shutterstock is a "service provider" as such term is defined by the U.S. Digital Millennium Copyright Act ("DMCA"). As a service provider, Shutterstock will remove any image identified in a proper DMCA take down notice.

Though your correspondence did not adhere to the strict statutory requirements of the DMCA, we elected to treat it as a proper notice and expeditiously removed the image(s) in question.

Regards,
Louie
IP Team
Shutterstock, Inc.

--------------- Original Message ---------------
From: Anna Om [REDACTED
Sent: 1/22/2024 4:44 PM
To: infringementclaims@shutterstock.com
Subject: Re: INTIRE PORTFOLIO MADE OF STOLEN IMAGES
Â Thanks a lot, one down :)Â I have found 11 more portfolios with my images.Â Â But let's do it one by one.Â Now the THIEF called : Vibe Images -Â  huge scam portfolio, might have thousands of my imagesÂ Â take a look.Â https://www.shutterstock.com/g/vibeimagesÂ But not all images in this portfolio are mine, most probably many other artists as well.Â Â Here are some samples of my work:Â

51

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | - My Original artwork:<br> - https://www.shutterstock.com/image-photo/large-group-happy-people-enjoying-rock-231048412<br> - https://www.shutterstock.com/image-photo/sailboat-sea-evening-sunlight-over-beautiful-717244969<br> - https://www.shutterstock.com/image-photo/people-on-party-enjoying-concert-dancing-630231818Â<br> - Â I don't know why this image not anymore in my portfolio, I never deleted it & how come he has it & I don't, but I can assure u this image is from my Travel to South Africa, can show u RAW image & camera model & date taken & so on.<br> - https://www.shutterstock.com/image-photo/beautiful-sailboats-moored-dock-amazing-view-692848660<br> - https://www.shutterstock.com/image-photo/closeup-photo-tasty-baked-apples-stuffed-417997444<br> - https://www.shutterstock.com/image-photo/cedars-trees-forest-beautiful-natural-background-793436743<br> - https://www.shutterstock.com/image-photo/beautiful-colorful-cityscape-on-mountains-over-257301595<br> - Same story as number 4, its not in my portfolio anymore, I don't know who delete it, its my photo i can show you all the proof if u need.<br> - https://www.shutterstock.com/image-photo/iceberg-on-black-sand-beach-melting-334335575<br> - https://www.shutterstock.com/image-photo/amazing-cityscape-cathedral-saint-mary-flower-384055279<br> - https://www.shutterstock.com/image-photo/beautiful-sunflowers-field-great-yellow-flowers-316736318<br> - https://www.shutterstock.com/image-photo/closeup-photo-old-open-book-ancient-699298045<br> - https://www.shutterstock.com/image-photo/group-bikers-on-mountainous-road-fresh-153265220<br> - https://www.shutterstock.com/image-photo/amazing-view-on-northen-light-over-797440249<br> - https://www.shutterstock.com/image-photo/working-place-laptop-tablet-phone-cup-484713220<br> - https://www.shutterstock.com/image-photo/boulders- |

52

| | | | | | |
|---|---|---|---|---|---|
| | | | | | beach-simons-town-travel-south-189831551<br>    - https://www.shutterstock.com/image-photo/beautiful-view-on-little-mountainous-village-384058108<br>    - https://www.shutterstock.com/image-photo/whale-tail-atlantic-ocean-over-mountains-738650650<br>    - https://www.shutterstock.com/image-photo/outdoor-concert-happy-people-raised-hand-224994391<br>    - https://www.shutterstock.com/image-photo/grunge-style-photo-silhouette-people-hands-208710631<br>    - https://www.shutterstock.com/image-photo/biker-riding-into-mountainous-tunnel-extreme-153813821<br>    - https://www.shutterstock.com/image-photo/beautiful-seascape-background-amazing-view-transparent-1094608856<br>    - https://www.shutterstock.com/image-photo/jupiters-temple-ancient-roman-columns-baalbek-152208041<br><br>  - Alleged copyright infringement artwork:<br>    - https://www.shutterstock.com/image-photo/large-group-happy-people-enjoying-rock-2340821919<br>    - https://www.shutterstock.com/image-photo/sailboat-sea-evening-sunlight-over-beautiful-2331867165<br>    - https://www.shutterstock.com/image-photo/people-on-party-enjoying-concert-dancing-2331834995<br>    - https://www.shutterstock.com/image-photo/cape-town-city-view-traveling-south-2341948293<br>    - https://www.shutterstock.com/image-photo/beautiful-sailboats-moored-dock-amazing-view-2331867101<br>    - https://www.shutterstock.com/image-photo/closeup-photo-tasty-baked-apples-stuffed-2333248831<br>    - https://www.shutterstock.com/image-photo/cedars-trees-forest-beautiful-natural-background-2331820183<br>    - https://www.shutterstock.com/image-photo/beautiful-colorful-cityscape-on-mountains-over-2341376189<br>    - https://www.shutterstock.com/image-photo/downtown-dubai-day-view-on-luxury-2334983683<br>    - https://www.shutterstock.com/image-photo/iceberg-on-black-sand-beach-melting-2334983775<br>    - https://www.shutterstock.com/image-photo/amazing- |

53

cityscape-cathedral-saint-mary-flower-2337305401

    - https://www.shutterstock.com/image-photo/beautiful-sunflowers-field-great-yellow-flowers-2336780753

    - https://www.shutterstock.com/image-photo/closeup-photo-old-open-book-ancient-2331835005

    - https://www.shutterstock.com/image-photo/group-bikers-on-mountainous-road-fresh-2341376177

    - https://www.shutterstock.com/image-photo/amazing-view-on-northen-light-over-2334983749

    - https://www.shutterstock.com/image-photo/working-place-laptop-tablet-phone-cup-2333178335

    - https://www.shutterstock.com/image-photo/boulders-beach-simons-town-travel-south-2341948287

    - https://www.shutterstock.com/image-photo/beautiful-view-on-little-mountainous-village-2333791161

    - https://www.shutterstock.com/image-photo/whale-tail-atlantic-ocean-over-mountains-2331838161

    - https://www.shutterstock.com/image-photo/outdoor-concert-happy-people-raised-hand-2340823283

    - https://www.shutterstock.com/image-photo/grunge-style-photo-silhouette-people-hands-2341363931

    - https://www.shutterstock.com/image-photo/biker-riding-into-mountainous-tunnel-extreme-2341376173

    - https://www.shutterstock.com/image-photo/beautiful-seascape-background-amazing-view-transparent-2331797441

    - https://www.shutterstock.com/image-photo/jupiters-temple-ancient-roman-columns-baalbek-2334920381


Â
The list is endless.. I guess this account is selling my images for years, I wan to cry, anyway..
Anna Om

Â Â Â On Monday, January 22, 2024 at 09:26:26 PM GMT+2, Infringement Claims <infringementclaims@shutterstock.com> wrote:Â Â Â Dear Anna Omelchenko:

54

| | | | | | | We are writing to you in response to your email to Shutterstock, inc. ("Shutterstock").<br><br>Please be advised that upon receipt of the above-referenced correspondence, the image(s) referred to therein was removed from the Shutterstock website.<br><br>Please be advised that Shutterstock relies upon the integrity of its contributors, all of whom warrant and represent to us that their images will not infringe the rights of any third parties. Moreover, Shutterstock is a "service provider" as such term is defined by the U.S. Digital Millennium Copyright Act ("DMCA"). As a service provider, Shutterstock will remove any image identified in a proper DMCA take down notice.<br><br>Though your correspondence did not adhere to the strict statutory requirements of the DMCA, we elected to treat it as a proper notice and expeditiously removed the image(s) in question.<br><br>Regards,<br>louie<br>IP Team<br>Shutterstock, Inc.<br><br><br>Â<br>--------------- Original Message ---------------<br>From: Anna Om [REDACTED<br>Sent: 1/22/2024 2:09 PM<br>To: infringementclaims@shutterstock.com<br>Subject: Re: INTIRE PORTFOLIO MADE OF STOLEN IMAGES<br>Â Thank you, for your understanding. Â Let's start from portfolio of Â Milianpop. Â Â 275 images, entire portfolio made of my images only. Â Here are few examples: Â Â Â<br>  - My Original artwork:<br>    - https://www.shutterstock.com/image-photo/photo-sportive-woman-jogging-outdoors-body-1776169661 |
| --- | --- | --- | --- | --- | --- | --- |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | - https://www.shutterstock.com/image-photo/open-doors-love-two-hand-drawn-1011527962<br>- https://www.shutterstock.com/image-photo/gumshoes-tennager-walking-along-sand-sunny-1368728351<br>- https://www.shutterstock.com/image-photo/wildlife-african-safari-beautiful-wild-giraffe-739498666<br>- https://www.shutterstock.com/image-photo/beautiful-modern-kitchen-interior-stylish-design-1985708816<br>- https://www.shutterstock.com/image-photo/abstract-background-conceptual-photo-love-passion-1011526054<br>- https://www.shutterstock.com/image-photo/childs-bicycle-on-playground-vintage-colorful-1109486723<br>- https://www.shutterstock.com/image-photo/baked-eggplant-tomatoes-tasty-vegetarian-pizza-499569259<br>- https://www.shutterstock.com/image-photo/tasty-refreshing-strawberry-cocktail-juice-fruity-1666828867<br>- https://www.shutterstock.com/image-photo/woman-doing-yoga-exercises-rear-view-1069714598<br>- https://www.shutterstock.com/image-photo/closeup-photo-santa-claus-toy-on-1240619629<br><br>- Â<br>- Â<br>- Alleged copyright infringement artwork:<br>- https://www.shutterstock.com/image-photo/photo-sportive-woman-jogging-outdoors-body-2242329297<br>- https://www.shutterstock.com/image-photo/open-doors-love-two-hand-drawn-2242329313<br>- https://www.shutterstock.com/image-photo/gumshoes-tennager-walking-along-sand-sunny-2243554025<br>- https://www.shutterstock.com/image-photo/wildlife-african-safari-beautiful-wild-giraffe-2242333415<br>- https://www.shutterstock.com/image-photo/beautiful-modern-kitchen-interior-stylish-design-2242329265<br>- https://www.shutterstock.com/image-photo/abstract-background-conceptual-photo-love-passion-2242321801<br>- https://www.shutterstock.com/image-photo/childs-bicycle-on-playground-vintage-colorful-2242321719 |

| | | | | | - https://www.shutterstock.com/image-photo/baked-eggplant-tomatoes-tasty-vegetarian-pizza-2242329309 |

- https://www.shutterstock.com/image-photo/baked-eggplant-tomatoes-tasty-vegetarian-pizza-2242329309
- https://www.shutterstock.com/image-photo/tasty-refreshing-strawberry-cocktail-juice-fruity-2242329355
- https://www.shutterstock.com/image-photo/woman-doing-yoga-exercises-rear-view-2242329395
- https://www.shutterstock.com/image-photo/closeup-photo-santa-claus-toy-on-2242334931

Â Â Â Today I found few more portfolios with my imagesÂ Â Will be sending you links in different email, not to getÂ confused.Â Thank you
Anna Om

Â Â Â On Monday, January 22, 2024 at 05:36:13 PM GMT+2, Infringement Claims <infringementclaims@shutterstock.com> wrote:Â Â Â Dear Anna Om:

I understand your position and am working dilegently with you to address your allegations herewith; but without the requested information to assist us it only causes delays.Â

Please provide me with at least 3 links/Image IDs of the alleged copyright infringement so that I may compare them against your image/ID artwork.Â

Additionally, the portfolio link,https://www.shutterstock.com/g/vibeimages,Â you assert is also infringement is not active. see sreenshot.Â

This format will help me review and take action forthwith. Â
 -
   - My Original artwork:
    - PASTEÂ LINKÂ / IMAGE IDÂ TO YOUR ORIGINAL ARTWORK HERE
    - Â
    - Â

57

- Â

 - Alleged copyright infringement artwork:
   - PASTEÂ LINK/IMAGE IDÂ of theÂ ALLEGED INFRINGER HERE. (IT MUST CORRESPONDÂ or ASSOCIATED WITH THE IMAGEÂ ABOVE)
   - Â
   - Â

regards,
Louie
--------------- Original Message ---------------
From: Anna Om [REDACTED
Sent: 1/22/2024 8:50 AM
To: infringementclaims@shutterstock.com
Subject: Re: INTIRE PORTFOLIO MADE OF STOLEN IMAGES
Â Hello, dear LouieÂ Is there a policy to give an urgent call to this THIEF & tell him immediately to delete all photos that are not his?Â Â So now there is AI that can do I don't know what, but there is no simple algorithm that will recognize that image is duplicate?Â Â Take a look at my portfolio I have over 13 000 images & pretty soon will be 20 years working with you.Â But I made only 170$ this month & now I know why, I found my work in many other Scam portfolios...Â I got ripped off by this Milianpop & I want all the money this so called "author" made to be paid to me.Â So, unprotected, nearly broke in income, let me sit & spend 3 days making 275 links of my work + 275 links of the Thief...Â Instead of creating art & content.Â While this criminal didn't do any job, besides stealing my work & making money on my images.Â Also, I have found one more Portfolio https://www.shutterstock.com/g/vibeimagesÂ Â This guy most probably has nearly all of my portfolio - if not 13 000 maybe 10 000 of my images, what we will do in this case?Â Will I have to give you 20 000 links? Or it is easier to contact Thief & tell him to delete what is stolen or simply

58

delete his portfolio for making a FRAUD. Â Also I noticed that all scam portfolios not mentioning COUNTRY, how is this possible? Â Â I believe there is no such an option to create a portfolio & not mention the COUNTRY. Also no Bio no Profile picture no emails no Info... Â Anyway, please let me know where we go from here? Â Â How many links is enough for you to take an action. Â Thanks Â  a lot for understanding Â Â Anna Om

Â Â Â On Friday, January 19, 2024 at 12:34:25 AM GMT+2, Infringement Claims <infringementclaims@shutterstock.com> wrote: Â Â Â dear Â  Anna Om:

I understand you are alleging that the entire portfolio is infringing upon your asset. However, we need at least a handful to juxtapose. Â

Our formal DMCA notice per our policy. see here Â https://www.shutterstock.com/terms/dmca-notice

Upon receipt we will quickly review and respond accordingly.

best,
Louie
--------------- Original Message ---------------
From: Anna Om [REDACTED
Sent: 1/18/2024 5:35 AM
To: infringementclaims@shutterstock.com
Subject: Re: INTIRE PORTFOLIO MADE OF STOLEN IMAGES
Â Hello dear Louie, the entire portfolio is a scam Â https://www.shutterstock.com/g/milianpop Â Every single image is stolen from me. Â  All 275 images. Â Â There are no other Authors images, only mine. Â My Original artwork: Â https://www.shutterstock.com/g/annaom Â Â Alleged copyright infringement artwork: Â https://www.shutterstock.com/g/milianpop Â Thank you Â Anna Om

59

|  |  |  |  |  |  | Â Â Â On Wednesday, January 17, 2024 at 08:35:12 PM GMT+2, Infringement Claims <infringementclaims@shutterstock.com> wrote:Â Â Â Hello, <br><br> Please provide info as such: <br>  - My Original artwork: <br>    - PASTE LINK / IMAGE ID TO YOUR ORIGINAL ARTWORK HERE <br>    - Â <br>    - Â <br>    - Â <br><br>  - Alleged copyright infringement artwork: <br>    - PASTE LINK/IMAGE ID of the ALLEGED INFRINGER HERE. (IT MUST CORRESPOND or ASSOCIATED WITH THE IMAGE ABOVE) <br>    - Â <br>    - Â <br>    - <br> Â <br><br> Upon receipt we will review and respond quickly. <br> regards, <br> Louie <br><br><br> --------------- Original Message --------------- <br> From: Anna Om REDACTED <br> Sent: 1/17/2024 6:31 AM <br> To: infringementclaims@shutterstock.com <br> Subject: INTIRE PORTFOLIO MADE OF STOLEN IMAGES <br> Â Hello, dear Shutterstock team.I found a fraud scam portfolio named Milianpop.Entirely consists of stolen images from my portfolio.Â Every single image in this portfolio is mine. All 275 photos in this portfolio are the Copyright of Anna Om.Â FRAUD page:https://www.shutterstock.com/g/milianpopÂ REAL AUTHOR |
|  |  |  |  |  |  |  |

60

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | page:https://www.shutterstock.com/g/annaomÂ Please, address the issue as soon as possible.Â Thank you!Â<br>Anna Om<br><br>Â<br><br>ref:!00D3001GgSC.!500Pe06TtFO:ref<br>Â<br>Â<br>Â |
| 14724325 | Anna Om | REDACTED | infringementclaims@shutterstock.com | Re: INTIRE PORTFOLIO MADE OF STOLEN IMAGES | 2024-01-25 07:14:01.000 Z | Hello, I would like to take back my infringement claim on a portfolio named Vibe Images that recently was taken down due to fraud.<br><br>After a long communication with an agent who represents this portfolio, we came down to an agreement that they will remove<br>all my images from their portfolio ( the access to which they got from an old nonfunctional website over which they legally took over).<br>The list of my images that they need to remove from their page was or being prepared by them & given or will be given to you shortly.<br><br>Long story short, we agreed that it was an honest technical error.<br><br>Sorry, for any inconvenience.<br><br>in the next email i will continue giving you the names & links to scam portfolios.<br>Thank you.<br><br>Anna Om |

61

On Wednesday, January 24, 2024 at 11:23:53 AM GMT+2, Anna Om REDACTED                wrote:

-
- Sorry, IÂ am keep replying to same email just not to open a new case & stay in same ref number. Also my first e mail had a name "Entire portfolio made of stolen images" which was the case only for portfolio of MILIANPOP.
- So never mind the name of the email. Here is next portfolio IÂ found with my images.
- My Original artwork Anna Om:

- https://www.shutterstock.com/image-photo/beautiful-floral-bush-orchard-sunny-day-1074856853

- https://www.shutterstock.com/image-photo/closeup-photo-tasty-baked-apples-stuffed-417997441
- https://www.shutterstock.com/image-photo/cedars-trees-forest-beautiful-natural-background-793436743Â
- Â https://www.shutterstock.com/image-photo/beautiful-starfish-mild-yellow-sunset-light-461067130
- My image also & I have no idea why its not in my portfolio anymore & who have access to delete my work without giving me a notice? My photo, taken in Italy 2014. Canon EOS 1Dx, can provide a RAW image & all other evidence

Â Â Â Â Â Â Â 6. Also not in my portfolio, but its my image from a photoshoot with a gorgeous model with flowers, but Thieves are usually picking images without models.Â Â Â Â Â Â Â Â 7.Â https://www.shutterstock.com/image-photo/womens-straw-hat-on-olive-tree-492513985Â Â Â Â Â Â Â 8.Â https://www.shutterstock.com/image-photo/ancient-monastery-view-on-great-old-1378001375Â Â Â Â Â Â Â 9.Â https://www.shutterstock.com/image-photo/olive-oil-still-life-bottle-tasty-321241880Â Â Â Â Â Â 10.Â https://www.shutterstock.co

62

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | m/image-photo/beautiful-rock-sea-turquoise-water-flows-396762019Â  Â  Â  Â  Â  11.Â https://www.shutterstock.com/image-photo/beautiful-still-life-spa-stones-fresh-370069340Â  Â  Â  Â  Â  12.Â https://www.shutterstock.com/image-photo/creepy-halloween-pumpkins-outdoors-full-moon-739498996Â  Â  Â  Â  Â  13.Â https://www.shutterstock.com/image-photo/beautiful-view-on-mosque-over-sunset-418083313Â  Â  Â  Â  Â  14.Â https://www.shutterstock.com/image-photo/ladybird-sitting-on-gold-dry-wheat-478897807<br><br>  - Alleged copyright infringement artwork:<br>    - https://www.shutterstock.com/image-photo/beautiful-floral-bush-orchard-sunny-day-2412660679<br><br>    - https://www.shutterstock.com/image-photo/closeup-photo-tasty-baked-apples-stuffed-2412660243<br><br>    - https://www.shutterstock.com/image-photo/cedars-trees-forest-beautiful-natural-background-2412661537<br><br>    - https://www.shutterstock.com/image-photo/beautiful-starfish-mild-yellow-sunset-light-2412663135<br><br>    - https://www.shutterstock.com/image-photo/wheat-field-landscape-dry-bales-over-2412660099<br><br>    - https://www.shutterstock.com/image-photo/closeup-photo-hand-holding-nice-little-2412660231<br><br>    - https://www.shutterstock.com/image-photo/womens-straw-hat-on-olive-tree-2412660225<br><br>    - https://www.shutterstock.com/image-photo/ancient-monastery-view-on-great-old-2412662321<br><br>    - https://www.shutterstock.com/image-photo/olive-oil- |

63

| | | | | | | still-life-bottle-tasty-2412663187 |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | - https://www.shutterstock.com/image-photo/beautiful-rock-sea-turquoise-water-flows-2412662267 |
| | | | | | | - https://www.shutterstock.com/image-photo/beautiful-still-life-spa-stones-fresh-2412662873 |
| | | | | | | - https://www.shutterstock.com/image-photo/creepy-halloween-pumpkins-outdoors-full-moon-2412660223 |
| | | | | | | - https://www.shutterstock.com/image-photo/beautiful-view-on-mosque-over-sunset-2412660767 |
| | | | | | | - https://www.shutterstock.com/image-photo/ladybird-sitting-on-gold-dry-wheat-2412660737 |
| | | | | | | copyright infringementÂ PORTFOLIO LINKÂ https://www.shutterstock.com/g/maliha4szar Tomorrow, will be sending you next portfolio. Have a good day. Anna Om |
| | | | | | | On Tuesday, January 23, 2024 at 02:48:22 AM GMT+2, Infringement Claims <infringementclaims@shutterstock.com> wrote: |
| | | | | | | Dear Anna Omelchenko: |
| | | | | | | We are writing to you in response to your email to Shutterstock, inc. ("Shutterstock"). |
| | | | | | | Please be advised that upon receipt of the above-referenced correspondence, the image(s) referred to therein was |

64

removed from the Shutterstock website.

Please be advised that Shutterstock relies upon the integrity of its contributors, all of whom warrant and represent to us that their images will not infringe the rights of any third parties. Moreover, Shutterstock is a "service provider" as such term is defined by the U.S. Digital Millennium Copyright Act ("DMCA"). As a service provider, Shutterstock will remove any image identified in a proper DMCA take down notice.

Though your correspondence did not adhere to the strict statutory requirements of the DMCA, we elected to treat it as a proper notice and expeditiously removed the image(s) in question.

Regards,
Louie
IP Team
Shutterstock, Inc.

--------------- Original Message ---------------
From: Anna Om REDACTED
Sent: 1/22/2024 4:44 PM
To: infringementclaims@shutterstock.com
Subject: Re: INTIRE PORTFOLIO MADE OF STOLEN IMAGES
 Thanks a lot, one down :) I have found 11 more portfolios with my images.  But let's do it one by one. Now the THIEF called : Vibe Images -  huge scam portfolio, might have thousands of my images  take a look. https://www.shutterstock.com/g/vibeimages But not all images in this portfolio are mine, most probably many other artists as well.  Here are some samples of my work: 
  - My Original artwork:
    - https://www.shutterstock.com/image-photo/large-group-happy-people-enjoying-rock-231048412

65

| | | | | | |
|---|---|---|---|---|---|
| | | | | | - https://www.shutterstock.com/image-photo/sailboat-sea-evening-sunlight-over-beautiful-717244969<br>- https://www.shutterstock.com/image-photo/people-on-party-enjoying-concert-dancing-630231818Â<br>- Â I don't know why this image not anymore in my portfolio, I never deleted it & how come he has it & I don't, but I can assure u this image is from my Travel to South Africa, can show u RAW image & camera model & date taken & so on.<br>- https://www.shutterstock.com/image-photo/beautiful-sailboats-moored-dock-amazing-view-692848660<br>- https://www.shutterstock.com/image-photo/closeup-photo-tasty-baked-apples-stuffed-417997444<br>- https://www.shutterstock.com/image-photo/cedars-trees-forest-beautiful-natural-background-793436743<br>- https://www.shutterstock.com/image-photo/beautiful-colorful-cityscape-on-mountains-over-257301595<br>- Same story as number 4, its not in my portfolio anymore, I don't know who delete it, its my photo i can show you all the proof if u need.<br>- https://www.shutterstock.com/image-photo/iceberg-on-black-sand-beach-melting-334335575<br>- https://www.shutterstock.com/image-photo/amazing-cityscape-cathedral-saint-mary-flower-384055279<br>- https://www.shutterstock.com/image-photo/beautiful-sunflowers-field-great-yellow-flowers-316736318<br>- https://www.shutterstock.com/image-photo/closeup-photo-old-open-book-ancient-699298045<br>- https://www.shutterstock.com/image-photo/group-bikers-on-mountainous-road-fresh-153265220<br>- https://www.shutterstock.com/image-photo/amazing-view-on-northen-light-over-797440249<br>- https://www.shutterstock.com/image-photo/working-place-laptop-tablet-phone-cup-484713220<br>- https://www.shutterstock.com/image-photo/boulders-beach-simons-town-travel-south-189831551<br>- https://www.shutterstock.com/image-photo/beautiful-view-on-little-mountainous-village-384058108 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | - https://www.shutterstock.com/image-photo/whale-tail-atlantic-ocean-over-mountains-738650650<br>- https://www.shutterstock.com/image-photo/outdoor-concert-happy-people-raised-hand-224994391<br>- https://www.shutterstock.com/image-photo/grunge-style-photo-silhouette-people-hands-208710631<br>- https://www.shutterstock.com/image-photo/biker-riding-into-mountainous-tunnel-extreme-153813821<br>- https://www.shutterstock.com/image-photo/beautiful-seascape-background-amazing-view-transparent-1094608856<br>- https://www.shutterstock.com/image-photo/jupiters-temple-ancient-roman-columns-baalbek-152208041<br><br>- Alleged copyright infringement artwork:<br>- https://www.shutterstock.com/image-photo/large-group-happy-people-enjoying-rock-2340821919<br>- https://www.shutterstock.com/image-photo/sailboat-sea-evening-sunlight-over-beautiful-2331867165<br>- https://www.shutterstock.com/image-photo/people-on-party-enjoying-concert-dancing-2331834995<br>- https://www.shutterstock.com/image-photo/cape-town-city-view-traveling-south-2341948293<br>- https://www.shutterstock.com/image-photo/beautiful-sailboats-moored-dock-amazing-view-2331867101<br>- https://www.shutterstock.com/image-photo/closeup-photo-tasty-baked-apples-stuffed-2333248831<br>- https://www.shutterstock.com/image-photo/cedars-trees-forest-beautiful-natural-background-2331820183<br>- https://www.shutterstock.com/image-photo/beautiful-colorful-cityscape-on-mountains-over-2341376189<br>- https://www.shutterstock.com/image-photo/downtown-dubai-day-view-on-luxury-2334983683<br>- https://www.shutterstock.com/image-photo/iceberg-on-black-sand-beach-melting-2334983775<br>- https://www.shutterstock.com/image-photo/amazing-cityscape-cathedral-saint-mary-flower-2337305401<br>- https://www.shutterstock.com/image-photo/beautiful-sunflowers-field-great-yellow-flowers-2336780753 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | - https://www.shutterstock.com/image-photo/closeup-photo-old-open-book-ancient-2331835005<br>- https://www.shutterstock.com/image-photo/group-bikers-on-mountainous-road-fresh-2341376177<br>- https://www.shutterstock.com/image-photo/amazing-view-on-northen-light-over-2334983749<br>- https://www.shutterstock.com/image-photo/working-place-laptop-tablet-phone-cup-2333178335<br>- https://www.shutterstock.com/image-photo/boulders-beach-simons-town-travel-south-2341948287<br>- https://www.shutterstock.com/image-photo/beautiful-view-on-little-mountainous-village-2333791161<br>- https://www.shutterstock.com/image-photo/whale-tail-atlantic-ocean-over-mountains-2331838161<br>- https://www.shutterstock.com/image-photo/outdoor-concert-happy-people-raised-hand-2340823283<br>- https://www.shutterstock.com/image-photo/grunge-style-photo-silhouette-people-hands-2341363931<br>- https://www.shutterstock.com/image-photo/biker-riding-into-mountainous-tunnel-extreme-2341376173<br>- https://www.shutterstock.com/image-photo/beautiful-seascape-background-amazing-view-transparent-2331797441<br>- https://www.shutterstock.com/image-photo/jupiters-temple-ancient-roman-columns-baalbek-2334920381<br><br><br>Â<br>The list is endless.. I guess this account is selling my images for years, I wan to cry, anyway..<br>Anna Om<br><br>Â Â Â On Monday, January 22, 2024 at 09:26:26 PM GMT+2, Infringement Claims <infringementclaims@shutterstock.com> wrote:Â Â Â Dear Anna Omelchenko:<br><br>We are writing to you in response to your email to Shutterstock, inc. ("Shutterstock"). |

Please be advised that upon receipt of the above-referenced correspondence, the image(s) referred to therein was removed from the Shutterstock website.

Please be advised that Shutterstock relies upon the integrity of its contributors, all of whom warrant and represent to us that their images will not infringe the rights of any third parties. Moreover, Shutterstock is a "service provider" as such term is defined by the U.S. Digital Millennium Copyright Act ("DMCA"). As a service provider, Shutterstock will remove any image identified in a proper DMCA take down notice.

Though your correspondence did not adhere to the strict statutory requirements of the DMCA, we elected to treat it as a proper notice and expeditiously removed the image(s) in question.

Regards,
louie
IP Team
Shutterstock, Inc.


Â
--------------- Original Message ---------------
From: Anna Om REDACTED
Sent: 1/22/2024 2:09 PM
To: infringementclaims@shutterstock.com
Subject: Re: INTIRE PORTFOLIO MADE OF STOLEN IMAGES
Â Thank you, for your understanding.Â Let's start from portfolio ofÂ Milianpop.Â Â 275 images, entire portfolio made of my images only.Â Here are few examples:Â Â Â
  - My Original artwork:
    - https://www.shutterstock.com/image-photo/photo-sportive-woman-jogging-outdoors-body-1776169661
    - https://www.shutterstock.com/image-photo/open-doors-love-two-hand-drawn-1011527962
    - https://www.shutterstock.com/image-photo/gumshoes-

69

| | | | | | tennager-walking-along-sand-sunny-1368728351<br>- https://www.shutterstock.com/image-photo/wildlife-african-safari-beautiful-wild-giraffe-739498666<br>- https://www.shutterstock.com/image-photo/beautiful-modern-kitchen-interior-stylish-design-1985708816<br>- https://www.shutterstock.com/image-photo/abstract-background-conceptual-photo-love-passion-1011526054<br>- https://www.shutterstock.com/image-photo/childs-bicycle-on-playground-vintage-colorful-1109486723<br>- https://www.shutterstock.com/image-photo/baked-eggplant-tomatoes-tasty-vegetarian-pizza-499569259<br>- https://www.shutterstock.com/image-photo/tasty-refreshing-strawberry-cocktail-juice-fruity-1666828867<br>- https://www.shutterstock.com/image-photo/woman-doing-yoga-exercises-rear-view-1069714598<br>- https://www.shutterstock.com/image-photo/closeup-photo-santa-claus-toy-on-1240619629<br><br>- Â<br>- Â<br>- Alleged copyright infringement artwork:<br>- https://www.shutterstock.com/image-photo/photo-sportive-woman-jogging-outdoors-body-2242329297<br>- https://www.shutterstock.com/image-photo/open-doors-love-two-hand-drawn-2242329313<br>- https://www.shutterstock.com/image-photo/gumshoes-tennager-walking-along-sand-sunny-2243554025<br>- https://www.shutterstock.com/image-photo/wildlife-african-safari-beautiful-wild-giraffe-2242333415<br>- https://www.shutterstock.com/image-photo/beautiful-modern-kitchen-interior-stylish-design-2242329265<br>- https://www.shutterstock.com/image-photo/abstract-background-conceptual-photo-love-passion-2242321801<br>- https://www.shutterstock.com/image-photo/childs-bicycle-on-playground-vintage-colorful-2242321719<br>- https://www.shutterstock.com/image-photo/baked-eggplant-tomatoes-tasty-vegetarian-pizza-2242329309<br>- https://www.shutterstock.com/image-photo/tasty- |

70

refreshing-strawberry-cocktail-juice-fruity-2242329355
   - https://www.shutterstock.com/image-photo/woman-doing-yoga-exercises-rear-view-2242329395
   - https://www.shutterstock.com/image-photo/closeup-photo-santa-claus-toy-on-2242334931

Â Â Â Today I found few more portfolios with my imagesÂ Â Will be sending you links in different email, not to getÂ confused.Â Thank you
Anna Om

Â Â Â On Monday, January 22, 2024 at 05:36:13 PM GMT+2, Infringement Claims <infringementclaims@shutterstock.com> wrote:Â Â Â Dear Anna Om:

I understand your position and am working diligently with you to address your allegations herewith; but without the requested information to assist us it only causes delays.Â

Please provide me with at least 3 links/Image IDs of the alleged copyright infringement so that I may compare them against your image/ID artwork.Â

Additionally, the portfolio link,https://www.shutterstock.com/g/vibeimages,Â you assert is also infringement is not active. see sreenshot.Â

This format will help me review and take action forthwith. Â
   -
   - My Original artwork:
      - PASTEÂ LINKÂ / IMAGE IDÂ TO YOUR ORIGINAL ARTWORK HERE
      - Â
      - Â
      - Â

   - Alleged copyright infringement artwork:

71

- PASTEÂ LINK/IMAGE IDÂ of theÂ ALLEGED INFRINGER HERE. (IT MUST CORRESPONDÂ or ASSOCIATED WITH THE IMAGEÂ ABOVE)
- Â
- Â

regards,
Louie
--------------- Original Message ---------------
From: Anna Om REDACTED
Sent: 1/22/2024 8:50 AM
To: infringementclaims@shutterstock.com
Subject: Re: INTIRE PORTFOLIO MADE OF STOLEN IMAGES
Â Hello, dear LouieÂ Is there a policy to give an urgent call to this THIEF & tell him immediately to delete all photos that are not his?Â Â So now there is AI that can do I don't know what, but there is no simple algorithm that will recognize that image is duplicate?Â Â Take a look at my portfolio I have over 13 000 images & pretty soon will be 20 years working with you.Â But I made only 170$ this month & now I know why, I found my work in many other Scam portfolios...Â I got ripped off by this Milianpop & I want all the money this so called "author" made to be paid to me.Â So, unprotected, nearly broke in income, let me sit & spend 3 days making 275 links of my work + 275 links of the Thief...Â Instead of creating art & content.Â While this criminal didn't do any job, besides stealing my work & making money on my images.Â Also, I have found one more Portfolio https://www.shutterstock.com/g/vibeimagesÂ Â This guy most probably has nearly all of my portfolio - if not 13 000 maybe 10 000 of my images, what we will do in this case?Â Will I have to give you 20 000 links? Or it is easier to contact Thief & tell him to delete what is stolen or simply delete his portfolio for making a FRAUD.Â Also I noticed that all scam portfolios not mentioning COUNTRY, how is this possible?Â Â I believe there is no such an option to create a

| | | | | | | portfolio & not mention the COUNTRY. Also no Bio no Profile picture no emails no Info...Â Anyway, please let me know where we go from here?Â Â How many links is enough for you to take an action.Â ThanksÂ  a lot for understandingÂ Â Anna Om

Â Â Â On Friday, January 19, 2024 at 12:34:25 AM GMT+2, Infringement Claims <infringementclaims@shutterstock.com> wrote:Â Â Â dearÂ Anna Om:

I understand you are alleging that the entire portfolio is infringing upon your asset. However, we need at least a handful to juxtapose.Â

Our formal DMCA notice per our policy. see hereÂ https://www.shutterstock.com/terms/dmca-notice

Upon receipt we will quickly review and respond accordingly.

best,
Louie
--------------- Original Message ---------------
From: Anna Om REDACTED
Sent: 1/18/2024 5:35 AM
To: infringementclaims@shutterstock.com
Subject: Re: INTIRE PORTFOLIO MADE OF STOLEN IMAGES
Â Hello dear Louie, the entire portfolio is a scamÂ https://www.shutterstock.com/g/milianpopÂ Every single image is stolen from me.Â  All 275 images.Â Â There are no other Authors images, only mine.Â My Original artwork:Â https://www.shutterstock.com/g/annaomÂ Â Alleged copyright infringement artwork:Â https://www.shutterstock.com/g/milianpopÂ Thank youÂ Anna Om

Â Â Â On Wednesday, January 17, 2024 at 08:35:12 PM GMT+2, Infringement Claims <infringementclaims@shutterstock.com> wrote:Â Â Â Hello, |
|---|---|---|---|---|---|---|

73

Please provide info as such:
  - My Original artwork:
    - PASTE LINK / IMAGE ID TO YOUR ORIGINAL ARTWORK HERE
      - Â
      - Â
      - Â

  - Alleged copyright infringement artwork:
    - PASTE LINK/IMAGE ID of the ALLEGED INFRINGER HERE. (IT MUST CORRESPOND or ASSOCIATED WITH THE IMAGE ABOVE)
      - Â
      - Â
      -
Â

Upon receipt we will review and respond quickly.
regards,
Louie


--------------- Original Message ---------------
From: Anna Om [REDACTED
Sent: 1/17/2024 6:31 AM
To: infringementclaims@shutterstock.com
Subject: INTIRE PORTFOLIO MADE OF STOLEN IMAGES
Â Hello, dear Shutterstock team.I found a fraud scam portfolio named Milianpop.Entirely consists of stolen images from my portfolio.Â Every single image in this portfolio is mine. All 275 photos in this portfolio are the Copyright of Anna Om.Â FRAUD page:https://www.shutterstock.com/g/milianpopÂ REAL AUTHOR page:https://www.shutterstock.com/g/annaomÂ Please, address the issue as soon as possible.Â Thank you!Â Anna Om

74

| | | | | | | Â |
|---|---|---|---|---|---|---|
| | | | | | | ref:!00D3001GgSC.!500Pe06TtFO:ref<br>Â<br>Â<br>Â |