# EXHIBIT 8

| CASE_NU MBER | FROM_NAME | FROM_ADDRESS | TO_ADDRESS | SUBJECT | MESSAGE_ DATE | TEXT_BODY |
|---|---|---|---|---|---|---|
| 11430806 | compliance@s hutterstock.co m | compliance@shu tterstock.com | REDACTED | Re: Copyright | 2021-06-01 17:56:20.0 00 Z | Hello, <br><br> Thank you for your email. Our requirements for submitting Digital Millennium Copyright Act ("DMCA") notices of infringement are below. You may send a proper notice in reply to this email. Â <br><br> If you misrepresent that material is infringing, Shutterstock may terminate your Shutterstock account, or you may face other legal consequences. <br><br> Infringement Notice Requirements: <br><br> 1) A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed. <br><br> 2) Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works at that site. <br><br> 3) Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit the Shutterstock to locate the material. <br><br> 4) Information reasonably sufficient to permit the Shutterstock to contact the complaining party, such as an address, telephone number, and, if available, an electronic mail address at which the complaining party may be contacted. <br><br> 5) A statement that the complaining party has a good faith |

CONFIDENTIAL

SHUTTERSTOCK_006534

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.<br><br>6) A statement that the information in the notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.<br><br>Only the copyright owner or their authorized representative may file a report of copyright infringement. If you believe content on Shutterstock infringes someone elseâ€™s copyright, you may want to let the rights owner know.<br><br>Please note that we may provide the rights ownerâ€™s name, your email and the details of your report to the person who receives the complaint. Â<br><br>For more information, please review Shutterstock's DMCA Copyright Infringement Notice at: www.shutterstock.com/terms/dmca-notice.<br><br>Regards, Â<br><br>Shutterstock Compliance Team<br><br>Â<br><br>ref:_00D301GgSC._5003Z1FMwkR:ref |
| 11430806 | Shannon Dolan | REDACTED | compliance@shutterstock.com | Re: Copyright | 2021-06-02 18:32:38.000 Z | Hello,<br><br>Many thanks for your reply and help.  I have attached all of the<br>documentation that proves the following listed below.  Note: Each number<br>below corresponds with a document attached.<br><br>1) I paid "Mex" also known as "nanda dwi putra" for a dabbing |

| | | | | | | unicorn design on November 2, 2017 via 99designs.  This person had been a part of a competition I hosted and I had chosen this design as the winning design.<br><br>1a) See "final design" photo for zoomed in version<br><br>1b) This dispute is regarding image ID: 1059886088<br><br>2) At the completion of the competition, there is an explicit agreement that assigns copyrights to me.  You'll see here the designer clearly signed it.<br><br>3) This dabbing unicorn is now one of the most popular unicorn designs on Shutterstock, posted by Jogo Hadi Susanto's Shutterstock Account.  You'll see that this design is exactly my design, other than the background being deleted and 1 small line being put on slightly-smaller glasses.  Certainly, according to copyright law, it does not constitute a derivative or unique work.<br><br>4) If I go to the Jogo Hadi Susanto's account on Shutterstock, I see all of the design iterations that were used during the competition, leading me to believe that the designer is indeed the one who posted in on Shutterstock.<br><br>5) You'll also see that there were very specific design requests that I |
|---|---|---|---|---|---|---|

3

made that changed this person's initial submission to create the final
design, from the hair, to the arm, to the color of the hooves, to the
glasses.  This proves that the final design (which is posted on Shutterstock) was developed based on the requirements I set for the
designer to win the competition.  They were not ideas the designer had
independently.  The 1 line on the glasses that are slightly smaller does
not sufficiently differentiate the posted Shutterstock image from my
copyright, according to copyright law.

5a) You'll see here the unicorn that was produced after my specific design
requests.  You'll see this is what's posted on Shutterstock.  For the final
design, i had him simply make the glasses bigger and take out the line.
However, everything else is THE SAME and these are almost irrelevant
details that, again, are not in anyway sufficient to differentiate the
image from the design I own.

6.) After bringing this situation about posting on Shutterstock to
99Designs attention, they found this designer to be in violation of our
copyright agreement and suspended this person's account.

7.) Important: I had planned to use this design for a product line, but
then decided against it.  Because I owned the copyright and I didn't want
the image to go to waste, I thought I would sell it on

| | | | | | | Shutterstock myself years ago.  However, the image was REJECTED by Shutterstock.  I can only assume it was because the designer had already wrongfully posted it in violation of our agreement.  Now, I can only imagine how much money this person has made and, therefore, how much I would have made, if this designer had not violated the terms of MY copyright.<br><br>Looking forward to a speedy resolution.  Please let me know what additional information you may need.  Email is the best way to reach me.<br><br>With gratitude,<br>Shannon<br><br>On Tue, Jun 1, 2021 at 8:56 PM compliance@shutterstock.com < compliance@shutterstock.com> wrote:<br><br>> Hello,<br>><br>> Thank you for your email. Our requirements for submitting Digital<br>> Millennium Copyright Act ("DMCA") notices of infringement are below. You<br>> may send a proper notice in reply to this email.<br>><br>> If you misrepresent that material is infringing, Shutterstock may<br>> terminate your Shutterstock account, or you may face other legal<br>> consequences.<br>><br>> Infringement Notice Requirements:<br>> |
|---|---|---|---|---|---|---|

5

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | > 1) A physical or electronic signature of a person authorized to act on<br>> behalf of the owner of an exclusive right that is allegedly infringed.<br>><br>> 2) Identification of the copyrighted work claimed to have been infringed,<br>> or, if multiple copyrighted works at a single online site are covered by a<br>> single notification, a representative list of such works at that site.<br>><br>> 3) Identification of the material that is claimed to be infringing or to<br>> be the subject of infringing activity and that is to be removed or access<br>> to which is to be disabled, and information reasonably sufficient to permit<br>> the Shutterstock to locate the material.<br>><br>> 4) Information reasonably sufficient to permit the Shutterstock to contact<br>> the complaining party, such as an address, telephone number, and, if<br>> available, an electronic mail address at which the complaining party may be<br>> contacted.<br>><br>> 5) A statement that the complaining party has a good faith belief that use<br>> of the material in the manner complained of is not authorized by the<br>> copyright owner, its agent, or the law.<br>><br>> 6) A statement that the information in the notification is accurate, and<br>> under penalty of perjury, that the complaining party is authorized to act |

6

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | > on behalf of the owner of an exclusive right that is allegedly infringed.<br>><br>> Only the copyright owner or their authorized representative may file a<br>> report of copyright infringement. If you believe content on Shutterstock<br>> infringes someone else's copyright, you may want to let the rights owner<br>> know.<br>><br>> Please note that we may provide the rights owner's name, your email and<br>> the details of your report to the person who receives the complaint.<br>><br>> For more information, please review Shutterstock's DMCA Copyright<br>> Infringement Notice at: www.shutterstock.com/terms/dmca-notice.<br>><br>> Regards,<br>><br>> Shutterstock Compliance Team<br>><br>><br>><br>><br>> ref:_00D301GgSC._5003Z1FMwkR:ref<br>> |
| 11430806 | compliance@shutterstock.com | compliance@shutterstock.com | REDACTED | Re: Copyright | 2021-06-03 20:04:47.000 Z | Dear Shannon Dolan:<br><br>We are writing to you in response to your email to Shutterstock, inc. ("Shutterstock").<br><br>Please be advised that upon receipt of the above-referenced correspondence, the image(s) referred to therein was |

7

removed from the Shutterstock website.

Please be advised that Shutterstock relies upon the integrity of its contributors, all of whom warrant and represent to us that their images will not infringe the rights of any third parties. Â Moreover, Shutterstock is a "service provider" as such term is defined by the U.S. Digital Millennium Copyright Act ("DMCA"). Â As a service provider, Shutterstock will remove any image identified in a proper DMCA take down notice. Â

Though your correspondence did not adhere to the strict statutory requirements of the DMCA, we elected to treat it as a proper notice and expeditiously removed the image(s) in question.

Regards,

IP Team
Shutterstock, Inc.

--------------- Original Message ---------------
From: Shannon Dolan REDACTED
Sent: 6/2/2021 2:32 PM
To: compliance@shutterstock.com
Subject: Re: Copyright
Â
Hello,
Â

Many thanks for your reply and help.Â I have attached all of the documentation that proves the following listed below.Â Note: Each number below corresponds with a document attached.

Â

1) I paidÂ "Mex" also known as "nanda dwi putra" for a

8

| | | | | | | | dabbing unicorn design on November 2, 2017 via 99designs. Â  This person had been a part of a competition I hosted and I had chosen this design as the winning design. Â  1a) See "final design" photo for zoomed in version  Â  1b) This dispute is regarding image ID: 1059886088  Â  Â  2) At the completion of the competition, there is an explicit agreement that assigns copyrights to me. Â  You'll see here the designer clearly signed it. Â  Â  3) This dabbing unicorn is now one of the most popular unicorn designs on Shutterstock, posted by Jogo Hadi Susanto's Shutterstock Account. Â  You'll see that this design is exactly my design, other than the background being deleted and 1 small line being put on slightly-smaller glasses. Â  Certainly, according to copyright law, it does not constitute a derivative or unique work.  Â  4) If I go to the Jogo Hadi Susanto's account on Shutterstock, I see all of the design iterations that were used during the competition, leading me to believe that the designer is indeed the one who posted in on Shutterstock. Â  Â Â  Â |
|---|---|---|---|---|---|---|---|

5) You'll also see that there were very specific design requests that I made that changed this person's initial submission to create the final design, from the hair, to the arm, to the color of the hooves, to the glasses. Â This proves that the final design (which is posted on Shutterstock) was developed based on the requirements I set for the designer to win the competition. Â They were not ideas the designer had independently. Â The 1 line on the glasses that are slightly smaller does not sufficiently differentiate the posted Shutterstock image from my copyright, according to copyright law.

Â

5a) You'll see here the unicorn that was produced after my specific design requests. Â You'll see this is what's posted on Shutterstock. Â For the final design, i had him simply make the glasses bigger and take out the line. Â However, everything else is THE SAME and these are almost irrelevant details that, again, are not in anyway sufficient to differentiate the image from the design I own.

Â

6.) After bringing this situation about posting on Shutterstock to 99Designs attention, they found this designer to be in violation of our copyright agreement and suspended this person's account.

Â

7.) Important: I had planned to use this design for a product line, but then decided against it. Â Because I owned the copyright and I didn't want the image to go to waste, I thought I would sell it on Shutterstock myself years ago. Â However, the image was REJECTED by Shutterstock. Â I can only assume it was because the designer had already wrongfully posted it

in violation of our agreement. Â  Now, I can only imagine how much money this person has made and, therefore, how much I would have made, if this designer had not violated the terms of MY copyright.

Â

Looking forward to a speedy resolution. Â  Please let me know what additional information you may need. Â  Email is the best way to reach me.

Â

With gratitude,

Shannon

Â

On Tue, Jun 1, 2021 at 8:56 PM
compliance@shutterstock.com
<mailto:compliance@shutterstock.com>
<compliance@shutterstock.com
<mailto:compliance@shutterstock.com>> wrote:

Hello,

Thank you for your email. Our requirements for submitting Digital Millennium Copyright Act ("DMCA") notices of infringement are below. You may send a proper notice in reply to this email. Â

If you misrepresent that material is infringing, Shutterstock may terminate your Shutterstock account, or you may face other legal consequences.

Infringement Notice Requirements:

11

| | | | | | | 1) A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.<br><br>2) Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works at that site.<br><br>3) Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit the Shutterstock to locate the material.<br><br>4) Information reasonably sufficient to permit the Shutterstock to contact the complaining party, such as an address, telephone number, and, if available, an electronic mail address at which the complaining party may be contacted.<br><br>5) A statement that the complaining party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.<br><br>6) A statement that the information in the notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.<br><br>Only the copyright owner or their authorized representative may file a report of copyright infringement. If you believe content on Shutterstock infringes someone else's copyright, you may want to let the rights owner know.<br><br>Please note that we may provide the rights owner's name, your email and the details of your report to the person who receives the complaint. |
|---|---|---|---|---|---|---|

12

| | | | | | | For more information, please review Shutterstock's DMCA Copyright Infringement Notice at: www.shutterstock.com/terms/dmca-notice <http://www.shutterstock.com/terms/dmca-notice>.<br><br>Regards,Â<br><br>Shutterstock Compliance Team<br><br>Â<br>Â<br><br>ref:_00D301GgSC._5003Z1FMwkR:ref |
|---|---|---|---|---|---|---|

13