# EXHIBIT 10

| CASE_NUMBER | FROM_NAME | FROM_ADDRESS | TO_ADDRESS | SUBJECT | MESSAGE_DATE | TEXT_BODY |
|---|---|---|---|---|---|---|
| 12319181 | Lauritta Ivanova | REDACTED | compliance@shutterstock.com | DMCA on Plasteed | 2022-02-01 14:24:22.000 Z | Dear support!<br>I want to complain about over-inspiration by my portfolio and theft of compositions.<br>Designs were copied without my permission.<br>DMCA document attached in attachments.<br>Â<br>--<br>Lauritta Ivanova |
| 12319181 | Shutterstock Compliance | compliance@shutterstock.com | REDACTED | Re: DMCA on Plasteed | 2022-02-01 20:31:00.000 Z | Dear Lauritta Ivanova,<br><br>I am writing to you in response to the DMCA notice you recently sent to Shutterstock, Inc. ("Shutterstock").<br><br>Please be advised that upon receipt of the above-referenced correspondence, the image(s) referred to therein was removed from the Shutterstock website.<br><br>Please be advised that Shutterstock relies upon the integrity of its contributors, all of whom warrant and represent to us that their images will not infringe the rights of any third parties. Moreover, Shutterstock is a "service provider" as such term is defined by the U.S. Digital Millennium Copyright Act ("DMCA"). As a service provider, Shutterstock will remove any image identified in a proper DMCA take down notice. Therefore, we have removed the image(s) in question.<br><br>Regards,<br><br>IP Team<br>Shutterstock, Inc. |

CONFIDENTIAL

SHUTTERSTOCK_006824

| | | | | | -------------- Original Message --------------<br>From: Lauritta Ivanova REDACTED<br>Sent: 2/1/2022 9:24 AM<br>To: compliance@shutterstock.com<br>Subject: DMCA on Plasteed<br>Dear support!<br>I want to complain about over-inspiration by my portfolio and theft of compositions.<br>Designs were copied without my permission.<br>DMCA document attached in attachments.<br>--<br>Lauritta Ivanova<br>ref:_00D301GgSC._5003Z1Mv6pC:ref |