# EXHIBIT 11

| CASE_NUMBER | FROM_NAME | FROM_ADDRESS | TO_ADDRESS | SUBJECT | MESSAGE_DATE | TEXT_BODY |
|---|---|---|---|---|---|---|
| 11016110 | Olga Olga | REDACTED | infringementclaims@shutterstock.com | Stolen illustration | 2021-02-16 22:56:34.000 Z | Hello!<br>I discovered that my illustration had been stolen. The thief repainted it<br>and changed it quite a bit. But if I continue my seamless pattern and<br>superimpose it on the thief's work, there is a complete coincidence.<br>Here's my work:<br>https://www.shutterstock.com/image-illustration/tie-dye-shibori-seamless-pattern-watercolor-1506097844<br>Here it is in someone else's portfolio:<br>https://www.shutterstock.com/ru/image-illustration/pink-tie-dye-abstract-batik-brush-1793731990<br>Attached to the letter is my work - my above seamless pattern, offset and<br>rotated 180 degrees - to make sure the work matches.<br>Please punish the thief!<br><br>Zelenina Olga |
| 11016110 | compliance@shutterstock.com | compliance@shutterstock.com | REDACTED | Re: Stolen illustration | 2021-02-18 16:51:44.000 Z | Dear Olga Zelenina:<br><br>We are writing to you in response to your email to Shutterstock, inc. ("Shutterstock").<br><br>Please be advised that upon receipt of the above-referenced correspondence, the image(s) referred to therein was removed from the Shutterstock website.<br><br>Please be advised that Shutterstock relies upon the integrity of its contributors, all of whom |

CONFIDENTIAL

SHUTTERSTOCK_006414

warrant and represent to us that their images will not infringe the rights of any third parties. Â Moreover, Shutterstock is a "service provider" as such term is defined by the U.S. Digital Millennium Copyright Act ("DMCA"). Â As a service provider, Shutterstock will remove any image identified in a proper DMCA take down notice. Â

Though your correspondence did not adhere to the strict statutory requirements of the DMCA, we elected to treat it as a proper notice and expeditiously removed the image(s) in question.

Regards,

IP Team
Shutterstock, Inc.

--------------- Original Message ---------------
From: Olga Olga REDACTED
Sent: 2/16/2021 5:56 PM
To: infringementclaims@shutterstock.com
Subject: Stolen illustration
Â
Hello!
I discovered that my illustration had been stolen. The thief repainted it and changed it quite a bit. But if I continue my seamless pattern and superimpose it on the thief's work, there is a complete coincidence.
Here's my work:
https://www.shutterstock.com/image-illustration/tie-dye-shibori-seamless-pattern-watercolor-1506097844
<https://www.shutterstock.com/image-illustration/tie-dye-shibori-seamless-pattern-watercolor-1506097844>

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Here it is in someone else's portfolio: https://www.shutterstock.com/ru/image-illustration/pink-tie-dye-abstract-batik-brush-1793731990 <https://www.shutterstock.com/ru/image-illustration/pink-tie-dye-abstract-batik-brush-1793731990> Attached to the letter is my work - my above seamless pattern, offset and rotated 180 degrees - to make sure the work matches.<br><br>Please punish the thief!<br><br>Â<br><br>Vegetables Olga<br><br>ref:_00D301GgSC._5003Z1CIrXl:ref |
| 11016110 | Olga Olga | REDACTED | compliance@shutterstock.com | Re: Stolen illustration | 2021-02-18 17:20:42.000 Z | Thank you!<br><br>чт,, 18 февр. 2021 г. в 18:51, compliance@shutterstock.com < compliance@shutterstock.com>:<br><br>> Dear Olga Zelenina:<br>><br>> We are writing to you in response to your email to Shutterstock, inc.<br>> ("Shutterstock").<br>><br>> Please be advised that upon receipt of the above-referenced<br>> correspondence, the image(s) referred to therein was removed from the<br>> Shutterstock website.<br>><br>> Please be advised that Shutterstock relies upon |

3

the integrity of its
> contributors, all of whom warrant and represent to us that their images
> will not infringe the rights of any third parties. Moreover, Shutterstock
> is a "service provider" as such term is defined by the U.S. Digital
> Millennium Copyright Act ("DMCA").  As a service provider, Shutterstock
> will remove any image identified in a proper DMCA take down notice.
>
> Though your correspondence did not adhere to the strict statutory
> requirements of the DMCA, we elected to treat it as a proper notice and
> expeditiously removed the image(s) in question.
>
> Regards,
>
> IP Team
> Shutterstock, Inc.
>
>
>
>
> --------------- Original Message ---------------
> *From:* Olga Olga REDACTED          ]
> *Sent:* 2/16/2021 5:56 PM
> *To:* infringementclaims@shutterstock.com
> *Subject:* Stolen illustration
>
> Hello!
> I discovered that my illustration had been stolen. The thief repainted it
> and changed it quite a bit. But if I continue my seamless pattern and

4

| | | | | | | > superimpose it on the thief's work, there is a complete coincidence. <br> > Here's my work: <br> > <br> > https://www.shutterstock.com/image-illustration/tie-dye-shibori-seamless-pattern-watercolor-1506097844 <br> > Here it is in someone else's portfolio: <br> > <br> > https://www.shutterstock.com/ru/image-illustration/pink-tie-dye-abstract-batik-brush-1793731990 <br> > Attached to the letter is my work - my above seamless pattern, offset and <br> > rotated 180 degrees - to make sure the work matches. <br> > Please punish the thief! <br> > <br> > Vegetables Olga <br> > <br> > <br> > ref:_00D301GgSC._5003Z1CIrXl:ref <br> > |
|---|---|---|---|---|---|---|

5