# EXHIBIT 12

| CASE_NUMBER | FROM_NAME | FROM_ADDRESS | TO_ADDRESS | SUBJECT | MESSAGE_DATE | TEXT_BODY |
|---|---|---|---|---|---|---|
| 11541333 | Tasnim Hussein | REDACTED | compliance@shutterstock.com | Steal | 2021-06-30 07:45:34.000 Z | Dear Shutterstock<br><br>This designer steals my artwork and builds new ones.<br>Works on the same artistic ideas.<br>I ask you to investigate his artwork.<br>I will show the clear tradition of my artwork with evidence.<br><br>Thank you for your cooperation.<br><br>My artwork:<br><br>https://www.shutterstock.com/image-vector/vector-arabic-calligraphy-text-eid-al-696293017 [https://image.shutterstock.com/image-vector/vector-arabic-calligraphy-text-eid-600w-696293017.jpg]<https://www.shutterstock.com/image-vector/vector-arabic-calligraphy-text-eid-al-696293017> Vector Arabic Calligraphy Text Eid Al Stock Vector (Royalty Free) 696293017<https://www.shutterstock.com/image-vector/vector-arabic-calligraphy-text-eid-al-696293017> Find Vector Arabic Calligraphy Text Eid Al stock images in HD and millions of other royalty-free stock photos, illustrations and vectors in the Shutterstock collection. Thousands of new, high-quality pictures added every day. www.shutterstock.com https://www.shutterstock.com/image-vector/arabic-islamic-calligraphy-text-eid-adha-1452564617 [https://image.shutterstock.com/image-vector/arabic-islamic-calligraphy-text-eid-600w-1452564617.jpg]<https://www.shutterstock.com/image-vector/arabic-islamic-calligraphy-text-eid-adha-1452564617> Arabic Islamic Calligraphy Text Eid Adha Stock Vector (Royalty Free) 1452564617<https://www.shutterstock.com/image- |

SHUTTERSTOCK_006567

| | | | | | | vector/arabic-islamic-calligraphy-text-eid-adha-1452564617> Find Arabic Islamic Calligraphy Text Eid Adha stock images in HD and millions of other royalty-free stock photos, illustrations and vectors in the Shutterstock collection. Thousands of new, high-quality pictures added every day. www.shutterstock.com<br><br><br>Her artwork: https://www.shutterstock.com/image-illustration/eid-al-adha-mubarak-greeting-card-1756273397 [https://image.shutterstock.com/image-illustration/eid-al-adha-mubarak-greeting-600w-1756273397.jpg]<https://www.shutterstock.com/image-illustration/eid-al-adha-mubarak-greeting-card-1756273397> Eid Al Adha Mubarak Greeting Card Stock Illustration 1756273397<https://www.shutterstock.com/image-illustration/eid-al-adha-mubarak-greeting-card-1756273397> Find Eid Al Adha Mubarak Greeting Card stock images in HD and millions of other royalty-free stock photos, illustrations and vectors in the Shutterstock collection. Thousands of new, high-quality pictures added every day. www.shutterstock.com<br><br>https://www.shutterstock.com/image-vector/eid-al-adha-mubarak-greeting-brown-1756628534 [https://image.shutterstock.com/image-vector/eid-al-adha-mubarak-greeting-600w-1756628534.jpg]<https://www.shutterstock.com/image-vector/eid-al-adha-mubarak-greeting-brown-1756628534> Eid Al Adha Mubarak Greeting Brown Stock Vector (Royalty Free) 1756628534<https://www.shutterstock.com/image-vector/eid-al-adha-mubarak-greeting-brown-1756628534> |

2

| 11541333 | compliance@shutterstock.com | compliance@shutterstock.com | REDACTED | Re: Steal | 2021-07-01 15:00:29.000 Z | |
|---|---|---|---|---|---|---|

Find Eid Al Adha Mubarak Greeting Brown stock images in HD and millions of other royalty-free stock photos, illustrations and vectors in the Shutterstock collection. Thousands of new, high-quality pictures added every day. www.shutterstock.com

Dear Tasnim Ahmad Mohammad Hussein:

We are writing to you in response to your email to Shutterstock, inc. ("Shutterstock").

Please be advised that upon receipt of the above-referenced correspondence, the image(s) referred to therein was removed from the Shutterstock website.

Please be advised that Shutterstock relies upon the integrity of its contributors, all of whom warrant and represent to us that their images will not infringe the rights of any third parties. Â Moreover, Shutterstock is a "service provider" as such term is defined by the U.S. Digital Millennium Copyright Act ("DMCA"). Â As a service provider, Shutterstock will remove any image identified in a proper DMCA take down notice. Â

Though your correspondence did not adhere to the strict statutory requirements of the DMCA, we elected to treat it as a proper notice and expeditiously removed the image(s) in question.

Regards,

IP Team
Shutterstock, Inc.

-------------- Original Message --------------
From: Tasnim Hussein REDACTED
Sent: 6/30/2021 3:45 AM
To: compliance@shutterstock.com

3

| | | | | | | Subject: Steal<br>Â<br>Dear Shutterstock<br><br>This designer steals my artwork and builds new ones.<br>Works on the same artistic ideas.<br>I ask you to investigate his artwork.<br>I will show the clear tradition of my artwork with evidence.<br><br>Thank you for your cooperation.<br><br>My artwork:<br><br>Â<br><br>Â<br><br>https://www.shutterstock.com/image-vector/vector-arabic-calligraphy-text-eid-al-696293017 <https://www.shutterstock.com/image-vector/vector-arabic-calligraphy-text-eid-al-696293017><br><br>[Inline image URL : https://image.shutterstock.com/image-vector/vector-arabic-calligraphy-text-eid-600w-696293017.jpg] <https://www.shutterstock.com/image-vector/vector-arabic-calligraphy-text-eid-al-696293017><br><br>Vector Arabic Calligraphy Text Eid Al Stock Vector (Royalty Free) 696293017 <https://www.shutterstock.com/image-vector/vector-arabic-calligraphy-text-eid-al-696293017><br><br>Find Vector Arabic Calligraphy Text Eid Al stock images in HD and millions of other royalty-free stock photos, illustrations and vectors in the Shutterstock collection. Thousands of new, high-quality pictures added every day.<br><br>www.shutterstock.com |
|---|---|---|---|---|---|---|

4

| | | | | | | Â<br><br>https://www.shutterstock.com/image-vector/arabic-islamic-calligraphy-text-eid-adha-1452564617 <https://www.shutterstock.com/image-vector/arabic-islamic-calligraphy-text-eid-adha-1452564617><br><br>[Inline image URL : https://image.shutterstock.com/image-vector/arabic-islamic-calligraphy-text-eid-600w-1452564617.jpg] <https://www.shutterstock.com/image-vector/arabic-islamic-calligraphy-text-eid-adha-1452564617><br><br>Arabic Islamic Calligraphy Text Eid Adha Stock Vector (Royalty Free) 1452564617 <https://www.shutterstock.com/image-vector/arabic-islamic-calligraphy-text-eid-adha-1452564617><br><br>Find Arabic Islamic Calligraphy Text Eid Adha stock images in HD and millions of other royalty-free stock photos, illustrations and vectors in the Shutterstock collection. Thousands of new, high-quality pictures added every day.<br><br>www.shutterstock.com<br><br>Â<br><br>Â<br><br>Â<br><br>Â<br><br>Â<br><br>Her artwork: |
|---|---|---|---|---|---|---|

5

| | | | | | | Â |
|---|---|---|---|---|---|---|
| | | | | | | https://www.shutterstock.com/image-illustration/eid-al-adha-mubarak-greeting-card-1756273397 <https://www.shutterstock.com/image-illustration/eid-al-adha-mubarak-greeting-card-1756273397> |
| | | | | | | [Inline image URL : https://image.shutterstock.com/image-illustration/eid-al-adha-mubarak-greeting-600w-1756273397.jpg] <https://www.shutterstock.com/image-illustration/eid-al-adha-mubarak-greeting-card-1756273397> |
| | | | | | | Eid Al Adha Mubarak Greeting Card Stock Illustration 1756273397 <https://www.shutterstock.com/image-illustration/eid-al-adha-mubarak-greeting-card-1756273397> |
| | | | | | | Find Eid Al Adha Mubarak Greeting Card stock images in HD and millions of other royalty-free stock photos, illustrations and vectors in the Shutterstock collection. Thousands of new, high-quality pictures added every day. |
| | | | | | | www.shutterstock.com |
| | | | | | | https://www.shutterstock.com/image-vector/eid-al-adha-mubarak-greeting-brown-1756628534 <https://www.shutterstock.com/image-vector/eid-al-adha-mubarak-greeting-brown-1756628534> |
| | | | | | | [Inline image URL : https://image.shutterstock.com/image-vector/eid-al-adha-mubarak-greeting-600w-1756628534.jpg] <https://www.shutterstock.com/image-vector/eid-al-adha-mubarak-greeting-brown-1756628534> |
| | | | | | | Eid Al Adha Mubarak Greeting Brown Stock Vector (Royalty Free) 1756628534 <https://www.shutterstock.com/image- |

6

| | | | | | | vector/eid-al-adha-mubarak-greeting-brown-1756628534> |
|---|---|---|---|---|---|---|
| | | | | | | Find Eid Al Adha Mubarak Greeting Brown stock images in HD and millions of other royalty-free stock photos, illustrations and vectors in the Shutterstock collection. Thousands of new, high-quality pictures added every day. |
| | | | | | | www.shutterstock.com |
| | | | | | | Â |
| | | | | | | Â |
| | | | | | | Â |
| | | | | | | ref:_00D301GgSC._5003Z1GRe4h:ref |

7