# EXHIBIT 13



SHUTTERSTOCK_004750