# EXHIBIT 14

Get 10 royalty-free image downloads each month with a cost-saving subscription.    **Buy now**

 shutterst̥ock

رمـ ▼    Search for vectors    🔍

Home  >  •••  >  Vector of Arabic Calligraphy t...



♡ Save        ⬇ Try

---

◉ **10 images subscription**                              **$2.90**
                                                           /image
$29/month for 1 year. Early cancellation fee will apply.

✕

○ **2 image pack** $14.50

$29 with no commitment /image

Need multiple images? Save with an image pack.

| 1 | 2 images | 5 | 25 |

**Download**

**See all image plans**

| Are you a business? | |
| Make sure you have the right protection | ⟩ |

## Image details

Asset id: 696293017 ⧉

Vector of Arabic Calligraphy text of Eid Al A...  See more

## Important information

Upload date: August 14, 2017

Categories: Abstract, Objects

Show more

Created by:

Tasnim Ahmad

★ 9 years    ⬆ 2K+ assets

We have more than 615,000,000 assets on Shutterstock.com as of March 31, 2026.

Case 1:23-cv-03191-JRC-SLC   Document 112-14   Filed 05/29/26   Page 4 of 4



Our company ⌄

Partner ⌄

Brands ⌄

Mobile apps ⌄

Products and services ⌄

Legal ⌄

Contact us ⌄

© 2003-2026 Shutterstock, Inc.