# EXHIBIT 15

Get 10 royalty-free image downloads each month with a cost-saving subscription.    **Buy now**

shutterst$\bar{o}$ck

Search for vectors

Home  >  ···  >  Arabic Islamic calligraphy of t...



♡ Save          ⬇ Try

---

◉ **10 images subscription**                          **$2.90**
                                                       /image

$29/month for 1 year. Early cancellation fee will apply.

---

◯ **2 image pack**                                                    **$14.50**
                                                                      /image

$29 with no commitment

Need multiple images? Save with an image pack.

| 1 | 2 images | 5 | 25 |

**Download**

**See all image plans**

**Are you a business?**                                                    ›
Make sure you have the right protection

## Image details

Asset id: 1452564617   ⧉

Arabic Islamic calligraphy of text eid adha m...    See more

## Important information

Upload date: July 15, 2019

Categories: Religion

Show more

Created by:

 **Tasnim Ahmad**

★ **9 years**    ⬆ **2K+ assets**

We have more than 615,000,000 assets on Shutterstock.com as of March 31, 2026.

🌐 English                                                          ⌄

Case 1:23-cv-03191-JPC-SLC   Document 112-15   Filed 05/29/26   Page 4 of 4



## Our company ⌄

## Partner ⌄

## Brands ⌄

## Mobile apps ⌄

## Products and services ⌄

## Legal ⌄

## Contact us ⌄

© 2003-2026 Shutterstock, Inc.