# EXHIBIT 16

| CASE_NUMBER | FROM_NAME | FROM_ADDRESS | TO_ADDRESS | SUBJECT | MESSAGE_DATE | TEXT_BODY |
|---|---|---|---|---|---|---|
| 10959036 | Justin Horrocks | REDACTED | infringementclaims@shutterstock.com | illegal use of exclusive content stolen from Getty Images | 2021-02-03 21:48:43.000 Z | Hello,<br><br>Hopefully someone can help, or at least forward this to someone who can help.  I have already notified Getty Images, as I am seeking prompt resolution to this issue.<br><br>In short, this contributor has lifted my work from Getty Images and has created derivative works from it and and is now reselling it on Shutterstock:<br><br>https://www.shutterstock.com/g/Evgenii+Matrosovv<br><br>Here are the original images from Getty Images:<br><br>https://www.gettyimages.com/detail/illustration/golfer-silhouette-royalty-free-illustration/165944321<br>https://www.gettyimages.com/detail/photo/golf-swing-royalty-free-image/157381440<br><br>Here are the items found on Shutterstock, being sold by by Evgenii Matrosovv:<br><br>https://www.shutterstock.com/image-vector/silhouette-golf-player-background-text-on-645850741?fbclid=IwAR27UEdWBodmpZw3VmfAmOgT7Sas2G0rJIUakx8cH1UMzTbU71tvMMgGN54<br>https://www.shutterstock.com/image-vector/silhouette-golf-player-golfer-particles-on-1626433882<br>https://www.shutterstock.com/image-vector/silhouette-golf-player-background-text-on-645850705<br><br>There may be more.<br><br>Please let me know that you have received this and what you intend to |

CONFIDENTIAL

SHUTTERSTOCK_006406

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | do.<br><br>Thank you,<br><br>Justin Horrocks<br>REDACTED |
| 10959036 | Infringe ment Claims | infringementclai ms@shutterstoc k.com | REDACTED | Re: illegal use of exclusive content stolen from Getty Images | 2021-02-04 22:10:29.000 Z | Dear Justin Horrocks:<br><br>We are writing to you in response to your email to Shutterstock, inc. ("Shutterstock").<br><br>Please be advised that upon receipt of the above-referenced correspondence, the image(s) referred to therein was removed from the Shutterstock website.  Except for the first link, which is invalid. Can you check the link again?<br><br>Please be advised that Shutterstock relies upon the integrity of its contributors, all of whom warrant and represent to us that their images will not infringe the rights of any third parties. Moreover, Shutterstock is a "service provider" as such term is defined by the U.S. Digital Millennium Copyright Act ("DMCA"). As a service provider, Shutterstock will remove any image identified in a proper DMCA take down notice.<br><br>Though your correspondence did not adhere to the strict statutory requirements of the DMCA, we elected to treat it as a proper notice and expeditiously removed the image(s) in question.<br><br>Regards,<br><br>Lynne<br>IP Team<br>Shutterstock, Inc.<br><br>-------------- Original Message -------------- |

2

| | | | | | | | From: Justin Horrocks REDACTED<br>Sent: 2/3/2021 4:48 PM<br>To: infringementclaims@shutterstock.com<br>Subject: illegal use of exclusive content stolen from Getty Images<br>Hello,<br>Hopefully someone can help, or at least forward this to someone who can help.  I have already notified Getty Images, as I am seeking prompt resolution to this issue.<br>In short, this contributor has lifted my work from Getty Images and has created derivative works from it and and is now reselling it on Shutterstock:<br>https://www.shutterstock.com/g/Evgenii+Matrosovv<br>Here are the original images from Getty Images:<br>https://www.gettyimages.com/detail/illustration/golfer-silhouette-royalty-free-illustration/165944321<br>https://www.gettyimages.com/detail/photo/golf-swing-royalty-free-image/157381440<br>Here are the items found on Shutterstock, being sold by by Evgenii Matrosovv:<br>https://www.shutterstock.com/image-vector/silhouette-golf-player-background-text-on-645850741?fbclid=IwAR27UEdWBodmpZw3VmfAmOgT7Sas2G0rJIUakx8cH1UMzTbU71tvMMgGN54<br>https://www.shutterstock.com/image-vector/silhouette-golf-player-golfer-particles-on-1626433882<br>https://www.shutterstock.com/image-vector/silhouette-golf-player-background-text-on-645850705<br>There may be more.<br>Please let me know that you have received this and what you intend to do.<br>Thank you,<br>Justin Horrocks<br>REDACTED<br>ref:_00D301GgSC._5003Z1BWsrE:ref |

3