# EXHIBIT 17



SHUTTERSTOCK_004278