# EXHIBIT 18

Case 1:23-cv-03191-JPC-SLC   Document 112-18   Filed 05/29/26   Page 2 of 7

   



Search the world's best creative photos and images

## Golfer Silhouette - stock illustration

Silhouette vector image of a golfer at the end of his swing.

All Royalty-Fre[...]
available ⓘ

| | | |
|---|---|---|
| ○ Small | | $175.00 |
| ● Medium 1900 x 2 300 dpi | | $375.00 |
| ○ Large | | $499.00 |
| ○ EPS | | $499.00 |
| ○ 5 Larg See all p[...] | | |

[...]me discounts

Market-f[...]

We'll remove[...]

## DETAILS

| | |
|---|---|
| Credit: | jhorrocks |
| Creative #: | 165944321 |
| License type: | Royalty-free |

| | |
|---|---|
| Collection: | DigitalVision Vectors |
| Max file size: | 5448 x 7051 px (8.50 x 11.00 in) - 641 dpi - 786 KB |
| Upload date: | November 11, 2012 |
| Release info: | Model and property released |
| Categories: | Stock Illustrations │ Golfer |

## Similar images  View all ›





Golfer Illustrations | In Silhouette Illustrations | Golf Illustrations

Swinging Illustrations | Vector Illustrations | Golf Swing Illustrations

Men Illustrations | Golf Club Illustrations | Motion Illustrations

White Background Illustrations | Black And White Illustrations | Activity Illustrations

Adult | Adults Only Illustrations | Athlete Illustrations

Baseball Cap Illustrations | Black Color Illustrations | Blue Illustrations

Full Length Illustrations | Getting Away From It All Illustrations | Hat Illustrations

Holding Illustrations | Illustration Illustrations | Leisure Activity Illustrations

Looking Away Illustrations | One Man Only Illustrations | One Person Illustrations

Only Men Illustrations | People Illustrations | Recreational Pursuit Illustrations

Sport Illustrations | Sportsperson Illustrations | Standing Illustrations

Taking a Shot - Sport Illustrations | Teeing Off Illustrations | White Color Illustrations



CONTENT +

