# EXHIBIT 19

## Burns, Sarah

| | |
|---|---|
| **From:** | Justin Horrocks <digitalsavant@gmail.com> |
| **Sent:** | Wednesday, June 18, 2025 10:24 AM |
| **To:** | Ferrell, Stephanie |
| **Cc:** | James@duncanfirm.com; tbright@cerallp.com; scera@cerallp.com; bryan@hobenlaw.com; Burns, Sarah |
| **Subject:** | Re: Subpoena to Produce Documents - Cynthia Herrick et al. v. Shutterstock, Inc., United States District Court for the Southern District of New York Case No. 1:23-cv-03191 |
| **Attachments:** | Request 1.zip; Request 4.zip; Request 6.zip |

**[EXTERNAL]**

Hello,

Answers to questions from page 4 of the subpoena are below.  Related documents are attached.  This response represents the total amount of research and information I am able and/or willing to provide.

REQUESTS FOR PRODUCTION
Request for Production No. 1
Documents sufficient to identify anyone who You have authorized to sell or license the Work on Your behalf.
**A: Justin Horrocks has been an exclusive contributor to Getty Images / iStockphoto since 2003. The image in question falls into this exclusive category, which prohibits anyone other than Getty Images / iStockphoto from selling image licenses.  See "Request 1.zip" attachment.**

Request for Production No. 2
Documents sufficient to show how You acquired any copyright interest in the Work, if you were not the original copyright owner (i.e. documents that show rights were transferred or licensed to You).
**A: N/A - Justin Horrocks is the original copyright holder / artwork creator**

Request for Production No. 3
All Documents referring or relating to any transfer or assignment of rights in the Work.
**A: N/A - No transfer of rights for this artwork has ever been performed.**

Request for Production No. 4
All Documents and Communications relating to any sale or license of the Work, any price for which you have offered to sell or license the Work, and any payment You have received for use of the Work.
**A: Only royalty-free license sales statistics dating back to 2017 are available.  This data has been exported from Getty Images and is attached to this email as a zip file (Request 4.zip). No other sales data is available, as this image is exclusively licensed via Getty Images exclusivity agreement.**

Request for Production No. 5
All Documents and Communications showing any time You shared, posted, published,

1

displayed, or otherwise made the Work available to the public or to any other person or company, without offering it for sale or license.

**A: N/A - This artwork has never been displayed for public viewing nor was it ever sold by Justin Horrocks.**
**The only agency permitted to display and license the image is Getty Images / iStock.**

Request for Production No. 6
If You registered or attempted to register a copyright or copyrights in the Work with the United States Copyright Office, please produce all related applications, registrations, and correspondence with the Copyright Office, if any.

**A: This image was registered in 2009 as a published artwork, with the Library of Congress Copyright office.**
**Registration was done as a bulk submission, contained in a zip file. Registration number VA0001698180.**
**The filename used in the bulk registration was "7246950-0-0.jpg". References are attached to this email**
**in the file "Request 6.zip", including the image that was registered. Only the original photograph was**
**registered, and all other artworks published are considered derivatives of the photograph.**


Kind regards,

Justin Horrocks

On Wed, Jun 11, 2025 at 2:49 PM Ferrell, Stephanie <StephanieFerrell@dwt.com> wrote:

Good afternoon,


Please see attached on behalf of Sarah Burns.


Best,

Stephanie


 **Stephanie Ferrell**   She/Her/Hers
**Legal Secretary |** Davis Wright Tremaine LLP

**P** 415.276.6524  **E** stephanieferrell@dwt.com
**A** 50 California Street, 23rd Floor, San Francisco, CA 94111

**DWT.COM**        in