# EXHIBIT 20

| CASE_NUMBER | FROM_NAME | FROM_ADDRESS | TO_ADDRESS | SUBJECT | MESSAGE_DATE | TEXT_BODY |
|---|---|---|---|---|---|---|
| 14470158 | | REDACTED | infringementclaims@shutterstock.com | Please delete my "stolen" images | 2023-10-02 00:42:32.000 Z | Dear Shutterstock Team,<br><br>I am a Designer at Creativefabrica and unfortunately one of your shop owners is using my images in a forbidden way. The creativefabrica license does not allow to use these images on stock sides. Your shop owner is not allowed to resell my AI-Images on your homepage.<br><br>Please read this license: https://www.creativefabrica.com/subscription-license/<br><br>This is my profile at creativefabrica: https://www.creativefabrica.com/product/cute-cat-family-pattern/<br><br>This is my name and address:<br><br>Hildegard Peinthor<br><br>REDACTED<br><br>My Business information: https://firmen.wko.at/creativeheart-eu/wien/?firmaid=bd0ccd58-b94c-404d-9c1f-85f257c8e77d |

CONFIDENTIAL

| | | | | | | STATUTORY DECLARATION, please see attachment |
|---|---|---|---|---|---|---|
| | | | | | | Please delete this image:<br><br>Shop: CemreBerk<br><br>https://www.shutterstock.com/de/image-vector/seamless-pattern-unicorn-abstra<br>ct-background-galaxy-2321679539<br><br>https://www.shutterstock.com/de/image-vector/seamless-pattern-fashion-print-<br>love-cats-2321386139<br><br>https://www.shutterstock.com/de/image-vector/seamless-pattern-fashion-print-<br>love-cats-2321386145<br><br>https://www.shutterstock.com/de/image-vector/seamless-pattern-roses-abstract<br>-summer-background-2321691947<br><br>https://www.shutterstock.com/de/image-vector/seamless-pattern-leaves-abstrac<br>t-summer-background-2321691949<br><br>https://www.shutterstock.com/de/image-vector/seamless-pattern-dogs-fashion-p<br>rint-background-2321679541<br><br>https://www.shutterstock.com/de/image-vector/seamless-pattern-leather-sofa-a<br>bstract-background-2321646105 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | https://www.shutterstock.com/de/image-vector/seamless-pattern-fashion-print-<br>flowers-background-2321333837<br><br>https://www.shutterstock.com/de/image-vector/eps-vector-seamless-pattern-fas<br>hion-print-2320899183<br><br>https://www.shutterstock.com/de/image-vector/seamless-pattern-fashion-print-<br>flowers-background-2321333727<br><br><br>Kind regards<br><br>Hildegard Peinthor |
| 14470158 | Infringement Claims | infringementclaims@shutterstock.com | REDACTED | Re: Please delete my "stolen" images | 2023-10-03 18:20:15.000 Z | Hello,<br><br>Thank you for your email. Our requirements for submitting Digital Millennium Copyright Act ("DMCA") notices of infringement are below. You may send a proper notice in reply to this email.<br><br>If you misrepresent that material is infringing, Shutterstock may terminate your Shutterstock account, or you may face other legal consequences.<br><br>Infringement Notice Requirements:<br><br>1) A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed. |

3

| | | | | | | 2) Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works at that site.<br><br>3) Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit the Shutterstock to locate the material.<br><br>4) Information reasonably sufficient to permit the Shutterstock to contact the complaining party, such as an address, telephone number, and, if available, an electronic mail address at which the complaining party may be contacted.<br><br>5) A statement that the complaining party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.<br><br>6) A statement that the information in the notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.<br><br>Only the copyright owner or their authorized representative may file a report of copyright infringement. If you believe content on Shutterstock infringes someone else's copyright, you may want to let the rights owner know.<br><br>Please note that we may provide the rights owner's name, your email and the details of your report to the person who receives the complaint.<br><br>For more information, please review Shutterstock's DMCA Copyright Infringement Notice at: www.shutterstock.com/terms/dmca-notice.<br><br>My Original artwork:<br><br>PASTE LINK / IMAGE ID TO YOUR ORIGINAL ARTWORK HERE<br><br>Alleged copyright infringement artwork: |
|---|---|---|---|---|---|---|

4

| | | | | | | | PASTE LINK/IMAGE ID of the ALLEGED INFRINGER HERE. (IT MUST CORRESPOND or ASSOCIATED WITH THE IMAGE ABOVE) |
|---|---|---|---|---|---|---|---|
| | | | | | | | Regards, |
| | | | | | | | Shutterstock Compliance Team |
| | | | | | | | --------------- Original Message --------------- |
| | | | | | | | From: REDACTED |
| | | | | | | | Sent: 10/1/2023 8:42 PM |
| | | | | | | | To: infringementclaims@shutterstock.com |
| | | | | | | | Subject: Please delete my "stolen" images |
| | | | | | | | Dear Shutterstock Team, |
| | | | | | | | I am a Designer at Creativefabrica and unfortunately one of your shop owners is using my images in a forbidden way. The creativefabrica license does not allow to use these images on stock sides. Your shop owner is not allowed to resell my AI-Images on your homepage. |
| | | | | | | | Please read this license: https://www.creativefabrica.com/subscription-license/ |
| | | | | | | | This is my profile at creativefabrica: https://www.creativefabrica.com/product/cute-cat-family-pattern/ |
| | | | | | | | This is my name and address: |
| | | | | | | | Hildegard Peinthor |

5

| | | | | | | | REDACTED |
|---|---|---|---|---|---|---|---|
| | | | | | | | My Business information: https://firmen.wko.at/creativeheart-eu/wien/?firmaid=bd0ccd58-b94c-404d-9c1f-85f257c8e77d |
| | | | | | | | STATUTORY DECLARATION, please see attachment |
| | | | | | | | Please delete this image: |
| | | | | | | | Shop: CemreBerk |
| | | | | | | | https://www.shutterstock.com/de/image-vector/seamless-pattern-unicorn-abstract-background-galaxy-2321679539 |
| | | | | | | | https://www.shutterstock.com/de/image-vector/seamless-pattern-fashion-print-love-cats-2321386139 |
| | | | | | | | https://www.shutterstock.com/de/image-vector/seamless-pattern-fashion-print-love-cats-2321386145 |
| | | | | | | | https://www.shutterstock.com/de/image-vector/seamless-pattern-roses-abstract-summer-background-2321691947 |
| | | | | | | | https://www.shutterstock.com/de/image-vector/seamless-pattern-leaves-abstract-summer-background-2321691949 |
| | | | | | | | https://www.shutterstock.com/de/image-vector/seamless-pattern-dogs-fashion-print-background-2321679541 |

6

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | https://www.shutterstock.com/de/image-vector/seamless-pattern-leather-sofa-abstract-background-2321646105<br><br>https://www.shutterstock.com/de/image-vector/seamless-pattern-fashion-print-flowers-background-2321333837<br><br>https://www.shutterstock.com/de/image-vector/eps-vector-seamless-pattern-fashion-print-2320899183<br><br>https://www.shutterstock.com/de/image-vector/seamless-pattern-fashion-print-flowers-background-2321333727<br><br><br>Kind regards<br><br>Hildegard Peinthor<br>ref:_00D301GgSC._500DnCHe5e:ref |
| 14470158 | | REDACTED | infringementclaims@shutterstock.com | AW: Please delete my "stolen" images | 2023-10-04 19:03:50.000 Z | Hello,<br><br>I did how you said. Please look below.<br><br>Kind regards<br><br>Hildegard Peinthor<br><br><br>Von: noreply@salesforce.com <noreply@salesforce.com> Im Auftrag von Infringement Claims<br>Gesendet: Dienstag, 3. Oktober 2023 20:20<br>An: REDACTED<br>Betreff: Re: Please delete my "stolen" images |

| | | | | | | Hello,<br><br>Thank you for your email. Our requirements for submitting Digital Millennium Copyright Act ("DMCA") notices of infringement are below. You may send a proper notice in reply to this email.<br><br>If you misrepresent that material is infringing, Shutterstock may terminate your Shutterstock account, or you may face other legal consequences.<br><br>Infringement Notice Requirements:<br><br>1) A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.<br><br>2) Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works at that site.<br><br>3) Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit the Shutterstock to locate the material.<br><br>4) Information reasonably sufficient to permit the Shutterstock to contact the complaining party, such as an address, telephone number, and, if available, an electronic mail address at which the complaining party may be contacted.<br><br>5) A statement that the complaining party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.<br><br>6) A statement that the information in the notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.<br><br>Only the copyright owner or their authorized representative may file a report of copyright infringement. If you believe content on Shutterstock infringes |
|---|---|---|---|---|---|---|

8

someone else's copyright, you may want to let the rights owner know.

Please note that we may provide the rights owner's name, your email and the details of your report to the person who receives the complaint.

For more information, please review Shutterstock's DMCA Copyright Infringement Notice at: www.shutterstock.com/terms/dmca-notice <http://www.shutterstock.com/terms/dmca-notice> .

1.  My Original artwork:

a.    PASTE LINK / IMAGE ID TO YOUR ORIGINAL ARTWORK HERE

b.    https://www.creativefabrica.com/product/cute-white-unicorn-portraits-in-mystery/

c.    https://www.creativefabrica.com/product/cute-cat-faces-pattern-2/

d.    https://www.creativefabrica.com/product/cute-cat-family-pattern/

e.    https://www.creativefabrica.com/product/endless-pattern-valentine-composition-graphic/
f.    https://www.creativefabrica.com/product/tiny-leaf-pattern/
g.    https://www.creativefabrica.com/product/cute-dog-heads-graphic/
h.    https://www.creativefabrica.com/product/quilted-leather-wall-background/
i.    https://www.creativefabrica.com/product/beautiful-peonies-pastel-cream-background-petals-maximalist-hyper-detailed-3d/
j.    https://www.creativefabrica.com/product/full-coverage-flat-flowers-pattern-on-rainbow-wall-background-karol/
k.    https://www.creativefabrica.com/product/marble-flowers-full-coverage-digital-painting-wall-art/

2.  Alleged copyright infringement artwork:

a.    PASTE LINK/IMAGE ID of the ALLEGED INFRINGER HERE. (IT MUST

9

| | | | | | | | CORRESPOND or ASSOCIATED WITH THE IMAGE ABOVE) |
|---|---|---|---|---|---|---|---|
| | | | | | | | b.    https://www.shutterstock.com/de/image-vector/seamless-pattern-unicorn-abstract-background-galaxy-2321679539 |
| | | | | | | | c.    https://www.shutterstock.com/de/image-vector/seamless-pattern-fashion-print-love-cats-2321386139 |
| | | | | | | | d.    https://www.shutterstock.com/de/image-vector/seamless-pattern-fashion-print-love-cats-2321386145 |
| | | | | | | | e.    https://www.shutterstock.com/de/image-vector/seamless-pattern-roses-abstract-summer-background-2321691947 |
| | | | | | | | f.    https://www.shutterstock.com/de/image-vector/seamless-pattern-leaves-abstract-summer-background-2321691949 |
| | | | | | | | g.    https://www.shutterstock.com/de/image-vector/seamless-pattern-dogs-fashion-print-background-2321679541 |
| | | | | | | | h.    https://www.shutterstock.com/de/image-vector/seamless-pattern-leather-sofa-abstract-background-2321646105 |
| | | | | | | | i.    https://www.shutterstock.com/de/image-vector/seamless-pattern-fashion-print-flowers-background-2321333837 |
| | | | | | | | j.    https://www.shutterstock.com/de/image-vector/eps-vector-seamless-pattern-fashion-print-2320899183 |
| | | | | | | | k.    https://www.shutterstock.com/de/image-vector/seamless-pattern-fashion-print-flowers-background-2321333727 |
| | | | | | | | l. |
| | | | | | | | |
| | | | | | | | Regards, |
| | | | | | | | Shutterstock Compliance Team |

10

--------------- Original Message ---------------
From: REDACTED
Sent: 10/1/2023 8:42 PM
To: infringementclaims@shutterstock.com
<mailto:infringementclaims@shutterstock.com>
Subject: Please delete my "stolen" images

Dear Shutterstock Team,

I am a Designer at Creativefabrica and unfortunately one of your shop owners is using my images in a forbidden way. The creativefabrica license does not allow to use these images on stock sides. Your shop owner is not allowed to resell my AI-Images on your homepage.

Please read this license: https://www.creativefabrica.com/subscription-license/

This is my profile at creativefabrica:
https://www.creativefabrica.com/product/cute-cat-family-pattern/

This is my name and address:

Hildegard Peinthor

REDACTED

11

| | | | | | | My Business information: https://firmen.wko.at/creativeheart-eu/wien/?firmaid=bd0ccd58-b94c-404d-9c1f-85f257c8e77d |
|---|---|---|---|---|---|---|
| | | | | | | STATUTORY DECLARATION, please see attachment |
| | | | | | | Please delete this image:<br><br>Shop: CemreBerk<br><br>https://www.shutterstock.com/de/image-vector/seamless-pattern-unicorn-abstract-background-galaxy-2321679539<br><br>https://www.shutterstock.com/de/image-vector/seamless-pattern-fashion-print-love-cats-2321386139<br><br>https://www.shutterstock.com/de/image-vector/seamless-pattern-fashion-print-love-cats-2321386145<br><br>https://www.shutterstock.com/de/image-vector/seamless-pattern-roses-abstract-summer-background-2321691947<br><br>https://www.shutterstock.com/de/image-vector/seamless-pattern-leaves-abstract-summer-background-2321691949<br><br>https://www.shutterstock.com/de/image-vector/seamless-pattern-dogs-fashion-print-background-2321679541<br><br>https://www.shutterstock.com/de/image-vector/seamless-pattern-leather-sofa-abstract-background-2321646105<br><br>https://www.shutterstock.com/de/image-vector/seamless-pattern-fashion-print-flowers-background-2321333837 |

12

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | https://www.shutterstock.com/de/image-vector/eps-vector-seamless-pattern-fashion-print-2320899183<br><br>https://www.shutterstock.com/de/image-vector/seamless-pattern-fashion-print-flowers-background-2321333727<br><br><br><br>Kind regards<br><br>Hildegard Peinthor<br><br><https://shutterstock.my.salesforce.com/servlet/servlet.ImageServer?oid=00D30000001GgSC&esid=018Dn0000045F6x&from=ext><br><br>ref:_00D301GgSC._500DnCHe5e:ref |
| 14470158 | Infringement Claims | infringementclaims@shutterstock.com | REDACTED | Re: Please delete my "stolen" images | 2023-10-04 19:23:54.000 Z | Dear :<br><br>We are writing to you in response to your email to Shutterstock, inc. ("Shutterstock").<br><br>Please be advised that upon receipt of the above-referenced correspondence, the image(s) referred to therein was removed from the Shutterstock website.<br><br>Please be advised that Shutterstock relies upon the integrity of its contributors, all of whom warrant and represent to us that their images will not infringe the rights of any third parties. Moreover, Shutterstock is a "service provider" as such term is defined by the U.S. Digital Millennium Copyright Act ("DMCA"). As a service provider, Shutterstock will remove any image identified in a proper |

13

DMCA take down notice.

Though your correspondence did not adhere to the strict statutory requirements of the DMCA, we elected to treat it as a proper notice and expeditiously removed the image(s) in question.

Regards,

IP Team
Shutterstock, Inc.

--------------- Original Message ---------------
From: [REDACTED
Sent: 10/4/2023 3:03 PM
To: infringementclaims@shutterstock.com
Subject: AW: Please delete my "stolen" images

Hello,

I did how you said. Please look below.

Kind regards

Hildegard Peinthor


Von: noreply@salesforce.com <noreply@salesforce.com> Im Auftrag von Infringement Claims
Gesendet: Dienstag, 3. Oktober 2023 20:20
An: REDACTED
Betreff: Re: Please delete my "stolen" images


Hello,

|  |  |  |  |  |  | Thank you for your email. Our requirements for submitting Digital Millennium Copyright Act ("DMCA") notices of infringement are below. You may send a proper notice in reply to this email.<br><br>If you misrepresent that material is infringing, Shutterstock may terminate your Shutterstock account, or you may face other legal consequences.<br><br>Infringement Notice Requirements:<br><br>1) A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.<br><br>2) Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works at that site.<br><br>3) Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit the Shutterstock to locate the material.<br><br>4) Information reasonably sufficient to permit the Shutterstock to contact the complaining party, such as an address, telephone number, and, if available, an electronic mail address at which the complaining party may be contacted.<br><br>5) A statement that the complaining party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.<br><br>6) A statement that the information in the notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.<br><br>Only the copyright owner or their authorized representative may file a report of copyright infringement. If you believe content on Shutterstock infringes someone else's copyright, you may want to let the rights owner know.<br><br>Please note that we may provide the rights owner's name, your email and |

15

the details of your report to the person who receives the complaint.

For more information, please review Shutterstock's DMCA Copyright Infringement Notice at: www.shutterstock.com/terms/dmca-notice.

1. My Original artwork:

a. PASTE LINK / IMAGE ID TO YOUR ORIGINAL ARTWORK HERE

b.  https://www.creativefabrica.com/product/cute-white-unicorn-portraits-in-mystery/

c.  https://www.creativefabrica.com/product/cute-cat-faces-pattern-2/

d.  https://www.creativefabrica.com/product/cute-cat-family-pattern/

https://www.creativefabrica.com/product/endless-pattern-valentine-composition-graphic/
https://www.creativefabrica.com/product/tiny-leaf-pattern/
https://www.creativefabrica.com/product/cute-dog-heads-graphic/
https://www.creativefabrica.com/product/quilted-leather-wall-background/
https://www.creativefabrica.com/product/beautiful-peonies-pastel-cream-background-petals-maximalist-hyper-detailed-3d/
https://www.creativefabrica.com/product/full-coverage-flat-flowers-pattern-on-rainbow-wall-background-karol/
https://www.creativefabrica.com/product/marble-flowers-full-coverage-digital-painting-wall-art/

2. Alleged copyright infringement artwork:

a. PASTE LINK/IMAGE ID of the ALLEGED INFRINGER HERE. (IT MUST CORRESPOND or ASSOCIATED WITH THE IMAGE ABOVE)

b.  https://www.shutterstock.com/de/image-vector/seamless-pattern-unicorn-abstract-background-galaxy-2321679539

16

| | | | | | | c. https://www.shutterstock.com/de/image-vector/seamless-pattern-fashion-print-love-cats-2321386139 |
| | | | | | | https://www.shutterstock.com/de/image-vector/seamless-pattern-fashion-print-love-cats-2321386145 |
| | | | | | | https://www.shutterstock.com/de/image-vector/seamless-pattern-roses-abstract-summer-background-2321691947 |
| | | | | | | https://www.shutterstock.com/de/image-vector/seamless-pattern-leaves-abstract-summer-background-2321691949 |
| | | | | | | https://www.shutterstock.com/de/image-vector/seamless-pattern-dogs-fashion-print-background-2321679541 |
| | | | | | | https://www.shutterstock.com/de/image-vector/seamless-pattern-leather-sofa-abstract-background-2321646105 |
| | | | | | | https://www.shutterstock.com/de/image-vector/seamless-pattern-fashion-print-flowers-background-2321333837 |
| | | | | | | https://www.shutterstock.com/de/image-vector/eps-vector-seamless-pattern-fashion-print-2320899183 |
| | | | | | | https://www.shutterstock.com/de/image-vector/seamless-pattern-fashion-print-flowers-background-2321333727 |
| | | | | | | Regards, |
| | | | | | | Shutterstock Compliance Team |
| | | | | | | -------------- Original Message --------------<br>From: REDACTED<br>Sent: 10/1/2023 8:42 PM<br>To: infringementclaims@shutterstock.com<br>Subject: Please delete my "stolen" images |

17

| | | | | | | Dear Shutterstock Team, |
|---|---|---|---|---|---|---|
| | | | | | | I am a Designer at Creativefabrica and unfortunately one of your shop owners is using my images in a forbidden way. The creativefabrica license does not allow to use these images on stock sides. Your shop owner is not allowed to resell my AI-Images on your homepage.<br><br>Please read this license: https://www.creativefabrica.com/subscription-license/<br><br>This is my profile at creativefabrica: https://www.creativefabrica.com/product/cute-cat-family-pattern/<br><br>This is my name and address:<br><br>Hildegard Peinthor<br><br>REDACTED<br><br>My Business information: https://firmen.wko.at/creativeheart-eu/wien/?firmaid=bd0ccd58-b94c-404d-9c1f-85f257c8e77d<br><br>STATUTORY DECLARATION, please see attachment<br><br>Please delete this image:<br><br>Shop: CemreBerk |

18

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | https://www.shutterstock.com/de/image-vector/seamless-pattern-unicorn-abstract-background-galaxy-2321679539<br><br>https://www.shutterstock.com/de/image-vector/seamless-pattern-fashion-print-love-cats-2321386139<br><br>https://www.shutterstock.com/de/image-vector/seamless-pattern-fashion-print-love-cats-2321386145<br><br>https://www.shutterstock.com/de/image-vector/seamless-pattern-roses-abstract-summer-background-2321691947<br><br>https://www.shutterstock.com/de/image-vector/seamless-pattern-leaves-abstract-summer-background-2321691949<br><br>https://www.shutterstock.com/de/image-vector/seamless-pattern-dogs-fashion-print-background-2321679541<br><br>https://www.shutterstock.com/de/image-vector/seamless-pattern-leather-sofa-abstract-background-2321646105<br><br>https://www.shutterstock.com/de/image-vector/seamless-pattern-fashion-print-flowers-background-2321333837<br><br>https://www.shutterstock.com/de/image-vector/eps-vector-seamless-pattern-fashion-print-2320899183<br><br>https://www.shutterstock.com/de/image-vector/seamless-pattern-fashion-print-flowers-background-2321333727<br><br><br><br>Kind regards<br><br>Hildegard Peinthor |

19

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | ref:_00D301GgSC._500DnCHe5e:ref |