# Exhibit 22

| CASE_NUMBER | FROM_NAME | FROM_ADDRESS | TO_ADDRESS | SUBJECT | MESSAGE_DATE | TEXT_BODY |
|---|---|---|---|---|---|---|
| 9937179 | Olga Pushkova | REDACTED | infringement claims@shutterstock.com | Plagiarism | 2020-06-11 16:49:30.000 Z | Contributor Infringes my copyright to a work of art. This is a link to the intruderâ€™s portfolio and a copy of my illustration. https://www.shutterstock.com/ru/image-vector/believe-unicorns-stars-1728343294<br><br>This is a link to my portfolio and the original illustration, which was created and published on Shutterstock 01/16/2019 and is part of a collection of illustrations "Never stop dreaming" on Shutterstock since 2019 https://www.shutterstock.com/image-vector/art-glitter-unicorn-drawing-tshirts-believe-1286250073<br><br>Ask for help.<br><br><https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail> Virus-free. www.avast.com <https://www.avast.com/sig-email?utm_medium=email&utm_source=link&utm_campaign=sig-email&utm_content=webmail> <#DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2> |
| 9937179 | Olga Pushkova | REDACTED | compliance@shutterstock.com | Re: Plagiarism ref:_00D301GgSC._5003Z15JLbe:ref | 2020-06-18 16:51:06.000 Z | Contributor Infringes my copyright to a work of art. This is a link to the intruderâ€™s portfolio and a copy of my illustration. https://www.shutterstock.com/ru/image-vector/believe-unicorns-stars-1728343294 |

CONFIDENTIAL

SHUTTERSTOCK_006144

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | This is a link to my portfolio and the original illustration, which was created and published on Shutterstock 01/16/2019 and is part of a collection of illustrations "Never stop dreaming" on Shutterstock since 2019 https://www.shutterstock.com/image-vector/art-glitter-unicorn-drawing-tshirts-believe-1286250073<br><br>Ask for help.<br><br>Ñ‡Ñ,, 11 Д¸ÑŽД½. 2020 Д³. Д² 19:50, Shutterstock Compliance < compliance@shutterstock.com>:<br><br>> Thank you for your email. We have received your inquiry and are working on<br>> it. Please note that, while we look into every inquiry we receive, we do<br>> receive a high volume of messages. If you do not receive a response from us<br>> within 3 days, please email us back in direct response to this email.<br>> Please do not send a new email, as this may delay our handling of your<br>> issue.<br>><br>> Regards,<br>> Shutterstock Compliance<br>> ref:_00D301GgSC._5003Z15JLbe:ref<br>> |
| 9937179 | Shutterstock Compliance | compliance@shutterstock.com | REDACTED | Re: Plagiarism | 2020-06-23 | Dear Ivan Pushkov:<br><br>We are writing to you in response to your email to Shutterstock, inc. ("Shutterstock"). |

| | | | | | 19:17:08.0 00 Z | Please be advised that upon receipt of the above-referenced correspondence, the image(s) referred to therein was removed from the Shutterstock website.<br><br>Please be advised that Shutterstock relies upon the integrity of its contributors, all of whom warrant and represent to us that their images will not infringe the rights of any third parties. Moreover, Shutterstock is a "service provider" as such term is defined by the U.S. Digital Millennium Copyright Act ("DMCA"). As a service provider, Shutterstock will remove any image identified in a proper DMCA take down notice.<br><br>Though your correspondence did not adhere to the strict statutory requirements of the DMCA, we elected to treat it as a proper notice and expeditiously removed the image(s) in question.<br><br>IP Team<br>Shutterstock, Inc.<br><br>----<br><br>From:<br>To:<br>Subject:<br>Date:<br><br><br>-------------- Original Message --------------<br>From: Olga Pushkova REDACTED<br>Sent: 6/18/2020 12:51 PM<br>To: compliance@shutterstock.com<br>Subject: Re: Plagiarism ref:_00D301GgSC._5003Z15JLbe:ref<br>Contributor Infringes my copyright to a work of art. |

| | | | | | | This is a link to the intruder's portfolio and a copy of my illustration.<br>https://www.shutterstock.com/ru/image-vector/believe-unicorns-stars-1728343294<br>This is a link to my portfolio and the original illustration, which was created and published on Shutterstock 01/16/2019 and is part of a collection of illustrations "Never stop dreaming" on Shutterstock since 2019<br>https://www.shutterstock.com/image-vector/art-glitter-unicorn-drawing-tshirts-believe-1286250073<br>Ask for help.<br>Ñ‡Ñ,, 11 Ð¸ÑŽÐ½. 2020 Ð³. Ð² 19:50, Shutterstock Compliance <compliance@shutterstock.com>:<br>Thank you for your email. We have received your inquiry and are working on it. Please note that, while we look into every inquiry we receive, we do receive a high volume of messages. If you do not receive a response from us within 3 days, please email us back in direct response to this email. Please do not send a new email, as this may delay our handling of your issue.<br><br>Regards,<br>Shutterstock Compliance<br>ref:_00D301GgSC._5003Z15JLbe:ref |

4