# Exhibit 23

| CASE_NUMBER | FROM_NAME | FROM_ADDRESS | TO_ADDRESS | SUBJECT | MESSAGE_DATE | TEXT_BODY |
|---|---|---|---|---|---|---|
| 13398013 | Meena Kumari | REDACTED | infringementclaims@shutterstock.com | Complaint regarding content misuse | 2022-11-19 01:59:00.000 Z | Hey Shutterstock,<br>I am your new contributor for a few months and I am trying to provide the<br>best work but now a problem has come. My content is being stolen and<br>reuploaded by www.shutterstock.com/g/CreativeUS90 and vector IDs are:<br><br>Stock Vector ID: 2225058189<br><br>Stock Vector ID: 2225093479<br><br>Stock Vector ID: 2225011443<br><br>Stock Vector ID: 2225008111<br><br>My stolen Stock Vector ID is 2224555833. I request you that I am the owner<br>of this content, so please remove my stolen artwork from CreativeUS90. I<br>will be very thankful to you. |
| 13398013 | Infringement Claims | infringementclaims@shutterstock.com | REDACTED | Re: Complaint regarding content misuse | 2022-11-21 20:24:46.000 Z | Dear Meena Kumari:<br><br>We are writing to you in response to your email to Shutterstock, inc. ("Shutterstock").<br><br>Please be advised that upon receipt of the above-referenced correspondence, the image(s) referred to therein was removed from the Shutterstock website.<br><br>Please be advised that Shutterstock relies upon the integrity of its contributors, all of whom warrant and represent to us that their images will not infringe the rights of any third parties. Moreover, Shutterstock is a "service |

SHUTTERSTOCK_007125

provider" as such term is defined by the U.S. Digital Millennium Copyright Act ("DMCA"). As a service provider, Shutterstock will remove any image identified in a proper DMCA take down notice.

Though your correspondence did not adhere to the strict statutory requirements of the DMCA, we elected to treat it as a proper notice and expeditiously removed the image(s) in question.

Regards,

Lynne
IP Team
Shutterstock, Inc.

--------------- Original Message ---------------
From: Meena Kumari REDACTED
Sent: 11/18/2022 8:59 PM
To: infringementclaims@shutterstock.com
Subject: Complaint regarding content misuse

Hey Shutterstock,
I am your new contributor for a few months and I am trying to provide the best work but now a problem has come. My content is being stolen and reuploaded by www.shutterstock.com/g/CreativeUS90 and vector IDs are:

Stock Vector ID: 2225058189

Stock Vector ID: 2225093479

Stock Vector ID: 2225011443

Stock Vector ID: 2225008111

2

| | | | | | My stolen Stock Vector ID is 2224555833. I request you that I am the owner of this content, so please remove my stolen artwork from CreativeUS90. I will be very thankful to you.<br>ref:_00D301GgSC._500Dn2gzdy:ref |
|---|---|---|---|---|---|

3