# Exhibit 24

| CASE_NUMBER | FROM_NAME | FROM_ADDRESS | TO_ADDRESS | SUBJECT | MESSAGE_DATE | TEXT_BODY |
|---|---|---|---|---|---|---|
| 9680210 | Michael Hinkle | REDACTED | infringementclaims@shutterstock.com | Stolen artwork being sold on Shutterstock | 2020-04-20 19:20:22.000 Z | My image has been uploaded and sold without my permission<br><br>My Contributor name: Michael Hinkle<br><br>My artwork name: Dragon Tattoo Illustration<br><br>My artwork ID: 70913095<br><br>https://www.shutterstock.com/image-vector/dragon-tattoo-illustration-70913095<br><br>Stolen image name: Red dragon isolated on a black background<br><br>Stolen image ID: 503445262<br><br>https://www.shutterstock.com/image-photo/red-dragon-isolated-on-black-background-503445262 |
| 9680210 | Shutterstock Compliance | compliance@shutterstock.com | REDACTED | Re: DMCA Notice | 2020-04-22 20:58:53.000 Z | Dear Michael Hinkle:<br><br>We are writing to you in response to your email to Shutterstock, inc. ("Shutterstock").<br><br>Please be advised that upon receipt of the above-referenced correspondence, the image(s) referred to therein was removed from the Shutterstock website. |

CONFIDENTIAL

|  |  |  |  |  |  | Please be advised that Shutterstock relies upon the integrity of its contributors, all of whom warrant and represent to us that their images will not infringe the rights of any third parties.  Moreover, Shutterstock is a "service provider" as such term is defined by the U.S. Digital Millennium Copyright Act ("DMCA").  As a service provider, Shutterstock will remove any image identified in a proper DMCA take down notice. |
|  |  |  |  |  |  | Though your correspondence did not adhere to the strict statutory requirements of the DMCA, we elected to treat it as a proper notice and expeditiously removed the image(s) in question. |
|  |  |  |  |  |  | Regards, |
|  |  |  |  |  |  | Lynne |
|  |  |  |  |  |  | IP Team |
|  |  |  |  |  |  | Shutterstock, Inc. |
|  |  |  |  |  |  | ------------------ Original Message -------------- |
|  |  |  |  |  |  | From: Michael Hinkle REDACTED |
|  |  |  |  |  |  | Sent: 4/20/2020 3:20 PM |
|  |  |  |  |  |  | To: infringementclaims@shutterstock.com |
|  |  |  |  |  |  | Subject: Stolen artwork being sold on Shutterstock |

2

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | My image has been uploaded and sold without my permission<br><br>My Contributor name: Michael Hinkle<br><br>My artwork name: Dragon Tattoo Illustration<br><br>My artwork ID: 70913095<br><br>https://www.shutterstock.com/image-vector/dragon-tattoo-illustration-70913095<br><br>Stolen image name: Red dragon isolated on a black background<br><br>Stolen image ID: 503445262<br><br>https://www.shutterstock.com/image-photo/red-dragon- |

3

| | | | | | | isolated-on-black-background-503445262 ref:_00D301GgSC._5003Z13SDQl:ref |
|---|---|---|---|---|---|---|