# Exhibit 25

| CASE_NUMBER | FROM_NAME | FROM_ADDRESS | TO_ADDRESS | SUBJECT | MESSAGE_DATE | TEXT_BODY |
|---|---|---|---|---|---|---|
| 9732185 | Ely | REDACTED | compliance@shutterstock.com | My work and another's contributor work | 2020-04-30 06:17:27.000 Z | Â<br>Hello, dear. Shuttersock team!<br>Sorry for my compliance, but, unfortunately,Â my vector work has been stolen by another contributor, because of too much similarity, tints, glares, shadows.<br>Please, help me to resolve this question.<br>Â<br>https://www.shutterstock.com/image-vector/pearl-set-isolated-on-transparent-background-696001366 Â â€"Â my work<br>https://www.shutterstock.com/image-vector/single-shiny-natural-white-sea-pearl-1660174984<br>Â â€"Â anothersâ€™contributor work.<br>Elia Galimova |
| 9732185 | Shutterstock Compliance | compliance@shutterstock.com | REDACTED | Re: | 2020-05-04 18:51:31.000 Z | Dear Elvira Galimova:<br><br>We are writing to you in response to your email to Shutterstock, inc. ("Shutterstock").<br><br>Please be advised that upon receipt of the above-referenced correspondence, the image(s) referred to therein was removed from the Shutterstock website.<br><br>Please be advised that Shutterstock relies upon the integrity of its contributors, all of whom warrant and represent to us that their images will not infringe the rights of any third parties.  Moreover, Shutterstock is a "service provider" as such term is defined by the U.S. Digital Millennium Copyright Act ("DMCA").  As a service provider, |

CONFIDENTIAL

SHUTTERSTOCK_006097

| | | | | | | Shutterstock will remove any image identified in a proper DMCA take down notice. |
|---|---|---|---|---|---|---|
| | | | | | | Though your correspondence did not adhere to the strict statutory requirements of the DMCA, we elected to treat it as a proper notice and expeditiously removed the image(s) in question. |
| | | | | | | IP Team |
| | | | | | | Shutterstock, Inc. |
| | | | | | | ---- |
| | | | | | | From: |
| | | | | | | To: |
| | | | | | | Subject: |
| | | | | | | Date: |

2

-------------- Original Message --------------

From: Ely REDACTED

Sent: 4/30/2020 2:17 AM

To: compliance@shutterstock.com

Subject: My work and another's contributor work


Â

Hello, dear. Shuttersock team!

Sorry for my compliance, but, unfortunately,Â my vector work has been stolen by another contributor, because of too much similarity, tints, glares, shadows.

Please, help me to resolve this question.

Â

https://www.shutterstock.com/image-vector/pearl-set-isolated-on-transparent-background-696001366 Â â€"Â my work

https://www.shutterstock.com/image-vector/single-shiny-natural-white-sea-pearl-1660174984
Â â€"Â anothersâ€™contributor work.

Elia Galimova
ref:_00D301GgSC._5003Z13TXxR:ref