# Exhibit 26

| CASE_NUMBER | FROM_NAME | FROM_ADDRESS | TO_ADDRESS | SUBJECT | MESSAGE_DATE | TEXT_BODY |
|---|---|---|---|---|---|---|
| 11691848 | AMANDA HUTCHINGS | REDACTED | legal-notices@shutterstock.com; infringementclaims@shutterstock.com | Copyright Infringement - Att: Sejal Patel and John Lapham | 2021-08-11 09:58:47.000 Z | WITHOUT PREJUDICE SAVE AS TO COSTS<br><br>Dear Ms Patel and Mr Lapham<br><br>Please see the attached notice regarding an infringing image currently being published on Shutterstock's website.<br><br>We appreciate your prompt attention to this matter.<br><br>Please contact me if you need to discuss, otherwise I await the information requested in the letter.<br><br>Sincerely<br><br>[cidimage001.png@01D6C7F8.5DF1C1B0]<br>Amanda Hutchings \| Principal<br><br>M: REDACTED<br><br>www.foliolegal.com.au<http://www.foliolegal.com.au/> |
| 11691848 | compliance@shutterstock.com | compliance@shutterstock.com | REDACTED | Re: Copyright Infringement - Att: Sejal Patel and John Lapham | 2021-08-12 18:51:24.000 Z | Dear Amanda,<br><br>I am writing to you in response to the DMCA notice you recently sent to Shutterstock, Inc. ("Shutterstock").<br><br>Please be advised that upon receipt of the above-referenced correspondence, the image(s) referred to therein was removed from the Shutterstock website.<br><br>Please be advised that Shutterstock relies upon the integrity of its contributors, all of whom warrant and represent to us that their images will not infringe the rights of any third parties. Moreover, Shutterstock is a "service provider" as such term is defined by the U.S. Digital Millennium Copyright Act ("DMCA"). |

CONFIDENTIAL

As a service provider, Shutterstock will remove any image identified in a proper DMCA take down notice. Therefore, we have removed the image(s) in question.

Regards,

Chad
IP Team
Shutterstock, Inc.

--------------- Original Message ---------------
From: AMANDA HUTCHINGS REDACTED
Sent: 8/11/2021 5:58 AM
To: legal-notices@shutterstock.com; infringementclaims@shutterstock.com
Subject: Copyright Infringement - Att: Sejal Patel and John Lapham

WITHOUT PREJUDICE SAVE AS TO COSTS

Dear Ms Patel and Mr Lapham

Please see the attached notice regarding an infringing image currently being published on Shutterstock's website.

We appreciate your prompt attention to this matter.

Please contact me if you need to discuss, otherwise I await the information requested in the letter.

2

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Sincerely<br><br>Amanda Hutchings \| Principal<br><br>M: REDACTED<br><br>www.foliolegal.com.au<br><br>ref:_00D301GgSC._5003Z1IHl0U:ref |
| 11691848 | AMANDA HUTCHINGS | REDACTED | compliance@shutterstock.com | Re: Copyright Infringement - Att: Sejal Patel and John Lapham | 2021-08-12 22:40:06.000 Z | Thanks Chad, but we also need to ensure we stop the original infringer from continuing â€œherâ€  infringement, and we stop the people that have downloaded/licensed the image from using it, therefore please also provide me with the details requested in the letter ASAP.<br><br>Please let me know if we need to arrange a call to discuss.<br><br>Thanks<br><br>Amanda<br><br>On 13 Aug 2021, at 4:51 am, compliance@shutterstock.com wrote:<br><br>ï»¿ Dear Amanda,<br><br>I am writing to you in response to the DMCA notice you recently sent to Shutterstock, Inc. ("Shutterstock"). |

3

Please be advised that upon receipt of the above-referenced correspondence, the image(s) referred to therein was removed from the Shutterstock website.

Please be advised that Shutterstock relies upon the integrity of its contributors, all of whom warrant and represent to us that their images will not infringe the rights of any third parties. Moreover, Shutterstock is a "service provider" as such term is defined by the U.S. Digital Millennium Copyright Act ("DMCA"). As a service provider, Shutterstock will remove any image identified in a proper DMCA take down notice. Therefore, we have removed the image(s) in question.

Regards,

Chad
IP Team
Shutterstock, Inc.

--------------- Original Message ---------------
From: AMANDA HUTCHINGS REDACTED
Sent: 8/11/2021 5:58 AM
To: legal-notices@shutterstock.com;
infringementclaims@shutterstock.com
Subject: Copyright Infringement - Att: Sejal Patel and John Lapham

WITHOUT PREJUDICE SAVE AS TO COSTS

Dear Ms Patel and Mr Lapham

Please see the attached notice regarding an infringing image currently being published on Shutterstock's website.

We appreciate your prompt attention to this matter.

4

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Please contact me if you need to discuss, otherwise I await the information requested in the letter.<br><br>Sincerely<br><br><image001.png><br>Amanda Hutchings \| Principal<br><br>M: REDACTED<br><br>www.foliolegal.com.au<http://www.foliolegal.com.au/><br><br>[https://shutterstock.my.salesforce.com/servlet/servlet.Image Server?oid=00D30000001GgSC&esid=0183Z00000slgJk&from= ext]<br><br>ref:_00D301GgSC._5003Z1IHl0U:ref<br><image001.png> |
| 11691848 | AMANDA HUTCHINGS | REDACTED | legal-notices@shutterstock.com; infringementclaims@shutterstock.com; compliance@shutterstock.com | Re: Copyright Infringement - Att: Sejal Patel and John Lapham | 2021-08-16 09:22:23.000 Z | Hi Chad (and Sejal Patel and John Lapham)<br><br>I am just checking back in with you on this.<br><br>We really need the details ASAP so we can put a stop to any further infringement.<br><br>The main reason we need the details ASAP is because we are mid-legal action with an entity in Australia that has been selling Kimmy Hogan's works as wall art.<br><br>They claim that they obtained all licences to Kimmy Hogan's works from Shutterstock â€" including works that are no longer showing for licence.  So we need to understand if these other works ever appeared on your site, and if they did, if they really did obtain a licence, or if they are lying about this (to try and come up with an excuse to infringement, as we assume).  This matter is pending and has resulted in a lot of damage for |

5

Kimmy Hogan and we need to get move forward with it, but we cannot without this information (as they are using Shutterstock as their defence).

Would it be easier if I provided you with the name of the entity and you could check this against the licences granted? I understand from your HelpDesk that there have only been 5 licences granted to the work that you took down (and one of them was to Kimmy Hogan).

If you wish to discuss with me, let me know.

Thanks

Amanda

From: AMANDA HUTCHINGS REDACTED
Date: Friday, 13 August 2021 at 8:40 am
To: "compliance@shutterstock.com"
<compliance@shutterstock.com>
Subject: Re: Copyright Infringement - Att: Sejal Patel and John Lapham

Thanks Chad, but we also need to ensure we stop the original infringer from continuing â€œherâ€ infringement, and we stop the people that have downloaded/licensed the image from using it, therefore please also provide me with the details requested in the letter ASAP.

Please let me know if we need to arrange a call to discuss.

Thanks

Amanda

On 13 Aug 2021, at 4:51 am, compliance@shutterstock.com wrote:

6

| | | | | | | Dear Amanda,<br><br>I am writing to you in response to the DMCA notice you recently sent to Shutterstock, Inc. ("Shutterstock").<br><br>Please be advised that upon receipt of the above-referenced correspondence, the image(s) referred to therein was removed from the Shutterstock website.<br><br>Please be advised that Shutterstock relies upon the integrity of its contributors, all of whom warrant and represent to us that their images will not infringe the rights of any third parties. Moreover, Shutterstock is a "service provider" as such term is defined by the U.S. Digital Millennium Copyright Act ("DMCA"). As a service provider, Shutterstock will remove any image identified in a proper DMCA take down notice. Therefore, we have removed the image(s) in question.<br><br>Regards,<br><br>Chad<br>IP Team<br>Shutterstock, Inc.<br><br><br><br>--------------- Original Message ---------------<br>From: AMANDA HUTCHINGS REDACTED<br>Sent: 8/11/2021 5:58 AM<br>To: legal-notices@shutterstock.com; infringementclaims@shutterstock.com<br>Subject: Copyright Infringement - Att: Sejal Patel and John Lapham<br><br>WITHOUT PREJUDICE SAVE AS TO COSTS<br><br>Dear Ms Patel and Mr Lapham |

7

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Please see the attached notice regarding an infringing image currently being published on Shutterstockâ€™s website.<br><br>We appreciate your prompt attention to this matter.<br><br>Please contact me if you need to discuss, otherwise I await the information requested in the letter.<br><br>Sincerely<br><br><image001.png><br>Amanda Hutchings \| Principal<br><br>M: REDACTED<br><br>www.foliolegal.com.au<http://www.foliolegal.com.au/><br><br>[Image removed by sender.]<br><br>ref:_00D301GgSC._5003Z1IHl0U:ref<br><image001.png> |
| 11691848 | AMANDA HUTCHINGS | REDACTED | legal-notices@shutterstock.com; infringementclaims@shutterstock.com; compliance@shutterstock.com | Re: Copyright Infringement - Att: Sejal Patel and John Lapham | 2021-08-16 09:22:23.000 Z | Hi Chad (and Sejal Patel and John Lapham)<br><br>I am just checking back in with you on this.<br><br>We really need the details ASAP so we can put a stop to any further infringement.<br><br>The main reason we need the details ASAP is because we are mid-legal action with an entity in Australia that has been selling Kimmy Hoganâ€™s works as wall art.<br><br>They claim that they obtained all licences to Kimmy Hoganâ€™s works from Shutterstock â€" including works that are no longer showing for licence.  So we need to understand if these other works ever appeared on your site, and if they did, if they really |

did obtain a licence, or if they are lying about this (to try and come up with an excuse to infringement, as we assume). This matter is pending and has resulted in a lot of damage for Kimmy Hogan and we need to get move forward with it, but we cannot without this information (as they are using Shutterstock as their defence).

Would it be easier if I provided you with the name of the entity and you could check this against the licences granted? I understand from your HelpDesk that there have only been 5 licences granted to the work that you took down (and one of them was to Kimmy Hogan).

If you wish to discuss with me, let me know.

Thanks

Amanda

From: AMANDA HUTCHINGS REDACTED
Date: Friday, 13 August 2021 at 8:40 am
To: "compliance@shutterstock.com"
<compliance@shutterstock.com>
Subject: Re: Copyright Infringement - Att: Sejal Patel and John Lapham

Thanks Chad, but we also need to ensure we stop the original infringer from continuing "her" infringement, and we stop the people that have downloaded/licensed the image from using it, therefore please also provide me with the details requested in the letter ASAP.

Please let me know if we need to arrange a call to discuss.

Thanks

Amanda

| | | | | | | On 13 Aug 2021, at 4:51 am, compliance@shutterstock.com wrote: Dear Amanda, |
|---|---|---|---|---|---|---|

On 13 Aug 2021, at 4:51 am, compliance@shutterstock.com wrote:
Dear Amanda,

I am writing to you in response to the DMCA notice you recently sent to Shutterstock, Inc. ("Shutterstock").

Please be advised that upon receipt of the above-referenced correspondence, the image(s) referred to therein was removed from the Shutterstock website.

Please be advised that Shutterstock relies upon the integrity of its contributors, all of whom warrant and represent to us that their images will not infringe the rights of any third parties. Moreover, Shutterstock is a "service provider" as such term is defined by the U.S. Digital Millennium Copyright Act ("DMCA"). As a service provider, Shutterstock will remove any image identified in a proper DMCA take down notice. Therefore, we have removed the image(s) in question.

Regards,

Chad
IP Team
Shutterstock, Inc.

--------------- Original Message --------------
From: AMANDA HUTCHINGS REDACTED
Sent: 8/11/2021 5:58 AM
To: legal-notices@shutterstock.com; infringementclaims@shutterstock.com
Subject: Copyright Infringement - Att: Sejal Patel and John Lapham

10

| | | | | | |
|---|---|---|---|---|---|
| | | | | | WITHOUT PREJUDICE SAVE AS TO COSTS<br><br>Dear Ms Patel and Mr Lapham<br><br>Please see the attached notice regarding an infringing image currently being published on Shutterstockâ€™s website.<br><br>We appreciate your prompt attention to this matter.<br><br>Please contact me if you need to discuss, otherwise I await the information requested in the letter.<br><br>Sincerely<br><br>\<image001.png\><br>Amanda Hutchings \| Principal<br><br>M: REDACTED<br><br>www.foliolegal.com.au\<http://www.foliolegal.com.au/\><br><br>[Image removed by sender.]<br><br>ref:_00D301GgSC._5003Z1IHl0U:ref<br>\<image001.png\> |
| 11691848 | compliance@shutterstock.com | compliance@shutterstock.com | REDACTED | Re: Copyright Infringement - Att: Sejal Patel and John Lapham | 2021-08-16 17:26:42.000 Z | Dear Amanda,<br><br>Thank you for your response. Unfortunately, we cannot provide the information you requested per Shutterstock's Privacy Policy.Â<br><br>Regards,<br><br>Chad<br>IP Team<br>Shutterstock, Inc.Â |

11

--------------- Original Message ---------------
From: AMANDA HUTCHINGS REDACTED
Sent: 8/16/2021 5:22 AM
To: legal-notices@shutterstock.com;
infringementclaims@shutterstock.com;
compliance@shutterstock.com
Subject: Re: Copyright Infringement - Att: Sejal Patel and John
Lapham
Â

Hi Chad (and Sejal Patel and John Lapham)

Â

I am just checking back in with you on this.

Â

We really need the details ASAP so we can put a stop to any
further infringement.Â

Â

The main reason we need the details ASAP is because we are
mid-legal action with an entity in Australia that has been selling
Kimmy Hoganâ€™s works as wall art.Â

Â

They claim that they obtained all licences to Kimmy Hoganâ€™s
works from Shutterstock â€" including works that are no longer
showing for licence.Â  So we need to understand if these other
works ever appeared on your site, and if they did, if they really
did obtain a licence, or if they are lying about this (to try and
come up with an excuse to infringement, as we assume).Â  This
matter is pending and has resulted in a lot of damage for
Kimmy Hogan and we need to get move forward with it, but we
cannot without this information (as they are using Shutterstock

as their defence).

Â

Would it be easier if I provided you with the name of the entity and you could check this against the licences granted?Â  I understand from your HelpDesk that there have only been 5 licences granted to the work that you took down (and one of them was to Kimmy Hogan).

Â

If you wish to discuss with me, let me know.

Â

Thanks

Â

Amanda

Â

From: AMANDA HUTCHINGS <REDACTED
Date: Friday, 13 August 2021 at 8:40 am
To: "compliance@shutterstock.com"
<compliance@shutterstock.com>
Subject: Re: Copyright Infringement - Att: Sejal Patel and John Lapham

Â

Thanks Chad, but we also need to ensure we stop the original infringer from continuing â€œherâ€  infringement, and we stop the people that have downloaded/licensed the image from using it, therefore please also provide me with the details requested in the letter ASAP.

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Â<br><br>Please let me know if we need to arrange a call to discuss.<br><br>Â<br><br>Thanks<br><br>Â<br><br>Amanda<br><br>Â<br><br>On 13 Aug 2021, at 4:51 am, compliance@shutterstock.com wrote:<br><br>Dear Amanda,<br><br>I am writing to you in response to the DMCA notice you recently sent to Shutterstock, Inc. ("Shutterstock").<br><br>Please be advised that upon receipt of the above-referenced correspondence, the image(s) referred to therein was removed from the Shutterstock website.<br><br>Please be advised that Shutterstock relies upon the integrity of its contributors, all of whom warrant and represent to us that their images will not infringe the rights of any third parties. Â Moreover, Shutterstock is a "service provider" as such term is defined by the U.S. Digital Millennium Copyright Act ("DMCA"). As a service provider, Shutterstock will remove any image identified in a proper DMCA take down notice. Therefore, we have removed the image(s) in question.<br><br>Regards, |

14

Chad
IP Team
Shutterstock, Inc.


--------------- Original Message ---------------
From: AMANDA HUTCHINGS REDACTED
Sent: 8/11/2021 5:58 AM
To: legal-notices@shutterstock.com;
infringementclaims@shutterstock.com
Subject: Copyright Infringement - Att: Sejal Patel and John
Lapham
Â

WITHOUT PREJUDICE SAVE AS TO COSTS

Â

Dear Ms Patel and Mr Lapham

Â

Please see the attached notice regarding an infringing image
currently being published on Shutterstock's website.

Â

We appreciate your prompt attention to this matter.

Â

Please contact me if you need to discuss, otherwise I await the
information requested in the letter.

Â

Sincerely

Â

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | <image001.png><br><br>Amanda HutchingsÂ |Â Principal<br><br>Â<br><br>M: REDACTED<br><br><br>www.foliolegal.com.au <http://www.foliolegal.com.au/><br><br>Â<br><br>[Inline image URL : ]<br>Â<br><br><image001.png><br><br>ref:_00D301GgSC._5003Z1IHl0U:ref |
| 11691848 | AMANDA HUTCHINGS | REDACTED | compliance@shutter stock.com | Re: Copyright Infringement - Att: Sejal Patel and John Lapham | 2021-08-16 22:55:28.0 00 Z | WITHOUT PREJUDICE<br><br>Hi Chad<br><br>Can you please then answer my question as to the other images annexed to my letter.<br><br>There is a set of images that the defendant claims he licensed (from same Shutterstock user) from Shutterstock but they werenâ€™t there (on her page) when we checked and he said she must have taken them down recently.  Can you check whether that Shutterstock user had uploaded any images substantially similar to those annexed to the letter/has she recently removed any images?<br><br>Note that Kimmy Hogan reserves her right to bring legal action |

against Shutterstock for copyright infringement.

Thanks

Amanda

From: <noreply@salesforce.com> on behalf of
"compliance@shutterstock.com"
<compliance@shutterstock.com>
Date: Tuesday, 17 August 2021 at 3:26 am
To: AMANDA HUTCHINGS REDACTED
Subject: Re: Copyright Infringement - Att: Sejal Patel and John
Lapham

Dear Amanda,

Thank you for your response. Unfortunately, we cannot
provide the information you requested per Shutterstock's
Privacy Policy.

Regards,

Chad
IP Team
Shutterstock, Inc.


--------------- Original Message ---------------
From: AMANDA HUTCHINGS [REDACTED
Sent: 8/16/2021 5:22 AM
To: legal-notices@shutterstock.com;
infringementclaims@shutterstock.com;
compliance@shutterstock.com
Subject: Re: Copyright Infringement - Att: Sejal Patel and John
Lapham

Hi Chad (and Sejal Patel and John Lapham)

17

I am just checking back in with you on this.

We really need the details ASAP so we can put a stop to any further infringement.

The main reason we need the details ASAP is because we are mid-legal action with an entity in Australia that has been selling Kimmy Hogan's works as wall art.

They claim that they obtained all licences to Kimmy Hogan's works from Shutterstock — including works that are no longer showing for licence. So we need to understand if these other works ever appeared on your site, and if they did, if they really did obtain a licence, or if they are lying about this (to try and come up with an excuse to infringement, as we assume). This matter is pending and has resulted in a lot of damage for Kimmy Hogan and we need to get move forward with it, but we cannot without this information (as they are using Shutterstock as their defence).

Would it be easier if I provided you with the name of the entity and you could check this against the licences granted? I understand from your HelpDesk that there have only been 5 licences granted to the work that you took down (and one of them was to Kimmy Hogan).

If you wish to discuss with me, let me know.

Thanks

Amanda

From: AMANDA HUTCHINGS REDACTED                    >
Date: Friday, 13 August 2021 at 8:40 am
To: "compliance@shutterstock.com"
<compliance@shutterstock.com>
Subject: Re: Copyright Infringement - Att: Sejal Patel and John Lapham

18

Thanks Chad, but we also need to ensure we stop the original infringer from continuing â€œherâ€ infringement, and we stop the people that have downloaded/licensed the image from using it, therefore please also provide me with the details requested in the letter ASAP.

Please let me know if we need to arrange a call to discuss.

Thanks

Amanda


On 13 Aug 2021, at 4:51 am, compliance@shutterstock.com wrote:
Dear Amanda,

I am writing to you in response to the DMCA notice you recently sent to Shutterstock, Inc. ("Shutterstock").

Please be advised that upon receipt of the above-referenced correspondence, the image(s) referred to therein was removed from the Shutterstock website.

Please be advised that Shutterstock relies upon the integrity of its contributors, all of whom warrant and represent to us that their images will not infringe the rights of any third parties. Moreover, Shutterstock is a "service provider" as such term is defined by the U.S. Digital Millennium Copyright Act ("DMCA"). As a service provider, Shutterstock will remove any image identified in a proper DMCA take down notice. Therefore, we have removed the image(s) in question.

Regards,

Chad
IP Team

19

| | | | | | Shutterstock, Inc.<br><br><br><br>--------------- Original Message ---------------<br>From: AMANDA HUTCHINGS REDACTED<br>Sent: 8/11/2021 5:58 AM<br>To: legal-notices@shutterstock.com;<br>infringementclaims@shutterstock.com<br>Subject: Copyright Infringement - Att: Sejal Patel and John Lapham<br><br>WITHOUT PREJUDICE SAVE AS TO COSTS<br><br>Dear Ms Patel and Mr Lapham<br><br>Please see the attached notice regarding an infringing image currently being published on Shutterstock's website.<br><br>We appreciate your prompt attention to this matter.<br><br>Please contact me if you need to discuss, otherwise I await the information requested in the letter.<br><br>Sincerely<br><br><image001.png><br>Amanda Hutchings \| Principal<br><br>M: REDACTED<br><br>www.foliolegal.com.au<http://www.foliolegal.com.au/><br><br>Error! Filename not specified.<br><br><image001.png><br>[Image removed by sender.] |
|---|---|---|---|---|---|

20

| | | | | | | ref:_00D301GgSC._5003Z1IHl0U:ref |
| --- | --- | --- | --- | --- | --- | --- |