# Exhibit 27

| CASE_NUMBER | FROM_NAME | FROM_ADDRESS | TO_ADDRESS | SUBJECT | MESSAGE_DATE | TEXT_BODY |
|---|---|---|---|---|---|---|
| 13221363 | Leoorigami | REDACTED | infringementclaims@shutterstock.com | Infringement Complaints | 2022-09-25 03:12:52.000 Z | Some of the infringing pictures id:2184364835  2191042239  2181739413   Original Author links:https://www.pixiv.net/artworks/96866905   https://www.pixiv.net/artworks/96776226   https://www.pixiv.net/artworks/98112426<br><br>this man:munim098 is a Image stealers.<br><br>All the pictures of this person are stolen from others, I hope all his content can be taken off the shelf and banned, and his illegal income will be stopped |
| 13221363 | compliance@shutterstock.com | compliance@shutterstock.com | REDACTED | Re: Infringement Complaints | 2022-10-06 20:41:45.000 Z | Hello:<br><br>We are writing to you in response to your email to Shutterstock, inc. ("Shutterstock").<br><br>Please be advised that upon receipt of the above-referenced correspondence, the image(s) referred to therein was removed from the Shutterstock website.<br><br>Please be advised that Shutterstock relies upon the integrity of its contributors, all of whom warrant and represent to us that their images will not infringe the rights of any third parties. Â Moreover, Shutterstock is a "service provider" as such term is defined by the U.S. Digital Millennium Copyright Act ("DMCA"). Â As a service provider, Shutterstock will remove any image identified in a proper DMCA take down notice. Â<br><br>Though your correspondence did not adhere to the strict statutory requirements of the DMCA, we elected to treat it as a proper notice and expeditiously removed the image(s) in question.<br><br>Regards, |

CONFIDENTIAL

SHUTTERSTOCK_007054

| | | | | | | IP Team<br>Shutterstock, Inc.<br><br>--------------- Original Message ---------------<br>From: Leoorigami REDACTED<br>Sent: 9/24/2022 11:12 PM<br>To: infringementclaims@shutterstock.com<br>Subject: Infringement Complaints<br>Â<br><br>Some of the infringing pictures<br>id:2184364835Â  2191042239Â  2181739413Â  Â Original Author links:https://www.pixiv.net/artworks/96866905Â  Â https://www.pixiv.net/artworks/96776226Â  Â https://www.pixiv.net/artworks/98112426<br><br>this man:munim098<br><https://www.shutterstock.com/zh/g/munim098>Â is aÂ Image stealers.<br><br>All the pictures of this person are stolen from others, I hope all his content can be taken off the shelf and banned, and his illegal income will be stopped<br><br>Â<br><br>ref:_00D301GgSC._5003Z1U0ouK:ref |

2