# Exhibit 28

| CASE_NUMBER | FROM_NAME | FROM_ADDRESS | TO_ADDRESS | SUBJECT | MESSAGE_DATE | TEXT_BODY |
|---|---|---|---|---|---|---|
| 14973112 | Qualit Design | REDACTED | compliance@shutterstock.com | Plagiarism | 2024-05-14 07:07:58.000 Z | Dear Shutterstock Team<br><br>This account https://www.shutterstock.com/g/Javanesia completely copies my illustrations. And the description of the illustrations is also completely copied word for word!<br>Examples:<br><br>1.<br>My illustration: https://www.shutterstock.com/image-vector/business-growth-investment-finance-analytics-concept-2220613633<br><br>Copy: https://www.shutterstock.com/image-vector/business-growth-investment-finance-analytics-concept-2416734111<br><br>2.<br>My illustration: https://www.shutterstock.com/image-vector/investment-finance-growth-business-concept-human-1854072217<br><br>Copy: https://www.shutterstock.com/image-vector/investment-finance-growth-business-concept-human-2416734101<br><br>3.<br>My illustration: https://www.shutterstock.com/image-vector/investment-market-trade-finance-concept-money-2321829675<br><br>Copy: https://www.shutterstock.com/image-vector/investment-finance-concept-money-financial-online-2416734105<br><br>4. |

CONFIDENTIAL

SHUTTERSTOCK_008296

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | My illustration: https://www.shutterstock.com/image-vector/investment-saving-money-finance-growth-business-2051594327 <br><br> Copy: https://www.shutterstock.com/image-vector/investment-saving-money-finance-growth-business-2416734097 <br><br> 5. <br> My illustration: https://www.shutterstock.com/image-vector/rocket-money-stock-market-statistics-chart-2374099035 <br> Copy: https://www.shutterstock.com/image-vector/rocket-money-market-statistics-chart-investment-2416734099 <br><br> 6. <br> My illustration: https://www.shutterstock.com/image-vector/human-hand-holding-tablet-stock-market-2329244409 <br> Copy: https://www.shutterstock.com/image-vector/human-hand-holding-tablet-stock-market-2416734103 <br><br> 7. <br> My illustration: https://www.shutterstock.com/image-vector/rocket-flies-out-laptop-screen-vector-2045482907 <br> Copy: https://www.shutterstock.com/image-vector/rocket-flies-out-laptop-screen-vector-2416734557 <br><br> 8. <br> My illustration: https://www.shutterstock.com/image-vector/plane-flies-sky-hand-drawn-vector-1953689059 <br> Copy: https://www.shutterstock.com/image-vector/plane-flies-sky-clouds- |

2

| | | | | | | vector-sketch-2413698207 |
|---|---|---|---|---|---|---|
| | | | | | | 9.<br>My illustration:<br>https://www.shutterstock.com/image-vector/investment-saving-money-finance-growth-business-1845105739<br>Copy:<br>https://www.shutterstock.com/image-vector/investment-saving-money-finance-growth-business-2416734115 |
| | | | | | | 10.<br>My illustration:<br>https://www.shutterstock.com/image-vector/human-hands-hold-smartphone-tablet-vector-1216901035<br>Copy:<br>https://www.shutterstock.com/image-vector/human-hands-hold-smartphone-tablet-vector-2413698205 |
| | | | | | | 11.<br>My illustration:<br>https://www.shutterstock.com/image-vector/living-room-modern-furniture-icons-set-2051594021<br>Copy:<br>https://www.shutterstock.com/image-vector/living-room-modern-furniture-icons-set-2413698233 |
| | | | | | | I hope you can see that this is not just inspiration and coincidence. Because not only the concept was copied, but also the full description of<br>the illustrations! I hope you support honest business and resolve this plagiarism issue.<br><br>Thank you |
| 14973112 | Shutterstock Compliance | compliance@shutterstock.com | REDACTED | Re: Plagiarism | 2024-05-14 | Dear Volodymyr Kryshtal:<br><br>We are writing to you in response to your email to Shutterstock, inc. |

3

| | | | | | 19:41:30. 000 Z | ("Shutterstock").

Please be advised that upon receipt of the above-referenced correspondence, the image(s) referred to therein was removed from the Shutterstock website.

Please be advised that Shutterstock relies upon the integrity of its contributors, all of whom warrant and represent to us that their images will not infringe the rights of any third parties. Moreover, Shutterstock is a "service provider" as such term is defined by the U.S. Digital Millennium Copyright Act ("DMCA"). As a service provider, Shutterstock will remove any image identified in a proper DMCA take down notice.

Though your correspondence did not adhere to the strict statutory requirements of the DMCA, we elected to treat it as a proper notice and expeditiously removed the image(s) in question.

Regards,
Louie
IP Team
Shutterstock, Inc.

--------------- Original Message ---------------
From: Qualit Design REDACTED
Sent: 5/14/2024 3:07 AM
To: compliance@shutterstock.com
Subject: Plagiarism
Dear Shutterstock Team

This account https://www.shutterstock.com/g/Javanesia completely copies my illustrations. And the description of the illustrations is also completely copied word for word!
Examples: |

4

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 1.<br>My illustration:<br>https://www.shutterstock.com/image-vector/business-growth-investment-finance-analytics-concept-2220613633<br><br>Copy:<br>https://www.shutterstock.com/image-vector/business-growth-investment-finance-analytics-concept-2416734111<br>2.<br>My illustration:<br>https://www.shutterstock.com/image-vector/investment-finance-growth-business-concept-human-1854072217<br>Copy:<br>https://www.shutterstock.com/image-vector/investment-finance-growth-business-concept-human-2416734101<br>3.<br>My illustration:<br>https://www.shutterstock.com/image-vector/investment-market-trade-finance-concept-money-2321829675<br>Copy:<br>https://www.shutterstock.com/image-vector/investment-finance-concept-money-financial-online-2416734105<br>4.<br>My illustration:<br>https://www.shutterstock.com/image-vector/investment-saving-money-finance-growth-business-2051594327<br>Copy:<br>https://www.shutterstock.com/image-vector/investment-saving-money-finance-growth-business-2416734097<br>5.<br>My illustration:<br>https://www.shutterstock.com/image-vector/rocket-money-stock-market-statistics-chart-2374099035<br>Copy:<br>https://www.shutterstock.com/image-vector/rocket-money-market-statistics-chart-investment-2416734099<br>6.<br>My illustration: |

5

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | https://www.shutterstock.com/image-vector/human-hand-holding-tablet-stock-market-2329244409<br>Copy:<br>https://www.shutterstock.com/image-vector/human-hand-holding-tablet-stock-market-2416734103<br>7.<br>My illustration:<br>https://www.shutterstock.com/image-vector/rocket-flies-out-laptop-screen-vector-2045482907<br>Copy:<br>https://www.shutterstock.com/image-vector/rocket-flies-out-laptop-screen-vector-2416734557<br>8.<br>My illustration:<br>https://www.shutterstock.com/image-vector/plane-flies-sky-hand-drawn-vector-1953689059<br>Copy:<br>https://www.shutterstock.com/image-vector/plane-flies-sky-clouds-vector-sketch-2413698207<br>9.<br>My illustration:<br>https://www.shutterstock.com/image-vector/investment-saving-money-finance-growth-business-1845105739<br>Copy:<br>https://www.shutterstock.com/image-vector/investment-saving-money-finance-growth-business-2416734115<br>10.<br>My illustration:<br>https://www.shutterstock.com/image-vector/human-hands-hold-smartphone-tablet-vector-1216901035<br>Copy:<br>https://www.shutterstock.com/image-vector/human-hands-hold-smartphone-tablet-vector-2413698205<br>11.<br>My illustration:<br>https://www.shutterstock.com/image-vector/living-room-modern-furniture-icons-set-2051594021<br>Copy: |

| | | | | | | https://www.shutterstock.com/image-vector/living-room-modern-furniture-icons-set-2413698233<br>I hope you can see that this is not just inspiration and coincidence. Because not only the concept was copied, but also the full description of the illustrations! I hope you support honest business and resolve this plagiarism issue.<br><br>Thank you<br>ref:!00D3001GgSC.!500Pe0BZNJb:ref |
|---|---|---|---|---|---|---|

7