# Exhibit 29

| CASE_NUMBER | FROM_NAME | FROM_ADDRESS | TO_ADDRESS | SUBJECT | MESSAGE_DATE | TEXT_BODY |
|---|---|---|---|---|---|---|
| 15064139 | Food Forest | REDACTED | infringementclaims@shutterstock.com | Copyright My Element | 2024-07-01 04:34:33.000 Z | This Original My Element :<br>A: https://stock.adobe.com/images/sale-25-percent-off-number-gold-3d/526068174?prev_url=detail&asset_id=526068174<br>B: https://stock.adobe.com/images/sale-50-percent-off-number-gold-3d/526039345?prev_url=detail&asset_id=526039345<br>C: https://stock.adobe.com/images/10-percentage-off-numbers-3d-red/613467252?prev_url=detail&asset_id=613467252<br> => https://stock.adobe.com/images/20-percent-off-3d-number-discount/622892772?prev_url=detail&asset_id=622892772<br>=> https://stock.adobe.com/images/30-percent-off-3d-number-discount/622892778?prev_url=detail&asset_id=622892778<br>=> https://stock.adobe.com/images/40-percentage-off-numbers-3d-red/613467275?prev_url=detail&asset_id=613467275<br>=> https://stock.adobe.com/images/50-percentage-off-numbers-3d-red/613467277?prev_url=detail&asset_id=613467277<br><br>Copyright:<br>A: 2369719889<br>B: 2369290755<br>C: 2468032813 |
| 15064139 | Infringement Claims | infringementclaims@shutterstock.com | REDACTED | Re: Copyright My Element | 2024-07-08 16:12:51.000 Z | Dear Food Forest:<br><br>We are writing to you in response to your email to Shutterstock, inc. ("Shutterstock").<br><br>Please be advised that upon receipt of the above-referenced |

CONFIDENTIAL

SHUTTERSTOCK_008418

correspondence, the image(s) referred to therein was removed from the Shutterstock website.

Please be advised that Shutterstock relies upon the integrity of its contributors, all of whom warrant and represent to us that their images will not infringe the rights of any third parties. Moreover, Shutterstock is a "service provider" as such term is defined by the U.S. Digital Millennium Copyright Act ("DMCA"). As a service provider, Shutterstock will remove any image identified in a proper DMCA take down notice.

Though your correspondence did not adhere to the strict statutory requirements of the DMCA, we elected to treat it as a proper notice and expeditiously removed the image(s) in question.

Regards,

IP Team
Shutterstock, Inc.

--------------- Original Message ---------------
From: Food Forest REDACTED
Sent: 7/1/2024 12:34 AM
To: infringementclaims@shutterstock.com
Subject: Copyright My Element
This Original My Element :
A: https://stock.adobe.com/images/sale-25-percent-off-number-gold-3d/526068174?prev_url=detail&asset_id=526068174
B: https://stock.adobe.com/images/sale-50-percent-off-number-gold-3d/526039345?prev_url=detail&asset_id=526039345
C: https://stock.adobe.com/images/10-percentage-off-numbers-3d-

2

| | | | | | red/613467252?prev_url=detail&asset_id=613467252 => https://stock.adobe.com/images/20-percent-off-3d-number-discount/622892772?prev_url=detail&asset_id=622892772 => https://stock.adobe.com/images/30-percent-off-3d-number-discount/622892778?prev_url=detail&asset_id=622892778 => https://stock.adobe.com/images/40-percentage-off-numbers-3d-red/613467275?prev_url=detail&asset_id=613467275 => https://stock.adobe.com/images/50-percentage-off-numbers-3d-red/613467277?prev_url=detail&asset_id=613467277 Copyright: A: 2369719889 B: 2369290755 C: 2468032813 ref:!00D3001GgSC.!500Pe0ER13I:ref |
|---|---|---|---|---|---|

3