# Exhibit 30

| CASE_NUMBER | SUPPLIED_NAME | SUPPLIED_EMAIL | SUBJECT | DESCRIPTION | CREATED_DATE | SENT_TO_EMAIL_HIDDEN_C |
|---|---|---|---|---|---|---|
| 12946123 | ì „ì—¬ì› | REDACTED | ì €ìž'ê¶Œ ì¹¨í•´ ê²Œì‹œë¬¼ ì‹ ê³ | ì €ìž'ê¶Œì „ ì¹¨í•´ ìž^ë‹¤ê³ ìž ê° ë ˜ëŠ" ì› ì €ìž'ë¬¼ ˜ì‹ ë³„(ì›ì‹,¬ì ´íŠ¸ URL ë˜ ëŠ" Shutterstock ì½˜í… ì¸ ID ë²ˆí˜¸)<br><br>ì› ìž'ìž  Shal.E<br> instagram<br>https://www.instagram.com/p/B1ysXj9njpG/<br><br>youtube<br>https://youtu.be/NOWN3mJjeaI<br><br><br>ì €ìž'ê¶Œì „ ì¹¨í•´í•˜ê³ ìž^ë‹¤ê³ ìž ê° ë ˜ëŠ" ì½˜í… ì¸ ì  ˜ Shutterstock ì½˜í… ì¸ ID ë²ˆí˜¸<br><br>Id: 2157255327<br>https://www.shutterstock.com/ko/image-illustration/cute-anime-girl-fantasy-3d-digital-2157255327 | 2022-07-07 05:09:53.000 Z | infringementclaims@shutterstock.com |

CONFIDENTIAL

SHUTTERSTOCK_006975