# EXHIBIT 31

## Copyright infringement

I am copyright owner of artworks that are illegally placed on Shutterstock site by contributor named **MR. TREASURE,** and used without my permission.

[ HYPERLINK "https://www.shutterstock.com/g/mrtreasure?sort=newest" ]

Links to my contents that are illegally used on **MR. TREASURE** account on Shutterstock:

[ HYPERLINK "https://www.shutterstock.com/image-vector/women-making-online-shopping-on-website-1963201942" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/new-abstract-trend-sphere-round-design-1963202368" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/employees-colleagues-making-pie-chart-presentation-1963201744" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/time-management-scheduling-event-meeting-brainstorming-1963200739" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/making-final-deal-on-website-contract-1963201252" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/young-boy-girl-millennium-online-chatting-1963201396" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/young-boy-girl-millennium-online-chatting-1963201708" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/man-making-presentation-pro-gamer-playing-1963200601" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/time-management-scheduling-event-meeting-brainstorming-1963200625" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/students-employee-solving-problem-creative-ideas-1963200487" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/man-sharing-knowledge-girl-on-daily-1963200133" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/friends-online-chatting-video-call-random-1963199854" ]

CONFIDENTIAL

SHUTTERSTOCK_008576

[ HYPERLINK "https://www.shutterstock.com/image-vector/girl-sharing-umbrella-boy-helping-person-1963200058" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/girl-posting-social-media-daily-post-1963200013" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/women-showing-office-annual-presentation-team-1963199947" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/man-sharing-knowledge-girl-on-daily-1963199788" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/students-teacher-group-video-call-online-1963199575" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/two-corporate-businessman-employees-salesman-making-1963199623" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/students-solving-issue-employees-managing-office-1963199464" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/online-home-delivery-boy-parcel-order-1963199410" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/group-people-doing-party-event-students-1963199227" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/team-working-on-website-students-project-1963199131" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/business-coach-motivational-trainer-giving-marketing-1963198927" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/girl-women-installing-downloading-app-mobile-1963198849" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/women-taking-interview-candidate-face-meeting-1963199023" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/pink-purple-blue-green-floral-tropical-1960485751" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/group-people-doing-online-activity-talking-1946634208" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/group-people-doing-online-activity-talking-1946634211" ]

CONFIDENTIAL

SHUTTERSTOCK_008577

[ HYPERLINK "https://www.shutterstock.com/image-vector/group-people-doing-online-activity-talking-1946634214" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/group-people-doing-online-activity-talking-1946634217" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/group-people-doing-online-activity-talking-1946634220" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/group-people-doing-online-activity-talking-1946634223" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/group-people-doing-online-activity-talking-1946634235" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/group-people-doing-online-activity-talking-1946634232" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/group-people-doing-online-activity-talking-1946634229" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/group-people-doing-online-activity-talking-1946634226" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/group-people-doing-online-activity-talking-1946634238" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/group-people-doing-online-activity-talking-1946634241" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/group-people-doing-online-activity-talking-1946634244" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/group-people-doing-online-activity-talking-1946634247" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/group-people-doing-online-activity-talking-1946634250" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/group-people-doing-online-activity-talking-1946634253" ]

These are links to my account on Shutterstock where the files are originally placed, and where you can find information about the copyright owner of the files (my name - PureSolution).

[ HYPERLINK "https://www.shutterstock.com/image-vector/set-modern-flat-design-people-icons-1945067350" ]

SHUTTERSTOCK_008578

[ HYPERLINK "https://www.shutterstock.com/image-vector/set-business-people-concepts-vector-illustrations-1822676585" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/set-business-people-concepts-vector-illustrations-1822678100" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/flat-design-style-illustrations-seo-market-1746461762" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/flat-design-concept-icons-collection-vector-1693479217" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/set-modern-flat-design-people-icons-1945064998" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/set-web-page-design-templates-beauty-1151324069" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/set-web-page-design-templates-beauty-1150708049" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/web-page-design-template-beauty-spa-1151326697" ]


Information about the copyright holder (me):

Name and Surname: Dejan Bozic
Shutterstock account name: PureSolution
Address: REDACTED
Phone: REDACTED
Email: [ HYPERLINK "mailto REDACTED          ]


I have a good faith belief that use of the copyrighted material described above as allegedly infringing is not authorized by the copyright owner (me), its agent, or the law.

I swear, under penalty of perjury, that the information in the notification is accurate and that I am the copyright owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

Posting so many of my original works is more than an obvious intention to gain an illegal benefit, to my detriment.

Please, remove my artworks from above mentioned account immediately, and block the account.

CONFIDENTIAL

Dejan Bozic

04/29/2021

CONFIDENTIAL

SHUTTERSTOCK_008580