# EXHIBIT 32

Dear Support,

My name is Liudmyla Matviiets

My ID (Shutterstock) is 3748448

My phone is +REDACTED

My address is REDACTED

Mysailovka, Kyiv Oblast/Bohuslav Raion, Ukraine 09712

My e-mail is [ HYPERLINK "mailto:REDACTED

I am the copyright owner of items / item links below:

[ HYPERLINK "https://www.shutterstock.com/image-illustration/3d-christmas-scene-podium-decorative-elements-2009835716" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/2022-new-year-sign-3d-metallic-1975424492" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/2022-new-year-sign-3d-golden-1990679231" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/2022-happy-new-year-banner-hand-1969914982" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/2022-happy-new-year-banner-hand-1967418007" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/2022-happy-new-year-banner-hand-1971883292" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/2022-new-year-sign-3d-metallic-1991305598" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/2022-new-year-sign-3d-metallic-1944493849" ]


The items were copied without my permission.

[ HYPERLINK "https://www.shutterstock.com/ru/image-illustration/christmas-new-year-happy-3d-illustration-2085719044" ]

[ HYPERLINK "https://www.shutterstock.com/ru/image-illustration/christmas-new-year-happy-3d-illustration-2085714289" ]

This letter is official notification under the provisions of Section 512© of the Digital Millennium

Copyright Act ("DMCA") to effect removal of the above-reported infringements.

I request that you immediately issue a cancellation message as specified in RFC 1036 for the specified postings and prevent the infringer from posting the infringing flyers to your servers in the future.

I have a good faith belief that use of the material in the manner complained of here is not authorized by me, the copyright holder, or the law. The information provided here is accurate to the best of my knowledge. I swear under penalty of perjury that I am the copyright holder.

Please send me a prompt response indicating the actions you have taken to resolve this matter.


Name: Liudmyla Matviiets

Date: 07.12.2021

CONFIDENTIAL

SHUTTERSTOCK_008628