# EXHIBIT 33

**Dear support**,

My name is Danylo Fomin

My ID (Shutterstock) 512323

My phone is :REDACTED

My address is :REDACTED

My e-mail is :REDACTED

I am contacting you to let you know that I am the copyright owner of the items being infringed at:

This link was public in my portfolio on Shutterstock.com:

[ HYPERLINK "https://www.shutterstock.com/image-vector/set-ban-icons-prohibited-symbols-office-90290551" ]

The files are owned by me and they are being sold in **rivanart** portfolio on Shutterstock.com by the link below:

[ HYPERLINK "https://www.shutterstock.com/image-vector/sign-icon-prohibited-carrying-vapor-fields-1930946621" ]

[ HYPERLINK "https://www.shutterstock.com/image-vector/no-smoking-icon-fields-can-be-1904835874" ]

Also see my screenshot,
which shows that **FreshIcons** redrawn (sketched) my vector icons

Items were copied without my permission.

This letter is official notification under the provisions of Section 512© of the Digital Millennium Copyright Act ("DMCA") to effect removal of the above-reported infringements. I request that you immediately issue a cancellation message as specified in RFC 1036 for the specified postings and prevent the infringer from posting the infringing flyers to your servers in the future.

I have a good faith belief that use of the material in the manner complained of here is not authorized by me, the copyright holder, or the law. The information provided here is accurate to the best of my knowledge. I swear under penalty of perjury that I am the copyright holder.

Please send me a prompt response indicating the actions you have taken to resolve this matter.

Danylo Fomin

Date:  05.08.2021

SHUTTERSTOCK_008592