# EXHIBIT 35

| CASE_NUMBER | FROM_NAME | FROM_ADDRESS | TO_ADDRESS | SUBJECT | MESSAGE_DATE | TEXT_BODY |
|---|---|---|---|---|---|---|
| 13907825 | Brent Hofacker | REDACTED | infringementclaims@shutterstock.com | DMCA Copyright Infringement Notice | 2023-04-21 13:43:01.000 Z | Hello,<br><br>My name is Brent Hofacker and I've just found out that a user on your platform has stolen my images and is selling them on shutterstock.. That user is obertaazar ( https://www.shutterstock.com/g/obertaazar ) .<br><br>Not only are these my copyrighted photographs, but I have already uploaded and been selling these images on shutterstock for years. My Contributor ID is 596689, and my username is bhofack2.<br><br>I am requesting that this user (obertaazar ) be banned and my images removed from their account. And I need to be compensated for any and all sales that were made to this user.<br><br>I have attached a PDF with my information and proof that the copyrighted images are mine with links to the infringing work on shutterstock.<br><br>Please tell me when I will be compensated for this stolen work.<br><br>-Brent Hofacker REDACTED |

CONFIDENTIAL

SHUTTERSTOCK_007314

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Dear Brent Hofacker:<br><br>We are writing to you in response to your email to Shutterstock, inc. ("Shutterstock").<br><br>Please be advised that upon receipt of the above-referenced correspondence, the image(s) referred to therein was removed from the Shutterstock website.<br><br>Please be advised that Shutterstock relies upon the integrity of its contributors, all of whom warrant and represent to us that their images will not infringe the rights of any third parties. Moreover, Shutterstock is a "service provider" as such term is defined by the U.S. Digital Millennium Copyright Act ("DMCA"). As a service provider, Shutterstock will remove any image identified in a proper DMCA take down notice.<br><br>Though your correspondence did not adhere to the strict statutory requirements of the DMCA, we elected to treat it as a proper notice and expeditiously removed the image(s) in question.<br><br>Regards,<br>Louie<br>IP Team<br>Shutterstock, Inc. |
| 13907825 | Infringement Claims | infringementclaims@shutterstock.com | REDACTED | Re: DMCA Copyright Infringement Notice | 2023-04-21 22:51:13.000 Z | |

| | | | | | -------------- Original Message -------------- |
|---|---|---|---|---|---|
| | | | | | From: Brent Hofacker |
| | | | | | REDACTED |
| | | | | | Sent: 4/21/2023 9:43 AM |
| | | | | | To: |
| | | | | | infringementclaims@shutterstock.com |
| | | | | | Subject: DMCA Copyright Infringement Notice |
| | | | | | Hello, |
| | | | | | My name is Brent Hofacker and I've just found out that a user on your platform has stolen my images and is selling them on shutterstock.. That user is obertaazar ( https://www.shutterstock.com/g/obertaazar ) . |
| | | | | | Not only are these my copyrighted photographs, but I have already uploaded and been selling these images on shutterstock for years. My Contributor ID is 596689, and my username is bhofack2. I am requesting that this user (obertaazar ) be banned and my images removed from their account. And I need to be compensated for any and all sales that were made to this user. |
| | | | | | I have attached a PDF with my information and proof that the copyrighted images are mine with links to the infringing work on shutterstock. Please tell me when I will be compensated for this stolen work. |
| | | | | | -Brent Hofacker |
| | | | | | REDACTED |
| | | | | | ref:_00D301GgSC._500Dn7wHYu:ref |

3

| 13907825 | Brent Hofacker | REDACTED | infringementclaims@shutterstock.com | Re: DMCA Copyright Infringement Notice | 2023-04-21 23:12:13.000 Z | Hi,<br><br>That's great news that you are removing the photos. But that is only the first step in this issue. Both shutterstock and this user "obertaazara" made money off the sale of my stolen images.<br><br>A portion of these stolen images have made sales. What is going to be done to compensate me for this theft? These sales have directly taken money out of my pocket.<br><br>Please respond with how shutterstock will be compensating me for this loss of revenue.<br><br>-Brent<br><br>On Fri, Apr 21, 2023 at 5:51 PM Infringement Claims < infringementclaims@shutterstock.com> wrote:<br><br>> Dear Brent Hofacker:<br>><br>> We are writing to you in response to your email to Shutterstock, inc.<br>> ("Shutterstock").<br>><br>> Please be advised that upon receipt of the above-referenced<br>> correspondence, the image(s) referred to therein was removed from the<br>> Shutterstock website.<br>><br>> Please be advised that Shutterstock |
|---|---|---|---|---|---|---|

4

relies upon the integrity of its
> contributors, all of whom warrant and represent to us that their images
> will not infringe the rights of any third parties. Moreover, Shutterstock
> is a "service provider" as such term is defined by the U.S. Digital
> Millennium Copyright Act ("DMCA"). As a service provider, Shutterstock will
> remove any image identified in a proper DMCA take down notice.
>
> Though your correspondence did not adhere to the strict statutory
> requirements of the DMCA, we elected to treat it as a proper notice and
> expeditiously removed the image(s) in question.
>
> Regards,
> Louie
> IP Team
> Shutterstock, Inc.
>
>
>
>
>
> --------------- Original Message --------------
> *From:* Brent Hofacker [REDACTED
> *Sent:* 4/21/2023 9:43 AM
> *To:* infringementclaims@shutterstock.com
> *Subject:* DMCA Copyright Infringement Notice
>

| | | | | | | > Hello,<br>><br>> My name is Brent Hofacker and Iâ€™ve just found out that a user on your<br>> platform has stolen my images and is selling them on shutterstock.. That<br>> user is obertaazar ( https://www.shutterstock.com/g/obertaazar ) .<br>><br>> Not only are these my copyrighted photographs, but I have already uploaded<br>> and been selling these images on shutterstock for years. My Contributor ID<br>> is 596689, and my username is bhofack2.<br>><br>> I am requesting that this user (obertaazar ) be banned and my images<br>> removed from their account. And I need to be compensated for any and all<br>> sales that were made to this user.<br>><br>> I have attached a PDF with my information and proof that the copyrighted<br>> images are mine with links to the infringing work on shutterstock.<br>><br>> Please tell me when I will be compensated for this stolen work.<br>><br>> -Brent Hofacker<br>> REDACTED<br>><br>> |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | > ref:_00D301GgSC._500Dn7wHYu:ref<br>> |
| 13907825 | Brent Hofacker | REDACTED | infringementclaims @shutterstock.com | Re: DMCA Copyright Infringement Notice | 2023-05-01 13:00:00.000 Z | Hi! I have not heard back from you in ten days and this issue is still not resolved. . Both shutterstock and this user â€œobertaazarâ€  made money off the sale of my stolen images. While it is great that you took the offending images down. I still need to be compensated for every image that has made a sale. As a shutterstock contributor myself, the sale of my stolen images has directly taken income away from me.<br><br>Please respond with how shutterstock will be compensating me for this loss of revenue.<br><br>-Brent<br><br>On Fri, Apr 21, 2023 at 6:12â€¯PM Brent Hofacker REDACTED wrote:<br><br>> Hi,<br>><br>> Thatâ€™s great news that you are removing the photos. But that is only the<br>> first step in this issue. Both shutterstock and this user â€œobertaazarâ€  made<br>> money off the sale of my stolen images.<br>><br>> A portion of these stolen images have made sales. What is going to be<br>> done to compensate me for this theft? |

7

| | | | | | These sales have directly taken money > out of my pocket. > > Please respond with how shutterstock will be compensating me for this loss > of revenue. > > -Brent > > On Fri, Apr 21, 2023 at 5:51 PM Infringement Claims < > infringementclaims@shutterstock.com> wrote: > >> Dear Brent Hofacker: >> >> We are writing to you in response to your email to Shutterstock, inc. >> ("Shutterstock"). >> >> Please be advised that upon receipt of the above-referenced >> correspondence, the image(s) referred to therein was removed from the >> Shutterstock website. >> >> Please be advised that Shutterstock relies upon the integrity of its >> contributors, all of whom warrant and represent to us that their images >> will not infringe the rights of any third parties. Moreover, Shutterstock >> is a "service provider" as such term is defined by the U.S. Digital >> Millennium Copyright Act ("DMCA"). As a service provider, Shutterstock will >> remove any image identified in a proper DMCA take down notice. |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| | | | | | >><br>>> Though your correspondence did not adhere to the strict statutory<br>>> requirements of the DMCA, we elected to treat it as a proper notice and<br>>> expeditiously removed the image(s) in question.<br>>><br>>> Regards,<br>>> Louie<br>>> IP Team<br>>> Shutterstock, Inc.<br>>><br>>><br>>><br>>><br>>><br>>> --------------- Original Message ---------------<br>>> *From:* Brent Hofacker [REDACTED<br>>> *Sent:* 4/21/2023 9:43 AM<br>>> *To:* infringementclaims@shutterstock.com<br>>> *Subject:* DMCA Copyright Infringement Notice<br>>><br>>> Hello,<br>>><br>>> My name is Brent Hofacker and I've just found out that a user on your<br>>> platform has stolen my images and is selling them on shutterstock.. That<br>>> user is obertaazar ( https://www.shutterstock.com/g/obertaazar ) .<br>>><br>>> Not only are these my copyrighted |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | photographs, but I have already<br>>> uploaded and been selling these images on shutterstock for years. My<br>>> Contributor ID is 596689, and my username is bhofack2.<br>>><br>>> I am requesting that this user (obertaazar ) be banned and my images<br>>> removed from their account. And I need to be compensated for any and all<br>>> sales that were made to this user.<br>>><br>>> I have attached a PDF with my information and proof that the copyrighted<br>>> images are mine with links to the infringing work on shutterstock.<br>>><br>>> Please tell me when I will be compensated for this stolen work.<br>>><br>>> -Brent Hofacker<br>>> REDACTED<br>>><br>>><br>>> ref:_00D301GgSC._500Dn7wHYu:ref<br>>><br>> |
| 13907825 | Infringement Claims | infringementclaims@shutterstock.com | REDACTED | Re: DMCA Copyright Infringement Notice | 2023-05-05 16:14:50.000 Z | Dear Brent Hofacker:<br><br>Apologies for the delayed response.<br><br>Unfortunately, we will need a court order to release information related to remuneration. We did respond to your claim posthaste and thus, the images in question was removed forthwith. |

10

Please let us know if you have any further questions.

regards,
Louie
Shutterstock, Inc.

--------------- Original Message ---------------
From: Brent Hofacker
[REDACTED
Sent: 5/1/2023 9:00 AM
To: infringementclaims@shutterstock.com
Subject: Re: DMCA Copyright Infringement Notice
Hi! I have not heard back from you in ten days and this issue is still not resolved. . Both shutterstock and this user â€œobertaazarâ€ made money off the sale of my stolen images. While it is great that you took the offending images down. I still need to be compensated for every image that has made a sale. As a shutterstock contributor myself, the sale of my stolen images has directly taken income away from me.
Please respond with how shutterstock will be compensating me for this loss of revenue.
-Brent
On Fri, Apr 21, 2023 at 6:12â€¯PM Brent Hofacker <REDACTED

11

wrote:

Hi,

That's great news that you are removing the photos. But that is only the first step in this issue. Both shutterstock and this user "obertaazar" made money off the sale of my stolen images. A portion of these stolen images have made sales. What is going to be done to compensate me for this theft? These sales have directly taken money out of my pocket.

Please respond with how shutterstock will be compensating me for this loss of revenue.

-Brent

On Fri, Apr 21, 2023 at 5:51 PM Infringement Claims <infringementclaims@shutterstock.com> wrote:

Dear Brent Hofacker:

We are writing to you in response to your email to Shutterstock, inc. ("Shutterstock").

Please be advised that upon receipt of the above-referenced correspondence, the image(s) referred to therein was removed from the Shutterstock website.

Please be advised that Shutterstock relies upon the integrity of its contributors, all of whom warrant and represent to us that their images will not infringe the rights of any third parties. Moreover, Shutterstock is a "service provider" as such term is defined by the U.S. Digital Millennium

12

| | | | | | Copyright Act ("DMCA"). As a service provider, Shutterstock will remove any image identified in a proper DMCA take down notice.<br><br>Though your correspondence did not adhere to the strict statutory requirements of the DMCA, we elected to treat it as a proper notice and expeditiously removed the image(s) in question.<br><br>Regards,<br>Louie<br>IP Team<br>Shutterstock, Inc.<br><br><br><br>--------------- Original Message ---------------<br>From: Brent Hofacker<br>[REDACTED<br>Sent: 4/21/2023 9:43 AM<br>To: infringementclaims@shutterstock.com<br>Subject: DMCA Copyright Infringement Notice<br>Hello,<br>My name is Brent Hofacker and I've just found out that a user on your platform has stolen my images and is selling them on shutterstock.. That user is obertaazar ( https://www.shutterstock.com/g/obertaazar ) .<br>Not only are these my copyrighted |

13

| | | | | | photographs, but I have already uploaded and been selling these images on shutterstock for years. My Contributor ID is 596689, and my username is bhofack2. I am requesting that this user (obertaazar) be banned and my images removed from their account. And I need to be compensated for any and all sales that were made to this user. I have attached a PDF with my information and proof that the copyrighted images are mine with links to the infringing work on shutterstock. Please tell me when I will be compensated for this stolen work. -Brent Hofacker REDACTED<br><br>ref:_00D301GgSC._500Dn7wHYu:ref |
|---|---|---|---|---|---|

14