# EXHIBIT 36

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Docket No. 1:23-CV-03191

------------------------------------x

CYNTHIA HERRICK, Individually and On

Behalf of All Others Similarly Situated,

                    Plaintiff,

        - against -

SHUTTERSTOCK, INC.,

                    Defendant.

------------------------------------x

                        April 11, 2025

                        9:37 a.m.


            ** CONFIDENTIAL **


        VIDEOTAPED DEPOSITION of CYNTHIA

HERRICK, taken by counsel for Defendants,

pursuant to Notice, held at the office of

Davis Wright Tremaine LLP, 1251 Avenue of

the Americas, New York, New York 10020,

before Roberta Caiola, a Shorthand Reporter

and Notary Public of the State of New York.

Cynthia Herrick  Confidential
April 11, 2025

A P P E A R A N C E S:


THE DUNCAN LAW FIRM

Attorneys for Plaintiff

        809 West Third Street

        Little Rock, Arkansas 72201

        501.228.7600

BY:   JAMES H. BARTOLOMEI, III, ESQ.

        james@duncanfirm.com

        - and -

HOBEN LAW

        1112 Main Street

        Peekskill, New York 10566

        347.855.4008

BY:   BRYAN HOBEN, ESQ.

        bryan@hobenlaw.com

Cynthia Herrick   Confidential
April 11, 2025

A P P E A R A N C E S:

DAVIS WRIGHT TREMAINE LLP

Attorneys for Defendant

    1251 Avenue of the Americas

    21st Floor

    New York, New York 10020

    212.489.8230

BY:   JAMES ROSENFELD, ESQ.

    jamesrosenfeld@dwt.com

    HILARY ORAN, ESQ.

    hilaryoran@dwt.com

ALSO PRESENT:

    Thomas Bright, Esq, Cera LLP

    (Via Zoom)

    Michael Bennett, The Videographer

Cynthia Herrick  Confidential
April 11, 2025

have that anymore.

Q.    They don't allow amateurs to post?

A.    They don't -- they actually shut down that whole thing, where they basically kind of started shifting people to doing things on Instagram and hashtagging stuff instead.

Q.    Okay.  So it was later that you got contacted by Ms. Subramanian?

A.    Yes.  Does that make sense?

Q.    Yes.  Thank you.

This says that she was contacting you on behalf of National Geographic Learning, a Cengage Learning Company?

A.    Yes.

Q.    Is that who you sold the photo to?

A.    Yes.

Q.    Was it a sale or a license?

A.    It was a license.

Q.    Okay.  And that was for $300, correct?

A.    Yes.  The image actually

copies, have you ever licensed photographs?

MR. BARTOLOMEI:  Objection to form.

A.    Yes.

Q.    Okay.  And you talked about one license was a $300 license to National Geographic.  Are there other licenses besides that?

A.    That same image was licensed again.

Q.    Okay.

A.    For a lot more money.  They actually reached back out to me for their international ad campaign and asked me what I would charge.  That was $1,500.

Q.    Was that the Black Skimmer image?

A.    That image was a hit.

Q.    Have you ever licensed -- we haven't yet gotten to the two images that are involved in this litigation, but have you ever licensed those images?

A.    No, not where I -- no, not where I charged a fee to -- for somebody to reproduce it.  But I gave permission for

Cynthia Herrick  Confidential
April 11, 2025

of Snowy Plover's First Steps?

A.   No.

Q.   I may have asked you this before.  You have never licensed Snowy Plover's first steps?

A.   That's licensed.

MR. BARTOLOMEI:  Objection to form.

Q.   Licensing as opposed to sale.

MR. BARTOLOMEI:  Objection to form.

A.   It's licensed.

Q.   What's licensed?

A.   The Snowy Plover's First -- Baby's First Steps.

Q.   I retract the question.  Let me try to clarify.

We did talk about -- we talked about the National Geographic -- oh, no, that is Black Skimmer, right?

A.   Yes.

Q.   We talked about the settlement with CRC?

A.   Yes.

Q.   Other than that, has the image

DECLARATION


     I HEREBY CERTIFY that having been

first duly sworn to testify to the truth, I

gave the above testimony.


     I FURTHER CERTIFY that the foregoing

transcript is a true and correct transcript

of the testimony given by me at the time

and place specified hereinbefore.




_____

CYNTHIA HERRICK




Subscribed and sworn to before me

this_____day of_____20___.



_____

NOTARY PUBLIC

Cynthia Herrick  Confidential
April 11, 2025

CERTIFICATE


STATE OF NEW YORK  )

: ss

COUNTY OF BRONX    )


I, ROBERTA CAIOLA, a Certified Shorthand Reporter, do hereby certify:

That CYNTHIA HERRICK, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by the witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand on April 15, 2025.

_Roberta Caiola_

ROBERTA CAIOLA