# EXHIBIT 37

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Docket No. 1:23-CV-03191-JPC-SLC

----------------------------------------x

CYNTHIA HERRICK, Individually and

On Behalf of All Others Similarly

Situated,

                    Plaintiff,

     - against -

SHUTTERSTOCK, INC.,

                    Defendant.

----------------------------------------x


            DATE:  July 14, 2025

            TIME:  11:06 a.m.


          ** CONFIDENTIAL **


     DEPOSITION of ANDREW RAFF, taken by

counsel for Defendants, pursuant to Notice,

held remotely via Zoom videoconference,

before Roberta Caiola, a Shorthand Reporter

and Notary Public of the State of New York.

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179



Confidential                                                                                                    Page 2

A  P  P  E  A  R  A  N  C  E  S:


THE DUNCAN LAW FIRM

Attorneys for Plaintiff

        809 West Third Street

        Little Rock, Arkansas 72201

        501.228.7600

BY:    JAMES H. BARTOLOMEI, III, ESQ.

        james@duncanfirm.com

        - and -

HOBEN LAW

        1112 Main Street

        Peekskill, New York 10566

        347.855.4008

BY:    BRYAN HOBEN, ESQ.

        bryan@hobenlaw.com

        - and -

CERA LLP

        50 California Street, Suite 1500

        San Francisco, California 94111

        415.777.2230

BY:    THOMAS C. BRIGHT, ESQ.

        tbright@cerallp.com

 

Confidential

A P P E A R A N C E S:


DAVIS WRIGHT TREMAINE LLP

Attorneys for Defendant

     1251 Avenue of the Americas

     21st Floor

     New York, New York 10020

     212.489.8230

BY:   JAMES ROSENFELD, ESQ.

     jamesrosenfeld@dwt.com


ALSO PRESENT:

     Keith Montgomery, Exhibit Technician

Andrew Raff
July 14, 2025

S T I P U L A T I O N S


IT IS HEREBY STIPULATED AND AGREED by
and between the attorneys for the
respective parties herein, that filing,
sealing and certification be and the same
are hereby waived.

IT IS FURTHER STIPULATED AND AGREED
that all objections, except as to the form
of the question shall be reserved to the
time of the trial.

IT IS FURTHER STIPULATED AND AGREED
that the within deposition may be signed
and sworn to before any officer authorized
to administer an oath, with the same force
and effect as if signed and sworn to before
the Court and that a copy of this
examination shall be furnished without
charge to the attorney representing the
witness testifying herein.

Confidential

A.    I can't remember.  I don't remember any time.  I certainly wouldn't say it's impossible to have done that in the last three years.

Q.    Sure.  Now, understanding that, have there been times where you told them to send a kill notice out?

A.    Yes.

Q.    And how many times?

A.    I don't know, off the top of my head.

Q.    Can you give me an estimate or a range?

A.    I really don't know.  I talk with the team, as I mentioned, multiple times a week.  They each handle -- the team handles about 1,000 cases a month, and I don't remember all the details of what we -- you know, about the specific ones too clearly.

Q.    Does Shutterstock conduct a business risk assessment to determine whether to send a kill notice or not?

A.    We don't have --

MR. ROSENFELD:  Objection to

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

Confidential

form.

A.    We don't have a formal template or tool for judging business risk as a parameter.  I look at this as something where we want to think about whether it's a -- to understand what the situation is and look at each individual set of facts and the situation about each individual case, you know, in its own -- in its own world.

Q.    That's done on a case-by-case basis, is that what you're saying?

A.    That's what I'm saying, yes.

Q.    Is the identity of the licensee, or how the licensee used the work, a factor in determining whether or not Shutterstock will send a kill notice?

A.    Yes.

Q.    Tell me how that factor is weighted, please?

A.    So we have some customers who have stronger conditions in their license agreements about their ability to remove content from finished products.  So we would take that into -- into consideration,

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

Confidential                                      Page 185

but that's not dispositive.  That would -- you know, that's the situation that would imply that.

Typically Shutterstock also has a heightened indemnity obligation, and so we would, you know, need to find a resolution of that for our customer.

Q.   Right.  Understanding certainly that, you know, once there's a finished product out there, the cow has got out of the barn.

But wouldn't the kill notice benefit the licensee because it would notify the licensee not to create anymore finished products with the infringing content in it?

A.   The kill notice benefits Shutterstock and it benefits our customers.

Q.   Okay.  So I'm just trying to understand.  Let's say I'm in the -- you understand that the licensee makes a finished product that the work has already been integrated in, why would you not send them a kill notice?

A.   It's -- well, the reason -- the

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

situation where we would not is that we would probably try to find a way to obtain a license on their behalf and -- yeah, I think that there is no -- the reasons for sending a kill notice are probably stronger than not.

Q.    So let's talk about the situation you just raised, where Shutterstock would try to obtain a license from the rights holder on behalf of its licensee, wouldn't Shutterstock still notify their customer that they were attempting to do that?

A.    I can't speak to every situation, but I can think of one example where it would have been more disruptive to the customers, and we were able to effect an arrangement where Shutterstock secured licenses for most of our customers who licensed work from this -- that -- that were infringing this copyright owner's works, and the result was we sent kill notices to some of them and arranged a license for others.

Q.    Is this a situation we have

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179



Confidential                                                    Page 187

discussed today?

A.    I don't know.  I think this --
I don't think so specifically.  This
involved videos.

Q.    Okay.  Are the number of
licenses sold for a particular work a
factor in deciding whether or not to send
kill notices to those Shutterstock
customers?

A.    It can be.

Q.    Can you explain how it can be?

A.    If there are more uses of a
work that are infringing, it would benefit
Shutterstock to send a kill notice.

Q.    Was there a numeric threshold
on the number of licenses?

A.    No.

Q.    Are the amount of royalties
generated by Shutterstock a factor in
determining whether or not to send kill
notices to the Shutterstock customers?

A.    No, except to the extent that
that is a reflection of the number of works
that are out there.  The number of licenses
to the work that are out there.

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

Confidential

Q.    What if it's one license, but it generates massive amounts of revenue?

A.    That's not really Shutterstock's business model.

Q.    Understood.

A.    We're a volume business.

Q.    Did any of Shutterstock's licensees have an agreement with Shutterstock that required Shutterstock to tell the licensee that they had learned of an infringement claim?

A.    I don't know.

Q.    Have you ever been involved in a situation where a customer has refused to honor the removal of content based on Shutterstock sending out a kill notice?

A.    Not that I can recall.

Q.    Now, I asked you about specific things and asked whether they were a factor in determining whether to send out a kill notice or not.

Are there any other factors that I haven't specifically asked you about that go into determining Shutterstock's decision whether or not to send out a kill

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179
LEXITAS

Confidential                                                Page 189

notice?

A.   I think we look at each case in its own situation and try to assess, based on the facts that we have available at the time, and understand who is involved, what the content at issue is and what the uses, if any, are.

Q.   So basically who's involved, what the content is and what the uses are, correct?

A.   All of the relevant facts, whatever those might be.

Q.   That's my question.  What are the relevant facts other than ones you've just listed, are there any others?

A.   I'm not entirely sure exactly what else might, you know, might be.  We don't have like a checklist or anything that we use to evaluate that.

Q.   Okay.  So there's no form then, correct?

A.   Correct.

Q.   And it's more of like a holistic analysis based on the factors that you and I discussed, correct?

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

Confidential

A.      Yes.

Q.      And you can't think of any factors, specific factors that go into this analysis that we haven't discussed today; is that correct?

A.      I do think that the type of -- it's hard to say without getting into specific situations.  So I can't think of any, off the top of my head.

Q.      Okay.  Can you recall any specific internal discussions or deliberations about whether or not to send a kill notice to a licensee customer?

A.      Yes.

Q.      Okay.  Tell me more about your recollection there.

MR. ROSENFELD:  To the extent they're not privileged, of course.

A.      I can -- I can think of a situation recently where we received a claim where the rights holder -- the rights holder making the claim appears to be an agent for the contributor, another agent for the contributor who uploaded the content to Shutterstock.

888-893-3767
www.lexitaslegal.com              Lexitas operates in all 50 states and is licensed where required.
                                 Nevada Registration #116F  -  California Firm Registration #179

LEXITAS

Confidential                                                           Page 220

DECLARATION

I HEREBY CERTIFY that having been first duly sworn to testify to the truth, I gave the above testimony.

I FURTHER CERTIFY that the foregoing transcript is a true and correct transcript of the testimony given by me at the time and place specified hereinbefore.

_____

ANDREW RAFF

Subscribed and sworn to before me this_____day of_____20___.

_____

NOTARY PUBLIC

Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F - California Firm Registration #179



Confidential                                                          Page 221

CERTIFICATE


STATE OF NEW YORK   )

            : ss

COUNTY OF BRONX     )


     I, ROBERTA CAIOLA, a Certified

Shorthand Reporter, do hereby certify:

     That ANDREW RAFF, the witness whose

deposition is hereinbefore set forth, was

duly sworn by me and that such deposition

is a true record of the testimony given by

the witness.

     I further certify that I am not

related to any of the parties to this

action by blood or marriage, and that I am

in no way interested in the outcome of this

matter.

     IN WITNESS WHEREOF, I have hereunto

set my hand on July 17, 2025.

*Roberta Carols*

_____

          ROBERTA CAIOLA

