UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CYNTHIA HERRICK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SHUTTERSTOCK, INC.,<br><br>Defendant. | Case No. 1:23-cv-03191-JPC<br><br>**MOTION TO WITHDRAW** |

Solomon B. Cera of Cera LLP respectfully moves to withdraw Pamela A. Markert as an attorney of record for plaintiff Cynthia Herrick in this matter. Plaintiff Cynthia Herrick is and will continue to be represented by Cera LLP and co-counsel.

Dated this 12th day of June, 2026.

Respectfully submitted,

By: */s/ Solomon B. Cera*
         Solomon B. Cera
         CERA LLP
         50 California Street, Suite 1500
         San Francisco, CA 94111
         Tel: (415) 977-2250
         Email: scera@cerallp.com

## CERTIFICATE OF SERVICE

I, Solomon B. Cera, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

Dated:  June 12, 2026                                    */s/ Solomon B. Cera*
                                                              Solomon B. Cera