

C. ANDREW DIRKSEN
cdirksen@cerallp.com

June 26, 2026

**ECF**

The Honorable John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**Re:  *Cynthia Herrick et al. v. Shutterstock, Inc.*, 1:23-cv-03191-JPC**

Dear Judge Cronan:

Pursuant to the Court's civil local rule 6.C., Plaintiff Cynthia Herrick requests oral argument on her Motion for Class Certification (ECF No. 106).

If the Court believes it is helpful, Plaintiffs also would like permission to file a revised Notice of Motion (ECF No. 106), to make it explicit that Plaintiff is moving to represent, and for certification of, two (2) separate classes, identically defined, one for purposes of litigation and damages under Rule 23(b)(3), and one strictly for equitable relief under Rule 23(b)(2).

Thank you.

Respectfully submitted,

*/s/ C. Andrew Dirksen*
C. Andrew Dirksen (admitted *pro hac vice*)
CERA LLP

Attorneys for Plaintiff and the Proposed Class

Cc:    Counsel of record via ECF